EXHIBIT – A –

Type of Work:          Music

Registration Number / Date:
                       PAu001163343 / 1988-11-21

Title:                 All I want for Christmas is you / words & music by Troy
                       Powers & Andy Stone.

Description:           1 sound cassette.

Copyright Claimant:
                       Troy Powers, Andy Stone

Date of Creation:      1988

Names:                 Powers, Troy, 1961-
                       Stone, Andy, 1957-

================================================================================

```
Type of Work:      Sound Recording

Registration Number / Date:
                   SR0000192209 / 1994-07-11

Title:             All I want for Christmas is you / Vince Vance & the
                      Valiants.

Imprint:           c1992.

Publisher Number:  Valiant Records WCD 9289

Description:       Compact disc.

Notes:             Cover art: Chris Arnold.

Copyright Claimant:
                   © ℗ on recording and graphic arts; Waldoxy Records, a
                      division of Malaco, Inc. (employer for hire)

Date of Creation:  1990

Date of Publication:
                   1992-10-19

Contents:          All I want for Christmas is you -- Christmas time in Texas
                      -- White Christmas -- A Christmas wish -- Merry
                      Christmas to you -- Can't wait till Christmas Day --
                      Christmas just ain't Christmas without you -- Winter
                      wonderland -- I wanna be a Christmas tree -- Why can't
                      you be here for Christmas? -- Have yourself a merry
                      little Christmas.

Other Title:       A Christmas wish.

Names:             Vance, Vince
                   Arnold, Chris
                   Valiants
                   Waldoxy Records
                   Malaco, Inc.  Waldoxy Records
```

===============================================================================

Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000199013 / 1995-03-13

Title:               I know what it means to miss New Orleans / Vince Vance &
                        the Valiants.

Description:         Sound cassette.

Copyright Claimant:
                     © ℗ on artwork & recording; Waldoxy Records (employer
                        for hire)

Date of Creation:    1995

Date of Publication:
                     1995-02-15

Contents:            I know what it means to miss New Orleans -- It's carnival
                        time in New Orleans -- When we danced at the Mardi Gras
                        -- You're such a beautiful girl -- Amadago -- I got
                        stung -- Jackie & Jill -- Night train -- Shake, rattle &
                        roll -- All I want for Christmas is you -- Bomb Iran
                        (1980) -- Bomb Iran (1987).

Other Title:         Bomb Iran

Names:               Vance, Vince
                     Valiants
                     Waldoxy Records

================================================================================