AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Gerard P. Fox (SBN 151649)
gfox@gerardfoxlaw.com
Cirstan Fitch (268646)
cfitch@gerardfoxlaw.com
GERARD FOX LAW P.C.
1880 Century Park East, Suite 1410
Los Angeles, California 90067
Telephone:  (310) 441-0500
Facsimile:   (310) 441-4447

*Attorneys for Plaintiffs*
Andy Stone and Troy Powers

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY STONE, an individual, and TROY POWERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIAH CAREY, an individual, WALTER AFANASIEFF, an individual, SONY/ATV TUNES LLC., a Delaware limited liability company, SONY MUSIC ENTERTAINMENT, a New York General Partnership, KOBALT MUSIC PUBLISHING AMERICA, INC. a Delaware Corporation, UNIVERSAL MUSIC CORP., a Delaware Corporation, WALLY WORLD MUSIC LLC., a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-09216<br><br>**COMPLAINT FOR:**<br>**(1) DIRECT COPYRIGHT INFRINGEMENT**<br>**(2) UNJUST ENRICHMENT**<br><br>**DEMAND FOR JURY TRIAL** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDY STONE, et al. v. MARIAH CAREY, et al.

Case No.: 2:23-cv-09216

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

MARIAH CAREY
Freedman + Taitelman, LLP
c/o Bryan J. Freedman
1801 Century Park W
Los Angeles, CA 90067

WALTER AFANASIEFF
8636 Allenwood Road
Los Angeles, CA 90046

SONY/ATV TUNES LLC.
Agent for Service of Process:
The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, DE 19808

SONY MUSIC ENTERTAINMENT
Agent for Service of Process:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

KOBALT MUSIC PUBLISHING AMERICA, INC.
Agent for Service of Process:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

UNIVERSAL MUSIC CORP.
Agent for Service of Process:

The Corporation Trust Co.: Corporation Trust Center
1209 Orange Steet
Wilmington, DE 19801

WALLY WORLD MUSIC LLC.
Agent for Service of Process:
c/o David R. Shrawn
2225 Barham Dr. Suite B.
Escondido, California 9202