AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Andy Stone, an individual, and Troy Powers, an individual, <br><br> *Plaintiff(s)* <br> v. <br> Mariah Carey, an individual, Walter Afanasieff, an individual, Sony/ATV Tunes LLC., a Delaware limited liability company, Sony Music Entertainment, a New York General Partnership; (See attachment #1) <br> *Defendant(s)* | Civil Action No. 2:23-cv-09216-PA-PDx |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mariah Carey, an individual
Freedman + Taitelman, LLP
c/o Bryan J. Freedman
1801 Century Park W
Los Angeles, CA 90067

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gerard Fox Law, P.C.
Gerard P. Fox
Cirstan S. Fitch
1880 Century Park E #1410
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/02/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-09216-PA-PDx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Gerard P. Fox (SBN 151649)
gfox@gerardfoxlaw.com
Cirstan Fitch (268646)
cfitch@gerardfoxlaw.com
GERARD FOX LAW P.C.
1880 Century Park East, Suite 1410
Los Angeles, California 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447

*Attorneys for Plaintiffs*
Andy Stone and Troy Powers

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY STONE, an individual, and TROY POWERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIAH CAREY, an individual, WALTER AFANASIEFF, an individual, SONY/ATV TUNES LLC., a Delaware limited liability company, SONY MUSIC ENTERTAINMENT, a New York General Partnership, KOBALT MUSIC PUBLISHING AMERICA, INC. a Delaware Corporation, UNIVERSAL MUSIC CORP., a Delaware Corporation, WALLY WORLD MUSIC LLC., a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-09216<br><br>**COMPLAINT FOR:**<br>**(1) DIRECT COPYRIGHT INFRINGEMENT**<br>**(2) UNJUST ENRICHMENT**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDY STONE, et al. v. MARIAH CAREY, et al.

Case No.: 2:23-cv-09216

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

MARIAH CAREY
Freedman + Taitelman, LLP
c/o Bryan J. Freedman
1801 Century Park W
Los Angeles, CA 90067

WALTER AFANASIEFF
8636 Allenwood Road
Los Angeles, CA 90046

SONY/ATV TUNES LLC.
Agent for Service of Process:
The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, DE 19808

SONY MUSIC ENTERTAINMENT
Agent for Service of Process:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

KOBALT MUSIC PUBLISHING AMERICA, INC.
Agent for Service of Process:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

UNIVERSAL MUSIC CORP.
Agent for Service of Process:

The Corporation Trust Co.: Corporation Trust Center
1209 Orange Steet
Wilmington, DE 19801

WALLY WORLD MUSIC LLC.
Agent for Service of Process:
c/o David R. Shrawn
2225 Barham Dr. Suite B.
Escondido, California 9202