AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Andy Stone, an individual, and Troy Powers, an individual,<br><br>_Plaintiff(s)_<br>v.<br>Mariah Carey, an individual, Walter Afanasieff, an individual, Sony/ATV Tunes LLC., a Delaware limited liability company, Sony Music Entertainment, a New York General Partnership; (See attachment #1)<br>_Defendant(s)_ | Civil Action No. 2:23-cv-09216-PA-PDx |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Mariah Carey, an individual
Freedman + Taitelman, LLP
c/o Bryan J. Freedman
1801 Century Park W
Los Angeles, CA 90067

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gerard Fox Law, P.C.
Gerard P. Fox
Cirstan S. Fitch
1880 Century Park E #1410
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  11/02/2023         _Carmen Lujan_
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-09216-PA-PD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* SONY/ATV TUNES LLC
was received by me on *(date)* 11/03/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* SONY/ATV TUNES LLC
C/O THE PRENTICE-CORPORATION SYSTEM, 251 LITTLE FALLS DR., WILMINGTON, DE 19808
on *(date)* 11/03/2023 AT 12:15 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/03/2023

*Server's signature*

GILBERT DEL VALLE      PROCESS SERVER #1975
*Printed name and title*

P.O. Box 914 Alhambra, CA 91802
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBIT A; CIVIL COVER SHEET;