Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
Shamar Toms-Anthony (State Bar No. 323246)
*stoms-anthony@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6900
Fax: (310) 943-3397

*Attorneys for Defendant*
*Sony Music Publishing (US), LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY STONE, an individual, and TROY POWERS, an individual, <br><br>Plaintiffs, <br><br> v. <br><br> MARIAH CAREY, an individual; WALTER AFANASIEFF, an individual; SONY/ATV TUNES, LLC, a Delaware limited liability company; SONY MUSIC ENTERTAINMENT, a New York General Partnership; KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware Corporation; UNIVERSAL MUSIC CORP., a Delaware Corporation; WALLY WORLD MUSIC, LLC., a California limited liability company; and DOES 1 through 10, inclusive, <br><br>Defendants. | Case No. 2:23-cv-09216-PA-PD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** <br><br> Complaint filed: Nov. 1, 2023 <br><br> Current response deadline: Nov. 24, 2023 <br><br> New response deadline: Jan. 15, 2024 |

# STIPULATION

Plaintiffs Andy Stone and Troy Powers ("Plaintiffs") and Defendant Sony Music Publishing (US), LLC, erroneously sued as Sony/ATV Tunes, LLC ("SMP," and together with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

1. WHEREAS, on November 1, 2023, Plaintiffs filed the Complaint in this action.

2. WHEREAS, the Complaint was served on SMP on November 3, 2023.

3. WHEREAS, SMP's current deadline to respond to the Complaint is November 24, 2023.

4. WHEREAS, in light of the upcoming holidays and counsels' travel schedules, the Parties have agreed to extend SMP's response deadline up to and including January 15, 2024.

5. WHEREAS, this is SMP's first request for an extension to respond to the Complaint.

**NOW, THEREFOR, IT IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES**, through their counsel of record, that SMP may have up to and including January 15, 2024 to answer, move or otherwise respond to the Complaint in this action.

**GERARD FOX LAW P.C.**

Dated: November 21, 2023    By:    */s/ Cirstan S. Fitch*

Gerard Fox
Cirstan Fitch
*Attorneys for Plaintiffs*

**PRYOR CASHMAN LLP**

Dated: November 21, 2023    By:    */s/ Benjamin S. Akley*

Benjamin S. Akley
Shamar Toms-Anthony
*Attorneys for Defendant*

1

**ATTESTATION REGARDING SIGNATURES**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: November 21, 2023     By:     */s/ Benjamin S. Akley*
                                                    Benjamin S. Akley