1 | Peter Anderson, Esq. (Cal. Bar No. 88891)
    peteranderson@dwt.com
2 | DAVIS WRIGHT TREMAINE LLP
    865 South Figueroa Street, 24th Floor
3 | Los Angeles, California  90017-2566
    Telephone: (213) 633-6800
4 | Fax: (213) 633-6899

5 | Attorneys for Defendants
    SONY MUSIC ENTERTAINMENT
6 | and UNIVERSAL MUSIC CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ANDY STONE, an individual, and TROY POWERS, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARIAH CAREY, an individual, WALTER AFANASIEFF, an individual, SONY/ATV TUNES LLC., a Delaware limited liability company, SONY MUSIC ENTERTAINMENT, a New York General Partnership, KOBALT MUSIC PUBLISHING AMERICA, INC. a Delaware Corporation, UNIVERSAL MUSIC CORP., a Delaware Corporation, WALLY WORLD MUSIC LLC., a California limited liability company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-09216-PA-JDEx<br><br>STIPULATION TO ORDER *RE* PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINT<br><br>[*Proposed*] Order Submitted Herewith |

# STIPULATION

This Stipulation is entered into by and between plaintiffs Andy Stone and Troy Powers ("Plaintiffs"), on the one hand, and defendants Sony Music Entertainment, Universal Music Corp., Walter Afanasieff, Kobalt Music Publishing America, Inc., and Sony Music Publishing (US) LLC, erroneously sued as Sony/ATV Tunes LLC ("Defendants"), on the other hand (collectively, the "Parties"), with respect to the following:

1. Plaintiffs filed this action on November 1, 2023, and in their Complaint assert a claim for copyright infringement (Doc. 1).

2. The time for Defendants to respond to the Complaint has not yet arrived.

3. Counsel for the Parties have conferred pursuant to Local Rule 7-3 regarding Defendants' belief that there are deficiencies in Plaintiffs' Complaint that are reachable by Federal Rule of Civil Procedure 12(b)(6). Plaintiffs have agreed to file an amended complaint and the Parties' counsel, taking into consideration the upcoming holidays and the commitments of counsel in other matters, have agreed to jointly request the following relief.

**NOW, THEREFORE,** the Parties respectfully request that the Court enter the accompanying proposed Order that Plaintiffs shall file a first amended complaint on or before December 27, 2023, and that Defendants shall have twenty-one days to respond to that first amended complaint, and that in the meantime no response need be filed to Plaintiffs' initial Complaint.

# SO STIPULATED

Dated: December 21, 2023

/s/ Cirstan Fitch
Gerard P. Fox, Esq.
Cirstan Fitch, Esq.
GERARD FOX LAW P.C.
Attorneys for Plaintiffs
ANDY STONE and
TROY POWERS

1

Dated: December 21, 2023

/s/ Peter Anderson
Peter Anderson, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
SONY MUSIC ENTERTAINMENT
and UNIVERSAL MUSIC CORP.

Dated: December 21, 2023

/s/ Kenneth D. Freundlich
Kenneth D. Freundlich,
FREUNDLICH LAW
A Professional Corporation
Attorneys for Defendant
WALTER AFANASIEFF

Dated: December 21, 2023

/s/ Bert Deixler
Bert Deixler, Esq.
Emma M. Tehrani, Esq.
Patrick J. Somers
KENDALL BRILL AND KELLY LLP
Attorneys for Defendant
KOBALT MUSIC PUBLISHING
AMERICA, INC.

Dated: December 21, 2023

/s/ Benjamin S. Akley
Benjamin S. Akley, Esq.
PRYOR CASHMAN LLP
Attorneys for Defendant
SONY MUSIC PUBLISHING (US) LLC

**Attestation Regarding Signatures**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: December 21, 2023

/s/ Peter Anderson
Peter Anderson, Esq.