**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ANDY STONE, an individual, and TROY POWERS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MARIAH CAREY, an individual, WALTER AFANASIEFF, an individual, SONY/ATV TUNES LLC., a Delaware limited liability company, SONY MUSIC ENTERTAINMENT, a New York General Partnership, KOBALT MUSIC PUBLISHING AMERICA, INC. a Delaware Corporation, UNIVERSAL MUSIC CORP., a Delaware Corporation, WALLY WORLD MUSIC LLC., a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09216-PA-JDEx<br><br>[*PROPOSED*] ORDER *RE* PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINT |

# ORDER

The Court having received and considered the Stipulation by and between plaintiffs Andy Stone and Troy Powers ("Plaintiffs"), on the one hand, and defendants Sony Music Entertainment, Universal Music Corp., Walter Afanasieff, Kobalt Music Publishing America, Inc., and Sony Music Publishing (US) LLC, erroneously sued as Sony/ATV Tunes LLC ("Defendants"), on the other hand, and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs shall file a first amended complaint on or before December 27, 2023;

2. Defendants shall have twenty-one days to respond to Plaintiffs' first amended complaint; and

3. In the meantime no response need be filed to Plaintiffs' initial Complaint.

Dated: _____

Hon. Percy Anderson
UNITED STATES DISTRICT JUDGE