# EXHIBIT – A –

Type of Work: Music

Registration Number / Date:
PAu001163343 / 1988-11-21

Title: All I want for Christmas is you / words & music by Troy Powers & Andy Stone.

Description: 1 sound cassette.

Copyright Claimant:
Troy Powers, Andy Stone

Date of Creation: 1988

Names: Powers, Troy, 1961-
Stone, Andy, 1957-

================================================================================

| | |
|---|---|
| Type of Work: | Sound Recording |
| Registration Number / Date: | SR0000192209 / 1994-07-11 |
| Title: | All I want for Christmas is you / Vince Vance & the Valiants. |
| Imprint: | c1992. |
| Publisher Number: | Valiant Records WCD 9289 |
| Description: | Compact disc. |
| Notes: | Cover art: Chris Arnold. |
| Copyright Claimant: | © ℗ on recording and graphic arts; Waldoxy Records, a division of Malaco, Inc. (employer for hire) |
| Date of Creation: | 1990 |
| Date of Publication: | 1992-10-19 |
| Contents: | All I want for Christmas is you -- Christmas time in Texas -- White Christmas -- A Christmas wish -- Merry Christmas to you -- Can't wait till Christmas Day -- Christmas just ain't Christmas without you -- Winter wonderland -- I wanna be a Christmas tree -- Why can't you be here for Christmas? -- Have yourself a merry little Christmas. |
| Other Title: | A Christmas wish. |
| Names: | Vance, Vince<br>Arnold, Chris<br>Valiants<br>Waldoxy Records<br>Malaco, Inc.  Waldoxy Records |

==========================================================================

| | |
|---|---|
| Type of Work: | Sound Recording |
| Registration Number / Date: | SR0000199013 / 1995-03-13 |
| Title: | I know what it means to miss New Orleans / Vince Vance & the Valiants. |
| Description: | Sound cassette. |
| Copyright Claimant: | © ℗ on artwork & recording; Waldoxy Records (employer for hire) |
| Date of Creation: | 1995 |
| Date of Publication: | 1995-02-15 |
| Contents: | I know what it means to miss New Orleans -- It's carnival time in New Orleans -- When we danced at the Mardi Gras -- You're such a beautiful girl -- Amadago -- I got stung -- Jackie & Jill -- Night train -- Shake, rattle & roll -- All I want for Christmas is you -- Bomb Iran (1980) -- Bomb Iran (1987). |
| Other Title: | Bomb Iran |
| Names: | Vance, Vince<br>Valiants<br>Waldoxy Records |

===========================================================================