1  Peter Anderson, Esq. (Cal. Bar No. 88891)
    peteranderson@dwt.com
2  Lindsay M. Samuel, Esq. (Cal. Bar No. 320075)
    lindsaysamuel@dwt.com
3  Eric H. Lamm, Esq. (Cal. Bar No. 324153)
    ericlamm@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California  90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants
   MARIAH CAREY, UNIVERSAL MUSIC
8  CORP., and SONY MUSIC ENTERTAINMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ANDY STONE, an individual, and TROY POWERS, an individual,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MARIAH CAREY, an individual, WALTER AFANASIEFF, an individual, SONY/ATV TUNES LLC., a Delaware limited liability company, SONY MUSIC ENTERTAINMENT, a New York General Partnership, KOBALT MUSIC PUBLISHING AMERICA, INC. a Delaware Corporation, UNIVERSAL MUSIC CORP., a Delaware Corporation, WALLY WORLD MUSIC LLC., a California limited liability company, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-09216-PA-JDEx<br><br>NOTICE OF INTERESTED PARTIES |

## NOTICE OF INTERESTED PARTIES

**[Fed. R. Civ. P., Rule 7.1; Local Rule 7.1-1]**

The undersigned, counsel of record for defendants Mariah Carey, Universal Music Corp., and Sony Music Entertainment, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Mariah Carey, a named defendant.

2. Universal Music Corp., a named defendant and an indirect subsidiary of Universal Music Group N.V., a Dutch publicly traded entity. No other publicly held company owns ten percent or more of Universal Music Corp.'s stock.

3. Sony Music Entertainment, a named defendant and a wholly-owned indirect subsidiary of Sony Group Corporation, a publicly traded company organized under the laws of Japan. No other publicly held company owns ten percent or more of Sony Music Entertainment's stock.

Dated: January 17, 2024

/s/ Peter Anderson
Peter Anderson, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MARIAH CAREY,
UNIVERSAL MUSIC CORP., and
SONY MUSIC ENTERTAINMENT