Kenneth D. Freundlich (SBN: 119806)
Jonah A. Grossbardt (SBN: 283584)
FREUNDLICH LAW, APC
ken@freundlichlaw.com
jonah@freundlichlaw.com
16133 Ventura Blvd. Ste. 645
Encino, CA 91436
P: 818.377.3790
F: 310.275.5331

Attorneys for Defendant WALTER AFANASIEFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY STONE, an individual, and TROY POWERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIAH CAREY, an individual, WALTER AFANASIEFF, an individual, SONY/ATV TUNES LLC., a Delaware limited liability company, SONY MUSIC ENTERTAINMENT, a New York General Partnership, KOBALT MUSIC PUBLISHING AMERICA, INC. a Delaware Corporation, UNIVERSAL MUSIC CORP., a Delaware Corporation, WALLY WORLD MUSIC LLC., a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09216-PA-JDE<br><br>**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

## ANSWER

Defendant Walter Afanasieff ("Afanasieff" or "Defendant") hereby answers and responds to Plaintiffs Andy Stone ("Stone"), and Troy Powers' ("Powers") (individually and collectively "Plaintiffs") First Amended Complaint ("FAC") as follows:

## JURISDICTION AND VENUE

1. The allegations of Paragraph 1 of the FAC are conclusions of law to which no response is required. To the extent a response is required, Afanasieff admits that Plaintiffs purport to seek damages and injunctive relief under the United States Copyright Act and that the Court has subject matter jurisdiction but denies that Plaintiffs are entitled to any remedies.

2. The allegations of Paragraph 2 of the FAC are conclusions of law to which no response is required.

3. The allegations of Paragraph 3 of the FAC are conclusions of law to which no response is required.

4. The allegations of Paragraph 4 of the FAC are conclusions of law to which no response is required. To the extent a response is required, Afanasieff conducts business in the State of California.

## PARTIES

5. The allegations of Paragraph 5 of the FAC contain conclusions of law to which no responsive pleading is required. To the extent a response is required, Afanasieff lacks knowledge and information to form a belief as to the truth of these allegations, and on that basis denies the allegations of Paragraph 5 of the FAC.

6. The allegations of Paragraph 6 of the FAC contain conclusions of law to which no responsive pleading is required. To the extent a response is required, Afanasieff lacks knowledge and information to form a belief as to the truth of these allegations, and on that basis denies the allegations of Paragraph 6 of the FAC.

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

7. The allegations of Paragraph 7 of the FAC contain conclusions of law to which no responsive pleading is required. To the extent a response is required, Afanasieff admits that Mariah Carey ("Carey") is a singer and songwriter but lacks knowledge and information to form a belief as to the truth of the remainder of these allegations, and on that basis denies the remaining allegations of Paragraph 7 of the FAC.

8. Answering Paragraph 8 of the FAC, Afanasieff admits the allegations of Paragraph 8 of the FAC.

9. The allegations of Paragraph 9 of the FAC contain conclusions of law to which no responsive pleading is required. To the extent a response is required, Afanasieff admits that Sony/ATV is a co-owner of the publishing rights in "*All I Want for Christmas Is You*", denies that it is infringing, and lacks knowledge and information to form a belief as to the truth of the remainder of these allegations, and on that basis denies the remaining allegations of Paragraph 9 of the FAC.

10. The allegations of Paragraph 10 of the FAC contain conclusions of law to which no responsive pleading is required. To the extent a response is required, Afanasieff lacks knowledge and information to form a belief as to the truth of the remainder of these allegations, and on that basis denies the remaining allegations of Paragraph 10 of the FAC.

11. The allegations of Paragraph 11 of the FAC contain conclusions of law to which no responsive pleading is required. To the extent a response is required, Afanasieff lacks knowledge and information to form a belief as to the truth of these allegations, and on that basis denies the allegations of Paragraph 11 of the FAC.

12. The allegations of Paragraph 12 of the FAC contain conclusions of law to which no responsive pleading is required. To the extent a response is required, Afanasieff admits that he sold a portion of Afanasieff's copyright interest in the musical composition "*All I Want for Christmas Is You*" to Kobalt. As to the

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

remaining allegations in Paragraph 12 of the FAC, Afanasieff lacks knowledge and information to form a belief as to the truth of the remainder of these allegations, and on that basis denies the remaining allegations of Paragraph 12 of the FAC.

13.     Answering the allegations of Paragraph 13 of the FAC, Wally World Music, LLC does not own or co-own the publishing rights in and to "*All I Want for Christmas Is You*", Afanasieff does not own and has never owned any part of this entity and Afanasieff is informed and believes that Wally World Music, LLC is defunct, and on that basis denies the remaining allegations of Paragraph 13 of the FAC.

14.     The allegations of Paragraph 14 of the FAC contain conclusions of law to which no responsive pleading is required. To the extent a response is required, Afanasieff lacks knowledge and information to form a belief as to the truth of these allegations, and on that basis denies the allegations of Paragraph 14 of the FAC.

## **GENERAL ALLEGATIONS**

### **Vince Vance and the Valiants' "*All I Want for Christmas is You.*"**

15.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations in Paragraph 15 of the FAC and on that basis denies the allegations of Paragraph 15 of the FAC.

16.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations in Paragraph 16 of the FAC and on that basis denies the allegations of Paragraph 16 of the FAC.

17.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations of Paragraph 17 of the FAC and on that basis denies the allegations of Paragraph 17 of the FAC.

18.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations of Paragraph 18 of the FAC and on that basis denies the allegations of Paragraph 18 of the FAC.

19.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations of Paragraph 19 of the FAC and on that basis denies the allegations of Paragraph 19 of the FAC.

20.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations of Paragraph 20 of the FAC and on that basis denies the allegations of Paragraph 20 of the FAC.

21.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations of Paragraph 21 of the FAC and on that basis denies the allegations of Paragraph 21 of the FAC.

22.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations of Paragraph 22 of the FAC and on that basis denies the allegations of Paragraph 22 of the FAC.

23.     Afanasieff Answering Paragraph 23 of the FAC, the allegations of Paragraph 23 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 23 of the FAC.

24.     Answering Paragraph 24 of the FAC, the allegations of Paragraph 24 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 24 of the FAC.

25.     Answering Paragraph 25 of the FAC, the allegations of Paragraph 25 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 25 of the FAC.

26.     Answering Paragraph 26 of the FAC, the allegations of Paragraph 26 of the FAC contain conclusions of law, legal argument and expert opinion to which no

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 26 of the FAC.

27.     Answering Paragraph 27 of the FAC, the allegations of Paragraph 27 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 27 of the FAC.

28.     Answering Paragraph 28 of the FAC, the allegations of Paragraph 28 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 28 of the FAC.

29.     Answering Paragraph 29 of the FAC, the allegations of Paragraph 29 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 29 of the FAC.

30.     Answering the allegations in Paragraph 30 of the FAC, the allegations of Paragraph 30 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required.

## Defendants' Infringement

31.     Afanasieff admits the allegations of Paragraph 31 of the FAC.

32.     Answering Paragraph 32 of the FAC, the allegations of Paragraph 32 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 32 of the FAC.

33.     Answering Paragraph 33 of the FAC, the allegations of Paragraph 33 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 3 of the FAC.

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

34.     Afanasieff denies the allegations of Paragraph 34 of the FAC.

35.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations in Paragraph 35 of the FAC that "In March 2021, Carey attempted to trademark the phrase 'Queen of Christmas.'" "In November of 2022, the trademark trial and appeal board rejected her request", and on that basis denies such allegations and Afanasieff denies the remaining allegations in Paragraph 35 of the FAC.

36.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations in Paragraph 36 of the FAC and on that basis denies such allegations.

37.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations in Paragraph 37 of the FAC and refers the Court to the records of Billboard as to the truth of the allegations in Paragraph 37 of the FAC.

38.     Answering lacks knowledge and information to form a belief as to the truth of the allegations in Paragraph 38 of the FAC and on that basis denies such allegations.

39.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations in Paragraph 39 of the FAC and refers the Court to the records of the RIAA and the *Forbes* article cited in Paragraph 39 as to the truth of the allegations in Paragraph 39 of the FAC.

40.     Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations in Paragraph 40 of the FAC and refers the Court to the records of Nielsen, Spotify and Billboard as to the truth of the allegations in Paragraph 40 of the FAC.

41.     Afanasieff denies that "the song has created a windfall" and lacks knowledge and information to form a belief as to the truth of the remaining

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

allegations in Paragraph 41 of the FAC and on that basis denies the truth of the remaining allegations in Paragraph 41 of the FAC.

42. Afanasieff lacks knowledge and information to form a belief as to the truth of the allegations in Paragraph 42 of the FAC and refers the Court to the records of Billboard and the *Economist* article cited in Paragraph 42 as to the truth of the allegations in Paragraph 42 of the FAC.

43. Afanasieff admits that the allegedly infringing work and sound recordings of performances of that musical composition have long been popular, denies that "*All I Want for Christmas Is You*" infringes Plaintiffs' work or that Plaintiffs' work is an original song, and lacks knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 43 of the FAC and refers the Court to the records of the RIAA and Spotify and the various articles and websites cited in Paragraph 43 as to the truth of the remaining allegations in Paragraph 43 of the FAC.

44. Afanasieff admits that the allegedly infringing work and sound recordings of performances of that musical composition have long been popular, denies that "*All I Want for Christmas Is You*" is a "gift that keeps on giving" and lacks knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 44 of the FAC and refers the Court to the records of the Luminate, Billboard and the Billboard Business article cited in Paragraph 44 as to the truth of the remaining allegations in Paragraph 44 of the FAC.

45. Answering paragraph 45, Afanasieff admits that in 2023 a sound recording of Ms. Carey's performance of the allegedly infringing work was selected for the Library of Congress' National Recording Registry, and  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, deny those remaining allegations.

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

46.     Afanasieff admits that he is a professional record producer and songwriter, who co-wrote and produced "*All I Want for Christmas Is You*" and that he has disagreed with portions of statements attributed to Carey concerning the song, and denies the remaining allegations of Paragraph 46 of the FAC.

47.     Answering Paragraph 47 of the FAC, Afanasieff admits that he appeared on the Rothschild podcast, has no particular memory of the exact podcast and refers to the recording of the podcast for its contents.

48.     Answering Paragraph 48 of the FAC, the allegations of Paragraph 48 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required and to the extent a response is required, Afanasieff denies the allegations in Paragraph 48 of the FAC.

49.     Afanasieff denies the allegations of Paragraph 49 of the FAC.

50.     Answering Paragraph 50 of the FAC, the allegations of Paragraph 50 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 50 of the FAC.

51.     Answering Paragraph 51 of the FAC, the allegations of Paragraph 15 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 51 of the FAC.

52.     Answering Paragraph 52 of the FAC, the allegations of Paragraph 52 of the FAC contain conclusions of law, legal argument and expert opinion to which no responsive pleading is required, and to the extent a response is required, Afanasieff denies the allegations in Paragraph 52 of the FAC.

53.     Afanasieff denies that there is an industry practice to "clear … musical similarities" when no copying has occurred and/or when the claimed copying is of musical building blocks, commonplace words, or other public domain elements, and

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

1   lacks knowledge and information to form a belief as to the truth of the remaining
2   allegations in Paragraph 53 of the FAC and on that basis denies the remaining
3   allegations of Paragraph 53 of the FAC.

4         54.    Afanasieff lacks knowledge and information to form a belief as to the
5   truth of the allegations in Paragraph 54 of the FAC and on that basis denies the
6   allegations of Paragraph 54 of the FAC.

7         55.    Afanasieff admits that two of the licenses associated with a recorded
8   piece of music are a sync license and a master use license and that Defendants never
9   sought a license or other permission from Plaintiffs or their producers or label and
10  denies the remainder of the allegations in Paragraph 55 of the FAC.

11        56.    Afanasieff denies the allegations of Paragraph 56 of the FAC.

12        57.    Afanasieff lacks knowledge and information to form a belief as to
13  whether *Love Actually* was a "mega hit" and that the soundtrack album for *Love*
14  *Actually* went "Platinum" and refers the Court to the records of RIAA for those facts
15  and admits the truth of the remaining allegations in Paragraph 57 of the FAC.

16        58.    Afanasieff admits that "*All I Want for Christmas Is You*" is being
17  exploited by Defendants in this district, the State of California and throughout the
18  United States and the World by reproducing, preparing derivative works,
19  distributing, licensing, and through public performance. Afanasieff admits that "*All I*
20  *Want for Christmas is You*" does not credit or mention Plaintiffs and that Defendants
21  did not license anything from Plaintiffs. Afanasieff denies that "*All I Want for*
22  *Christmas is You*" is infringing and denies all other remaining allegations in
23  Paragraph 58 of the FAC.

24        59.    Answering Paragraph 59 of the FAC, the allegations of Paragraph 59 of
25  the FAC contain conclusions of law, legal argument and expert opinion to which no
26  responsive pleading is required, and to the extent a response is required, Afanasieff
27  denies the allegations in Paragraph 59 of the FAC.

28

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED
COMPLAINT**

**FIRST CLAIM FOR RELIEF**

**(For Direct Copyright Infringement Against All Defendants)**

60.     Afanasieff incorporates his responses above to the allegations in the preceding paragraphs of the Complaint as if set forth herein.

61.     Answering Paragraph 61 of the FAC, the allegations of Paragraph 61 of the FAC contain conclusions of law, legal argument and expert opinion to which no response is required. To the extent a response is required, Afanasieff admits that Plaintiffs have attached a purported registration of a copyright in Plaintiffs' song and refers to the Court to Exhibit A for its legal meaning, if any.

62.     Answering Paragraph 62 of the FAC, the allegations of Paragraph 62 of the FAC contain conclusions of law, legal argument and expert opinion to which no response is required.

63.     Answering Paragraph 63 of the FAC, the allegations of Paragraph 63 of the FAC contain conclusions of law, legal argument and expert opinion to which no response is required.

64.     Afanasieff denies the allegations of Paragraph 64 of the FAC.

65.     Afanasieff denies the allegations of Paragraph 65 of the FAC.

66.     Afanasieff denies the allegations of Paragraph 66 of the FAC.

67.     Afanasieff denies the allegations of Paragraph 67 of the FAC.

68.     Afanasieff denies the allegations of Paragraph 68 of the FAC.

69.     Afanasieff denies the allegations of Paragraph 69 of the FAC.

70.     Afanasieff denies the allegations of Paragraph 70 of the FAC.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

**(Failure to State a Claim)**

1.     The Complaint, and each and every claim for relief set forth therein, fails to state a claim upon which relief can be granted.

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

**Second Affirmative Defense**

**(Abandonment)**

2.     Plaintiffs' claims are barred in whole or in part by the doctrine of abandonment for not asserting their alleged rights for nearly thirty years.

**Third Affirmative Defense**

**(Acquiescence/Consent)**

3.     Plaintiffs' claims are barred in whole or in part by the doctrines of acquiescence and consent.

**Fourth Affirmative Defense**

**(Estoppel)**

4.     Plaintiffs' claims are barred in whole or in part by the doctrine of estoppel.

**Fifth Affirmative Defense**

**(Statute(s) of Limitations)**

5.     Plaintiffs' claims are barred in whole or in part because of the applicable statute(s) of limitations.

**Sixth Affirmative Defense**

**(Waiver)**

6.     Plaintiffs' claims are barred in whole or in part because of waiver for not asserting their alleged rights for nearly thirty years.

**Seventh Affirmative Defense**

**(Unclean Hands)**

7.     Plaintiffs' claims are barred in whole or in part because of the doctrine of unclean hands.

**Eighth Affirmative Defense**

**(No Willfulness)**

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

8.     To the extent Afanasieff infringed Plaintiffs' copyrights interests (if any), which is denied, Afanasieff did not do so willfully.

### Ninth Affirmative Defense

### (Innocence)

9.     To the extent Afanasieff infringed Plaintiffs' copyrights interests (if any), which is denied, Afanisieff did so innocently.

### Tenth Affirmative Defense

### (No Standing)

10.     Plaintiffs have no standing to assert the claims in their FAC and any claim therein. *Inter alia*, Plaintiffs lack standing to the extent their claims are based on the alleged infringement of a work for which Plaintiffs do not (or did not) own the exclusive right allegedly infringed at the time of infringement.

### Eleventh Affirmative Defense

### (Lack of Originality)

11.     The allegedly copied portions of the work that is the subject of this FAC consists of material that is not original.

### Twelfth Affirmative Defense

### (Lack of copyrightable subject matter)

12.     The alleged copyrighted work that is the subject of this FAC does not constitute protectable copyrightable subject matter.

### Thirteenth Affirmative Defense

### (Fair Use)

13.     Plaintiffs' FAC and any claims therein are barred, precluded, and/or limited to the extent any alleged use of Plaintiffs' allegedly copyrightable material constitutes fair use.

### Fourteenth Affirmative Defense

### (Independent Creation)

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**

14.     Plaintiffs' FAC and any claims therein are barred, precluded, and/or limited to the extent the allegedly infringing song was independently created.

### **Fifteenth Affirmative Defense**

### **(Plaintiffs' alleged Copyright Is Invalid)**

15.     Plaintiffs' FAC and any claims therein are barred, precluded, and/or limited to the extent Plaintiffs' have no copyright in their song because they unlawfully copied pre-existing material belonging to others.

### **Sixteenth Affirmative Defense**

### **(De Minimus)**

16.     Plaintiffs' FAC and any claims therein are barred, precluded, and/or limited to the extent any alleged use of Plaintiffs' allegedly copyrightable material constitutes de minimis use.

### **PRAYER FOR RELIEF**

**WHEREFORE**, Afanasieff prays for judgment against Plaintiffs as follows:

A.     That Plaintiffs take nothing by virtue of their FAC;

B.     For costs and attorneys' fees, to the extent permitted by law; and

C.     For such other and further relief as the Court deems just and proper.

### **DEMAND FOR JURY TRIAL**

Defendant Walter Afanasieff respectfully requests a jury trial on all issues so triable.

Dated: January 17, 2024

FREUNDLICH LAW, APC

BY: _____

Kenneth D. Freundlich
Jonah A. Grossbardt
*Attorneys for Defendant*
WALTER AFANASIEFF

**DEFENDANT WALTER AFANASIEFF'S ANSWER TO FIRST AMENDED COMPLAINT**