Peter Anderson, Esq. (Cal. Bar No. 88891)
  peteranderson@dwt.com
Lindsay M. Samuel, Esq. (Cal. Bar No. 320075)
  lindsaysamuel@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
  ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MARIAH CAREY, SONY MUSIC,
ENTERTAINMENT, and UNIVERSAL
MUSIC CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ANDY STONE, *etc.*, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> MARIAH CAREY, *etc.*, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-09216-PA-JDEx <br><br> **JOINT STATEMENT PER REASSIGNMENT ORDER** |

**JOINT STATEMENT**

Pursuant to paragraph 7 of the Court's February 28, 2024, Reassignment Order (Doc. 51), plaintiffs Andy Stone and Troy Powers ("Plaintiffs") and defendants Mariah Carey, Sony Music Entertainment, Universal Music Corp., Walter Afanasieff, Sony Music Publishing (US) LLC, incorrectly sued as Sony/ATV Tunes, LLC, and Kobalt Music Publishing America, Inc. ("Defendants"), respectfully submit this Joint Statement.

This is an action for alleged copyright infringement. On February 5, 2024, Ms. Carey, Sony Music Entertainment, and Universal Music Corp. filed their Motion, noticed for hearing on March 4, 2024, for an Order establishing an initial expert phase as to the extrinsic test and staying all other discovery (Doc. 41, 41-1). All other Defendants joined in that Motion (Doc. 42, 43, and 44), Plaintiffs filed their Statement of Non-Opposition (Doc. 45), and the Motion has been fully briefed (Doc. 47, 48, 49). The Parties believe that this is the most judicially efficient manner in which to manage this litigation (*see, e.g.*, Doc. 41-1 at 5-9).

In addition, the parties filed their Joint Rule 26(f) Report (Doc. 46), for the Scheduling Conference also scheduled for March 4, 2024.

The Reassignment Order has vacated the March 4, 2024, Motion hearing date and Scheduling Conference. Pursuant to Paragraph 7 of the Reassignment Order, the parties have conferred and jointly request that if the Court deems it appropriate to hold a hearing on the Motion or hold the Scheduling Conference, they be heard on the same date and time insofar as they both relate to the case management dates to be entered by the Court.

Dated: March 6, 2024

                    /s/ Cirstan S. Fitch
                    Gerard P. Fox, Esq.
                    Cirstan S. Fitch, Esq.
                    GERARD FOX LAW P.C.
                    Attorneys for Plaintiffs
                    ANDY STONE and TROY POWERS

| | | |
|---|---|---|
| Dated: March 6, 2024 | | /s/ Peter Anderson |
| | | Peter Anderson, Esq. |
| | | Lindsay Samuels, Esq. |
| | | Eric H. Lamm, Esq. |
| | | DAVIS WRIGHT TREMAINE LLP |
| | | Attorneys for Defendants |
| | | MARIAH CAREY, |
| | | SONY MUSIC ENTERTAINMENT, |
| | | and UNIVERSAL MUSIC CORP. |
| | | |
| Dated: March 6, 2024 | | /s/ Kenneth D. Freundlich |
| | | Kenneth D. Freundlich, Esq. |
| | | Jonah A. Grossbardt, Esq. |
| | | FREUNDLICH LAW |
| | | Attorneys for Defendant |
| | | WALTER AFANASIEFF |
| | | |
| Dated: March 6, 2024 | | /s/ Patrick J. Somers |
| | | Bert H. Deixler, Esq. |
| | | Patrick J. Somers, Esq. |
| | | Emma M. Tehrani, Esq. |
| | | KENDALL BRILL AND KELLY LLP |
| | | Attorneys for Defendant |
| | | KOBALT MUSIC PUBLISHING |
| | | AMERICA, INC. |
| | | |
| Dated: March 6, 2024 | | /s/ Benjamin S. Akley |
| | | Ilene S. Farkas, Esq. |
| | | Benjamin S. Akley, Esq. |
| | | Shamar Toms-Anthony, Esq. |
| | | PRYOR CASHMAN LLP |
| | | Attorneys for Defendant |
| | | SONY MUSIC PUBLISHING (US) LLC |

| | |
|---|---|
| 1 | **<u>Attestation Regarding Signatures</u>** |
| 2 | The undersigned attests that all signatories listed, and on whose behalf this |
| 3 | filing is submitted, concur in this filing's content and have authorized its filing. |
| 4 | |
| 5 | Dated: March 6, 2024                             /s/ Peter Anderson |
| 6 |                                                                      Peter Anderson, Esq. |