1  Peter Anderson, Esq. (Cal. Bar No. 88891)
       peteranderson@dwt.com
2  Lindsay M. Samuel, Esq. (Cal. Bar No. 320075)
       lindsaysamuel@dwt.com
3  Eric H. Lamm, Esq. (Cal. Bar No. 324153)
       ericlamm@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California  90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants
   MARIAH CAREY, SONY MUSIC
8  ENTERTAINMENT, and UNIVERSAL
   MUSIC CORP.
9
   Kenneth D. Freundlich, Esq. (Cal. Bar No. 119806)
10     ken@freundlichlaw.com
   Jonah A. Grossbardt, Esq. (Cal. Bar No. 283584)
11     jonah@freundlichlaw.com
   FREUNDLICH LAW, APC
12 16133 Ventura Blvd., Ste. 645
   Encino, California 91436
13 P: 818.377.3790
   F: 310.275.5331
14
   Attorneys for Defendant
15 WALTER AFANASIEFF

16 [*Additional Counsel on Following Page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ANDY STONE, *etc., et al.*, | Case No. 2:23-cv-09216-MRA-JDEx |
| Plaintiffs, | DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE EXTRINSIC TEST |
| vs. | |
| MARIAH CAREY, *etc., et al.*, | |
| Defendants. | Date: October 31, 2024 |
| | Time: 1:30 p.m. |
| | Courtroom of the Honorable Mónica Ramírez Almadani United States District Judge |

Benjamin S. Akley (Cal. Bar No. 278506)
    bakley@pryorcashman.com
Shamar Toms-Anthony (Cal. Bar No. 323246)
    stoms-anthony@pryorcashman.com
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Tel: (310) 683-6900
Fax: (310) 943-3397

Ilene S. Farkas (admitted *pro hac vice*)
    ifarkas@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square, 40th Floor
New York, New York 10036
Telephone: (212) 421-4100

Attorneys for Defendant
SONY MUSIC PUBLISHING (US) LLC

Bert H. Deixler (Cal. Bar. No. 70614)
    bdeixler@kbkfirm.com
Patrick J. Somers (Cal. Bar. No. 318766)
    psomers@kbkfirm.com
Emma Tehrani (Cal. Bar. No. 329603)
    etehrani@kbkfirm.com
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendant
KOBALT MUSIC PUBLISHING
AMERICA, INC.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 31, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 10B of the above-entitled Court, located at 350 West 1st Street, Los Angeles, California, defendants Mariah Carey, Sony Music Entertainment, Universal Music Corp., Walter Afanasieff, Sony Music Publishing (US) LLC, and Kobalt Music Publishing America, Inc. ("Defendants") will and hereby do move the above-entitled Court, the Honorable Mónica Ramírez Almadani, United States District Judge presiding, for Summary Judgment, or in the alternative, Partial Summary Judgment, as to the issue of whether plaintiffs Andy Stone and Troy Powers ("Plaintiffs") can satisfy the Ninth Circuit's extrinsic test for substantial similarity in protectable expression (the "Motion").

This Motion is brought pursuant to Federal Rule of Civil Procedure 56, the Court's Order Establishing an Initial Expert Phase as to the Extrinsic Test (Doc. 53) and Order Extending Remaining Initial Expert Phase Deadlines (Doc. 61), and on the grounds that there is no genuine dispute of material fact and Defendants are entitled to judgment as a matter of law because, as stated more fully in the accompanying Memorandum of Points and Authorities:

1. Plaintiffs allege that their copyright in the musical composition *All I Want for Christmas Is You* ("Vance"), featuring Vince Vance and The Valiants, is infringed by Defendants' *All I Want for Christmas Is You* ("Carey"), featuring Mariah Carey;

2. A claim for direct copyright infringement requires, among other things, that the plaintiff establish there are substantial similarities in protectable expression between the plaintiff's work and the defendant's work under this Circuit's extrinsic test;

3. Expert discovery in the first phase of this case has been completed;

    4. There is no genuine dispute that Plaintiffs' claimed similarities between Vance and Carey are unprotectable under this Circuit's extrinsic test, including because they are, among other things, fragmentary and commonplace building blocks of expression that Vance and Carey use differently in their overall different lyrics and music; and

    5. There is no genuine dispute that Plaintiffs' claimed similarities are not protectable as a selection and arrangement of unprotectable elements because, among other reasons, Carey does not feature, in substantial amounts, the same particular pattern, synthesis, or design of unprotectable elements that appears in Vance.

Alternatively, if for any reason summary judgment is not granted dismissing Plaintiffs' action in its entirety, the Court can and should grant partial summary judgment pursuant to Federal Rule of Civil Procedure 56 on the grounds that:

    1. The lyrics of Vance and the lyrics of Carey are not substantially similar in protectable expression under the extrinsic test;

    2. The music of Vance and the music of Carey are not substantially similar in protectable expression under the extrinsic test; and/or

    3. Carey does not share, in substantial amounts, the particular or same selection and arrangement of unprotectable elements as in Vance.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, [*Proposed*] Statement of Uncontroverted Facts, Declarations, Exhibits, Notice of Lodging, [*Proposed*] Order, [*Proposed*] Judgment, the pleadings and papers on file in this action, the matters of which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of this Motion.

///

///

///

1  This Motion is made following the conferences of counsel pursuant to L.R. 7-3,
2  including most recently on August 5, 2024.

Dated: August 12, 2024

_____
Peter Anderson, Esq.
Lindsay M. Samuel, Esq.
Eric H. Lamm, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MARIAH CAREY,
SONY MUSIC ENTERTAINMENT,
and UNIVERSAL MUSIC CORP.

Dated: August 12, 2024

*/s/ Kenneth D. Freundlich*
_____
Kenneth D. Freundlich, Esq.
Jonah A. Grossbardt, Esq.
FRUENDLICH LAW
Attorneys for Defendant
WALTER AFANASIEFF

Dated: August 12, 2024

*/s/ Ilene S. Farkas*
_____
Ilene S. Farkas, Esq.
Benjamin S. Akley, Esq.
Shamar Toms-Anthony, Esq.
PRYOR CASHMAN LLP
Attorneys for Defendant
SONY MUSIC
PUBLISHING (US) LLC

3

| | |
|---|---|
| Dated: August 12, 2024 | */s/ Emma M. Tehrani* |
| | Bert H. Deixler, Esq. |
| | Patrick J. Somers, Esq. |
| | Emma M. Tehrani, Esq. |
| | KENDALL BRILL AND KELLY LLP |
| | Attorneys for Defendant |
| | KOBALT MUSIC PUBLISHING AMERICA, INC. |

### Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: August 12, 2024

_____
Peter Anderson, Esq.

4