Peter Anderson, Esq. (Cal. Bar No. 88891)
  peteranderson@dwt.com
Lindsay M. Samuel, Esq. (Cal. Bar No. 320075)
  lindsaysamuel@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
  ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MARIAH CAREY, SONY MUSIC ENTERTAINMENT, and UNIVERSAL MUSIC CORP.

Kenneth D. Freundlich, Esq. (Cal. Bar No. 119806)
  ken@freundlichlaw.com
Jonah A. Grossbardt, Esq. (Cal. Bar No. 283584)
  jonah@freundlichlaw.com
FREUNDLICH LAW, APC
16133 Ventura Blvd., Ste. 645
Encino, California 91436
P: 818.377.3790
F: 310.275.5331

Attorneys for Defendant
WALTER AFANASIEFF

[*Additional Counsel on Following Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ANDY STONE, *etc., et al.*,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MARIAH CAREY, *etc., et al.*,<br><br>                    Defendants. | Case No. 2:23-cv-09216-MRA-JDEx<br><br>DECLARATION OF LAWRENCE FERRARA, PH.D., IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE EXTRINSIC TEST<br><br>Date: October 31, 2024<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable Mónica Ramírez Almadani<br>United States District Judge |

Benjamin S. Akley (Cal. Bar No. 278506)
  bakley@pryorcashman.com
Shamar Toms-Anthony (Cal. Bar No. 323246)
  stoms-anthony@pryorcashman.com
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Tel: (310) 683-6900
Fax: (310) 943-3397

Ilene S. Farkas (admitted *pro hac vice*)
  ifarkas@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square, 40th Floor
New York, New York 10036
Telephone: (212) 421-4100

Attorneys for Defendant
SONY MUSIC PUBLISHING (US) LLC

Bert H. Deixler (Cal. Bar. No. 70614)
  bdeixler@kbkfirm.com
Patrick J. Somers (Cal. Bar. No. 318766)
  psomers@kbkfirm.com
Emma Tehrani (Cal. Bar. No. 329603)
  etehrani@kbkfirm.com
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendant
KOBALT MUSIC PUBLISHING AMERICA, INC.

# DECLARATION OF LAWRENCE FERRARA, Ph.D.

I, Lawrence Ferrara, Ph.D., declare and state:

1. I am over the age of 18. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a musicologist. I am Full Professor of Music and Director Emeritus of all studies in Music and the Performing Arts in New York University's Steinhardt School.

3. I was asked to perform a comparative musicological analysis of the musical compositions in Vince Vance and the Valiants' *All I Want for Christmas Is You* ("Vance") and Mariah Carey and Walter Afanasieff's *All I Want for Christmas Is You* ("Carey"). Attached to this Declaration as Exhibit 1 is a true and correct copy of my Report, dated April 18, 2024, and accompanying Visual Exhibits A-H and Appendix 1 ("Ferrara Report"). The Ferrara Report sets forth my qualifications, comparative musicological analysis of Vance and Carey, and conclusions as to Vance and Carey.

4. The following sound recordings were included as audio exhibit 1 to the Ferrara Report and are submitted with this Declaration at the following tracks:

   (a) Track 1: An mp3 of the publicly available version of Vance, which I downloaded from iTunes and attached as Track 1 on audio exhibit 1 to the Ferrara Report; and

   (b) Track 2: An mp3 of the publicly available version of Carey, which I downloaded from iTunes and attached as Track 2 on audio exhibit 1 to the Ferrara Report.

5. I was also asked to review and consider the "Preliminary Report on Carey and Afanasieff, 'All I want for Christmas Is You' (1994) *versus* Powers and Stone, 'All I Want for Christmas Is You' (1989)," signed by Robert Fink (the "Fink Report"), whom I understand was designated by Plaintiffs as an expert musicologist. Attached to this Declaration as Exhibit 2 is a true and correct copy of my Rebuttal Report of the

Robert Fink Report Regarding *Stone v. Carey et al*, dated June 3, 2024, and accompanying Rebuttal Report Visual Exhibits A-D ("Ferrara Rebuttal to Fink Report"), which sets out my conclusions regarding the Fink Report.

6. I was also asked to review and consider the report dated July 11, 2022, "RE: 'All I Want for Christmas is You'" by Matt Sakakeeny ("Sakakeeny Report"), whom I understand Plaintiffs also designated as an expert musicologist. Attached to this Declaration as Exhibit 3 is a true and correct copy of my Rebuttal Report of the Matt Sakakeeny Report Regarding *Stone v. Carey et al*, dated June 3, 2024, and accompanying Rebuttal Report Visual Exhibits A-E ("Ferrara Rebuttal to Sakakeeny Report," and with the Ferrara Rebuttal to Fink Report, the "Ferrara Rebuttal Reports"), which sets out my conclusions regarding the Sakakeeny Report.

7. The Ferrara Report and Ferrara Rebuttal Reports are each made a part of and incorporated in this Declaration. I can and do testify to my statements, analysis, and conclusions in the Ferrara Report and Ferrara Rebuttal Reports.

8. As set out in more detail in the Ferrara Report and Ferrara Rebuttal Reports, and by applying established and recognized musicological practices and analyses, and this Circuit's extrinsic test, including by dissecting the works and analyzing prior art to identify elements that were in common use or widely available prior to Vance, I concluded that there are no musicologically significant similarities between Vance and Carey, but there are many musicologically significant differences.

9. There are no musicologically significant similarities between the lyrics of Vance and Carey, but there are significant differences. The shared words and phrases are used differently in Vance and Carey, and my prior art research confirms that the shared words and phrases were commonplace in Christmas songs predating Vance. In Visual Exhibit C to the Ferrara Report, I transcribed and analyzed the lyrics of thirty-eight prior art Christmas songs that include lyrical similarities with Vance and Carey. These prior art examples are also discussed at pages 12-20 ¶¶ 27-49 of the

Ferrara Report, pages 2-4 ¶¶ 5-10 of the Ferrara Rebuttal to Fink Report, pages 3-9 ¶¶ 5-13 and Visual Exhibit E of the Ferrara Rebuttal to Sakakeeny Report, and elsewhere.

10. My prior art research confirms that the phrase "all I want for Christmas is you," and the lyrical idea of wanting only "you" for Christmas, were commonplace in Christmas songs predating Vance. I have located at least nineteen prior art works that include this lyrical idea, which are analyzed at pages 12-18 ¶¶ 27-47 of the Ferrara Report and transcribed in Visual Exhibit C to the Ferrara Report. Of these nineteen prior art works, at least thirteen also include the phrase "all I want for Christmas is you" or a similar one, namely: (1) Carla Thomas, "All I Want for Christmas Is You" (1963); (2) Brooke Benton, "You're All I Want for Christmas" (1963); (3) Foghat, "All I Want For Christmas Is You" (1981); (4) Frankie Laine, "You're All I Want for Christmas" (1946); (5) Buck Owens, "All I Want for Christmas Dear Is You" (1965); (6) The Supremes, "My Christmas Tree" (1965), which contains the lyric "All I want for Christmas is my baby back home"; (7) The Salsoul Orchestra, "You're All I Want for Christmas" (1981); (8) Dave Dudley, "All I Want for Christmas Is You for Me" (1982); (9) New Edition, "All I Want for Christmas Is My Girl" (1985); (10) Ray Charles, "All I Want For Christmas" (1985); (11) The Golddiggers, "I Just Want You For Christmas" (1969); (12) The Gems, "Love For Christmas" (1964), which includes the lyric "All I want baby, is your love for Christmas"; and (13) Dee Irwin and Mamie Galore, "All I Want for Christmas Is Your Love" (1968).

11. The other shared lyrical words and phrases are also used and arranged differently in Vance and Carey. They were also in common use in Christmas songs predating Vance, as discussed in pages 12-19 ¶¶ 27-49 and Visual Exhibit C of the Ferrara Report. Visual Exhibit E of the Ferrara Rebuttal to Sakakeeny Report shows the number of times each of the claimed lyrical similarities occurs in the prior art collected in the Ferrara Report.

12. There are stark differences in the vocal melodies in Vance and Carey as shown in the transcriptions in Visual Exhibits D and E of the Ferrara Report and as

3

1  discussed at pages 24-27 ¶¶ 66-73 of the Ferrara Report and elsewhere. Furthermore,
2  as I demonstrated in the Ferrara Rebuttal to Sakakeeny Report, the vocal melodies are
3  very different even as transcribed by Prof. Sakakeeny. As explained in the Ferrara
4  Rebuttal to Fink Report, Prof. Fink did not provide any transcription in musical
5  notation.

6    13.    Prof. Sakakeeny's transcription of the melodic setting of the lyrics "All I
7  Want for Christmas Is You" in the hook of Vance is found in measures 15 through 16
8  of his transcription of Vance on the second to last page of the Sakakeeny Report. His
9  transcription of the melodic setting of the lyrics "All I Want for Christmas Is You" in
10 the hook of Carey is found in measures 23 through 26 of his transcription of Carey on
11 the last page of the Sakakeeny Report. For convenience, I have prepared the below
12 comparison of how Prof. Sakakeeny transcribed these melodic lines, and above each
13 note, I have added the pitch of that note in scale degrees:



20    14.    The transcriptions of these melodic lines on page 25 and elsewhere in the
21 Ferrara Report differ from Prof. Sakakeeny's transcriptions only in that my
22 transcriptions include an additional note on scale degree 2 at the end of the word "you"
23 in Vance, and additional notes on scale degrees 7-1-3-7-1-7-6 at the end of the word
24 "you" in Carey. These differences are discussed at pages 18-19 ¶¶ 36-37 of the Ferrara
25 Rebuttal to Sakakeeny Report. The published sheet music for Carey, which is attached
26 as Visual Exhibit A to the Ferrara Report, is consistent with my transcription of Carey.
27 Additionally, unlike Carey, the hook of Vance contains an additional note on scale
28 degree 6 sung the lyric "'cause," which always precedes the lyrics "all I want for

4

Christmas is you" in Vance. Nevertheless, even assuming the hooks are limited to the melodic settings of the words "all I want for Christmas is you," as transcribed by Prof. Sakakeeny, the hooks are very different.

15. The pitches and melodic contours of the hook melodies as transcribed by Prof. Sakakeeny are very different. The hook melody in Vance, as transcribed by Prof. Sakakeeny, consists of nine notes with the pitches in scale degrees 6-7-1-2-3-2-2-3-1, and one rest (the 𝄽 symbol) between the lyrics "-mas" and is." The hook melody of Carey, as transcribed by Prof. Sakakeeny, consists of eleven notes with the pitches 3-2-1-6-1-6-b6-2-3-2-1. A "note" is a sound of specified (a) pitch and (b) duration. A "rest" indicates silence for a specified duration.

16. The melodic rhythm of the hook melodies, as transcribed by Prof. Sakakeeny is also not similar. "Melodic rhythm" refers to the durations of each note as well as their "metric placement," or placement of these notes on or within beats in a bar or measure.

17. At pages 25-26, ¶¶ 51-52 of the Ferrara Rebuttal to Sakakeeny Report, I identified the melodic rhythm of each note in the hook phrases of Vance and Carey, as transcribed by Prof. Sakakeeny, counting twelve beats per measure in Vance and four beats per measure in Carey. As discussed in footnote 10 on page 26 of the Ferrara Rebuttal to Sakakeeny Report, Vance is counted in twelve beats per measure because it is in 12/8 meter, which consists of twelve eighth-note beats per measure. However, I understand that Prof. Fink and Prof. Sakakeeny testified that Vance should be counted as four beats per measure. To change from counting twelve beats per measure to four beats per measure, beats 1, 4, 7, and 10 become beats 1, 2, 3, and 4, respectively. To facilitate the Court's comparison for this motion, I identify below the melodic rhythm of the hooks of Vance and Carey, as transcribed by Prof. Sakakeeny, counting Vance and Carey in four beats per measure:

| Lyric | Vance | | | Carey | | |
|---|---|---|---|---|---|---|
| | Pitch (scale degree) | Duration (4 beats / measure) | Metric Placement (4 beats/measure) | Pitch (scale degree) | Duration (4 beats / measure) | Metric Placement (4 beats/measure) |
| All | 6 | 2/3 of one beat | First 2/3 of Beat 1 | 3 | One whole beat | Beat 1 |
| I | 7 | 1/3 of one beat | Final 1/3 of Beat 1 | 2-1-6 | One whole beat | Beat 2 |
| Want | 1 | 2/3 of one beat | First 2/3 of Beat 2 | 1 | One whole beat | Beat 3 |
| For | 2 | 1/3 of one beat | Final 1/3 of Beat 2 | 6 | One whole beat | Beat 4 |
| Christ- | 3 | 2/3 of one beat | First 2/3 of Beat 3 | b6 | One whole beat | Beat 1 (second measure) |
| -mas | 2 | 1/3 of one beat | Final 1/3 of Beat 3 | 2 | Two whole beats | Beats 2 and 3 |
| | [rest] | 1/3 of one beat | First 1/3 of Beat 4 | | | |
| Is | 2-3 | 2/3 of one beat | Second 2/3 of Beat 4 | 3 | One whole beat | Beat 4 (second measure) |
| You | 1 | Two whole beats | Beats 1 and 2 (second measure) | 2-1 | Five whole beats | Beat 1 of the third measure through Beat 1 of the fourth measure |

1  18. Alternatively, the melodic rhythm of the hooks of Vance (counting four beats per measure) and Carey, as transcribed by Prof. Sakakeeny, could be approximated graphically as follows:

| Beat  | 1   |   | 2   |   | 3   |   | 4   | 1     |   | 2   | 3 | 4  | 1   | etc. |
|-------|-----|---|-----|---|-----|---|-----|-------|---|-----|---|----|-----|------|
| Vance | 6   | 7 | 1   |   | 2   | 3 | 2   | 2 3   | 1 |     |   |    |     |      |
|       | All | I | want | | for | Christmas | | is | you | | | | | |
| Carey | 3   |   | 2 1 | 6 | 1   |   |     | 6     |   | b6  | 2 | 3  | 2 1 |      |
|       | All |   | I   |   | want |  |     | for   |   | Christ | mas | — | is | you | … |

19. Thus, as transcribed by Prof. Sakakeeny and regardless of how Vance is counted, no corresponding notes in the hook melodies of Vance and Carey have the same pitch, rhythmic duration, and metric placement.

20. The overall chord progressions of Vance and Carey are very different, as are the chords in the hooks, and the similarities claimed by Prof. Fink and Prof. Sakakeeny are fragmentary and commonplace. My findings regarding the chord progressions are set forth at pages 20-23 ¶¶ 50-58 of the Ferrara Report, pages 16-18 ¶¶ 37-38 of the Ferrara Rebuttal to Fink Report, pages 21-22 ¶¶ 44-46 and 28-29 ¶¶ 55-57 Ferrara Rebuttal to Sakakeeny Report, and elsewhere.

21. The claimed melodic and harmonic similarities in the hooks of Vance and Carey are fragmentary and commonplace, *even in combination*, as discussed at pages 18-25 ¶¶ 39-48 of the Ferrara Rebuttal to Fink Report, and at pages 22-24 ¶¶ 46-47 of the Ferrara Rebuttal to Sakakeeny Report. In Rebuttal Report Visual Exhibits B-D, I identified many prior art works with the claimed melodic and harmonic similarities in the hooks in combination, which confirms that these claimed similarities are commonplace musical building blocks.

22.     There are no significant similarities in the melodies and harmonies of the hooks or any other part of Vance and Carey, and there are significant differences. My responses to Professor Sakakeeny's claimed similarities regarding melodic contour and melodic phrase structure in the Verses of Vance and Carey are set forth on pages 29-36 ¶¶ 58-75 of the Ferrara Rebuttal to Sakakeeny Report.

23.     On page 5 of the Sakakeeny Report, Prof. Sakakeeny includes a chart of the chords of the verses of Vance and Carey in G major, which is pasted here for convenience:

| VANCE | G | B- |   | C | D | G | E7 | A- | C-6 | G | E- | A7 |   | D | D+ | G ... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAREY | G |   |   | C |   | C-6 |   | G |   |   |   | C |   | C-6 |   | G ... |

24.     Prof. Sakakeeny's chart compares one measure of Vance for every two measures of Carey, although his report makes no mention of this distortion. Additionally, Prof. Sakakeeny's chart omits that in Carey, the chord C-6 is actually C-6/Eb as shown in Prof. Sakakeeny's own transcription of Carey on the last page of the Sakakeeny Report. The charts on pages 21-22 of the Ferrara Report compare the chord progressions of Vance and Carey on a measure-per-measure basis, but they are transposed into the key of C major. If transposed into the key of G major—the key in which Dr. Sakakeeny analyzes the songs—the chords of the first verse are:

|  | Measure 1 | Measure 2 | Measure 3 | Measure 4 |
|---|---|---|---|---|
| Vance: | G | B- | C    D | G    E7 |
| Carey: | G | G | G | G |

|  | Measure 5 | Measure 6 | Measure 7 | Measure 8 |
|---|---|---|---|---|
| Vance: | A-   C-6 | G  G/F# E- | A7 | D    D+ |
| Carey: | C | C | C-6/Eb | C-6/Eb |

8

As can be seen, and as explained in pages 37-40 ¶¶ 76-79 of the Ferrara Rebuttal to Sakakeeny Report, the three chords that Prof. Sakakeeny circles are not a significant similarity insofar as they occur in different parts of the chord progressions and are commonplace musical building blocks.

25. The overall structures of Vance and Carey have no significant similarities and have significant differences. My findings regarding the structure of Vance and Carey are set forth in pages 5-7 ¶¶ 7-10 of the Ferrara Report, pages 6-7 ¶ 14 of the Ferrara Rebuttal to Fink Report, page 36 ¶¶ 73-74 of the Ferrara Rebuttal to Sakakeeny Report, and elsewhere.

26. The overall rhythms of Vance and Carey are also significantly different. The tempo of Carey is 150 beats per minute ("bpm"), which is more than two times faster than the 72 bpm tempo of Vance. The drum rhythms are also very different. These differences are discussed at pages 23-24 ¶¶ 61-65 of the Ferrara Report and elsewhere. The claimed similarity of a 12-note "triplet" piano pulse is insignificant insofar as that rhythmic arrangement is commonplace, including in 1950s and 1960s music. This is discussed in more detail at pages 5-6 ¶¶ 11-12 of the Ferrara Rebuttal to Fink Report and pages 41-43 ¶¶ 82-85 of the Ferrara Rebuttal to Sakakeeny Report. Additionally, my findings regarding the "arpeggios" mentioned in the Sakakeeny Report are set forth at pages 43-45 ¶¶ 86-88 of the Ferrara Rebuttal to Sakakeeny Report.

27. There are other overall differences between Vance and Carey as discussed at pages 36-37 ¶¶ 98-102 of the Ferrara Report.

28. As an example of why the fragmentary similarities between the hooks of Vance and Carey that Plaintiffs' experts identified are not musicologically significant, I prepared a comparative transcription of the second iteration of the hook in Vance and the melody accompanying the same lyrics in Carla Thomas's *All I Want for Christmas Is You* (1963). The comparative transcription reveals many fragmentary

similarities, as discussed in pages 25-27 ¶¶ 49-52 of the Ferrara Rebuttal to Fink Report.

29. In conducting my prior art research for this matter, I discovered that the music of Vance has very significant similarities with the music of Bobby Vinton's *My Heart Belongs to Only You* (1964) ("Vinton"). The similarities in melodies and harmonies can be seen in my comparative transcriptions of the entire first two verses of Vance and Vinton in Visual Exhibit G of the Ferrara Report, and are also summarized at pages 29-36 ¶¶ 79-97 of the Ferrara Report. There are melodic and harmonic similarities in every respective measure of the verses of Vance and Vinton. There are also structural similarities, as discussed at pages 29-30 ¶¶ 80-82 of the Ferrara Report. As is also clear from my transcription in Visual Exhibit G of the Ferrara Report, the verses of Vinton also feature the same melodic phrase structure as Vance, namely an eight-bar period with antecedent and consequent phrases, where the second verse repeats the melody of the first verse except in the final two measures. There are also additional rhythmic and stylistic similarities, as discussed at pages 30-31 ¶¶ 80-85 of the Ferrara Report. As relevant to this Motion, Vinton is an example of the commonplace nature of the claimed similarity in melodic phrase structure, as well as the claimed rhythmic and stylistic similarities in Vance and Carey.

30. For the reasons described in the Ferrara Report, Ferrara Rebuttal Reports, and summarized above, there are no musicologically significant similarities and many musicologically significant differences in Vance and Carey.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2024, at New York, New York.

_____
Lawrence Ferrara, Ph.D.