Peter Anderson, Esq. (Cal. Bar No. 88891)
  peteranderson@dwt.com
Lindsay M. Samuel, Esq. (Cal. Bar No. 320075)
  lindsaysamuel@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
  ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MARIAH CAREY, SONY MUSIC
ENTERTAINMENT, and UNIVERSAL
MUSIC CORP.

Kenneth D. Freundlich, Esq. (Cal. Bar No. 119806)
  ken@freundlichlaw.com
Jonah A. Grossbardt, Esq. (Cal. Bar No. 283584)
  jonah@freundlichlaw.com
FREUNDLICH LAW, APC
16133 Ventura Blvd., Ste. 645
Encino, California 91436
P: 818.377.3790
F: 310.275.5331

Attorneys for Defendant
WALTER AFANASIEFF

[*Additional Counsel on Following Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ANDY STONE, *etc., et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MARIAH CAREY, *etc., et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-09216-MRA-JDEx<br><br>DECLARATION OF NATHANIEL LEWIS, PH.D., IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE EXTRINSIC TEST<br><br>Date: October 31, 2024<br>Time: 1:30 p.m.<br><br>Courtroom of the Honorable<br>　Mónica Ramírez Almadani<br>United States District Judge |

1  Benjamin S. Akley (Cal. Bar No. 278506)
      bakley@pryorcashman.com
2  Shamar Toms-Anthony (Cal. Bar No. 323246)
      stoms-anthony@pryorcashman.com
3  PRYOR CASHMAN LLP
   1801 Century Park East, 24th Floor
4  Los Angeles, California 90067
   Tel: (310) 683-6900
5  Fax: (310) 943-3397

6  Ilene S. Farkas (admitted *pro hac vice*)
      ifarkas@pryorcashman.com
7  PRYOR CASHMAN LLP
   7 Times Square, 40th Floor
8  New York, New York 10036
   Telephone: (212) 421-4100
9
   Attorneys for Defendant
10 SONY MUSIC PUBLISHING (US) LLC

11 Bert H. Deixler (Cal. Bar. No. 70614)
      bdeixler@kbkfirm.com
12 Patrick J. Somers (Cal. Bar. No. 318766)
      psomers@kbkfirm.com
13 Emma Tehrani (Cal. Bar. No. 329603)
      etehrani@kbkfirm.com
14 KENDALL BRILL & KELLY LLP
   10100 Santa Monica Blvd., Suite 1725
15 Los Angeles, California 90067
   Telephone: 310.556.2700
16 Facsimile: 310.556.2705

17 Attorneys for Defendant
   KOBALT MUSIC PUBLISHING
18 AMERICA, INC.

# DECLARATION OF NATHANIEL LEWIS, Ph.D.

I, Nathaniel Lewis, Ph.D., declare and state:

1. I am over the age of 18. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a Professor of English at Saint Michael's College and have served in the past as Chair of the department and Director of the American Studies Program. My areas of study and writing include popular culture and literary studies, particularly the formal and aesthetic analysis of the written word, both in canonical literary works and popular culture texts. My scholarship also focuses on the intersections of popular culture, American regionalism, aesthetic theory, and the written word.

3. I routinely teach undergraduate English classes that consider theories of reading, cultural discourse, and formal textual analysis, and to varying degrees virtually all of my English courses include the study of song lyrics.

4. I was asked to perform a comparative analysis of the lyrics of Vince Vance and the Valiants' *All I Want for Christmas Is You* ("Vance") and Mariah Carey and Walter Afanasieff's *All I Want for Christmas Is You* ("Carey"). Attached to this Declaration as Exhibit 4 is a true and correct copy of my Report, dated May 6, 2024 ("Lewis Report"). My transcriptions of the lyrics of Vance and Carey are in the appendix to the Lewis Report. I prepared these transcriptions using the methods described at pages 2-3 of the Lewis Report. The Lewis Report sets forth my qualifications, comparative analysis of the lyrics of Vance and Carey, and conclusions as to the lyrics of those works.

5. I was also asked to review and consider the "Preliminary Report on Carey and Afanasieff, 'All I want for Christmas Is You' (1994) *versus* Powers and Stone, 'All I Want for Christmas Is You' (1989)," signed by Robert Fink, whom I understand was designated by Plaintiffs as their expert musicologist. Attached to this Declaration as Exhibit 5 is a true and correct copy of my Rebuttal Report as to Prof. Fink's Report

dated June 3, 2024 ("Lewis Rebuttal to Fink Report"), which sets out my conclusions regarding Prof. Fink's Preliminary Report as to Vance and Carey.

6. I was also asked to review and consider the report dated July 11, 2022, "RE: 'All I Want for Christmas is You'" by Matt Sakakeeny. I understand that Plaintiffs also designated Prof. Sakakeeny as an expert musicologist. Attached to this Declaration as Exhibit 6 is a true and correct copy of my Rebuttal Report of the Matt Sakakeeny Report Regarding *Stone v. Carey et al*, dated June 3, 2024 ("Lewis Rebuttal to Sakakeeny Report," and with the Lewis Rebuttal to Fink Report, the "Lewis Rebuttal Reports"), which sets out my conclusions regarding Prof. Sakakeeny's report as to Vance and Carey.

7. The Lewis Report and Lewis Rebuttal Reports are each made a part of and incorporated in this Declaration. I can and do testify to my statements, analysis, and conclusions in the Lewis Report and Lewis Rebuttal Reports.

8. In conducting my comparative analysis, I have approached the lyrics as literary works and applied established objective analyses and principles applicable to the study of literary works. In conducting this analysis, I have compared the songs' respective lyrics, identified similarities, and considered whether they are conventional, familiar literary devices or other commonplace elements or ideas. I have also identified differences between the lyrics in the two songs. As set out in more detail in the Lewis Report and Lewis Rebuttal Reports, by applying the foregoing methodology, I have concluded the following:

(a) While the lyrics of Vance and Carey share a basic idea of a person wanting someone else's presence at Christmastime more than the trappings of that holiday, that idea appeared in dozens of Christmas songs predating Vance. Pages 6-7 of the Lewis Report show examples of prior art songs featuring this lyrical idea.

(b) Vance and Carey share the phrase "all I want for Christmas is you," but that phrase is preceded and followed by very different words and used

2

in different ways, as discussed at pages 18-21 of the Lewis Report. The phrase "all I want for Christmas is you" was also an established, popular element of Christmas songs before Vance, including as a song title, as shown in the prior art examples discussed at pages 19-21 of the Lewis Report. In fact, the Oxford Handbook of Christmas notes that "songs of Christmas and romance frequently declare themselves in their titles, and the combination of several direct words—Christmas, want, all, I, you—have been arranged to serve more than one song." (See Todd Decker, "Carols and Music Since 1900," in <u>The Oxford Handbook of Christmas</u>, ed Timothy Larsen, New York: Oxford University Press, 2020, p. 341.)

(c) Vance and Carey also use other Christmas words and phrases that are familiar from other Christmas songs, as discussed at pages 10-31 of the Lewis report. But the presence of Christmas words and phrases is what makes Vance and Carey Christmas songs. Moreover, the use of many of these Christmas words and phrases in Vance and Carey flows from the underlying idea that love matters more than the trappings of the Christmas season.

(d) Most of the Christmas words and phrases in Vance and Carey are different, appearing in only one song or the other, not both, as shown at pages 8-9 of the Lewis Report.

(e) The few Christmas words that are used in both songs—mistletoe, Santa Claus/Santa, snow, stocking(s), and Christmas—are all common in Christmas songs and are used differently in Vance and Carey, as discussed on pages 10-18 of the Lewis Report. The same is true of the phrases "underneath the Christmas Tree," and the fragment "come true" in the phrases "you are my dream come true" in Vance and "make my wish come true" in Carey, as discussed at pages 21-22 and 28-29 of the Lewis Report. The remaining shared words and phrases—namely, phrases with the verbs "want" and "need," and the phrase "just one thing," which are discussed at pages 22-28 of the Lewis Report,

3

|   |   |
|---|---|
| 1 | as well as the verb "ask"—are commonplace and flow from the underlying idea |
| 2 | of wanting only a loved one's presence rather than the trappings of Christmas. |
| 3 | (f) Prof. Fink's report states that the term "sleigh bells" appears in |
| 4 | both Vance and Carey, but that is incorrect. "Silver bells" and "sleigh rides" |
| 5 | appear only in Vance, and "sleigh bells" appears only in Carey. Furthermore, |
| 6 | while all of these words are Christmas tropes, and found in other Christmas |
| 7 | songs, they mean different things, as explained at pages 9-10 of the Lewis |
| 8 | Report. |
| 9 | (g) The color-coded chart in Prof. Sakakeeny's report suggests that he |
| 10 | believes other lyrics in Vance and Carey to be similar: for example, the lyrics |
| 11 | "Santa can't bring me what I need" in Vance and "Santa Claus won't make me |
| 12 | happy" in Carey. However, Professor Sakakeeny ignores that the phrasing and |
| 13 | meaning of these lyrics is different. These phrases are similar only in that they |
| 14 | convey the general, familiar idea that the speaker prefers the companionship of |
| 15 | the addressed "you" to Santa Claus's gifts, but that idea is found in numerous |
| 16 | Christmas songs predating Vance. Prior art examples with this idea are |
| 17 | discussed at pages 2-3 of the Lewis Rebuttal to Sakakeeny Report. |
| 18 | (h) The shared words and phrases discussed above are so common in |
| 19 | Christmas songs that they often appear in prior artworks in combination. For |
| 20 | example, Carla Thomas's *All I Want for Christmas Is You* contains the phrase |
| 21 | "all I want for Christmas is you," the words "mistletoe," "snow," Santa," and |
| 22 | Christmas," and the lyrical phrases "presents under the tree." Another example |
| 23 | is The Golddiggers' *I Just Want You for Christmas*, which includes the words |
| 24 | "mistletoe," "Santa," Christmas," and "snow," and the phrases "I just want you |
| 25 | for Christmas," "I don't want," "I don't need," and "I just want." Additional |
| 26 | examples are discussed at pages 30-31 and pages 16-18 of the Lewis Report. |
| 27 | (i) As set forth more fully in my Reports, the lyrics of Vance and |
| 28 | Carey share only a basic idea and a few Christmas words and phrases |

commonplace in Christmas songs and which are used differently in Vance and in Carey. The lyrics of Vance and Carey are not, as a whole or otherwise, similar in any significant or substantial way, and include significant differences.

9. I also separately analyzed the lyrics of Vance and Carey by comparing their respective (1) settings, (2) themes, (3) characters, (4) plots, (5) dialogues, (6) paces, (7) sequences of events, and (8) moods, again using an objective, formalistic approach. As set out in more detail in the Lewis Report and Lewis Rebuttal Reports, by applying the foregoing methodology, I have concluded the following:

(a) My findings with respect to settings depicted in the lyrics of Vance and Carey are set forth at pages 34-36 of the Lewis Report. In short, the songs' settings are similar only in that they are set at Christmastime, which is insignificant because that is common in Christmas songs. However, Vance and Carey convey significantly different approaches to setting, as discussed in the Lewis Report.

(b) My findings with respect to the themes in the lyrics of Vance and Carey are set forth at pages 35-37 of the Lewis Report. Like many Christmas songs, Vance and Carey present the theme that love and companionship matter more at Christmastime than the material trappings of the season. This theme is an established, traditional one in Christmas songs.

(c) My findings with respect to the characters depicted in the lyrics of Vance and Carey are set forth at pages 37-39 of the Lewis Report. Both Vance and Carey are written in the first person and present two main characters, the speaker or narrator, "I," and the addressee, the unnamed "you." Those characters flow from the underlying idea of wanting only to be with a loved one for Christmas. There are also distinct differences in the way these characters are depicted in Vance and Carey. Additionally, unlike Vance, Carey recognizes many other characters in the narrator's world, including "children" who are laughing and "everyone … singing." Even Santa Claus is presented as a

character, when the narrator asks him: "Santa won't you bring me / The one I really need."

(d) There are no significant similarities in plot or series of events, as discussed at pages 39 and 42-43 of the Lewis Report. In traditional narrative terms, Vance presents no plot nor sequence of events, but rather is exclusively an expression of affection for the addressed "you." Carey, by contrast, has a plot and sequence of events. Professor Sakakeeny's report states that Vance and Carey have the "same story and the same 'arc,'" but as discussed on pages 8-11 of the Lewis Rebuttal to Sakakeeny Report, he appears to misunderstand those terms and the lyrics of Vance and Carey.

(e) As discussed on page 40 of the Lewis Report, neither Vance nor Carey contains dialogue, and the content and tone of the speakers' statements are different in Vance and Carey.

(f) My findings with respect to the pace of the lyrics of Vance and Carey are set forth at pages 41-42 of the Lewis Report. In poetry and lyrics, pace is largely created by the meter, which is the arrangement or pattern of stressed and unstressed syllables. The pace of Vance's and Carey's lyrics is very different, including because the songs employ very different meters.

(g) My findings with respect to the mood of the lyrics of Vance and Carey are set forth at pages 43-44 of the Lewis Report. The moods of the two songs' lyrics are significantly different.

(h) As set forth more fully in the Lewis Report and Lewis Rebuttal Reports, the settings, themes, characters, plots, dialogues, paces, sequences of events, and moods of Vance and of Carey are not similar in any significant or substantial way, and include significant differences.

10. In summary, I have applied literary analyses to the two songs' words and phrases, and the only similarity is the presence of a small number of generic, commonplace words and phrases, that flow from the underlying theme, that are typical

and commonplace in Christmas songs, and that are preceded and followed by different lyrics, thereby conveying different objective meanings. There are also no significant similarities in the themes, settings, characters, plots, sequences of events, dialogue, paces, and moods of the lyrics of Vance and Carey, but there are significant differences.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2024, at Underhill, Vermont.

_____
Nathaniel Lewis, Ph.D.