# EXHIBIT 1

Dr. L. Ferrara
06-19-2024
**Exhibit 2**
April Biedermann

# Dr. Lawrence Ferrara's

# Initial Report *Re* Extrinsic Test

**EXHIBIT 1**

**1**

Dr. Ferrara Depo. - Ex. 2

# FERRARA REPORT

## TABLE OF CONTENTS

I.  INTRODUCTION AND SUMMARY                                page 1

    I.  A.   SUMMARY OF FINDINGS                         page 2

    I.  B.   MATERIALS USED AND OVERALL METHODOLOGY      page 2

    I.  C.   MUSICAL COMPOSITIONS AND BASIC TERMINOLOGY   page 3


II.  ANALYSIS OF VANCE AND CAREY                            page 5

    II. A.   FORM/STRUCTURE                              page 5

    II. B.  LYRICS                                      page 7

    II. C.  LYRICS: PRIOR ART                           page 12

    II. D. HARMONY                                      page 20

    II. E. RHYTHM                                       page 23

    II. F. MELODY                                       page 24

    II. G. PRIOR ART                                    page 28

    II. H.  VANCE AND CAREY IN THEIR ENTIRETY           page 36


III.  CONCLUSIONS                                           page 38

**EXHIBIT 1**
**2**

Dr. Ferrara Depo. - Ex. 2

**(BY) LAWRENCE FERRARA, Ph.D.**
**(FOR) LAWRENCE FERRARA, INC.**

**REPORT REGARDING**

**"All I Want for Christmas Is You" (Vince Vance) &**
**"All I Want for Christmas Is You" (Mariah Carey)**

## I.      INTRODUCTION AND SUMMARY

1.      I am a musicologist on the full-time faculty at New York University where my rank is Professor of Music, and my title is Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in NYU's Steinhardt School.  I have written and co-written published books and articles (in peer-reviewed journals) regarding music analysis, methodologies in music research, and other scholarly areas related to music.  I am a longstanding member of two editorial boards of peer-reviewed scholarly journals in music respectively published by Indiana University Press and University of Illinois Press.  I have been an active music copyright consultant for record, music publishing, motion picture companies, artists, and other individuals in the United States and abroad for more than 30 years and I have given testimony at landmark trials such as on behalf of Andrew Lloyd Webber in *Repp v Webber* (1998, *The Phantom of the Opera*), on behalf of Led Zeppelin in *Skidmore v Led Zeppelin* (2016, "Stairway to Heaven"), and on behalf of Ed Sheeran in *Griffin v Sheeran* (2023, "Thinking Out Loud"), to name only three.  I have given invited lectures on music copyright at Harvard University Law School in each of the last fourteen years, at Columbia University Law School over a period of fifteen years, at other law schools, and for legal departments in companies (such as Netflix and others) and organizations (such as the Los Angeles Copyright Society and others).  I have given many panel presentations for organizations such as the Copyright Society of the United States and others.  I have also presented several peer-reviewed papers regarding music copyright for the American Musicological Society GNY.  My *curriculum vitae* is attached as **Appendix 1**.

1

**EXHIBIT 1**
**3**

Dr. Ferrara Depo. - Ex. 2

2.      I have been asked to complete a comparative musicological analysis of the compositions embodied in Plaintiffs' "All I Want for Christmas Is You" (recorded by Vince Vance and the Valiants, hereafter VANCE) and Defendants' "All I Want for Christmas Is You" (recorded by Mariah Carey, hereafter CAREY).  My comparative musicological analysis includes assessing (1) whether or not any similarities or differences are significant from a musicological perspective and (2) whether or not any shared similarities exist in "prior art", i.e., songs that predate 1988, which I understand is the year in which VANCE was created.

## I.  A.   SUMMARY OF FINDINGS

3.      On the basis of my musicological analysis, which is presented below, it is my professional opinion that there are no significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate, between VANCE and CAREY.  There are no significant structural similarities; the song structures in VANCE and CAREY are very different.  There are no significant melodic similarities; the melodies in VANCE and CAREY are very different.  There are no significant rhythmic similarities; the rhythms in VANCE and CAREY are very different.  There are no significant harmonic similarities; the harmonies in VANCE and CAREY are very different.  There are no significant lyrical similarities; both songs are Christmas songs and, as such, each includes Christmas references widely used in Christmas songs prior to the creation of VANCE, and those that appear in both songs are limited and used differently.  While both songs share the underlying idea of preferring a person over gifts and other trappings of Christmas, VANCE and CAREY express that idea differently. From the perspective of VANCE and CAREY in their entireties, they are very different compositions, and any similarities were in common use prior to VANCE.

## I.  B.   MATERIALS USED AND OVERALL METHODOLOGY

4.      The following materials were used in my analysis of VANCE and CAREY, set forth below:

2

EXHIBIT 1
4

Dr. Ferrara Depo. - Ex. 2

(a)    an mp3 of VANCE that I downloaded from iTunes and attached as Track 1 on **Audio Exhibit 1**,

(b)    an mp3 of CAREY that I downloaded from iTunes and attached as Track 2 on **Audio Exhibit 1**,

(c)    published sheet music of CAREY attached as **Visual Exhibit A**,

(d)    audios and/or published sheet music of prior art, and

(e)    plaintiffs' First Amended Complaint.

5.    I compared VANCE and CAREY by using the following overall methodology:

(a)    analysis of VANCE and CAREY in their entirety;

(b)    analysis of each of their component elements individually and in combination;

(c)    analysis of prior art; and

(d)    analysis of VANCE and CAREY in their entirety within the context of the analysis of their component parts and prior art.

## I.  C.   MUSICAL COMPOSITIONS AND BASIC TERMINOLOGY

6.    A musical composition is composed of certain distinct and identifiable elements that can be analyzed separately, and in combination.  When analyzing two compositions in order to form an opinion in music copyright infringement claims, some elements are more fundamental to determining similarities or differences than others, namely: (1) structure; (2) harmony; (3) rhythm; and (4) melody, and when present, (5) lyrics.[1]  On the other hand, similarities or differences in the key (<u>e.g.</u>, if two compositions

---

[1]    For example, Ronald S. Rosen writes: "Thus, from the copyright perspective (and in the view of many musical professionals)…the basic elements of music are:  melody, harmony, rhythm, and form/structure." (Ronald S. Rosen, *Music and Copyright*, Oxford

3

**EXHIBIT 1**
**5**

Dr. Ferrara Depo. - Ex. 2

are in the same key or in different keys), tempo (i.e., how fast or slow the music is performed), meter (e.g., 4/4 time), instrumentation (e.g., the use of guitars, drums, synthesizers, etc.), and style or genre (e.g., hip hop, country, etc.) are relevant but less significant insofar as they represent musical building blocks and/or commonplace practices used in countless musical compositions.  Brief definitions of the elements of structure, harmony, rhythm, melody, and lyrics listed above, follow.

> (a) **Structure** is the organization of musical units or sections, often dictated by the development of the melody and/or lyrics in songs.  The larger portions or sections of songs are generally referred to as Verses and Choruses.  The material within Verses and Choruses consists of phrases.

> (b) **Harmony** refers to the tonal relationship of pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of "chords".  A "triad" is a basic type of chord that consists of three pitches built on intervals of a third.[2]  (An "interval" names the number of tones or space between two pitches.)  A sequence of chords is referred to as a harmonic progression.  Harmonic rhythm is the rate of change of chords.[3]

---

University Press, 2008, p. 156). In addition and as cited in Rosen (footnote 19 on page 156): "In *Tisi v. Patrick*, both experts were in agreement 'that the elements to be considered on the question of similarity between [the two songs] were structure, melody, harmony and rhythm.' 97 F.Supp.2d 539, 543 (S.D.N.Y.2000)."

[2]    *See* "harmony" in *The Harvard Dictionary of Music* (Fourth Edition, 2003, Harvard University Press p. 379) and *The New Grove Dictionary of Music and Musicians* (Second Edition, 2001, Vol. 10, p. 858).

[3]    *See* "harmonic rhythm", *ibid.* (*Harvard*, p. 376), (*Grove*, Vol. 10, 854).

4

**EXHIBIT 1**

**6**

Dr. Ferrara Depo. - Ex. 2

(c) **Rhythm** refers to the pattern and organization of the time values of sounds and silences as well as the overall rhythmic flow in musical time.[4]

(d) **Melody** is a single line of music that consists primarily of a succession (i.e., a sequence or order) of pitches and the rhythmic durations of those pitches within a melodic phrase structure.  Pitch is the specific high or low placement of a musical sound, often identified within a musical scale.[5]

(e) **Lyrics** are the words (or text) that are sung or spoken in a song.

## II.    ANALYSIS OF VANCE AND CAREY

## II.  A.  FORM/STRUCTURE

7.    As briefly defined in paragraph 6(a) above, "structure" (or "form") is the organization of musical units or sections, often dictated by the development of the melody and/or lyrics in songs that form structures such as Verses and Choruses.

8.    A structural chart provides a map of the structural sections in a musical composition.  The charts of the respective structures in VANCE and CAREY immediately below include the commencement time (within one second) and name of each structural section as well as the number of bars[6] in each structural section.

| VANCE | | | CAREY | | |
|---|---|---|---|---|---|
| | STRUCTURAL CHART | | | Structural Chart | |
| 00:00 | Introduction | 4 bars | 00:00 | Introduction | 2 bars |
| 00:15 | Verse 1 | 8 bars | 00:07 | Intro Verse | 8 bars |

---

[4]    *See* "rhythm", *ibid.*  (*Harvard*, p. 723), (*Grove*, Vol. 21, p. 277).

[5]    *See* "melody", *ibid.*  (*Harvard*, p. 499), (*Grove*, Vol. 16, p. 363).

[6]    A "bar" (also termed a "measure") is a unit of musical time demarcated by vertical lines termed "bar lines."  For example, in 4/4 time or "meter", a bar consists of four quarter beats.

5

**EXHIBIT 1**
**7**

Dr. Ferrara Depo. - Ex. 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 00:41 | Verse 2 | 8 bars | | 00:24 | Intro Chorus* | 14 bars |
| 01:08 | Bridge 1 | 8 bars | | 00:57 | Verse 1 | 16 bars |
| 01:34 | Verse 3 | 7 bars | | 01:23 | Chorus 1 | 12 bars |
| 01:57 | Sax solo | 8 bars | | 01:42 | Verse 2 | 16 bars |
| 02:24 | Bridge 2 | 8 bars | | 02:07 | Chorus 2 | 12 bars |
| 02:50 | Verse 4 | 11 bars | | 02:27 | Bridge | 16 bars |
| 03:31 | Outro | 3 bars | | 02:52 | Verse 3 | 8 bars |
| | (ends at 3:48) | | | 03:05 | Chorus 3 | 14 bars |
| | | | | 03:27 | Outro | 20 bars |
| | | | | | (ends at 3:59 including fade) | |

\* Some bars are freely sung including notes that are prolonged in duration

9. As shown in the structural charts above, the only similarity is the use of standard song structural sections such as Introduction, Verse, Bridge, and Outro (ending), which is a musical building block. However, the aggregate of structural differences is very significant and consists of the following:

- While CAREY has a sung Introduction Verse (after the instrumental Introduction), VANCE does not have a sung Introduction Verse;

- While CAREY has a sung Introduction Chorus (after the sung Introduction Verse), VANCE does not have a sung Introduction Chorus;

- While CAREY has three Chorus sections, VANCE has no Chorus sections;

- While VANCE has two Bridge sections, CAREY has one Bridge section;

- While VANCE has a sax solo section, CAREY has no solo section; and

- While the Outro in VANCE is 3 bars, the Outro in CAREY is more than six times longer (at 20 bars) in duration.

6

EXHIBIT 1
8

Dr. Ferrara Depo. - Ex. 2

10.    In summary, on the basis of my analysis, I found that there are no significant structural similarities but there are very significant structural differences between VANCE and CAREY.

## II.  B.  LYRICS

<u>There Are No Significant Lyrical Similarities, and, Shared Lyrics Are Used Differently</u>

11.    VANCE and CAREY share the same title, "All I Want for Christmas Is You", which, as shown below, appears in works before VANCE, including as a title. While the words of the title in VANCE, when used as a lyric, are <u>always</u> preceded by the word "'Cause" ("'Cause all I want for Christmas is you"), the title in CAREY, when used as a lyric, is <u>never</u> preceded by the word "'Cause".  As is common in popular songs (as shown below), the song title occurs as a lyric at the end of a structural section in VANCE and CAREY.  However, the title occurs at the end of different structural sections, namely, at the end of the Verse in VANCE but at the end of the Chorus in CAREY.

12.    In VANCE and CAREY, the narrator wishes for the object of their affection in lieu of other things for Christmas.  We are not informed as to whether that special person ultimately arrives to celebrate Christmas.  In expressing this idea, the narrator notes that they want that person ("you") on Christmas and that they "don't need" other items normally associated with Christmas.  As shown below, this idea also appeared in other works before VANCE.

13.    VANCE and CAREY reference what "I don't need" or "[I] don't want", including commonplace Christmas song clichés such as "mistletoe", "bells", "sleigh", "snow", "stocking[s]", "Christmas tree", and "Santa", all of which were commonplace before Vance.  There are no shared phrases that are more than a single word or two or fragments such as "I don't need".  Indeed, the only other shared phrases consisting of more than a few words are "underneath the Christmas tree" and the title "all I want for Christmas is you", which were in common use prior to VANCE.

7

**EXHIBIT 1**
**9**

Dr. Ferrara Depo. - Ex. 2

14.   VANCE and CAREY each include Christmas clichés that were commonplace before VANCE.  The lyrics in VANCE and CAREY are attached in **Visual Exhibit B**.  Therein, instances of the same word or short phrase in both VANCE and CAREY are <mark>highlighted</mark> in yellow.  To facilitate the reading, several instances of shared words and short phrases in VANCE and CAREY are in **bold** in Table 1 immediately below.

**TABLE 1: VANCE and CAREY Shared Lyrics**

| VANCE | CAREY |
|---|---|
| Take back the holly and **mistletoe** [0:15] | I'm just gonna keep on waiting underneath the **mistletoe** [1:49] |
| Silver **bells** on strings [0:22] | I hear those sleigh **bells** ringing [2:43] |
| If I wrote a letter to Santa Claus, I would ask for **just one thing** [0:28] | There is **just one thing** I need [0:13] |
| **I don't need** sleigh rides in the snow [0:42] **I don't need** expensive things [1:08] | **I don't need** to hang my stocking [1:10] |
| I don't need **sleigh** rides in the **snow** [0:42] | I hear those **sleigh** bells ringing [2:43] I won't even wish for **snow** [1:45] |
| **Don't want Christmas** that's blue [0:49] | I **don't want** a lot for **Christmas** [0:07] |
| Take back the tinsel, **stockings**, and bows [0:55] | I don't need to hang my **stocking** [1:10] |
| 'Cause **all I want for Christmas is you** [1:01] | **All I want for Christmas is you** [0:39] |
| **I don't need** expensive things / They don't matter to me / All that I want, it can't be found / **Underneath the Christmas tree** [1:08] | **I don't** want a lot for Christmas / There is just one thing I **need** / I don't care about the presents / **Underneath the Christmas tree** [0:07] |
| You are my dream **come true** [1:42] | Make my wish **come true** [0:33] |
| **Santa** can't **bring** me what I **need** [1:48 & 3:04] | **Santa**, won't you **bring** the one I really **need**? [2:46] |

8

**EXHIBIT 1**
**10**
Dr. Ferrara Depo. - Ex. 2

15.     As shown in the attached **Visual Exhibit B** and in Table1 above, some shared words and short phrases in VANCE and CAREY are used differently.  For example:

- VANCE's "take back the holly and **mistletoe**" is different from CAREY's "waiting underneath the **mistletoe**".
- VANCE refers to "silver **bells**" but CAREY refers to "sleigh **bells**".
- VANCE's "**sleigh** rides in the snow" is different from CAREY's "**sleigh** bells ringing".
- VANCE's "**I don't need** expensive things" is different from CAREY's "**I don't need** to hang my stocking".
- VANCE's "**Don't want Christmas** that's blue" is different from CAREY's "I **don't want** a lot for **Christmas**".

16.     By further way of difference, other commonplace Christmas elements are referenced in one song but not the other.  For example, VANCE (but not CAREY) mentions "holly", "tinsel", "bows", and "angel", and CAREY (but not VANCE) mentions "presents", "wish", "fireplace", "toy", "North Pole", "reindeer", "lights", and "singing".

<u>Shared Lyrics Are Combined with Other Words and Arranged Differently</u>

17.     As shown in **Visual Exhibit B** and in Table 1 above, shared references to the trappings of Christmas are often combined with different words and are arranged differently in VANCE as compared with CAREY.  First, as noted above, there are Christmas related lyrics in VANCE (such as "holly", "tinsel", "bows", and "angel") that are <u>not</u> in CAREY and Christmas related lyrics in CAREY (such as "presents", "wish", "fireplace", "toy", "North Pole", "reindeer", "lights", and "singing") that are <u>not</u> in VANCE.

18.     Second, shared lyrics such as "mistletoe", "bells", "snow', "stocking[s]", and "Christmas tree" are common Christmas song clichés that are found in numerous other Christmas songs released prior to VANCE (as shown in the lyrical transcriptions of 38 prior art Christmas songs in **Visual Exhibit C**) or they are prosaic phrases like "I don't need", "don't want", or "just one thing" that are short commonplace fragments.

9

**EXHIBIT 1**
11

Dr. Ferrara Depo. - Ex. 2

Moreover, these three commonplace and fragmentary phrases ("I don't need", "don't want", or "just one thing") (1) are part of different lyrical phrases and (2) are arranged differently in VANCE as compared to CAREY as shown immediately below.

<u>"I don't need"</u>

19.    As shown in **Visual Exhibit B**, in VANCE, the lyrical fragment, "I don't need" is a part of two lyrical lines, namely:

> "I don't need sleigh rides in the snow"

> "I don't need expensive things".

In CAREY, this lyrical fragment is part of one lyrical line, namely:

> "I don't need to hang my stocking".

Thus, the lyrical setting of "I don't need" is different in VANCE and CAREY.

20.    In addition, "I don't need" is arranged differently as shown in **Visual Exhibit B**.  In VANCE, "I don't need sleigh rides in the snow" is *the first lyrical line of Verse 2* and "I don't need expensive things" is *the first lyrical line of Bridge 1 and Bridge 2*.  By way of difference, in CAREY, "I don't need to hang my stocking" *is the fifth lyrical line of Verse 1*.

<u>"don't want"</u>

21.    As shown in **Visual Exhibit B**, in VANCE, the lyrical fragment, "don't want" is part of one lyrical line, namely:

> "Don't want Christmas that's blue".

In CAREY, this lyrical fragment is part of one lyrical line, namely:

> "I don't want a lot for Christmas".

Thus, the lyrical setting of "don't want" is different in VANCE and CAREY.

10

**EXHIBIT 1**

**12**

Dr. Ferrara Depo. - Ex. 2

22.     In addition, "don't want" is arranged differently as shown in **Visual Exhibit B**.  In VANCE, "Don't want Christmas that's blue" *is iterated only one time* as *the second lyrical line of Verse 2*.  By way of difference, in CAREY, "I don't want a lot for Christmas" *is iterated three times as the first lyrical line in (1) the Introduction Verse, (2) Verse 1, and (3) Verse 3* (in which this lyrical line is preceded by the lyric "Oh").

<u>"just one thing"</u>

23.     As shown in **Visual Exhibit B**, in VANCE, the lyrical fragment, "just one thing", is part of one lyrical line, namely:

"I would ask for just one thing".

In CAREY, this lyrical fragment is part of one lyrical line, namely:

"There is just one thing I need".

Thus, the lyrical setting of the lyrical fragment, "just one thing", is not the same in VANCE and CAREY.

24.     In addition, "just one thing" is arranged very differently as shown in **Visual Exhibit B**.  In VANCE, "I would ask for just one thing" *is iterated only one time as the fourth lyrical line of Verse 1*.  By way of difference, in CAREY, "There is just one thing I need" *is iterated two times as the second lyrical line in (1) the Introduction Verse and (2) Verse 1*.

<u>"underneath the Christmas tree"</u>

25.     The only remaining phrase shared by VANCE and CAREY and consisting of more than a few words is "underneath the Christmas tree", which is another Christmas cliché that is in songs that predate VANCE.  First, by tradition, "underneath the Christmas tree" is the place where presents go, which is something common to Christmas trees.  Second, "underneath the Christmas tree" is arranged differently as shown in **Visual Exhibit B**.  In VANCE, "underneath the Christmas tree" is iterated in Bridge 1 and Bridge 2.  By way of difference, in CAREY, "underneath the Christmas

11

**EXHIBIT 1**
13

Dr. Ferrara Depo. - Ex. 2

tree" is iterated in the Introduction Verse and in Verse 1 of CAREY. While this phrase is at the end of a structural section in VANCE and CAREY, that structural placement is also found in prior art as shown below. Thus, this idea of presents under a Christmas tree and this lyrical phrase were in common use in Christmas songs prior to VANCE as shown in the section on Prior Art below.

26.    In summary, the lyrical similarities between VANCE and CAREY are fragmentary, used within different lyrical phrases, arranged differently, and were in common use prior to VANCE.

## II.  C.  LYRICS: PRIOR ART

Any Shared Lyrics and Lyrical Ideas Were Widely Used Prior to the Creation of VANCE

27.    Regarding the simple lyrical idea, "all I want for Christmas is you", this idea and the specific lyrical phrase appears in works before VANCE, as shown in **Visual Exhibit C**, which consists of my lyrical transcriptions of 38 songs that predate VANCE as well as in the analysis below. Indeed, many of the 38 Christmas songs in **Visual Exhibit C** released prior to VANCE incorporate the lyrical idea that is in VANCE and CAREY and the use of Christmas-related words in VANCE and/or CAREY. For example:

Brook Benton's "You're All I Want for Christmas" (1963)

28.    Brook Benton's "You're All I Want for Christmas" released in 1963 (see #1 at page 2 of **Visual Exhibit C**) contains the phrases "I need no presents under the tree", "You're all I want", "The rest is only tinsel and show", and "I only want your lovin' for Christmas, no other kind of present will do", as well as references to "mistletoe", "Santa", and "sleigh", and that the singer wants no presents "under the tree". Thus, similar to VANCE and CAREY, (1) "You're all I want for Christmas" is the title, (2) the lyrical idea of the song is they don't need presents, they only want the object of their affection ("you"), (3) the lyrics reference under the tree and include "mistletoe," "Santa," and "sleigh, and (4) we are not informed as to whether the object of their affection is present at Christmas.

12

EXHIBIT 1
14

Dr. Ferrara Depo. - Ex. 2

<u>Darlene Love's "Christmas (Baby Please Come Home)" (1963)</u>

29.     The lyrical idea in Darlene Love's "Christmas (Baby Please Come Home)" released in 1963 (see #2 at page 4 of **Visual Exhibit C**) is expressed by the narrator who is wishing for the object of their affection to come home for Christmas.  The song also contains the phrases "Pretty lights on the tree", "You should be here with me", and the repeating title, "Baby, please come home" (which occurs at the end of a structural section), as well as references to "snow", church "bells", and lights on the "tree".  The narrator expresses their wish with the phrase "Baby, please come home" for Christmas. As in VANCE and CAREY, we are not informed as to whether the object of their affection is present for Christmas.

<u>The Supremes' "My Christmas Tree" (1965)</u>

30.     The Supremes' "My Christmas Tree" released in 1965 (see #4 at page 8 of **Visual Exhibit C**) contains the phrases "Beneath my Christmas tree" and "All I want for Christmas is my baby back at home" as well as "present".  The narrator expresses the common lyrical idea, "All I want for Christmas is my baby back at home".  As in VANCE and CAREY, we are not informed as to whether the object of their affection is present at Christmas.

<u>The Salsoul Orchestra's "You're All I Want for Christmas" (1981)</u>

31.     The title and lyrics in The Salsoul Orchestra's "You're All I Want for Christmas" released in 1981 (see #6 at page 12 in **Visual Exhibit C**) express the lyrical idea that a loved one ("you") is "all I want for Christmas".  The repeating title occurs at the end of structural sections as well as the lyrical phrase "All I want is you for Christmas".  In addition, this prior art song includes the related phrase "Baby, it's you I want to see under my Christmas tree" and a reference to "Santa".  As in VANCE and CAREY, we are not informed as to whether the loved one is actually present or not.

13

**EXHIBIT 1**
**15**

Dr. Ferrara Depo. - Ex. 2

<u>Dave Dudley's "All I Want for Christmas Is You for Me" (1982)</u>

32.      The title and lyrics in Dave Dudley's "All I Want for Christmas Is You for Me" released in 1982 (see #7 at page 15 in **Visual Exhibit C**) express the lyrical idea that "you" (a loved one) is "All I want for Christmas".  This song also contains the phrase "under our Christmas tree".  The singer does <u>not</u> want to "take much room under our Christmas tree" with gifts, but just wants to be with the person they love.  The title of VANCE and CAREY is included in the repeating lyrical phrase, "All I want for Christmas is you for me", which occurs at the end of structural sections.

<u>New Edition's "All I Want for Christmas (Is My Girl)" (1985),</u>

33.      The title and lyrics in New Edition's "All I Want for Christmas (Is My Girl)" released in 1985 (see #8 at page 17 in **Visual Exhibit C**) express the lyrical idea that a loved one ("my girl" and "you") is "All I want for Christmas".  This song also contains the lyrical phrases "under the mistletoe" and "under the Christmas tree" and contains the lyric "snow".  As in VANCE and CAREY, this song's title occurs at the end of structural sections, and we are not informed as to whether "my girl" is present for Christmas.

<u>Ray Charles, "All I Want for Christmas" (1985)</u>

34.      The title and lyrics in Ray Charles' "All I Want for Christmas" released in 1985 (see #9 at page 20 in **Visual Exhibit C**) express the idea that the singer wishes to have their loved one present for Christmas in lyrical phrases such as "I'd like to make one wish, may I share this Christmas with you?" and "Just the two of us, may I spend this Christmas with you?".  There are also references to "under the tree", "snow", "Santa", and "stockings".  As in VANCE and CAREY, we are not informed as to whether the object of the singer's affection is present at Christmas.

<u>Doye O'Dell, "Blue Christmas" (1948)</u>

35.      Doye O'Dell's "Blue Christmas" released in 1948 (see #10 at page 22 in **Visual Exhibit C**) contains a similar lyrical idea, with the singer wishing for the presence of their loved one to be present at Christmas and noting that they will have "a

14

**EXHIBIT 1**
**16**

Dr. Ferrara Depo. - Ex. 2

blue Christmas without you". Like VANCE and CAREY, the title occurs at the end of a structural section. Moreover, the singer notes that "decorations…won't mean a thing, dear, if you're not here with me." As in VANCE and CAREY, we are not informed as to whether the object of the singer's affection is present at Christmas. (Elvis Presley's well-known recording of "Blue Christmas" was released in 1964.)

<u>Elvis Presley, "Holly Leaves and Christmas Trees" (1971)</u>

36.    Elvis Presley's "Holly Leaves and Christmas Trees" released in 1971 (see #14 at page 29 in **Visual Exhibit C**) contains a similar lyrical idea, with the singer noting that "Christmas trees" and "Lights aglow and mistletoe don't mean a thing when you're not here". Christmas related lyrics also include "snow" and Christmas "bells". As in VANCE and CAREY, the title occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

<u>Elvis Presley, "It Won't Seem Like Christmas (Without You)" (1971)</u>

37.    Elvis Presley's "It Won't Seem Like Christmas (Without You)" released in 1971 (see #19 at page 37 in **Visual Exhibit C**) has a lyrical idea similar to that in VANCE and CAREY expressed in the repeating title lyric, "It won't seem like Christmas without you". The lyrics also express "the one thing that I'm wishing for" is to see "you" in my dreams. This song also references "snowy" and "sleigh bells". As in VANCE and CAREY, we are not informed as to whether the object of the singer's affection is present at Christmas.

<u>Elvis Presley, "Santa, Bring My Baby Back (to Me)" (1957)</u>

38.    Elvis Presley's "Santa, Bring My Baby Back (to Me)" released in 1957 (see #23 at page 45 in **Visual Exhibit C**) includes the lyrical idea of the singer wishing for their "baby" to share Christmas ("Santa, bring my baby back to me"). Also like VANCE and CAREY, the singer's lyrics include the idea that they don't need presents, but rather, they just want their "baby", which is expressed as follows: "I don't need a lot of presents to make my Christmas bright, I just need my baby's arms". Christmas elements that are referenced include "Santa", "presents", "Christmas tree", "mistletoe",

15

**EXHIBIT 1**
**17**

Dr. Ferrara Depo. - Ex. 2

and "sock".  As in VANCE and CAREY, the title occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

<u>Frankie Laine, "You're All I Want for Christmas" (1946)</u>

39.    Frankie Laine's "You're All I Want for Christmas" released in 1946 (see #30 at page 60 in **Visual Exhibit C**) includes the repeating title lyric "you're all I want for Christmas" and references "you" as the person that is "all" they want for Christmas, as in VANCE and CAREY.  The singer does not reference a stocking filled with presents but rather wishes that "my stocking is filled with you".  As in VANCE and CAREY, we are not informed as to whether the object of their affection is present at Christmas.

<u>Buck Owens, "All I Want for Christmas Dear Is You" (1965)</u>

40.    Buck Owens' "All I Want for Christmas Dear Is You" released in 1965 (see #31 at page 61 in **Visual Exhibit C**) includes the repeating title lyrics "all I want for Christmas dear is you" and references "you" as the person that is "all" they want for Christmas, as in VANCE and CAREY.  Also as in VANCE and CAREY, the singer is not interested in "presents wrapped in green and gold" because those presents "have no arms for me to hold".  Rather, all that the singer wants is "you".  As in VANCE and CAREY, the title occurs at the end of a structural section.

<u>Carla Thomas, "All I Want for Christmas Is You" (1963)</u>

41.    Carla Thomas' "All I Want for Christmas Is You" released in 1963 (see #32 at page 63 in **Visual Exhibit C**) has the same title and lyrical idea as in VANCE and CAREY, expressed as "all I want for Christmas is you".  Indeed, the singer advises: "Give the neighbors all the presents under the tree" and "Give the snow and mistletoe to the ones who love them so, but you'll be quite enough for me."  The singer exclaims: "For all I want for Christmas is you".  There are also references to "under the tree", "snow", "mistletoe", "Santa", and "sleigh".  As in VANCE and CAREY, the title occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

16

**EXHIBIT 1**
18

Dr. Ferrara Depo. - Ex. 2

## Foghat, "All I Want For Christmas Is You" (1981)

42.     Foghat's "All I Want for Christmas Is You" released in 1981 (see #34 at page 66 in **Visual Exhibit C**) has the same title and lyrical idea as in VANCE and CAREY, expressed as "all I want for Christmas is you".  The singer advises: "I don't want no VCR, no TV too…I don't want no toys…."  Rather, "All I want for Christmas is you".  In addition to the use of the commonplace phrase, "I don't want", there is also a reference to "stockings" and inclusion of the commonplace phrase "I don't need".  As in VANCE and CAREY, the title occurs at the end of a section.

## The Golddiggers, "I Just Want You For Christmas" (1969)

43.     The Golddiggers' "I Just Want You For Christmas" released in 1969 (see #35 at page 68 in **Visual Exhibit C**) includes the lyrical idea of the singer wishing for the object of their affection to share Christmas ("I just want you for Christmas").  Similar to VANCE and CAREY, the singer's lyrics include the idea that they don't need the trappings of Christmas – "I don't need holly on the wall, I don't want mistletoe…no sleigh bells" –, but rather, "I just want you for Christmas".  In addition to "mistletoe" and "sleigh bells" and the use of the common place phrases "I don't want" and "I don't need", there is also a reference to "Santa".  As in VANCE and CAREY, the title occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

## The Gems, "Love For Christmas" (1964)

44.     The Gems' "Love For Christmas") released in 1964 (see #36 at page 71 in **Visual Exhibit C**) includes the lyrical idea of the singer wishing for the object of their affection to share Christmas ("All I want, baby is your love for Christmas").  Similar to VANCE and CAREY, the singer's lyrics include the idea that they don't want Christmas gifts such as "dolls and toys" which "delight girls and boys" because "only you can bring me joy".  As in VANCE and CAREY, the title ("Love for Christmas") occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

17

**EXHIBIT 1**
**19**

Dr. Ferrara Depo. - Ex. 2

<u>Steve Lawrence and Eydie Gorme, "Hurry Home for Christmas" (1968)</u>

45.    Steve Lawrence and Eydie Gorme's, "Hurry Home for Christmas" released in 1968 (see #37 at page 73 in **Visual Exhibit C**) includes the lyrical idea of the singer wishing for the object of their affection to share Christmas ("Hurry home for Christmas"). The singer explains that without that special person for Christmas, "jingle bells won't jingle…Santa…won't bring cheer" and "mistletoe will miss a kiss".  As in VANCE and CAREY, the title ("Hurry home for Christmas") occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

<u>Dee Irwin and Mamie Galore, "All I Want for Christmas Is Your Love" (1968)</u>

46.    Dee Irwin and Mamie Galore's, "All I Want for Christmas Is Your Love" released in 1968 (see #38 at page 75 in **Visual Exhibit C**) includes the lyrical idea of the singer wishing for the object of their affection to share Christmas ("All I want for Christmas is your love").  The singer explains that while "people are exchanging gifts large and small…that's not what I want" because "All I want for Christmas is your love". There are references to "bells", "mistletoe", "sleigh", "snow" and "Santa".  As in VANCE and CAREY, the title ("All I want for Christmas is your love") occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

47.    In the aggregate, the lyrics in the nineteen prior art songs analyzed immediately above establish that the lyrical "idea" of a singer/narrator who wishes to spend Christmas with the person they love, often in lieu of presents, as well as the Christmas clichés and fragments, were already in common use and available by the time VANCE was created and appear in otherwise different lyrics.  This lyrical similarity between VANCE and CAREY is merely the already (<u>i.e.</u>, before VANCE) common idea of the singer wanting a loved one to be present at Christmas over presents and other trappings of Christmas, and words and phrases that flow from that idea.

18

**EXHIBIT 1**
20

Dr. Ferrara Depo. - Ex. 2

48.    The only remaining phrase shared by VANCE and CAREY and consisting of more than a few words is "underneath the Christmas tree", which is another Christmas cliché that is found in songs that predate VANCE.  As noted above, by tradition, "underneath the Christmas tree" is the place where presents go, which is something common to Christmas trees.  Notably, this idea was in common use in Christmas songs prior to VANCE as shown in **Visual Exhibit C**:

- John Denver and the Muppet's 1979 song contains the phrase "underneath the Christmas tree" (see page 65).

- New Edition's 1985 song contains the phrase "under the Christmas tree" (see pages 17-19).

- Gene Autry's 1956 song contains the phrase "under the Christmas tree" (see pages 27-28).

- The Sonics' 1965 song contains the phrase "under my Christmas tree" (see pages 6-7) which is at the end of a structural section.

- The Salsoul Orchestra's 1981 song contains the phrase "under my Christmas tree" (see pages 12-14) which is at the end of a structural section.

- Dave Dudley's 1982 song contains the phrase "under our Christmas tree" (see pages 15-16).

- Brook Benton's 1963 song contains the phrase "under the tree" (see page 2-3) which is at the end of a structural section.

- Ray Charles' 1985 song contains the phrase "under the tree" (see pages 20-21).

- Carla Thomas' 1963 song contains the phrase "under the tree" (see pages 63-64) which is at the end of a structural section.

- Mickey Gilley's 1981 song contains the phrase "under our tree" (see page 32).

- Buck Owens' 1965 song contains the phrase "underneath my tree" (see pages 61-62).

- The Supremes' 1965 song contains the phrase "beneath my Christmas tree" (see pages 8-9).

19

**EXHIBIT 1**
**21**

Dr. Ferrara Depo. - Ex. 2

49.     In summary, there are no significant lyrical similarities between VANCE and CAREY, and there are significant lyrical differences.  The lyrical similarities were widely used in Christmas songs prior to the creation of VANCE.

## II. D. HARMONY

50.     As briefly defined in paragraph 6(b) above, harmony refers to pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of chords.  A sequence of chords is called a chord progression.  Harmony consists of both the sequence of chords (i.e., a chord progression) and harmonic rhythm (i.e., the rate of change of the chords).

51.     The "key" of a musical composition identifies "the tonal center or tonic…defined in terms of the particular major or minor scale from which its principal pitches are drawn".[7]  In addition, *The Harvard Dictionary of Music* (at p. 442) explains that there are two main types of keys, "major and minor".  Thus, a major key is a musical building block.

The Chord Progressions and Harmonic Rhythm Are Different in VANCE and CAREY

52.     VANCE is recorded in the key of A major with a modulation (i.e., change of key) to B flat (Bb) major at 2:50 (i.e., at 2 minutes and 50 seconds into the recording). CAREY is recorded in the key of G major, and, by way of difference, does not have a change of key.  In keeping with standard musicological practices, in this report, VANCE and CAREY are transposed[8] to the same key, C major, to facilitate the analysis.  My transcription of the vocal melody, chords, and lyrics in Verse 1, Verse 2, and Bridge 1 in VANCE is attached in **Visual Exhibit D**.[9]  Therein, VANCE is transcribed in its recorded

---

[7]     See "Key" in *Harvard*, p. 442.

[8]     "Transposition" is the act of transferring music from one key to another, note for note.  The relationship of all the notes to one another remains the same.  (See "Transposition" in *Harvard*, p. 904.)

[9]     As shown in the structural chart of VANCE on pages 5-6 above, VANCE does not contain a Chorus section.  In addition, the melodies and chords in the sections in

**EXHIBIT 1**
**22**

Dr. Ferrara Depo. - Ex. 2

key of A major, in the key of G major (the recorded key of CAREY), and in the key of C major for the purpose of comparison with CAREY. My transcription of the vocal melody, chords, and lyrics in Verse 1, Chorus 1, Verse 2, Chorus 2, and the Bridge in CAREY is attached in **Visual Exhibit E**.[10]  Therein, CAREY is transcribed in its recorded key of G major and in the key of C major for the purpose of comparison with VANCE.

53.  As shown in **Visual Exhibits D** and **E**, there are no significant harmonic similarities between VANCE and CAREY. In fact, the chord progressions (i.e., the order of the chords) are very different and the harmonic rhythms (i.e., the rate of change of the chords) are very different in VANCE and CAREY. By way of example, the harmony in the 8-bar Verse 1 of VANCE and the harmony in bars 1-8 of Verse 1 of CAREY are comparatively charted immediately below in the key of C major. (See the transcription of VANCE in C major on page 4 of **Visual Exhibit D** and the transcription of CAREY in C major starting on page 5 in **Visual Exhibit E**.)[11]  "VV" is VANCE and "MC" is CAREY in the chart below.

| | bar 1 | bar 2 | bar 3 | bar 4 | bar 5 | bar 6 | bar 7 | bar 8 |
|---|---|---|---|---|---|---|---|---|
| VV: | C | Em | F G | C A A7 | Dm Fm | C G/B Am | D7 | G G+ |
| MC: | C | C | C | C | F | F | Fm6/Ab | Fm6/Ab |

---

**Visual Exhibit D** are largely repeated in the remaining sections of VANCE.

[10]  The melodies and chords in these sections are largely repeated in the remaining sections of CAREY with the exception of the Outro which is transcribed in **Visual Exhibit A**.

[11]  Upper-case letters denote major chords and lower-case letters denote minor chords. A "+" sign denotes an "augmented" chord in which the fifth of the chord is raised a half step. The number 6 or 7 after the chord letter denotes the addition of a pitch that is respectively the interval (i.e., space) of a 6th or a 7th above the letter name of the chord. The lowest note of each chord is the letter name of the chord unless it is followed by a "/". The letter that follows the "/" sign is the lowest note of the chord. Thus, "G/B" chord is a G major chord with the pitch B as the lowest note of the G major chord.

21

**EXHIBIT 1**
23

Dr. Ferrara Depo. - Ex. 2

54.     As shown in the comparative chart above, the chord progressions and rate of change of the chords are very different in VANCE and CAREY.  Every corresponding chord is different with the exception of the C chord in bars 1 and 4.  The harmonic rhythm (i.e., the rate of change of the chords) is also very different insofar as the C chord in CAREY does not change for 4 bars, but the C chord in VANCE changes after only 1 bar in bar 1 and after only 2 beats in bars 3 and 4.  Moreover, the F chord and the Fm6/Ab chord in CAREY do not change for 2 bars but none of the chords are held for two bars in VANCE.

55.     By further way of example, insofar as there is no Chorus section in VANCE, the harmony in the 8-bar Verse 2 of VANCE and the harmony in bars 1-8 of Chorus 1 of CAREY are comparatively charted immediately below in the key of C major.

| | bar 1 | bar 2 | bar 3 | bar 4 | | bar 5 | bar 6 | bar 7 | bar 8 |
|---|---|---|---|---|---|---|---|---|---|
| VV: | C | Em | F G | C  A7 | | Dm  Fm | C G/B  Am | Dm  G | C |
| MC: | C | C  E7 | Am | Am  Fm6/Ab | C/G | | A7 | Dm7 | Fm6/G |

56.     As shown in the comparative chart above, every corresponding chord in VANCE and CAREY is different with the exception of the C chord in bar 1 and the Dm chord in half of bar 7 (although it is Dm in VANCE and Dm7 in CAREY).  Moreover, the harmonic rhythm is different in bars 2, 3, 5, 6, and 7.

57.     Finally, the harmony in the 8-bar Bridge 1 of VANCE and the harmony in bars 1-8 of the Bridge of CAREY are comparatively charted immediately below in the key of C major.

| | bar 1 | bar 2 | bar 3 | bar 4 | bar 5 | bar 6 | bar 7 | bar 8 |
|---|---|---|---|---|---|---|---|---|
| VV: | F | Em7 | Dm7 G7 | C | F  Fm | C G/B  A | D7 | G  G+ |
| MC: | E | E | Am | Am | E | E | Am | Am |

22

EXHIBIT 1
24

Dr. Ferrara Depo. - Ex. 2

58.    As shown in the comparative chart above, the chord progressions and rate of change of the chords are very different in VANCE and CAREY.  Every corresponding chord is different.  The harmonic rhythm is very different: while the E and Am chords in CAREY do not change for 2 bars, none of the chords are held for two bars in VANCE.

59.    In summary, on the basis of my analysis, I found that there are no significant harmonic similarities between VANCE and CAREY, but there are significant harmonic differences, which include significant differences in the chord progressions and harmonic rhythm.  Moreover, when combined with my findings regarding structure and lyrics, I found that there are no significant structural, lyrical, and/or harmonic similarities, individually or in the aggregate, between VANCE and CAREY.

## II. E. RHYTHM

60.    As briefly defined in paragraph 6(c) above, rhythm refers to the pattern and organization of the time values of sounds and silences as well as the overall rhythmic flow.

### The Rhythms Are Very Different in VANCE and CAREY

61.    VANCE and CAREY are in very different meters.  VANCE is in 12/8 meter in which there are 12 eighth-note beats per bar.  CAREY is in 4/4 meter (also known as "common time") in which there are 4 quarter-note beats per bar.

62.    The tempos (i.e., the performance speed) of VANCE and CAREY are very different.  The tempo in VANCE is 72 dotted quarter note beats per minute (there are 3 eighth beats in a dotted quarter note) from the beginning through approximately 3:22 where the tempo is interrupted.  The tempo (starting at 0:51) in CAREY is 150 quarter note beats per minute.

63.    The drum rhythms in VANCE and CAREY are very different.  In VANCE, the hi-hat plays 12 eighth notes per bar.  In CAREY, the hi-hat plays 4 quarter notes per bar.  The piano in VANCE doubles the (i.e., plays the same) eighth-note pulse in the hi-hat, while the piano in CAREY plays rapid triplets (i.e., three rapid notes per beat) as

23

**EXHIBIT 1**
**25**

Dr. Ferrara Depo. - Ex. 2

shown on page 3 of the CAREY published sheet music in **Visual Exhibit A** and heard at 0:50 in the CAREY sound recording attached as Track 2 of **Audio Exhibit 1**. Moreover, VANCE is a slow ballad, while CAREY is an up-tempo song.

64.     As shown in the transcriptions in **Visual Exhibits D** and **E**, the melodic rhythms in the vocal melodies in VANCE and CAREY are very different.

65.     In summary, the very different meters, tempos, drum rhythms, and the melodic rhythms in the vocal melodies give the two songs very different overall rhythmic flows.  Thus, on the basis of my analysis, I found that there are no significant rhythmic similarities between VANCE and CAREY, but there are significant rhythmic differences. Moreover, when combined with my findings regarding structure, lyrics, and harmony, I found that there are no significant structural, lyrical, harmonic, and/or rhythmic similarities, individually or in the aggregate, between VANCE and CAREY.

## II. F. MELODY

66.     As briefly defined in paragraph 6(d) above, melody is a single line of music that consists primarily of a succession (i.e., a sequence or order) of pitches and the rhythmic durations of those pitches within a melodic phrase structure.  Pitch is the specific high or low placement of a musical sound, often identified within a musical scale.

The Melodies in VANCE and CAREY Are Very Different

67.     On the basis of my analysis of the melodies in VANCE and CAREY, I found that there are no significant melodic similarities, but there are very significant melodic differences.  The stark differences in the vocal melodies in VANCE and CAREY are shown in the transcriptions thereof in **Visual Exhibits D** and **E**.  Representative of those stark melodic differences, even the melodic settings of the song title in VANCE and CAREY, "All I Want for Christmas Is You", are very different as shown in Musical Examples 1 and 2 below.  In both musical examples, the vocal melody that is sung to the title lyric in VANCE is on the top staff, and the vocal melody that is sung to the title lyric in CAREY is on the bottom staff.  In keeping with widely accepted musicological

24

**EXHIBIT 1**
**26**

Dr. Ferrara Depo. - Ex. 2

practices and as noted above, the melodies are transposed to the same key, namely, C major to facilitate the comparison; the key signature in C major has no flats or sharps making it easier to read.  As shown in **Visual Exhibits D** and **E**, the title lyric is sung at the end of Verse 2 in VANCE, but by way of difference, the title lyric is sung near the end of Chorus 1 in CAREY.

### MUSICAL EXAMPLE 1

**The title lyric melodic setting in VANCE and CAREY**



### MUSICAL EXAMPLE 2

**The title lyric melodic setting in VANCE and CAREY with scale degrees**



25

**EXHIBIT 1**
**27**

Dr. Ferrara Depo. - Ex. 2

68.     Musical Example 1 above includes the vocal melody, lyrics, and chord symbols.  Musical Example 2 retains the notes of the melodies from Musical Example 1 but omits the lyrics and chord symbols.  In keeping with widely accepted musicological practices, scale degree numbers are placed above each note in the melodies in Musical Example 2.  Musicologists use scale degree numbers to identify individual pitches in melodies "Because in Western tonality each pitch of a scale functions in a particular way with respect to the others…."[12]  As noted in the *Harvard Dictionary* definition, "scale degrees" are "The numbered positions of individual pitches within a major or minor scale", 1-7.

69.     The order or sequence of the scale degrees is significantly different as shown in the comparative chart immediately below.  The first scale degree "6" in VANCE that occurs immediately before bar 1 is placed before bar 1 because it is an "upbeat"[13].  As noted in the section of this report above that presents an analysis of the lyrics, the lyric "'Cause" always precedes the title lyric ("All I want for Christmas is you" in VANCE but the lyric "'Cause" <u>never</u> precedes the title lyric in CAREY.  The word "'Cause" is sung on the first scale degree 6 ahead of bar 1 in the VANCE chart below.

| bar 1 | bar 2 | bar 3 | bar 4 |
|---|---|---|---|
| VANCE:  6  6 7 1 2 3 2  2 3 | 1   2 | | |
| CAREY:     3 2 1 6 1 6 | b6 2 3 | 2 1 7 1 3 | 7 1 7 6 |

70.     As shown in the comparative chart immediately above and in Musical Example 2 on the previous page, the pitch sequences in the melody sung to the title lyric in VANCE and CAREY are significantly different.  The melodic contour (shape) is also very different. For example, and as shown in Musical Examples 1 and 2, whereas

---

[12]     See "Scale degrees" in *Harvard*, p. 758.

[13]     An "upbeat" is "One or several notes that occur before the first bar line…." See "Upbeat" in *Harvard*, p. 936.

**EXHIBIT 1**
28

Dr. Ferrara Depo. - Ex. 2

the first half of the melody in VANCE ascends in pitch, the first four notes in CAREY descend in pitch.  Moreover, while the intervals (i.e., the space) between the notes in VANCE are completely "stepwise" (i.e., "motion from one scale degree to an adjacent one…"[14]), there are many "leaps" in CAREY in which intervals are larger than movement to an adjacent scale note.  The leaps in CAREY are from scale degree 6 to 1 and from 1 to 6 (in which there is a leap over scale degree 7), from scale degree b6 to 2 (in which there is a leap over scale degrees 7 and 1), from scale degree 1 to 3 (in which there is a leap over scale degree 2), and from scale degree 3 to 7 (in which there is a leap over scale degrees 2 and 1).  As shown in Musical Examples 1 and 2, there are no leaps in the melody that is sung to the title lyric in VANCE.  Moreover, scale degree "b6" (a flatted scale degree 6) is outside of the C major scale and is termed a "chromatic" note.  There is no chromatic b6 scale degree in the melody sung to the title lyric in VANCE.

71.    The rhythmic durations of the notes are also significantly different.  Indeed, not a single corresponding note (in close metric placement proximity) in VANCE and CAREY is the same in pitch and rhythmic duration.

72.    By any musicological measure, the melodic settings of the title lyric in VANCE and CAREY are significantly different.  Moreover, as shown in **Visual Exhibits D** and **E**, there are no melodic similarities in the other sections of VANCE and CAREY.

73.    In summary, on the basis of my analysis of the melodies in VANCE and CAREY, I found that there are no significant melodic similarities, but there are very significant melodic differences.  The stark differences in the vocal melodies in VANCE and CAREY are shown in **Visual Exhibits D** and **E** and in Musical Examples 1 and 2.  Moreover, when combined with my findings regarding structure, lyrics, harmony, and rhythm, I found that there are no significant structural, lyrical, harmonic, rhythmic, and/or melodic similarities, individually or in the aggregate, between VANCE and CAREY.

---

[14]    See "Stepwise" in *Harvard*, p. 840.

**EXHIBIT 1**
**29**

Dr. Ferrara Depo. - Ex. 2

## II. G.  PRIOR ART

<u>There Are No Significant *Lyrical* Similarities and, Shared Lyrics Are Used Differently in
VANCE and CAREY</u>

74.     As shown above, there are no significant <u>lyrical</u> similarities between
VANCE and CAREY.  VANCE and CAREY share the same title, "All I Want for
Christmas Is You", which, as shown above, was also used in songs that predate
VANCE and appears in otherwise different lyrics.  While the song title occurs at the end
of a structural section in VANCE and CAREY, (1) the title occurs at the end of different
structural sections, namely, at the end of the Verse in VANCE but at the end of the
Chorus in CAREY and (2) as shown above and in **Visual Exhibit C**, this practice was
commonly used in Christmas songs before VANCE.

75.     With respect to the lyrical idea in VANCE and CAREY, the narrator wishes
for the presence of the object of their affection in lieu of other things for Christmas.
Consistent with this idea, the narrator notes that they want that person ("you") on
Christmas and that they "don't need" other items normally associated with Christmas.
As shown in the section on LYRICS above, this idea predates VANCE.  Indeed,
nineteen (19) prior art Christmas songs transcribed in **Visual Exhibit C** and analyzed
above use this commonplace lyrical idea.

76.     VANCE and CAREY reference what "I don't need" or "[I] don't want",
including commonplace Christmas song clichés such as "mistletoe", "bells", "sleigh",
"snow", "stocking[s]", "Christmas tree", and "Santa".  As shown above, these shared
Christmas song clichés appear in otherwise different lyrics and are in many songs that
predate VANCE.  The only other shared phrases consisting of more than a few words
are "underneath the Christmas tree" and the title "all I want for Christmas is you", which,
as shown above, were in common use prior to VANCE.

77.     In summary, as shown in the analyses above, the lyrical similarities
between VANCE and CAREY are fragmentary, used within different lyrical phrases,
arranged differently, and/or were in common use prior to VANCE.

28

**EXHIBIT 1**
**30**

Dr. Ferrara Depo. - Ex. 2

<u>There Are No Significant *Musical* Similarities, but there Are Significant Structural, Harmonic, Rhythmic, and Melodic Differences Between VANCE and CAREY</u>

78.     As shown above, there are no significant <u>musical</u> similarities between VANCE and CAREY, but there are significant harmonic, rhythmic, and melodic differences.  There are no sufficiently relevant musical similarities in VANCE and CAREY to warrant a search for prior art regarding any harmonies, rhythms, and melodies shared between VANCE and CAREY.

<u>The Melody and Harmony in VANCE and a 1964 Song Sung by Bobby Vinton Are Much More Similar than any Musical Similarity Between VANCE and CAREY</u>

79.     "My Heart Belongs Only to You", as recorded by Bobby Vinton (hereafter VINTON), was released in 1964.  The melody and harmony in VINTON and VANCE are much more similar than any musical similarity between VANCE and CAREY.  An audio downloaded from iTunes of VINTON is attached as Track 3 of **Audio Exhibit 1**.  To demonstrate the obvious similarities between VINTON and VANCE and by way of example, comparative audios of <u>Verse 1</u> in both songs are attached as follows:

Track 4     Bars 1-4 of VINTON followed by bars 1-4 of VANCE paired 4 times.

Track 5     Bars 5-8 of VINTON followed by bars 5-8 of VANCE paired 4 times.

Track 6     Verse 1 in its entirety of VINTON followed by Verse 1 in its entirety of VANCE paired 4 times.

Notably, none of the excerpts in Tracks 4, 5, and 6 have been pitch or speed adjusted.  The excerpts are exactly as they appear in the full commercially released audio of VANCE and VINTON respectively attached as Tracks 1 and 3 on **Audio Exhibit** 1.

<u>The Song Structures in VINTON and VANCE Are Very Similar</u>

80.     As shown in the structural charts immediately below, the overall song structures in VINTON and VANCE are very similar.

29

**EXHIBIT 1**
**31**

Dr. Ferrara Depo. - Ex. 2

<table>
<tr><td colspan="3">VINTON</td></tr>
<tr><td colspan="3">STRUCTURAL CHART</td></tr>
<tr><td>00:00</td><td>Introduction</td><td>4 bars</td></tr>
<tr><td>00:15</td><td>Verse 1</td><td>8 bars</td></tr>
<tr><td>00:42</td><td>Verse 2</td><td>8 bars</td></tr>
<tr><td>01:08</td><td>Bridge</td><td>8 bars</td></tr>
<tr><td>01:36</td><td>Verse 3</td><td>8 bars</td></tr>
<tr><td>02:02</td><td>Verse 4</td><td>7 bars</td></tr>
<tr><td>02:27</td><td>Outro</td><td>4 bars</td></tr>
<tr><td></td><td colspan="2">(ends at 2:43 including fade)</td></tr>
</table>

<table>
<tr><td colspan="3">VANCE</td></tr>
<tr><td colspan="3">STRUCTURAL CHART</td></tr>
<tr><td>00:00</td><td>Introduction</td><td>4 bars</td></tr>
<tr><td>00:15</td><td>Verse 1</td><td>8 bars</td></tr>
<tr><td>00:41</td><td>Verse 2</td><td>8 bars</td></tr>
<tr><td>01:08</td><td>Bridge 1</td><td>8 bars</td></tr>
<tr><td>01:34</td><td>Verse 3</td><td>7 bars</td></tr>
<tr><td>01:57</td><td>Solo</td><td>8 bars</td></tr>
<tr><td>02:24</td><td>Bridge 2</td><td>8 bars</td></tr>
<tr><td>02:50</td><td>Verse 4</td><td>11 bars</td></tr>
<tr><td>03:31</td><td>Outro</td><td>3 bars</td></tr>
<tr><td></td><td colspan="2">(ends at 3:48)</td></tr>
</table>

81.     Both VINTON and VANCE start with a 4-bar Introduction, followed by two 8-bar Verses, an 8-bar Bridge, and Verse 3.  Both songs also end with an Outro.  By way of difference, Verse 3 is 8 bars in VINTON but 7 bars in VANCE, Vinton has one Bridge section but Vance has two Bridge sections, and Vance has a saxophone Solo section while Vance has no solo section.  (As shown above, the song structure in CAREY is significantly different from the song structure in VANCE.)

82.     In summary, while the song structures in VINTON and VANCE are very similar, the song structures in VANCE and CAREY are very different.

The Overall Rhythmic Flow in VINTON and VANCE Is Very Similar

83.     The overall rhythmic flow in VINTON and VANCE is very similar.  Both songs are in 12/8 meter.  The tempo VINTON and VANCE is identical at 72 dotted quarter note beats per minute (there are 3 eighth beats in a dotted quarter note) from the beginning through approximately 2:22 in VINTON (which ends at 2:43) and through approximately 3:22 in VANCE (which ends at 3:48).  In both cases, the tempo is interrupted with a slowdown in the performance speed.  (As shown above, in CAREY,

30

EXHIBIT 1
32

Dr. Ferrara Depo. - Ex. 2

starting at the end of the Introductions, the tempo is a very different 150 quarter-note beats per minute.)

84.    In addition, VINTON and VANCE are both slow ballads, but by way of significant difference, CAREY, after its Introductions, is in an up-tempo.

85.    In summary, while the overall rhythmic flow in VINTON and VANCE is very similar, the overall rhythmic flow in VANCE and CAREY is very different.

<u>The Chord Progressions in the Verses in VINTON and VANCE Are Very Similar</u>

86.    The chord progressions in the Verses in VINTON and VANCE are very similar.  VINTON is recorded in the key of B major and includes a modulation (<u>i.e.</u>, a change of key) up a half step (to the key of C major) at 2:02.  VANCE is recorded in the key of A major and also includes a modulation up a half step (to the key of Bb major) at 2:50. (By way of difference, there is no modulation in CAREY.)

87.    The vocal melody, chords, and lyrics in Verse 1, Verse 2, and the Bridge in VINTON are transcribed in the recorded key of B major and transposed to the key of C major in **Visual Exhibit F** attached to this report.  In addition, a comparative transcription of Verses 1 and 2 in VINTON and VANCE in the key of C major is in **Visual Exhibit G** attached to this report.  Musical Example 3 at page 34 below is a comparative transcription of the vocal melody, chords, and lyrics in Verse 1 of VINTON (on the top staff) and Verse 1 of VANCE (on the bottom staff) in the key of C major.  As shown in **<span style="color:red">red</span>** highlighted chord symbols in Musical Example 3 on page 34 below:

- The first three chords (in bars 1-3) are **C**, **Em**, **F** in VINTON and VANCE. (VANCE adds a **G** chord in bar 3 but not VINTON.)

- Bar 4 starts with a **C** chord in VINTON and VANCE.  (VANCE adds **A** and **A7** chords but not VINTON.)

- Bar 5 starts with a **Dm** chord in VINTON and VANCE.  The second chord in bar 5 is different.

- Bar 6 contains **C** and **Am** chords respectively on beats 1 and 3 while

**EXHIBIT 1**
**33**

Dr. Ferrara Depo. - Ex. 2

chords on beats 2 and 4 are not the same.

- Bar 7 consists wholly of a **D7** chord in VINTON and VANCE.

- Bar 8 consists of G chords in VINTON and VANCE (with an added **7** in VINTON and a G augmented/**G+** chord in VANCE).

88.    By way of further similarity, both songs not only employ a modulation up one half step (as analyzed above), this modulation occurs in and continues for the last Verse and the Outro sections of VINTON and VANCE.  (There is no modulation in CAREY.)

89.    In summary, while the chord progressions in Verses 1-4 in VINTON and VANCE are very similar – as shown above, there are no Chorus sections in VINTON or VANCE –, the chord progressions in VANCE and CAREY are very different.

<u>The Vocal Melodies in Verses 1-4 in VINTON and VANCE Are Significantly Similar</u>

90.    Verses 1-4 in VINTON and Verses 1-4 in VANCE constitute the majority of vocal melodic expression in both songs.  (As shown above, unlike CAREY, neither VINTON nor VANCE include Chorus sections.)  The vocal melodies in the Verses in VINTON and VANCE are significantly similar.  Indeed, in his 2004 book, regarding the melody in VANCE, Joel Whitburn opines that the **"melody is the same as Bobby Vinton's #9 1964 hit 'My Heart Belongs To Only You'."[15]**

91.    As demonstrated in Tracks 4, 5, and 6 on **Audio Exhibit 1** and as shown in the comparative transcriptions of Verses 1-2 in **Visual Exhibit G**, the vocal melodies therein in VINTON and VANCE are significantly similar.  (The melodies in Verses 3 and 4 in VINTON and VANCE largely duplicate the melodies in Verses 1 and 2.)

---

[15]    Joel Whitburn, *Christmas in the Charts 1920 – 2004* (2004, p. 63).  A copy of the book cover, bibliography page, and page 63 are attached as **Visual Exhibit H**.

32

**EXHIBIT 1**
**34**

Dr. Ferrara Depo. - Ex. 2

92.     To illustrate this, in Musical Example 3 on page 34 below, the vocal melody, chords, and lyrics in Verse 1 of VINTON are on the top staff and the vocal melody, chords, and lyrics in Verse 1 of VANCE are on the bottom staff (transposed to the key of C major).  "Scale degrees" (as explained in paragraph 68 on page 26 above) of notes with similar corresponding pitches that occur in close rhythmic proximity are highlighted in red above the staff (along with similar chords).

93.     As shown in Musical Example 3 on page 34 and in the scale degree chart immediately below, the melodic phrase in the first two bars of the Verse contains an almost identical sequence of pitches.

VINTON:          **1 2 3 2   1 7 5 3**

VANCE:          **1 2 3 2** 2 **1 7 5 3**

There are also similarities in the melodic rhythms in the melodic phrase in bars 1-2 in VINTON and VANCE as shown in Musical Example 3 such as:

- The first scale degree **1** is an eighth note.
- The first scale degree **3** is an eighth note.
- The second scale degree **2** has the same metric placement (on beat 7),
- Scale degree **7** is metrically placed on beat 1 and is a sustained note (held for 5 beats in VINTON and for 4 beats in VANCE).
- Scale degree **5** is an eighth note.
- The final scale degree **3** is a sustained note.
- The overall melodic contour (shape) is the same.

Moreover, the opening two bars of the Verse contain identical chords – a **C** chord in bar 1 and an **Em** chord in bar 2 – in VINTON and VANCE.

33

**EXHIBIT 1**
**35**

Dr. Ferrara Depo. - Ex. 2

# MUSICAL EXAMPLE 3

## VINTON – Verse 1 / VANCE – Verse 1







34

EXHIBIT 1
36

Dr. Ferrara Depo. - Ex. 2

94.     Staying with Musical Example 3 above, the melodic similarities continue in bars 3 and 4 as shown in the scale degree chart immediately below.

VINTON:        **6** 7 **1 7 6 5** 3 1

VANCE:         **6**    **1 7 6 5** 6 5

While there are differences in the melodic rhythms, there are also similarities in bars 3-4 in VINTON and VANCE such as:

- Scale degree **7** is metrically placed on beat 7 and is a sustained note (held for 5 beats in VINTON and for 4 beats in VANCE).
- The second scale degree **6** is an eighth note.
- The overall melodic contour is the same.

Moreover, bars 3 and 4 contain similar chords; they respectively begin with **F** and **C** chords in VINTON and VANCE.

95.     While the melodies in bar 5 of Musical Example 3 are the same in melodic contour (shape), the scale degrees are different.  However, the vocal melodies in bar 6 are very similar as shown in Musical Example 3 and in the scale degree chart immediately below.

VINTON:        **3 5** 6 **1**

VANCE:         **3 5**    **1**

While there are differences in the melodic rhythms, there are also similarities in bar 6 in VINTON and VANCE such as:

- Scale degree **3** is metrically placed on beat 1 and is sustained (for 3 beats in VINTON and for 4 beats in VANCE).
- Scale degree **1** is sustained (for 3 beats in VINTON and for 4 beats in VANCE).
- The overall melodic contour is the same.

**EXHIBIT 1**
**37**

Dr. Ferrara Depo. - Ex. 2

Moreover, bar 6 of the Verse contains similar chords with respective **C** and **Am** chords on beats 1 and 3.

96.     Finally, as shown in Musical Example 3 above and in the scale degree chart immediately below, melodic similarities continue in bars 7 and 8.

VINTON:     **6** 7 1 **7 6 7 1 2** 3
VANCE:      **6** 6    **7 6 7 1 2**

While there are differences in the melodic rhythms, there are also similarities in bars 7-8 in VINTON and VANCE such as:

- There is an quarter note on beat 4 of bar 7.
- There is an eighth note on beat 6 of bar 7.
- There is an eighth note on beat 12 of bar 7.
- There is a dotted quarter note on beat 1 of bar 8.
- Scale degree **7** in bar 7 is on beat 7.
- The last scale degree **6** in bar 7 is on beat 12.
- Scale degree **7** in bar 8 is on beat 1.
- Scale degree **1** in bar 8 is on beat 4.
- The overall melodic contour is the same.

97.     In summary, as shown above and in Tracks 4, 5, and 6 on **Audio Exhibit 1**, the vocal melodies in the Verses in VINTON and VANCE are significantly similar.  By contrast, the vocal melodies in VANCE and CAREY are significantly different.

## II. H.  VANCE AND CAREY IN THEIR ENTIRETY

98.     In addition to the many specific differences in rhythm, harmony, and melody, and the differences and absence of any significant lyrical similarity, VANCE and CAREY are very different songs in their entirety.  The only element of similarity is the use of a common lyrical idea and Christmas song clichés that were in common use prior to VANCE.  The overall structures are significantly different in VANCE and CAREY.

36

EXHIBIT 1
38

Dr. Ferrara Depo. - Ex. 2

The tempos are different, the meters are different, and the overall rhythmic flow is very different.  VANCE is a slow ballad, while CAREY is an up-tempo song.  Additionally, as shown in the transcriptions in **Visual Exhibits D** and **E**, the melodic rhythms in the vocal melodies in VANCE and CAREY are very different.

99.    There are also differences in instrumentation.  While CAREY uses celeste, glockenspiel, tubular bells, timpani, and sleigh bells, VANCE does not.  Similarities in instrumentation such as piano, sax, bass guitar and drums are commonplace in popular music recordings (in and out of Christmas songs) that predate VANCE.

100.    There are also key differences in the selection and arrangement of parts in VANCE and CAREY.  For example, the Introductory sections (i.e., the first 50 seconds) of CAREY have no steady drumbeat, and only occasional percussion accents.  By way of difference, the drums in VANCE play a steady beat throughout the song with the exception of brief pauses at 2:27 (during Bridge 2) and 3:23 (at the end of Verse 4).  VANCE has an instrumental solo section featuring saxophone, while CAREY has no instrumental feature.  In VANCE, the arrangement in Verses 1 and 3 is sparser (for example, there are fewer background vocals and no synthesized strings or lead guitar), while in CAREY, the instrumental texture is relatively the same throughout the song starting at the end of the Introductions at 0:51.

101.    As shown in **Visual Exhibit B**, the placement of the title lyric is different and the overall lyrical structure is also very different in VANCE and CAREY.  In VANCE, the title lyric occurs at the end of Verses 2, 3, and 4, while in CAREY, the title lyric occurs at the end of the Chorus sections and during the Outro.

102.    On that basis, I found that VANCE and CAREY in their entirety, within the context of the analysis of their component parts and prior art, are very different songs and the only element of similarity is the use of a common lyrical idea and Christmas song clichés that were in common use prior to VANCE.

37

**EXHIBIT 1**

**39**

Dr. Ferrara Depo. - Ex. 2

## III.     CONCLUSIONS

103.   My comparative musicological analysis of the similarities and differences between VANCE and CAREY included assessing (1) whether or not any similarities or differences are significant from a musicological perspective and (2) whether or not any shared similarities exist in "prior art", i.e., songs that predate VANCE, and were in common use prior to VANCE.

104.   On the basis of my musicological analysis presented above, it is my professional opinion that there are no significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate, between VANCE and CAREY. There are no significant structural similarities; the song structures in VANCE and CAREY are very different.  There are no significant melodic similarities; the melodies in VANCE and CAREY are very different.  There are no significant rhythmic similarities; the rhythms in VANCE and CAREY are very different.  There are no significant harmonic similarities; the chord progressions and harmonic rhythms in VANCE and CAREY are very different.  There are no significant lyrical similarities; the fragmentary lyrical similarities were widely used in Christmas songs prior to the creation of VANCE. From the perspective of VANCE and CAREY in their entireties, they are very different compositions, and any similarities were in common use prior to VANCE.

105.   The aggregate of melodic and harmonic similarities shared by VINTON and VANCE is very significant and far greater than any insignificant musical similarities between VANCE and CAREY.

Respectfully submitted,

April 18, 2024                              By:    Lawrence Ferrara, Ph.D.

For:    Lawrence Ferrara, Inc.

38

**EXHIBIT 1**
**40**

Dr. Ferrara Depo. - Ex. 2

## APPENDIX 1

**LAWRENCE FERRARA, Ph.D.**
**PROFESSOR OF MUSIC**
**DIRECTOR EMERITUS**
**MUSIC AND PERFORMING ARTS PROFESSIONS**
**THE STEINHARDT SCHOOL**
**NEW YORK UNIVERSITY**

### Educational Background

| | | |
|---|---|---|
| B.A. | Music | Montclair State University |
| M.M. | Music | Manhattan School of Music |
| Ph.D. | Music | New York University |

### Teaching Background

| | | |
|---|---|---|
| 1979-84 | Assistant Professor of Music | New York University |
| 1984-92 | Associate Professor of Music, Tenured | New York University |
| '92-present | (Full) Professor of Music | New York University |
| 1995-2006 | Professor of Music and Department Chair | New York University |
| 2006-2011 | Professor of Music and Director, Music & Perf Arts | New York University |
| 2011 (Sept.)-present | Professor of Music and Director Emeritus | New York University |

1

**EXHIBIT 1**
**41**

Dr. Ferrara Depo. - Ex. 2

**Selected Professional Activities**

Cambridge,
Mass:       2024 (Jan.), invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

New York:    2023 (Nov.), American Musicological Society GNY, participation on a panel and presentation regarding AI and musicology, panel members were from the West Coast, NY, and the U.K.  The international audience was from LA to Berlin.

Los Angeles: 2023 (Oct.), The Los Angles Intellectual Property Law Association, participation on a panel regarding music copyright, via Zoom

New York:    2023 (Sept), American Musicological Society GNY, peer-reviewed presentation regarding Music Copyright Litigation and Musicology, in person at Wagner College

AMS, Zoom:   2023 (June) 2-week American Musicological Society Teaching Music History Conference, June 16, 20-23 and 26-30, attended more than twenty presentations via Zoom with participants from around the world

Cambridge,
Mass:       2023 (Feb.), invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

Cambridge,
Mass:       2022, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

Los Angeles: 2022, invited CLE lecture on music copyright for members of the Los Angeles Copyright Society via Zoom

Los Angeles: 2021, invited CLE lecture on music copyright for lawyers at Netflix via Zoom

Cambridge,
Mass:       2021, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

2

**EXHIBIT 1**
**42**

Dr. Ferrara Depo. - Ex. 2

| | |
|---|---|
| New York: | 2021, participation on a panel regarding curricular development in musicology, American Musicological Society GNY, via Zoom |
| New York: | 2020, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright, delivered via Zoom |
| Cambridge, Mass: | 2020, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2019, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Music Copyright and Musicology, at New York University |
| Cambridge, Mass: | 2019, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2019, Download Digital Tech Conference hosted by Davis Wright Tremaine, invited participation on a panel regarding music copyright |
| New York: | 2018, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Cambridge, Mass: | 2018, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2018, American Musicological Society GNY, invited participation on a panel hosted at Columbia University regarding Leadership and the Future of Musicology |
| New York: | 2017, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Philosophy and Musicology, at New York University (April) |
| New York: | 2017, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |

3

**EXHIBIT 1**

**43**

Dr. Ferrara Depo. - Ex. 2

Cambridge,
Mass:          2017, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York:      2017, American Musicological Society GNY, invited presentation and participation on a panel hosted at Columbia University regarding Leadership in Musicology (January)

Los Angeles,
California      2017, Southwestern Law School Annual Media Law Conference, invited panel member regarding music copyright

New York:      2016, Loeb & Loeb, Annual IP/Entertainment Law CLE Conference, invited panel member regarding music copyright

New York:      2016, The Copyright Society of America (NY), invited panel member regarding music copyright

New York:      2016, American Musicological Society GNY, peer-reviewed presentation regarding Corpus Analysis in musicology

Cambridge,
Mass:          2016, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York:      2016, invited lecture on music copyright at Fordham University Law School, class on Advanced Copyright

Cambridge,
Mass:          2015, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York:      2015, American Musicological Society GNY, invited presentation and participation on a panel hosted by The Juilliard School at Lincoln Center regarding Changes in Music Delivery and Reception in the 21st Century

Cambridge,
Mass:          2014, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

4

**EXHIBIT 1**
**44**

Dr. Ferrara Depo. - Ex. 2

| | |
|---|---|
| New York: | 2014, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| New York: | 2014, American Musicological Society GNY, peer-reviewed presentation on musicological issues regarding the composition embodied in a sampled portion of a sound recording in music copyright claims |
| New York: | 2014, International Double Reed Society Conference, invited presentation on the musicological elements and implications in Newton v. Diamond |
| Cambridge, Mass: | 2013, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2013, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| New York: | 2013, American Musicological Society GNY, peer-reviewed presentation including an analysis of the musical composition in "The Phantom Song" from *Phantom of the Opera* by Andrew Lloyd Webber related to *Repp v Webber* |
| New York: | 2012, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Cambridge, Mass: | 2012, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| Sweden: | 2011, interviewed (in New York) and featured in the Swedish TV series, "The Story Behind the Hit Song," regarding music copyright |
| Cambridge, Mass: | 2011, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2010, invited presentation and moderator of a panel on sound recording sampling and music copyright for The Copyright Society of the United States, New York Chapter |

5

**EXHIBIT 1**
**45**

Dr. Ferrara Depo. - Ex. 2

New York:    2010, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Montclair, NJ:    2010, invited to give the Inaugural Jack Sacher Memorial Research Lecture (on music analysis in music copyright matters) for the opening of the John Cali School of Music at Montclair State University

New York:    2010, invited lecture on music copyright followed by a dialogue with Academy Award winner, F. Murray Abraham, for The Pathfinders Series at The First Presbyterian Church of New York City

New York:    2008, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Ireland:    2007, interviewed on Irish radio regarding music copyright

New York:    2007, Invited opening and closing lectures for a Conference co-sponsored by The New York Philharmonic and the Finnish Consulate on Music regarding Music Learning and Performance in Finland

New York:    2006, invited panelist at the CMJ Conference at Lincoln Center regarding music copyright

New York:    2006, invited panelist at the Remix Conference regarding music copyright

New York:    2006, invited presentation for the New York Institute for the Humanities regarding music analysis and music copyright

New York:    2006, invited Keynote Address for The Mastery of Music Teaching Conference sponsored by The Metropolitan Opera Guild and The New York Philharmonic

Washington D.C.:    2005, invited panelist/presenter at the Future of Music Policy Summit regarding music copyright and *Newton v Diamond*

6

**EXHIBIT 1**
**46**

Dr. Ferrara Depo. - Ex. 2

New York:    2005, invited panel and group discussion leader at the United Nations regarding rhythm in the music of multiple cultures as part of the U.N.'s World Summit on the "Information Society" and the United Nations Information and Communications Technology Task Force

Cambridge, Mass.:    2005, invited panelist/presenter at Harvard University Law School's Berkman Center in a national conference regarding technology and intellectual property

New York:    2005, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Los Angeles:    2005, invited lecture regarding music analysis and music copyright in Los Angeles for an NYU Alumni event also featuring a presentation by the President of NYU

Orlando:    2005, invited lecture regarding music copyright and music analysis in Orlando, Florida for an NYU Alumni event

Hawaii:    2004, invited workshop presentation and session chair regarding methodology for the analysis of a J. S. Bach organ prelude for the International Conference on Arts and the Humanities

Norway:    2003, invited series of lectures on music theory and analysis co-sponsored by the Music Theory and Composition Departments of the Norwegian Music Academy, and the Department of Philosophy at the University of Oslo

New York:    2001, invited presentation and Chair of a panel at The United Nations regarding "Music within a Global Context."

Italy:    Summer 1993 & Summer 1994, Visiting Professor at University of Pisa teaching music analysis, performance practices, and philosophy of music


As a pianist, performed solo recitals and as an accompanist in the United States and Europe including on radio and television, recordings released by Orion Master

7

**EXHIBIT 1**
**47**

Dr. Ferrara Depo. - Ex. 2

Recordings and Musique international, and performed for musical theatre shows, accompanist to internationally acclaimed singers, as a session pianist in pop styles, and as leader of my own dance band.

At New York University's Steinhardt School: Director of Music Performance Programs from 1980-1985, Director of Ph.D. Programs from 1986-1995, Chair of the Department from 1995 – 2011, and Director of all Music and Performing Arts studies (undergraduate through Ph.D.) in The Steinhardt School at New York University from 2006-2011. Named "Director Emeritus" of Steinhardt Music and Performing Arts in 2011.  Currently on the full-time faculty in music theory, music history, and screen scoring.

Currently a member of the Editorial Board of the journal *Music and Moving Image* (University of Illinois Press) and on the board of Editorial Consultants for the journal *Philosophy of Music Education Review* (Indiana University Press).

## Awards

1972        Stoekel Fellowship, Yale University Graduate School of Music

1985        Presidential Research Fellowship, NYU

1988        Co-PI, Federal Grant for Research

1989        Co-PI, Federal Grant for Research renewed

1996        Daniel E. Griffiths Award for publication regarding the analysis of Arthur Schopenhauer's works on music (Cambridge University Press, 1996).

## Membership in Professional Organizations

American Musicological Society

Society for Music Theory

8

**EXHIBIT 1**
**48**

Dr. Ferrara Depo. - Ex. 2

## Publications: Books

Ferrara, Lawrence

*Philosophy and the Analysis of Music: Bridges to Musical Sound, Form and Reference* (Greenwood Press) 1991

Ferrara, Lawrence and Kathryn E. Ferrara

*Keyboard Harmony and Improvisation* (Excelsior Music Publishers) 1986

Phelps, Roger, Lawrence Ferrara and Thomas Goolsby

*A Guide to Research in Music Education*, Fourth Edition. (Scarecrow Press/The Rowman & Littlefield Publishing Group) 1993

Phelps, Roger, Lawrence Ferrara, *et al*

*A Guide to Research in Music Education*, Fifth Edition (Scarecrow Press/The Rowman & Littlefield Publishing Group) 2005

## Courses Taught at NYU

Aesthetic Foundations of the Arts:        for Ph.D. students

Aesthetic Inquiry:        for Ph.D. students

Arts Heritage and Criticism:        for M.M. students

Classic Era Music, Analysis:        for M.M. students

Contemporary Music, Analysis:        for M.M. and Ph.D. students

Dissertation Proposal Seminar:        for Ph.D. students

Keyboard Harmony and Improvisation:        for B.M. students

Music Copyright, Landmark Cases:        for B.M. students

Music Copyright: Foundation and Application        for B.M. students

Music Criticism:        for M.M. students

9

**EXHIBIT 1**
**49**

Dr. Ferrara Depo. - Ex. 2

Music History III, 19th Century:            for B.M. students

Music History IV, 20th & 21st Century:      for B.M. students

Music Performance Practices:                for M.M. students

Music Reference & Research Methods:  for M.M. and Ph.D. students

Music Theory and Analysis:                  for B.M. students

Seminar in Music Theory & Analysis:      for M.M. and Ph.D. students

**<u>Music Copyright</u>**

A music expert in music copyright issues for more than twenty-five years providing opinions for plaintiffs and defendants

An active music copyright consultant for record, music publishing, and motion picture companies, and for individuals in the United States and abroad

An invited guest lecturer in music copyright in classes at Columbia University Law School (approximately 10 presentations over a period of 15 years) and Harvard University Law School (14 consecutive annual presentations through 2024)

A panel moderator in 2010 and a panel member in 2016 for The Copyright Society of the United States (NY), and a presenter for conferences and meetings regarding music copyright for CLE credits at Loeb and Loeb (NY) in 2016, Southwestern Law School (LA) in 2017, Davis Wright Tremaine (NY) in 2019, Netflix in 2021, the Los Angeles Copyright Society in 2022, and the Los Angeles Intellectual Property Law Association in 2023

Peer-reviewed presentations regarding music copyright for the American Musicological Society (GNY) in 2013, 2014, 2016, 2019 and 2023

10

**EXHIBIT 1**
**50**                                    Dr. Ferrara Depo. - Ex. 2

**Deposition and/or Trial Testimony Since 2016**

    (1) Copeland v. Bieber *et al.* in 2016

    (2) Skidmore v. Led Zeppelin *et al.* in 2016

    (3) Gray, *et al.* v. Perry, *et al.* in 2018

    (4) Gray, *et al.* v. Perry, *et al.* in 2019

    (5) Hall *et al.* v. Swift, *et al.* in 2021

    (6) Ambrosetti v. OCP & Farrell, *et al.* in 2022

    (7) Brunson v. Capitol CMG, Inc., *et al.* in 2022

    (8) Sound and Color, LLC v. Smith *et al.* in 2023

    (9) Griffin v. Sheeran, *et al.* in 2023

    (10) Larball v. Dua Lipa, *et al.* in 2024

**Fee rates for Professional Services**

$495 per hour plus travel-related time and expenses

11

**EXHIBIT 1**

**51**

Dr. Ferrara Depo. - Ex. 2

# **VISUAL EXHIBIT A**

EXHIBIT 1

52

Dr. Ferrara Depo. - Ex. 2

# ALL I WANT FOR CHRISTMAS IS YOU

Words and Music by MARIAH CAREY
and WALTER AFANASIEFF



Copyright © 1994 BEYONDIDOLIZATION, SONY/ATV MUSIC PUBLISHING LLC, TAMAL VISTA MUSIC, WALLYWORLD MUSIC and KOBALT MUSIC COPYRIGHTS SARL
All Rights for BEYONDIDOLIZATION Controlled and Administered by UNIVERSAL TUNES, A Division of SONGS OF UNIVERSAL, INC.
All Rights for SONY/ATV MUSIC PUBLISHING LLC, TAMAL VISTA MUSIC and WALLYWORLD MUSIC Administered by
SONY/ATV MUSIC PUBLISHING LLC, 424 Church Street, Suite 1200, Nashville, TN 37219
All Rights Reserved  Used by Permission

Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Dr. Ferrara Depo. - Ex. 2

**EXHIBIT 1**



Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Dr. Ferrara Depo. - Ex. 2

**EXHIBIT 1**

54



Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Dr. Ferrara Depo. - Ex. 2

**EXHIBIT 1**



Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Dr. Ferrara Depo. - Ex. 2

**EXHIBIT 1**
56

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Musicnotes.com

Dr. Ferrara Depo. - Ex. 2

**EXHIBIT 1**
57



Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Dr. Ferrara Depo. - Ex. 2

**EXHIBIT 1**

Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Dr. Ferrara Depo. - Ex. 2

**EXHIBIT 1**
59



Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Dr. Ferrara Depo. - Ex. 2

EXHIBIT 1
60



Musicnotes.com

**2 copies licensed**
Authorized for use by: *Lawrence Ferrara*

Dr. Ferrara Depo. - Ex. 2

**EXHIBIT 1**

# VISUAL EXHIBIT B

1

EXHIBIT 1

62

Dr. Ferrara Depo. - Ex. 2

**"All I Want for Xmas Is You" by Vince Vance and The Valiants: LYRICS**

[Verse 1]
Take back the holly and mistletoe
Silver bells on strings
If I wrote a letter to Santa Claus
I would ask for just one thing

[Verse 2]
I don't need sleigh rides in the snow
Don't want Christmas that's blue
Take back the tinsel, stockings, and bows
'Cause all I want for Christmas is you

[Bridge 1]
I don't need expensive things
They don't matter to me
All that I want, it can't be found
Underneath the Christmas tree

[Verse 3]
You are the angel atop my tree
You are my dream come true
Santa can't bring me what I need
'Cause all I want for Christmas is you

[Bridge 2]
I don't need expensive things
They don't matter to me
All that I want, it can't be found
Underneath the Christmas tree

[Verse 4]
You are the angel atop my tree
You are my dream come true
Santa can't bring me what I need
'Cause all I want for Christmas is you
'Cause all I want for Christmas is you
'Cause all I want for Christmas is you

2

**EXHIBIT 1**
**63**

Dr. Ferrara Depo. - Ex. 2

**"All I Want For Christmas Is You" by Mariah Carey: LYRICS**

[Introduction Verse]
I ==don't want== a lot for ==Christmas==
There is ==just one thing== I need
I don't care about the presents
==Underneath the Christmas tree==

[Introduction Chorus]
I just want you for my own
More than you could ever know
Make my wish ==come true==
==All I want for Christmas is you==, yeah

[Verse 1]
I ==don't want== a lot for ==Christmas==
There is ==just one thing== I need
(And I) don't care about the presents
==Underneath the Christmas tree==

==I don't need== to hang my ==stocking==
There upon the fireplace
==Santa== Claus won't make me happy
With a toy on ==Christmas== Day

[Chorus 1]
I just want you for my own
More than you could ever know
Make my wish ==come true==
==All I want for Christmas is you==, you, baby

[Verse 2]
Oh, I won't ==ask== for much this Christmas
I won't even wish for ==snow==
And I'm just gonna keep on waiting
==Underneath the== ==mistletoe==

I won't make a list and send it
To the North Pole for Saint Nick
I won't even stay awake to
Hear those magic reindeer click

3

**EXHIBIT 1**
**64**

Dr. Ferrara Depo. - Ex. 2

[Chorus 2]
'Cause I just want you here tonight
Holding on to me so tight
What more can I do?
Oh, baby, all I want for Christmas is you, you (Oo, baby)

[Bridge]
Oh, all the lights are shining so brightly everywhere (so brightly, baby)
And the sound of children's laughter fills the air (oh)
And everyone is singing (hey)
I hear those sleigh bells ringing (oh)
Santa, won't you bring me the one I really need?
Won't you please bring my baby to me?

[Verse 3]
Oh, I don't want a lot for Christmas
This is all I'm asking for
I just wanna see my baby
Standing right outside my door

[Chorus 3]
Oh, I just want you for my own
More than you could ever know
Make my wish come true
Baby, all I want for Christmas is you (you, baby)

[Outro]
All I want for Christmas is you, baby *[repeat with ad-libs until fade]*

4

EXHIBIT 1
65

Dr. Ferrara Depo. - Ex. 2

# VISUAL

# EXHIBIT C

1

**EXHIBIT 1**

**66**

Dr. Ferrara Depo. - Ex. 2

## 1.    Brook Benton, "You're All I Want for Christmas" (1963)

This song contains the phrases "I need no presents under the tree", "You're all I want", "The rest is only tinsel and show", and "I only want your lovin' for Christmas, no other kind of present will do", as well as references to "mistletoe", "Santa", and "sleigh", and that the narrator wants no presents "under the tree".  Thus, as in VANCE and CAREY, (1) "You're all I want for Christmas" is the title, (2) the lyrical idea of the song is that they don't need presents, they only want "you", and (3) we are not informed as to whether the object of their affection is present at Christmas.

https://www.youtube.com/watch?v=wVQuyrifBEQ

https://www.discogs.com/master/1278175-Brook-Benton-Youre-All-I-Want-For-Christmas-This-Time-Of-The-Year

**Brook Benton, "You're All I Want for Christmas" (1963)**

[Instrumental Intro]


[Verse 1

I want my arms around you for Christmas

I need no presents under the tree


[Refrain]

You're all I want, my darling

And that will be the world to me


[Verse 2]

I want to share your kisses for Christmas

The rest is only tinsel and show

[Refrain]

You're all I want, my darling

2

**EXHIBIT 1**
**67**

Dr. Ferrara Depo. - Ex. 2

At candle glow and mistletoe

[Bridge]

As far as I'm concerned

Santa doesn't have to load his sleigh

He can mark my other gifts 'returned'

Or give them all away

[Chorus]

I only want your lovin' for Christmas

No other kind of present will do

You're all I want, my darling

Please want me too

Please want me too

Please want me too

[Outro]

As I want you

3

EXHIBIT 1
68

Dr. Ferrara Depo. - Ex. 2

## 2.      Darlene Love, "Christmas (Baby Please Come Home)" (1963)

The lyrical idea in this song is expressed by the narrator who is wishing for the object of their affection to come home for Christmas and contains the phrases "Pretty lights on the tree", "You should be here with me", and the repeating title, "Baby, please come home" (which occurs at the end of a structural section), as well as references to "snow", church "bells", and lights on the "tree".  As in VANCE and CAREY, we are not informed as to whether the object of their affection is present as Christmas.

https://www.youtube.com/watch?v=4EvZOXEoJ84

https://www.discogs.com/master/268961-Darlene-Love-Christmas-Baby-Please-Come-Home

**Darlene Love, "Christmas (Baby Please Come Home)" (1963)**

[Verse 1]

(Christmas) The snow's coming down

(Christmas) I'm watching it fall

(Christmas) Lots of people around

(Christmas) Baby, please come home

[Verse 2]

(Christmas) The church bells in town

(Christmas) All ringing in song

(Christmas) Full of happy sounds

(Christmas) Baby, please come home

[Chorus]

They're singing "Deck the Halls"

But it's not like Christmas at all

'Cause I remember when you were here

And all the fun we had last year

4

**EXHIBIT 1**
**69**

Dr. Ferrara Depo. - Ex. 2

[Verse 3]

(Christmas) Pretty lights on the tree

(Christmas) I'm watching them shine

(Christmas) You should be here with me

(Christmas) Baby, please come home


[Chorus]

They're singing "Deck the Halls"

But it's not like Christmas at all

'Cause I remember when you were here

And all the fun we had last year


[Outro]

(Christmas) If there was a way

(Christmas) I'd hold back this tear

(Christmas) But it's Christmas day

(Please) Please

(Please) Please

(Please) Please, (Please) please

(Please) Please, (Please) please

(Please, please)

Baby, please come home

(Christmas) Baby, please come home

(Christmas) Baby, please come home

(Christmas) Baby, please come home

(Christmas) Oh yeah, yeah, yeah

(Christmas) Oh please, baby, (Christmas) Please come home, (Christmas…)

5

**EXHIBIT 1**

**70**

Dr. Ferrara Depo. - Ex. 2

**3.        The Sonics, "Santa Claus" (1965)**

This song includes Christmas related lyrics such as "Santa" and "Christmas tree" and the phrase "under my Christmas tree".  The lyrics are different from VANCE and CAREY insofar as the singer is asking for gifts, not the presence of a loved one.

https://www.youtube.com/watch?v=qBJDERsbxpc

https://www.discogs.com/release/2181017-The-Sonics-Dont-Believe-In-Christmas

**The Sonics, "Santa Claus" (1965)**

Yeah, Santa Claus, where have you been?

I've been waiting here just to let you in

Yeah, Santa Claus, what you got on your back?

Is there something for me inside that sack?


I want a brand new car, a twangy guitar

A cute little honey and lots of money

Santa Claus, won't you tell me please?

Whatcha gonna put under my Christmas tree?


And he just said:

"Nothing, nothing, nothing, nothing

Nothing, nothing, nothing, nothing


Yeah, Santa Claus, I've been waiting oh so long

Now don't you, don't you do me wrong


I want a brand new car, a twangy guitar

A cute little honey and lots of money

6

**EXHIBIT 1**
71

Dr. Ferrara Depo. - Ex. 2

Santa Claus, won't you tell me please?

Whatcha gonna put under my Christmas tree?

And he just said:

"Nothing, nothing, nothing, nothing

Nothing, nothing, nothing, nothing"

Ah no

I'm gonna get nothing for Christmas

Santa Claus, won't you tell me?

Oh do I get something

7

EXHIBIT 1

72

Dr. Ferrara Depo. - Ex. 2

**4.      The Supremes, "My Christmas Tree" (1965)**

The Supremes' "My Christmas Tree" contains the phrases "Beneath my Christmas tree" and "All I want for Christmas is my baby back at home" as well as "present".  The narrator expresses the lyrical idea that "All I want for Christmas is my baby back at home".  As in VANCE and CAREY, we are not informed as to whether the object of their affection is present at Christmas.

https://www.youtube.com/watch?v=bZNnKNGvPVs
https://www.discogs.com/release/9143460-The-Supremes-Merry-Christmas

**The Supremes, "My Christmas Tree" (1965)**

There's a Christmas tree

In a window frame

Just inside my door

But my Christmas tree

Doesn't look the same

As it always has before

There's just one lonely present

Beneath my Christmas tree

'Cause the best little present

A girl ever had

Has gone away from me

Oh, my Christmas tree is not very big

In fact it's kind of small

Honey went, he picked them out

They always seem so tall

8

**EXHIBIT 1**
**73**

Dr. Ferrara Depo. - Ex. 2

The lights don't seem so bright this year

It's hard for me to see

The smile that made my Christmas bright

Is gone away from me


I have been so lonely

Since you left me all alone

All I want for Christmas is

My baby back at home


Oh, my Christmas tree's so sad and bare

My room's so big and cold

They wish me happy new year

But the new year is already on


There's no little angel

On top where it used to be

'Cause the angel

That made my Christmas right

Has gone away from me...

'Cause the angel

That made my Christmas right

Has gone away from me...

'Cause the angel

That made my Christmas right

Has gone away from me...

9

**EXHIBIT 1**

**74**

Dr. Ferrara Depo. - Ex. 2

**5.      Marvin Gaye, "I Want to Come Home for Christmas" (1972)**

The lyrical idea in this song is similar to that in VANCE and CAREY insofar as the singer, who is a "prisoner of war", is wishing that they could be with their loved ones ("you" and "the family") for Christmas.  Christmas related items are also referenced such as "Christmas tree", "snow", "mistletoe", "Santa", and "bells".

https://www.youtube.com/watch?v=a2TQxwHgAYc

https://www.discogs.com/master/187058-Marvin-Gaye-The-Marvin-Gaye-Collection

**Marvin Gaye, "I Want to Come Home for Christmas" (1972)**

I'd give anything to see

A little Christmas tree

And to hear, hear the laughter

Of children playing in the snow

To kiss my baby, under the mistletoe


But I can't promise my eyes this sight

Unless they stop the fight

Cause I'm a prisoner of war

Lying here in my cell

Hoping my family is well

Wish they wouldn't worry so much about me

Just try to get us home

In time for the Christmas tree

Listen, oh yeah, ooo

I want to see snowflakes fall

I want to see Santa Claus

Ooo, I want to hear jingle bells ring

Want to hear jingle bells ringing

10

**EXHIBIT 1**

**75**

Dr. Ferrara Depo. - Ex. 2

But I can't promise my eyes this sight

Unless they stop the fight

Ooo

If I can't make it home in time

I know you'll be keeping my spirit bright

By wearing my name and trying to stop this fight

Ah, but I'd give anything to see you, the family

And that little Christmas tree


Ooo, I want to see snowflakes fall

I want to see Santa Claus

Oh, I want to hear jingle bells ringing

Yes, I want to hear jingle bells ringing

Oh, I want to see snowflakes fall

I want to see Santa Claus

11

**EXHIBIT 1**

**76**

Dr. Ferrara Depo. - Ex. 2

## 6.     The Salsoul Orchestra, "You're All I Want for Christmas" (1981)

This song expresses the lyrical idea that a loved one ("you") is "all I want for Christmas". The repeating title occurs at the end of sections as well as the lyrical phrase "All I want is you for Christmas".  In addition, it includes the related phrase "Baby, it's you I want to see under my Christmas tree" and a reference to "Santa".  It is not clear whether the loved one is actually present or not.

https://www.youtube.com/watch?v=nAL6emhSa64
https://www.discogs.com/release/3762278-The-Salsoul-Orchestra-Christmas-Jollies-II

**The Salsoul Orchestra, "You're All I Want for Christmas" (1981)**

(You're all, all I want for Christmas

You're all, all I want for Christmas)

Frost is on the window, all the dreams are there

Hurry, come inside,

there's a chill in the air

I'm glad that you can make it though you worked a little late

I'm sure the cat remembers you,

can't you see it on my face

Won't you stay awhile and share some cheer with me?

I hope you didn't mind

if I crawled upon your knee

Just pretend you're Santa, then I whisper in your ear

I made up my mind after all these years

You're all, all I want for Christmas

**EXHIBIT 1**
**77**

Dr. Ferrara Depo. - Ex. 2

Having you would satisfy all my wishes

You're all, all I want for Christmas

Wouldn't you let me try to be your missus


I know we can't go back to things that used to be

That's not what I want,

that's sure not what you need

I didn't recognize the man you always were

I didn't try to keep you from walking out before


Since we're not going alone here and there

For once in my life I'm trying to be sincere

Look deep in my eyes,

I'm sure that you will see

How happy just these few moments have made me

Ooh-ooh, baby


You're all I want for Christmas (You're all, all I want for Christmas)

Having you would satisfy all my wishes

All I want for Christmas (You're all, all I want for Christmas)

Won't you let me try to be your missus

(All I want is you for Christmas

All I want is you for Christmas)

(All I want is you for Christmas

All I want is you for Christmas)


You're all I want for Christmas (You're all, all I want for Christmas)

13

**EXHIBIT 1**

**78**

Dr. Ferrara Depo. - Ex. 2

Having you would satisfy all my wishes

All I want for Christmas (You're all, all I want for Christmas)

Today you can make me so very happy


You for Christmas (You're all, all I want for Christmas)

I want to wrap you up

Put my arms around you, baby

You for Christmas (You're all, all I want for Christmas)

Nobody, nobody, nobody else but you, boy


All I want for Christmas (You're all, all I want for Christmas)

To have you by my side and make everything all right

All I want for Christmas (You're all, all I want for Christmas)

Baby, it's you I want to see under my Christmas tree


You, nobody but you, baby (You're all, all I want for Christmas)

You're all I want for Christmas (You're all, all I want for Christmas)

Baby you light up my life, you make everything all right

All I want for Christmas (You're all, all I want for Christmas)

Hold you close, know you'll be right there

14

EXHIBIT 1
79

Dr. Ferrara Depo. - Ex. 2

**7.      Dave Dudley, "All I Want for Christmas Is You for Me" (1982)**

The title and lyrics in this song express the lyrical idea that "you" (a loved one) is "All I want for Christmas".  This song also contains the phrase "under our Christmas tree". The singer does not want to "take much room under our Christmas tree" with gifts, but just wants to be with the person they love.  A portion of the title is included in the repeating lyrical phrase, "All I want for Christmas is you for me", which occurs at the end of structural sections.

https://www.youtube.com/watch?v=6tljbVXQuzs

https://www.discogs.com/master/1572353-Dave-Dudley-Christmas-Truck-Stop

**Dave Dudley, "All I Want for Christmas Is You for Me" (1982)**

You don't have to worry about a list

I said as I gave my wife a kiss

'Cause what I want won't take much room under our Christmas tree

All I want for Christmas is you for me


Your magical smile is like a Christmas snow

An angel's touch that always seems to glow

Brighter than those tree of lights on a Christmas tree

And all I want for Christmas is you for me


All I want for Christmas is you here by my side

'Cause lovin' you is all it takes to fill me up with pride


So you don't have to worry about a list

I said as I gave my wife a kiss

'Cause all I want won't take much room under our Christmas tree

All I want for Christmas is you for me

15

**EXHIBIT 1**
**80**

Dr. Ferrara Depo. - Ex. 2

All I want for Christmas is you here by my side

'Cause lovin' you is all it takes to fill me up with pride


So you don't have to worry about a list

I said as I gave my wife a kiss

'Cause all I want won't take much room under our Christmas tree

All I want for Christmas is you for me

16

EXHIBIT 1

81

Dr. Ferrara Depo. - Ex. 2

**8.    New Edition, "All I Want for Christmas (Is My Girl)" (1985)**

This song expresses the lyrical idea that "you" (a loved one) is "All I want for Christmas" in which "My Girl" is "you".  This song also contains the phrases "under the mistletoe" and "under the Christmas tree" and contains the lyric "snow".  As in VANCE and CAREY, this song's title includes the phrase "All I want for Christmas" and occurs at the end of structural sections.  We are not informed as to whether the object of affection is present in the current Christmas.

https://www.youtube.com/watch?v=r0Rokzu5lzw

https://www.discogs.com/release/2971626-New-Edition-Christmas-All-Over-The-World


**New Edition, "All I Want for Christmas (Is My Girl) (1985)**

[Verse 1: Ralph Tresvant]

The first time I ever talked to you

My heart told me you were a dream came true

And the first time you put your hand in mine

I was wishing it would last a lifetime


[Chorus: Ralph Tresvant, New Edition]

All I want for Christmas is my girl

(All I want for Christmas, Christmas is my girl)

All I want for Christmas is my girl


[Verse 2: Ricky Bell]

And we kept close under the mistletoe

As we watched the moonlit shadow in the snow

And it was then, that I knew for sure

That I got just what I asked for

17

**EXHIBIT 1**
**82**

Dr. Ferrara Depo. - Ex. 2

[Chorus: Ralph Tresvant, New Edition]

All I want for Christmas is my girl

(All I want for Christmas, Christmas is my girl)

All I want for Christmas is my girl

[Bridge: Ricky Bell]

I know I see angels

When I look in your eyes

When I wake Christmas Day

You'll be my big surprise

[Chorus: Ralph Tresvant, New Edition]

All I want for Christmas is my girl

(All I want for Christmas, Christmas is my girl)

All I want for Christmas is my girl

All I want for Christmas is my girl

(All I want for Christmas, Christmas is my girl)

All I want for Christmas is my girl

[Interlude]

[Mike Bivins] Well, Ron, you know Christmas is almost here man

[Ronnie DeVoe] Yeah, Mike, and I can't wait to the 25th

[Mike] Because I know my mother bought me something very special

[Ronnie] Special? There's nothing more special

Than being under the Christmas tree with your family

Opening gifts, spreading love, that's a serious feeling

18

**EXHIBIT 1**

**83**

Dr. Ferrara Depo. - Ex. 2

[Ricky] Well fellas, let's remember that the spirit of Christmas is all about giving

What do you think, Ralph?

[Ralph] What, who me, Rick? Well, the greatest gift I could ever have

Is to spend Christmas with my two favorite girls:

My mother and of course my Candy Girl

[Chorus: Ralph Tresvant, New Edition]

All I want for Christmas is my girl

(All I want for Christmas, Christmas is my girl)

All I want for Christmas is my girl

All I want for Christmas is my girl

19

EXHIBIT 1

84

Dr. Ferrara Depo. - Ex. 2

<u>**9.      Ray Charles, "All I Want for Christmas" (1985)**</u>

      The title and lyrics in this song express the idea that the singer wishes to have their loved one present for Christmas in lyrical phrases such as "I'd like to make one wish, May I share this Christmas with you?" and "Just the two of us, May I spend this Christmas with you?".  There are also references to "under the tree", "snow", "Santa", and "stockings".  As in VANCE and CAREY, we are not informed as to whether the object of the singer's affection is present at Christmas.

https://www.youtube.com/watch?v=ecQrhaqTf-c
https://www.discogs.com/release/3083869-Ray-Charles-The-Spirit-Of-Christmas

**Ray Charles, "All I Want for Christmas" (1985)**

This time of year, I'd like to remember

The gifts of cheer to put under the tree

Sharing the things that make a December

Here is my list for you, just from me


All I want for Christmas, a friend that sparkles

And snow that's light on the ground

Children with frost in their hair

Presents around everywhere


I hope you don't think that I'm square

Just because I've seen Santa, hey


All I want for Christmas are people smiling

And love to go all around

And if I might insist, I'd like to make one wish

May I share this Christmas with you?

20

**EXHIBIT 1**
**85**

Dr. Ferrara Depo. - Ex. 2

I've done my shopping, stuffed all my stockings

Filled up my heart to the brim

Topping my list of so much to do

Is sharing my wish of joy just for you

All I want for Christmas are people smiling

And love to go all around

And if I might insist, I'd like to make just one wish

May I, baby

Tell me can I

You know what I want little girl

Why don't you let me

What I mean baby

Just the two of us

May I spend this Christmas with you?

21

EXHIBIT 1
86

Dr. Ferrara Depo. - Ex. 2

## 10.    Doye O'Dell, "Blue Christmas" (1948)

This song contains a similar lyrical idea, with the singer wishing for their loved one to be present at Christmas and noting that they will "have a blue Christmas without you".  Like VANCE and CAREY, the title occurs at the end of a section.  Moreover, the singer notes that "decorations…won't mean a thing, dear, if you're not here with me."  As in VANCE and CAREY, we don't know if the object of the singer's affection is present at Christmas.

https://www.youtube.com/watch?v=2TK-iwH7-Ww

https://www.discogs.com/release/9283004-Doye-ODell-Dear-Mr-Santa-Blue-Christmas

**Doye O'Dell, "Blue Christmas" (1948)**

[Verse 1]

I'll have a blue Christmas without you

I'll be so blue thinking about you

Decorations of red on a green Christmas tree

Won't mean a thing, dear, if you're not here with me


[Verse 2]

I'll have a blue Christmas, that's certain

And when that blue heartache starts hurting

You'll be doing all right, with your Christmas of white

But I'll have a blue, blue Christmas


[Verse 3]

And when those blue snowflakes start falling

That's when those blue memories start calling

You'll be doing all right, with your Christmas of white

But I'll have a blue, blue Christmas, I'll have a blue, blue Christmas

22

**EXHIBIT 1**
**87**

Dr. Ferrara Depo. - Ex. 2

## 11.    Percy Faith, "Christmas Is" (1966)

This song includes similar lyrics such as "Christmas", "sleigh bells", "come true", and "snow". https://www.youtube.com/watch?v=qQR2V9cv21g https://www.discogs.com/release/9154923-Percy-Faith-His-Orchestra-And-Chorus-Christmas-IsPercy-Faith-His-Orchestra-And-Chorus


**Percy Faith, "Christmas Is" (1966)**

Christmas is sleigh bells

Christmas is sharing

Christmas is holly

Christmas is caring

Christmas is children who just can't go to sleep

Christmas is memories, the kind you always keep

Deck the halls and give a cheer

For all the things that Christmas is each year


Christmas, Merry Christmas

When all your wishes come true


Christmas is carols to warm you in the snow

Christmas is bedtime when no one wants to go

All the world is tinsel bright

So glad to know that Christmas is tonight

Christmas, Merry Christmas

When all your wishes come true

Christmas, Merry Christmas

May all your wishes come true


23

**EXHIBIT 1**
**88**

Dr. Ferrara Depo. - Ex. 2

Christmas, Merry Christmas

May all your wishes come true


Christmas is sleigh bells

Christmas is sharing

Christmas is holly

Christmas is caring

Christmas is holly

Christmas is caring

24

EXHIBIT 1

89

Dr. Ferrara Depo. - Ex. 2

**12.    Loonis McGlohon, "Christmas Is Just About Here" (1984)**

This song includes similar lyrics such as "snowfall", "stockings", "Christmas tree", "Christmas is", and "presents".  As in VANCE and CAREY, the title occurs at the end of a section.

https://www.allmusic.com/album/christmas-memory-mw0000245247?1658844220390
https://www.discogs.com/release/16045507-Loonis-McGlohon-Friends-A-Christmas-Memory


**Loonis McGlohon, "Christmas Is Just About Here" (1984)**

It's fun hanging 'round in the kitchen

Where ev'rything smells so nice

Oh, Mama is baking a fruit cake

With apples, honey and spice.

The children are getting excited

Whenever grey clouds appear

The almanac promised a snowfall

And Christmas is just about here.


'Tis the season to be jolly

Ev'rybody feels young

Deck the halls with boughs of holly

And let the stockings get hung.

We'll soon have a visit from Saint Nick

And maybe he'll bring reindeer

We never outgrow the warm feeling

When Christmas is just about here.

25

**EXHIBIT 1**
**90**

Dr. Ferrara Depo. - Ex. 2

It's great fun when Papa will take us

To pick out a Christmas tree

Mom says to be sure that we choose one

That's big and taller than me.

It's time to start wrapping the presents

For ev'ryone we hold dear

Then hiding them back in the closet

'Cause Christmas is just about here.


Deck the halls with boughs of holly

Fill up the candy jar

Light a candle in the window

And hang up the Christmas star.

I like ev'rything about Christmas

The holly and holiday cheer

Let's hurry up and get ready

'Cause Christmas is just about here.

It's here.

26

**EXHIBIT 1**
**91**

Dr. Ferrara Depo. - Ex. 2

**13.    Gene Autry, "Everyone's a Child at Christmas" (1956)**

This song has similar Christmas lyrics such as "Santa", "presents", and "Christmas" as well as the phrase "under the Christmas tree".

https://www.youtube.com/watch?v=1fHWTFKwcPE

https://www.discogs.com/release/12790079-Gene-Autry-Everyone-Is-A-Child-At-Christmas-You-Can-See-Old-Santa-Claus-When-You-Find-Him-In-Your-He

**Gene Autry, "Everyone's a Child at Christmas" (1956)**

Everyone's a child at Christmas

And looks for presents under the Christmas tree.

Everyone's a child at Christmas

And loves the happy holiday "jollity".

You must always believe

That on each Christmas Eve

Ol' Santa Claus will be

Comin' because you're good

Did everything you should

Everyone's a child at Christmas

For Christmas is for children like you and me

Everyone's a child at Christmas

And looks for presents under the Christmas tree

Everyone's a child at Christmas

And loves the happy holiday "jollity".

You must always believe

27

**EXHIBIT 1**

**92**

Dr. Ferrara Depo. - Ex. 2

That on each Christmas Eve

Ol' Santa Claus will be

Comin' because you're good

Did everything you should

Everyone's a child at Christmas

For Christmas is for children like you and me

28

EXHIBIT 1

93

Dr. Ferrara Depo. - Ex. 2

14.     **Elvis Presley, "Holly Leaves and Christmas Trees" (1971)**

This song contains a similar lyrical idea, with the singer noting that "Christmas trees" and "Lights aglow and mistletoe don't mean a thing when you're not here".  Christmas related lyrics also include "Christmas trees", "mistletoe", and "snow".  As in VANCE and CAREY, the title occurs at the end of a section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

https://www.youtube.com/watch?v=DuYNrqrq31E

https://www.discogs.com/release/2475391-Elvis-Presley-Elvis-Sings-The-Wonderful-World-Of-Christmas


**Elvis Presley, "Holly Leaves and Christmas Trees" (1971)**

[Verse 1]

Somewhere in, in the distant night

I hear Christmas bells

The gentle snow keeps falling down on people

Who are homeward bound

That's the way it's always been

The circle never really ends

Christmas seems to come and go

Home's a place that I don't know

Holly leaves and Christmas trees

It's that time of year

Lights aglow and mistletoe

Don't mean a thing when you're not here

29

**EXHIBIT 1**
**94**

Dr. Ferrara Depo. - Ex. 2

[Verse 2]

As I walk, walk this lonely street

The sound of snow beneath my feet

I'll think of how, how it used to be

Holly leaves and Christmas trees

Used to mean so much to me

(Holly leaves and Christmas trees)

30

EXHIBIT 1
95

Dr. Ferrara Depo. - Ex. 2

## 15.     Bing Crosby, "I'll Be Home for Christmas" (1943)

This song has several similar specific lyrics such as "for Christmas", "snow", "mistletoe", "presents", and "tree".

https://www.youtube.com/watch?v=KK_IvzPLBPQ

https://www.discogs.com/release/4258409-Bing-Crosby-With-John-Scott-Trotter-And-His-Orchestra-Ill-Be-Home-For-Christmas-If-Only-In-My-Dreams

**Bing Crosby, "I'll Be Home for Christmas" (1943)**

I'll be home for Christmas

You can plan on me

Please have snow and mistletoe

And presents on the tree


Christmas Eve will find me

Where the love light gleams

I'll be home for Christmas

If only in my dreams


I'll be home for Christmas

You can plan on me

Please have snow and mistletoe

And presents on the tree


Christmas Eve will find me

Where the love light gleams

I'll be home for Christmas

If only in my dreams

31

**EXHIBIT 1**
**96**

Dr. Ferrara Depo. - Ex. 2

**16.    Mickey Gilley, "I'm Spending Christmas With You" (1981)**

This song contains lyrics "Christmas", "snow", "presents are under our tree", and wishes that "come true".

https://www.youtube.com/watch?v=VyYdrcOW-wI

https://www.discogs.com/release/11551440-Mickey-Gilley-Im-Spending-Christmas-With-You

**Mickey Gilley, "I'm Spending Christmas With You" (1981)**

The snow is gently falling the night is so cold

The moon shines on the snow covered trees

And the roads seems like forever but I'm finally home

We're alone on this Christmas Eve


I'm spending Christmas with you

It's the season when love is with you

The holiday wishes have already come true

I'm spending Christmas with you


The fireplace is burning and your hands feels so warm

Presents are under our tree

And I take you in my arms and your lips are touching mine

And it feels like our first Christmas Eve


I'm spending Christmas with you

It's the season when love is with you

The holiday wishes have already come true

I'm spending Christmas with you


The holiday wishes have already come true, And I'm spending Christmas with you

32

**EXHIBIT 1**
**97**

Dr. Ferrara Depo. - Ex. 2

**17.    Jimmy Boyd, "I Saw Mommy Kissing Santa Claus" (1952)**

This song has similar lyrics such as "Santa" and "underneath the mistletoe".

https://www.youtube.com/watch?v=76K5UU0ihow

https://www.discogs.com/release/4949996-Jimmy-Boyd-I-Saw-Mommy-Kissing-Santa-Claus


**Jimmy Boyd, "I Saw Mommy Kissing Santa Claus" (1952)**

I saw Mommy kissing Santa Claus

Underneath the mistletoe last night

She didn't see me creep

Down the stairs to have a peep

She thought that I was tucked up

In my bedroom fast asleep


Then, I saw Mommy tickle Santa Claus

Underneath his beard so snowy white

Oh, what a laugh it would have been

If Daddy had only seen

Mommy kissing Santa Claus last night


I saw Mommy kissing Santa Claus

Underneath the mistletoe last night

She didn't see me creep

Down the stairs to have a peep

She thought that I was tucked up

In my bedroom fast asleep

I saw Mommy tickle Santa Claus

33

**EXHIBIT 1**
**98**

Dr. Ferrara Depo. - Ex. 2

Underneath his beard so snowy white

Oh, what a laugh it would have been

If Daddy had only seen

Mommy kissing Santa Claus last night

(Ooh-ooh-ooh-ooh-ooh)

34

**EXHIBIT 1**
**99**

Dr. Ferrara Depo. - Ex. 2

## 18.    Barbara Mandrell, "It Must Have Been the Mistletoe" (1984)

This song references similar lyrics such as "Christmas", "mistletoe", "snow", "sleigh", and "bell".

https://www.youtube.com/watch?v=cD7NmzQjKDg

https://www.discogs.com/release/4298236-Barbara-Mandrell-It-Must-Have-Been-The-Mistletoe-Our-First-Christmas


**Barbara Mandrell, "It Must Have Been the Mistletoe" (1984)**

It must have been the mistletoe, the lazy fire, the falling snow

The magic in the frosty air that feeling everywhere

It must have been the pretty lights that glistened in the silent night

It may be just the stars so bright that shined above you


Our first Christmas, more than we'd been dreaming of

Old St. Nicholas had his fingers crossed

That we would fall in love


It could have been the holiday, the midnight ride upon sleigh

The countryside all dressed in white, the crazy snowball fight

It could have been the steeple bell that wrapped us up within its spell

It only took one kiss to know it must have been the mistletoe


Our first Christmas, more than we'd been dreaming of

Old St. Nicholas must have known that kiss

Would lead to all of this


It must have been the mistletoe, the lazy fire, the falling snow

The magic in the frosty air that made me love you

**EXHIBIT 1**
**100**

Dr. Ferrara Depo. - Ex. 2

On Christmas eve our wish came true the night I fell in love with you

It only took one kiss to know it must have been the mistletoe


It must have been the mistletoe, the lazy fire, the falling snow

The magic in the frosty air that feeling everywhere

It must have been the mistletoe, the lazy fire, the falling snow

The magic in the frosty air that made me love you

It must have been the mistletoe, the lazy fire, the falling snow

The magic in the frosty air

36

**EXHIBIT 1**
**101**

Dr. Ferrara Depo. - Ex. 2

## 19.     Elvis Presley, "It Won't Seem Like Christmas (Without You)" (1971)

This song has a lyrical idea similar to that in VANCE and CAREY expressed in the repeating title lyric, "It won't seem like Christmas without you".  The lyrics also express "the one thing that I'm wishing for" is to see "you" in my dreams.  This song also references "snowy", and "sleigh bells".   As in VANCE and CAREY, we are not informed as to whether the object of the singer's affection is present at Christmas.

https://www.youtube.com/watch?v=tJpnCnPOE_M
https://www.discogs.com/master/207383-Elvis-Presley-Elvis-Sings-The-Wonderful-World-Of-Christmas


**Elvis Presley, "It Won't Seem Like Christmas (Without You)" (1971)**

Oh, it won't seem like Christmas, dear, without you

For too many miles are between

But if I get the one thing I'm wishing for

Then I'll see you tonight in my dreams


Seems a long time since we've been together

It was just about this time of the year

Looks like it's gonna be snowy weather

How I wish that you could be here


But it won't seem like Christmas, oh, without you

For too many miles are between

But if I get the one thing that I'm wishing for

Then I'll see you tonight in my dreams

37

**EXHIBIT 1**
**102**

Dr. Ferrara Depo. - Ex. 2

In the distance I hear sleigh bells ringing

The holly is so pretty this year

And the carol that somebody's singing

Reminds me of our Christmas last year


Oh, it won't seem like Christmas, oh, without you

For too many miles are between

But if I get the one thing I'm wishing for

Then I'll see you tonight in my dreams

Then I'll see you tonight in my dreams

38

EXHIBIT 1
103

Dr. Ferrara Depo. - Ex. 2

## 20.    Burl Ives, "Jingle Jingle Jingle" (1964)

This song references "Christmas" and "sleigh bells".

https://www.youtube.com/watch?v=vxDolQiHg98

https://www.discogs.com/master/370875-Burl-Ives-Original-Sound-Track-And-Music-From-Rudolph-The-Red-Nosed-Reindeer

**Burl Ives, "Jingle Jingle Jingle" (1964)**

Jingle, jingle, jingle

You will hear my sleigh bells ring

I am old Kris Kringle

I'm the King of Jingling

Jingle, jingle, reindeer

Through the frosty air they'll go

They are not just plain deer

They're the fastest deer I know (Ho! Ho!)


You must believe that on Christmas Eve

I won't pass you by

I'll dash away in my magic sleigh

Flying through the sky


Jingle, jingle, jingle

You will hear my sleigh bells ring

I am old Kris Kringle

I'm the King of Jingling (Ho! Ho!)

39

**EXHIBIT 1**
**104**

Dr. Ferrara Depo. - Ex. 2

You must believe that on Christmas Eve

I won't pass you by

I'll dash away in my magic sleigh

Flying through the sky


Jingle, jingle, jingle

You will hear my sleigh bells ring

I am old Kris Kringle

I'm the King of Jingling

I am old Kris Kringle

I'm the King of Jingling (Ho! Ho!)

40

**EXHIBIT 1**
**105**

Dr. Ferrara Depo. - Ex. 2

**21.    Johnny Moore's Three Blazers, "Merry Christmas, Baby" (1947)**

This song contains the lyrics "'neath the mistletoe", "Christmas" and "presents".

https://www.youtube.com/watch?v=fitrYzUJ16Y

https://www.discogs.com/release/4898289-Johnny-Moores-Three-Blazers-Lost-In-The-Night-Merry-Christmas-Baby

**Johnny Moore's Three Blazers, "Merry Christmas, Baby" (1947)**

Merry Christmas baby

You sure did treat me nice

Merry Christmas baby

You sure did treat me nice


Gave me a diamond ring for Christmas

Now I'm livin' in paradise


Well, I'm feelin' mighty fine

Got good music on my radio

Well, I'm feelin' mighty fine

Got good music on my radio

Well, I wanna kiss you, baby

While you're standin' 'neath the mistletoe


St Nick came down the chimney

'Bout a half past three

Left all these pretty presents

That you see before me

41

**EXHIBIT 1**
**106**

Dr. Ferrara Depo. - Ex. 2

Merry Christmas little baby

You sure have been good to me

I haven't had a drink this mornin'

But I'm all lit up like a Christmas tree

42

**EXHIBIT 1**
**107**

Dr. Ferrara Depo. - Ex. 2

**22.     Brenda Lee, "Rockin' Around the Christmas Tree" (1958)**

This song references the lyrics "the Christmas tree" and "mistletoe".

https://www.youtube.com/watch?v=1qYz7rfgLWE

https://www.discogs.com/release/7616667-Brenda-Lee-Rockin-Around-The-Christmas-Tree


**Brenda Lee, "Rockin' Around the Christmas Tree" (1958)**

[Verse 1]

Rockin' around the Christmas tree

At the Christmas party hop

Mistletoe hung where you can see

Every couple tries to stop


[Verse 2]

Rockin' around the Christmas tree

Let the Christmas spirit ring

Later we'll have some pumpkin pie

And we'll do some caroling


[Pre-Chorus]

You will get a sentimental feeling when you hear

Voices singing, "Let's be jolly

Deck the halls with boughs of holly!"


[Chorus]

Rockin' around the Christmas tree

Have a happy holiday

43

**EXHIBIT 1**
**108**

Dr. Ferrara Depo. - Ex. 2

Everyone's dancing merrily

In the new old fashioned way


[Instrumental Break]


[Pre-Chorus]

You will get a sentimental feeling when you hear

Voices singing, "Let's be jolly

Deck the halls with boughs of holly!"


[Chorus]

Rockin' around the Christmas tree

Have a happy holiday

Everyone's dancing merrily

In the new old fashioned way

44

**EXHIBIT 1**
**109**

Dr. Ferrara Depo. - Ex. 2

**23.     Elvis Presley, "Santa, Bring My Baby Back (to Me)" (1957)**

This song includes the lyrical idea of the singer wishing for their "baby" to share Christmas ("Santa, bring my baby back to me").  Also like VANCE and CAREY, the singer's lyrics include the idea that they don't need presents, they just want their "baby" expressed in the lyrics: "I don't need a lot of presents to make my Christmas bright, I just need by baby's arms".  Christmas elements that are referenced include "Santa", "presents", "Christmas tree", "mistletoe", and "sock".  As in VANCE and CAREY, the title occurs at the end of a section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

https://www.youtube.com/watch?v=QG579cx6DuI

https://genius.com/Elvis-presley-santa-bring-my-baby-back-to-me-lyrics


**Elvis Presley, "Santa, Bring My Baby Back (to Me)" (1957)**

(Santa bring my baby back to me)

(Santa bring my baby back to me)


[Verse 1]

I don't need a lot of presents

To make my Christmas bright

I just need my baby's arms

Wound around me tight

Oh Santa, hear my plea

Santa, bring my baby back to me

(Santa bring my baby back to me)


[Verse 2]

The Christmas tree is ready

The candles all aglow

45

**EXHIBIT 1**
**110**

Dr. Ferrara Depo. - Ex. 2

But with my baby far away

What good is mistletoe

Oh Santa, hear my plea

Santa bring my baby back to me

(Santa bring my baby back to me)


[Chorus]

Please make these reindeer hurry

Well their time is drawing near

It sure won't seem like Christmas

Unless my baby's here


[Verse 3]

Fill my sock with candy

And a bright and shiny toy

You wanna make me happy

And fill my heart with joy

Then Santa, hear my plea

Santa bring my baby back to me

(Santa bring my baby back to me)


[Chorus]

Please make these reindeer hurry

Well their time is drawing near

It sure won't seem like Christmas

Unless my baby's here

46

**EXHIBIT 1**
**111**

Dr. Ferrara Depo. - Ex. 2

[Verse 4]

Fill my sock with candy

And a bright and shiny toy

You wanna make me happy

And fill my heart with joy

Then Santa, hear my plea

Santa bring my baby back to me

(Santa bring my baby back to me)

(Santa bring my baby back)


[Outro]

Then Santa, hear my plea

Santa bring my baby back to me

47

EXHIBIT 1
112

Dr. Ferrara Depo. - Ex. 2

## 24. Nat King Cole Trio, "The Christmas Song" (1946)

This song references the lyrics "mistletoe", "Santa", and "sleigh".

https://www.youtube.com/watch?v=1Jp3XIqTR2w

https://www.discogs.com/release/3069181-The-King-Cole-Trio-The-Christmas-Song-In-The-Cool-Of-The-Evening


**Nat King Cole Trio, "The Christmas Song" (1946)**

[Verse]

Chestnuts roasting on an open fire

Jack Frost nipping at your nose

Yuletide carols being sung by a choir

And folks dressed up like Eskimos


Everybody knows a turkey and some mistletoe

Help to make the season bright

Tiny tots with their eyes all aglow

Will find it hard to sleep tonight


[Bridge]

They know that Santa's on his way

He's loaded lots of toys and goodies on his sleigh

And every mother's child is gonna spy

To see if reindeer really know how to fly


[Chorus]

And so I'm offering this simple phrase

To kids from one to 92

48

**EXHIBIT 1**
**113**

Dr. Ferrara Depo. - Ex. 2

Although it's been said many times, many ways

Merry Christmas to you


[Chorus]

And so I'm offering this simple phrase

To kids from one to 92

Although it's been said many times, many ways

Merry Christmas to you

49

**EXHIBIT 1**
**114**

Dr. Ferrara Depo. - Ex. 2

**25.    Frank Sinatra, "The Christmas Waltz" (1954)**

This song references lyrics such as "[on] the tree", "Santa", "come true", and "sleigh".

https://www.youtube.com/watch?v=OfmcEok4mkE

https://www.discogs.com/release/14803669-Frank-Sinatra-White-Christmas-The-Christmas-Waltz

**Frank Sinatra, "The Christmas Waltz" (1954)**

(Merry Christmas, merry Christmas

May your every New Year dream come true)

Frosted windowpanes

Candles gleaming inside

Painted candy canes on the tree

Santa's on his way

He's filled his sleigh with things

Things for you and me

It's that time of year

When the world falls in love

Ev'ry song you hear seems to say

"Merry Christmas

May your New Year dreams come true"

And this song of mine

In three-quarter time

Wishes you and yours the same thing, too

(Ah, ah, ah)

50

EXHIBIT 1
115

Dr. Ferrara Depo. - Ex. 2

(Santa's on his way

He's filled his sleigh with things

Pretty things for you and for me)


It's that time of year

When the world falls in love

Ev'ry song you hear seems to say

"Merry Christmas

May your New Year dreams come true"

And this song of mine

In three-quarter time

Wishes you and yours, everyone

(Merry Christmas, merry Christmas

May your every New Year dream come true)


Merry Christmas

EXHIBIT 1
116

Dr. Ferrara Depo. - Ex. 2

## 26.    The Andrews Sisters, "The Merry Christmas Polka" (1949)

This song has several similar lyrics such as "sleigh bells", "Santa's", "sleigh", "Christmas", "around a tree", and "beneath the mistletoe".

https://www.youtube.com/watch?v=ah0tuiGS-8A
https://www.discogs.com/release/6851698-Andrews-Sisters-Guy-Lombardo-And-His-Royal-Canadians-Christmas-Candles-Merry-Christmas-Polka

**The Andrews Sisters, "The Merry Christmas Polka" (1949)**

They're tuning up the fiddles now, the fiddles now, the fiddles now;

There's wine to warm the middles now and get your head awhirl.

Around and round the room we go, the room we go, the room we go;

Around and round the room we go, so get yourself a girl.


Now ev'ry heart will start to tingle,

When sleigh bells jingle on Santa's sleigh;

Together we will greet Kris Kringle

And another Christmas Day.


Come on and dance the merry Christmas polka;

Let ev'ryone be happy and gay.

Oh, it's the time to be jolly and deck the halls with holly;

So let's have a jolly holiday.


Come on and dance the merry Christmas polka;

Another joyous season has begun.

Roll out the Yuletide barrels and sing out the carols,

**EXHIBIT 1**
**117**

Dr. Ferrara Depo. - Ex. 2

A merry Christmas ev'ryone!

Now ev'ry heart will start to tingle,

When sleigh bells jingle on Santa's sleigh;

Together we will greet Kris Kringle

And another Christmas Day.

Come on and dance the merry Christmas polka;

Let ev'ry lady step with her beau

Around a tree to the ceiling with lots of time for stealing

Those kisses beneath the mistletoe.

Come on and dance the merry Christmas polka;

With ev'rybody joining in the fun;

Roll out the Yuletide barrels and sing out the carols,

A merry Christmas ev'ryone!

53

**EXHIBIT 1**

**118**

Dr. Ferrara Depo. - Ex. 2

<u>**27.**</u>     <u>**Brook Benton "This Time of Year" (1958)**</u>

This song references "sleigh bells", "Santa", "Christmas", "snowy", and "[on his] sleigh".

https://www.youtube.com/watch?v=CMX19LRhvzs

https://www.discogs.com/release/7485229-Brook-Benton-This-Time-Of-The-Year-Merry-Christmas-Happy-New-Year

**Brook Benton, "This Time of Year" (1958)**

(Christmas always comes this time of the year)

Little girls and little boys

Dream of worlds full of toys

This time of the year

When Christmas is near

Evergreens are snowy white

Sleigh bells ring through the night

This time of the year

When Christmas is near

And somewhere near a steeple

People kneel and pray

And choirs sing

Carols of Christmas day

Santa Claus is on his way

54

EXHIBIT 1
119

Dr. Ferrara Depo. - Ex. 2

Loads of joy, on his sleigh

This time of the year

When Christmas is near


(Hear the sleigh bells

Hear the sleigh bells

Hear the sleigh bells, ring)

EXHIBIT 1
120

Dr. Ferrara Depo. - Ex. 2

## 28.    Fred Waring and The Pennsylvanians, "This Is Christmas (Bright, Bright the Holly Berries)" (1954)

This song references lyrics such as "mistletoe", "snowy", and "Christmas".

https://www.youtube.com/watch?v=7dTCkONDwM4

https://www.discogs.com/master/593273-Fred-Waring-The-Pennsylvanians-The-Sounds-Of-Christmas

### Fred Waring and The Pennsylvanians, "This Is Christmas (Bright, Bright the Holly Berries)" (1954)

[Verse 1]

Bright, bright the holly berries

In the wreath upon the door

Bright, bright the happy faces

With the thoughts of joys in store

White, white the snowy meadow

Wrapped in slumber deep and sweet

White, white the mistletoe

'Neath which two lovers meet

This is Christmas, this is Christmas

This is Christmas time (It's Christmas time)


[Verse 2]

Gay, gay, the children's voices

Filled with laughter, filled with glee

Gay, gay the tinsled things

Upon the dark and spicy tree

Day, day, when all mankind

May hear the angel's song again

Day, day when Christ was born

56

**EXHIBIT 1**
**121**

Dr. Ferrara Depo. - Ex. 2

To bless the sons of men

This is Christmas, this is Christmas

This is Christmas time (It's Christmas time)


[Verse 3]

Sing, sing, ye heavenly host

To tell the blessed Savior's birth

Sing, sing in holy joy

Ye dwellers all upon the earth

King, King yet tiny Babe

Come down to us from God above

King, King of every heart

Which opens wide to love

This is Christmas, this is Christmas

This is Christmas time (It's Christmas time)


[Outro]

Merry, merry Christmas

Merry, merry Christmas

57

**EXHIBIT 1**
**122**

Dr. Ferrara Depo. - Ex. 2

**29.    The Voices of Jimmy Joyce, "We'll Dress the House" (1954)**

This song references "mistletoe", "Christmas day", and "the Christmas tree".

https://www.youtube.com/watch?v=oJ5PCOnmQzE
https://www.discogs.com/release/5916360-Jimmy-Joyce-Alfred-S-Burt-This-Is-Christmas-The-Alfred-S-Burt-Carols

**The Voices of Jimmy Joyce, "We'll Dress the House" (1954)**

We'll dress the house with holly bright

and sprigs of mistletoe.

We'll trim the Christmas tree tonight

and set the lights aglow.

We'll wrap our gifts with ribbons gay

and give them out on Christmas day.

By everything we do and say,

our gladness we will show.


We'll dress the table daintily,

Our finest treasures use,

That all a-sparkle it may be

And bright with lovely hues.

Then for the feasting we'll prepare

a kitchen full of wondrous fare,

That each from all the dishes rare,

his fav'rite one may choose.

And ye who would the Christ child greet,

your heart also adorn,

58

**EXHIBIT 1**
**123**

Dr. Ferrara Depo. - Ex. 2

That it may be a dwelling meet

for Him who now is born.

Let all unlovely things give place

to souls bedecked with heavenly grace,

That ye may view His holy face

with joy on Christmas morn.

59

EXHIBIT 1
124

Dr. Ferrara Depo. - Ex. 2

**30.    Frankie Laine, "You're All I Want for Christmas" (1946)**

This song includes the repeating title lyrics "All I want for Christmas" and reference "you" as the person that is "all" they want for Christmas.  Moreover, the singer notes that they are not wishing for a stocking filled with presents but that "my stocking is filled with you".  This song also includes "come true".  As in VANCE and CAREY, we are not informed as to whether the object of the singer's affection is present at Christmas.

https://www.youtube.com/watch?v=Kaxr_3cnYTU
https://www.discogs.com/release/2865347-Frankie-Laine-Tara-Talara-Tala-Youre-All-I-Want-For-Christmas


**Frankie Laine, "You're All I Want for Christmas" (1946)**

You're all I want for Christmas

All I want my whole life through

Each day is just like Christmas

Anytime that I'm with you


You're all I want for Christmas

And if all my dreams come true

Then I'll awake on Christmas morning

And find my stocking filled with you


Then I'll awake on Christmas morning

And find my stocking filled with you

60

**EXHIBIT 1**
**125**

Dr. Ferrara Depo. - Ex. 2

## 31.    Buck Owens, "All I Want for Christmas Dear Is You" (1965)

This song includes the repeating title lyrics "all I want for Christmas dear is you") and reference "you" as the person that is "all" they want for Christmas, as in VANCE and CAREY. Also as in VANCE and CAREY, the singer is not interested in "presents wrapped in green and gold" because those presents "have no arms for me to hold". Rather, all that the singer wants is "you". The lyrics also include the phrase "underneath my tree". As in VANCE and CAREY, the title occurs at the ends of structural sections.

https://www.youtube.com/watch?v=_973SwUSvz8

https://www.discogs.com/release/1788205-Buck-Owens-Santa-Looked-A-Lot-Like-Daddy


**Buck Owens, "All I Want for Christmas Dear Is You" (1965)**

Here it is Christmas Day

And you're many miles away

And I wonder if you feel the way I do

In the air there's happiness

But in me there's loneliness

For all I want for Christmas dear is you


Presents wrapped in green and gold

Have no arms for me to hold

No lips to whisper softly I love you

Oh how happy I would be

To find you underneath my tree

For all I want for Christmas dear is you


Presents wrapped in green and gold

Have no arms for me to hold

61

**EXHIBIT 1**
**126**

Dr. Ferrara Depo. - Ex. 2

No lips to whisper softly I love you

Oh how happy I would be

To find you underneath my tree

For all I want for Christmas dear is you...

62

**EXHIBIT 1**
**127**

Dr. Ferrara Depo. - Ex. 2

## 32.    Carla Thomas, "All I Want for Christmas Is You" (1963)

This song has the same title and lyrical idea as in VANCE and CAREY, namely, "all I want for Christmas is you". The singer advises: "Give the neighbors all the presents under the tree" and "Give the snow and mistletoe to the ones who love them so, but you'll be quite enough for me." The singer exclaims: "For all I want for Christmas is you". There are also references to "under the tree", "snow", "mistletoe", "Santa", and "sleigh". As in VANCE and CAREY, the title occurs at the end of a section and we are not informed as to whether the object of the singer's affection is present at Christmas.

https://www.youtube.com/watch?v=0QATvC2oiNY

https://www.discogs.com/release/4913492-Carla-Thomas-All-I-Want-For-Christmas-Is-You-Gee-Whiz-Its-Christmas

**Carla Thomas, "All I Want for Christmas Is You" (1963)**

Let the kiddies have the toys

The grown-ups make the noise

Give the neighbors all the presents

Under the tree


Give the snow and mistletoe

To the ones who love them so

But you'll be quite enough for me


When old Santa rides his sleigh

He can please me right away

With a present that forever will be new

Tell him my poor heart would sing

If one gift he'll only bring

For all I want for Christmas is you

63

**EXHIBIT 1**
**128**

Dr. Ferrara Depo. - Ex. 2

Oh Santa rides his sleigh

He can please me right away

With a present that forever will be new

Tell him my poor heart would sing

If one gift he'll only bring

For all I want for Christmas is you

64

**EXHIBIT 1**
**129**

Dr. Ferrara Depo. - Ex. 2

## 33.     John Denver and the Muppets, "The Christmas Wish" (1979)

This song contains the phrase "underneath the Christmas tree" and a reference to a "Christmas star" (similar to VANCE) and a "light" that is "shining" (similar to CAREY).
https://www.youtube.com/watch?v=Fe94lIISKI
https://www.discogs.com/master/99895-John-Denver-And-The-Muppets-A-Christmas-Together

**John Denver and the Muppets, "The Christmas Wish" (1979)**

I don't know if you believe in Christmas,

or if you have presents underneath the Christmas tree.

But if you believe in love, that will be more than enough

for you to come and celebrate with me.


For I have held the precious gift that love brings

even though I've never saw a Christmas star.

But I know there is a light, I have felt it burn inside,

and I can see it shining from afar.


Christmas is a time to come together, a time to put all differences aside.

And I reach out my hand to the family of man

to share the joy I feel at Christmas time.


For the truth that binds us all together, I would like to say a simple prayer.

That at this special time, you will have true peace of mind

and love to last throughout the coming year.

And if you believe in love, that will be more than enough

for peace to last throughout the coming year.

And peace on earth will last throughout the year.

65

**EXHIBIT 1**
**130**

Dr. Ferrara Depo. - Ex. 2

## 34.    Foghat, "All I Want For Christmas Is You" (1981)

This song has the same title and lyrical idea as in VANCE and CAREY, namely, "all I want for Christmas is you".  The singer advises: "I don't want no VCR, no TV too…I don't want no toys…."  Rather, the singer communicates: "All I want for Christmas is you".  In addition to the use of the commonplace phrase "I don't want", there is also a reference to "stockings" and inclusion of the commonplace phrase "I don't need".  As in VANCE and CAREY, the title occurs at the end of a section.

https://www.youtube.com/watch?v=SUv7T_Uq6QU

https://www.discogs.com/master/722598-Foghat-All-I-Want-For-Christmas-Is-You

**Foghat, "All I Want For Christmas is You" (1981)**

I don't want no Cadillac in my back yard

I don't need no fifty-six Les Paul guitar

I don't want no mansion house with an ocean view

All I want for Christmas is you

I don't want no Nikon I don't know how to use

And I don't need no Mediterranean cruise

I don't want no VCR, no TV too

All I want for Christmas is you

I'm talkin' 'bout you

I'm talkin' 'bout you, you, you

All I want for Christmas is you

Well I hope I don't receive no case of wine

Chateau Lafitte' nineteen and fifty-nine

Dom Perignon, well maybe a glass or two

All I want for Christmas is you

**EXHIBIT 1**
**131**

Dr. Ferrara Depo. - Ex. 2

I'm talkin' 'bout you
I'm talkin' 'bout you, you, you
All I want for Christmas is you

I'm talkin' 'bout you, whoa!
I'm talkin' 'bout you, you, you
All I want for Christmas is you

I'm talkin' 'bout you, (ah!)
I'm talkin' 'bout you, you, you
All I want for Christmas is you
All I want for Christmas is you, (yeah, yeah, yeah)
All I want for Christmas is you, (hey hey yea)

Oh, yeah
I don't want no toys
I don't want no books, you know I can't read that stuff
I wanna slide down your chimney, baby

Oh, fill your stockings with joy
Oh
Ah, ah, ah
Hey, yeah
(Spoken outro)

**EXHIBIT 1**
**132**

Dr. Ferrara Depo. - Ex. 2

**35.    The Golddiggers, "I Just Want You For Christmas" (1969)**

This song includes the lyrical idea of the singer wishing for the object of their affection to share Christmas ("I just want you for Christmas").  Similar to VANCE and CAREY, the singer's lyrics include the idea that they don't need the trappings of Christmas – "I don't need holly on the wall, I don't want mistletoe…no sleigh bells" --, but rather, "I just want you for Christmas".  In addition to "mistletoe" and "sleigh bells" and the use of the commonplace phrases "I don't need" and "I don't want", there is also a reference to "Santa".  As in VANCE and CAREY, the title occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

**https://www.youtube.com/watch?v=ExgiwSkxGWU**

**https://www.discogs.com/release/3166541-The-Golddiggers-We-Need-A-Little-Christmas**

**The Golddiggers, "I Just Want You For Christmas" (1969)**

Dee doo doo, dee doo doo

Dee doo doo, dee doo doo

I don't need holly on the wall

I don't want mistletoe at all

I just want you for Christmas

No sleigh bells jing-a-ling-a-ling

No singers caroling-a-ling

I just want you for Christmas

68

EXHIBIT 1
133

Dr. Ferrara Depo. - Ex. 2

Without you a white Christmas would just be blue

So, come on and show me you're not trying to snow me

You know I can't wait until it thaws

So, I am telling Santa Claus

I just want you for Christmas

Doo doo doo, doo dee doo doo

Doo doo doo, doo dee doo doo

I just want you for Christmas

Doo doo doo, doo dee doo doo

Doo doo doo, doo dee doo doo

I just want you for Christmas

Without you a white Christmas would just be blue

So, come on and show me you're not trying to snow me

You know I can't wait until it thaws

So, I am telling Santa Claus

I just want you

No one else will do

I just want you for Christmas

69

**EXHIBIT 1**
**134**

Dr. Ferrara Depo. - Ex. 2

Dee doo doo, dee doo doo

Dee doo doo, dee doo doo

Dee doo doo, dee doo doo

Dee doo doo, dee doo doo

Dee doo doo, dee doo doo

Dee doo doo, dee doo doo

**EXHIBIT 1**

**135**

Dr. Ferrara Depo. - Ex. 2

## 36.    The Gems, "Love For Christmas" (1964)

This song includes the lyrical idea of the singer wishing for the object of their affection to share Christmas ("All I want, baby is your love for Christmas").  Similar to VANCE and CAREY, the singer's lyrics include the idea that they don't want Christmas gifts such as "dolls and toys" which "delight girls and boys" because "All I want, baby is your love for Christmas".  As in VANCE and CAREY, the title "Love for Christmas" occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.


**https://www.youtube.com/watch?v=6PgAaChHaGM&t=1s**

**https://www.discogs.com/master/616684-Gems-Love-For-Christmas**

**The Gems, "Love For Christmas" (1964)**

All I want, baby
All I want, all I want, baby
Is your love for Christmas

Oooh ooh oh ooh ooh

All I want for Christmas is your love, true love
If you'll exchange your love for mine
We'll have the merriest, merriest Christmas of all time, no no no

You don't have to have a beard of white
To make my Christmas bright
Cause dolls and toys delight girls and boys
Only you can bring me joy
(Jingle jingle, jingle jingle)

71

EXHIBIT 1
136

Dr. Ferrara Depo. - Ex. 2

All I want, baby
All I want, all I want, baby
Is your love for Christmas

Yours would be the most precious gift of all
Your love
I'd wear it everywhere I'd go
It would be the loveliest, loveliest gift I have to show

Oh how happy I would be
To rise up on Christmas morn'
And rush with delight
To my Christmas tree
And find you there for me
(Jingle jingle, jingle jingle)

All I want, baby
All I want, all I want, baby
Is your love for Christmas

(Repeat ad lib)

72

EXHIBIT 1
137

Dr. Ferrara Depo. - Ex. 2

**37.    Steve Lawrence and Eydie Gorme, "Hurry Home for Christmas" (1968)**

This song includes the lyrical idea of the singer wishing for the object of their affection to share Christmas ("Hurry home for Christmas").  The singer explains that without that special person for Christmas, "jingle bells won't jingle…Santa…won't bring cheer" and "mistletoe will miss a kiss".  As in VANCE and CAREY, the title "Hurry home for Christmas" occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

https://www.youtube.com/watch?v=Q8BZkRBcktM

https://www.discogs.com/master/604759-Steve-Eydie-Hurry-Home-For-Christmas

**Steve Lawrence and Eydie Gorme, "Hurry Home for Christmas" (1968)**

Hurry home for Christmas
Hurry home for Christmas

Until you're home for Christmas, baby
Until you get here jingle bells won't jingle, not a single jingle, baby

Since you've been away dear
No reindeer have come here
And Santa Claus, of course, dear
Won't bring cheer til you're here
Oh no no
No ho ho
Whoa, whoa, whoa

Hurry home for Christmas
Hurry home for Christmas

73

**EXHIBIT 1**
**138**

Dr. Ferrara Depo. - Ex. 2

Until you're home for Christmas, baby

Until you get here mistletoe will miss a kiss we won't be kissin' baby

You're my one and only, and I love you, and I'm lonely

So hurry home for Christmas

Don't stop until you get here, yeah

Hurry home for Christmas

Don't stop until you get here, yeah

Hurry home for Christmas

Don't stop until you get here

Don't stop

Hurry home for Christmas

Don't stop until you get here, yeah

Hurry home for Christmas

Don't stop until you get here, yeah

Hurry home for Christmas

Don't stop until you get here

Don't stop

74

**EXHIBIT 1**

**139**

Dr. Ferrara Depo. - Ex. 2

**38.    Dee Irwin and Mamie Galore, "All I Want for Christmas Is Your Love" (1968)**

This song includes the lyrical idea of the singer wishing for the object of their affection to share Christmas ("All I want for Christmas is your love").  The singer explains that while "people are exchanging gifts large and small…that's not what I want" because "All I want for Christmas is your love".  There are references to "bells", "mistletoe", "sleigh", "snow" and "Santa".  As in VANCE and CAREY, the title "All I want for Christmas is your love" occurs at the end of a structural section, and we are not informed as to whether the object of the singer's affection is present at Christmas.

**https://www.youtube.com/watch?v=rq4mP0j6g7I**

**https://www.discogs.com/master/997205-Dee-Irwin-Mamie-Galore-Medley-By-The-Time-I-Get-To-Phoenix-I-Say-A-Little-Prayer-All-I-Want-For-Chri**

**Dee Irwin and Mamie Galore, "All I Want for Christmas Is Your Love" (1968)**

All I want for Christmas is your love, oh darling

All I want for Christmas is your love, baby, baby, baby, baby

Snowflakes are falling softly to the ground (jingle bells, jingle bells, jingle all the way)

Jingle bells ringing all over town

Children building snowmen ten feet tall (deck the halls with boughs of holly)

The season is here for having a ball

People are exchanging gifts large and small

But that's not what I want, I want it all

All I want for Christmas is your love

I'll have no one to kiss beneath the mistletoe (sleigh bells ring, are you listening)

75

EXHIBIT 1
140

Dr. Ferrara Depo. - Ex. 2

No one to keep me warm while I'm walking through the snow

Christmas spirit is high and lights are all aglow (deck the halls with boughs of holly)

I need you now baby, more than you know

There's a Christmas party, I sure want to go

But to be there without you, oh it would hurt me so

All I want for Christmas is your love


Santa Claus all on the corner, fat and lean

With a bag full of gifts wrapped in red and green

The streets are decorated with beautiful lights

That only remind me of the empty, lonely nights

Oh, oh, darling

Oh, baby


Snowflakes are falling, oh babe, don't let it get you down

Jingle bells are still ringing with a joyful sound

People are shouting merry Christmas to one and all

Happy New Year will bring in to this merry ball

All I want for Christmas is your love, oh

All I want for Christmas is your love, darling, darling, darling

76

EXHIBIT 1
141

Dr. Ferrara Depo. - Ex. 2

# VISUAL EXHIBIT D

1

**EXHIBIT 1**
**142**

Dr. Ferrara Depo. - Ex. 2

## "All I Want for Christmas Is You" (Vance)

## Original Key of A Major













2

EXHIBIT 1
143

Dr. Ferrara Depo. - Ex. 2

## "All I Want for Christmas Is You" (Vance)

### Transposed to G Major













3

**EXHIBIT 1**
**144**

Dr. Ferrara Depo. - Ex. 2

## "All I Want for Christmas Is You" (Vance)

## Transposed to C Major



**EXHIBIT 1**
**145**

Dr. Ferrara Depo. - Ex. 2

# VISUAL EXHIBIT E

1

EXHIBIT 1
146

Dr. Ferrara Depo. - Ex. 2



"All I Want for Christmas Is You" (Carey)

Original Key of G Major

2

EXHIBIT 1
147

Dr. Ferrara Depo. - Ex. 2















3

**EXHIBIT 1**
148

Dr. Ferrara Depo. - Ex. 2



EXHIBIT 1
149

Dr. Ferrara Depo. - Ex. 2



"All I Want for Christmas Is You" (Carey)

Transposed to C Major

EXHIBIT 1
150

Dr. Ferrara Depo. - Ex. 2















6

**EXHIBIT 1**
151

Dr. Ferrara Depo. - Ex. 2



EXHIBIT 1
152

Dr. Ferrara Depo. - Ex. 2

# VISUAL EXHIBIT F

EXHIBIT 1
153

Dr. Ferrara Depo. - Ex. 2

## "My Heart Belongs to Only You" (Vinton)

## Original Key of B Major













**EXHIBIT 1**
**154**

Dr. Ferrara Depo. - Ex. 2

## "My Heart Belongs to Only You" (Vinton)

## Transposed to C Major













**EXHIBIT 1**
155

Dr. Ferrara Depo. - Ex. 2

# VISUAL EXHIBIT G

**EXHIBIT 1**
**156**

Dr. Ferrara Depo. - Ex. 2

**VINTON / VANCE**

**Comparative Transcription in C Major**







**EXHIBIT 1**

157

Dr. Ferrara Depo. - Ex. 2







**EXHIBIT 1**
**158**

Dr. Ferrara Depo. - Ex. 2

# VISUAL
# EXHIBIT H

**EXHIBIT 1**
**159**

Dr. Ferrara Depo. - Ex. 2



Dr. Ferrara Depo - Ex. 2

**EXHIBIT 1**
**160**



*Joel Whitburn* PRESENTS



# Christmas in the Charts

## 1920 - 2004





The bright-red berries and the glossy, evergreen leaves of the holly, tinged with snow, make for a perfect decoration for this Christmas/Holiday book cover.







**Billboard**®

Chart Data Compiled From Billboard's Singles & Albums Charts.

Dr. Ferrara Depo. - E

**EXHIBIT 1**
**161**

Copyright © 2004 by Joel Whitburn

Cover design by Dean Eggert Design

Portions of the *Billboard* chart data in this work were constructed by *Billboard* magazine from information provided by Nielsen Broadcast Data Systems (BDS), which electronically monitors actual radio airplay, and Nielsen SoundScan, Inc., which electronically collects Point of Sale information from music retail outlets.

The *Billboard* chart data used in this work is copyright © 1920-2004 by the Billboard Information Group, Nielsen SoundScan, Inc. and Nielsen Broadcast Data Systems.

All Rights Reserved.

## WARNING

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the author.

ISBN 0-89820-161-6

**Record Research Inc.**
**P.O. Box 200**
**Menomonee Falls, Wisconsin  53052-0200   U.S.A.**

| | |
|---|---|
| Phone: | (262) 251-5408 |
| Fax: | (262) 251-9452 |
| E-Mail: | books@recordresearch.com |
| Web Site: | www.recordresearch.com |

2

**EXHIBIT 1**
**162**

**SINGLES**



| DEBUT | PEAK | WKS | Chart | A-side (Chart Hit) | B-side | $ | Sym | Label & Number |
|-------|------|-----|-------|--------------------|--------|---|-----|----------------|

**V**

**VAN, Harvie June**
Female pop singer.

| 12/23/67 | 15 | 2 | Xms | **Natividad (Nativity)** | Dasher | $20 | | Kapp 875 |

**VANCE, Vince, & The Valiants**
Born Andrew Stone in New Orleans, Louisiana. Country singer/songwriter. Female vocal group The Valiants: Kate Carlin, Gerra Adkins, Chrislynn Lee and Lisa Layne.

| 12/25/93 | 55 | 3 | Cnty | 1 **All I Want For Christmas Is You** | v  album cut | | |
first released as a '45' with a picture sleeve in 1989 on Valiant 92689 (B-side: "Exceptional Man"); from the 1992 album *All I Want For Christmas Is You* on Waldoxy 9289; melody is the same as **Bobby Vinton**'s #9 1964 hit "My Heart Belongs To Only You"

| 12/24/94 | 52 | 3 | Cnty | 2 All I Want For Christmas Is You | | | | |
| 12/23/95 | 52 | 3 | Cnty | 3 All I Want For Christmas Is You | | | | |
| 12/28/96 | 49 | 3 | Cnty | 4 All I Want For Christmas Is You | | | | |
| 12/27/97 | 43 | 3 | Cnty | 5 All I Want For Christmas Is You | | | | |
| 12/11/99 | 31 | 5 | Cnty | 6 All I Want For Christmas Is You | | | | |

**VANDROSS, Luther**
Born on 4/20/1951 in New York City, New York. R&B singer/songwriter. Prolific session singer. Appeared in the movie *The Meteor Man*. His older sister Patricia was a member of The Crests. Suffered a serious stroke on 4/16/2003.

| 12/16/95 | 32^A | 4 | R&B | **Every Year, Every Christmas** | album cut | | |
from the 1995 album *This Is Christmas* on Epic/LV 57795

**VINTON, Bobby**
Born Stanley Robert Vinton on 4/16/1935 in Canonsburg, Pennsylvania. Pop singer. Toured as leader of the backing band for Dick Clark's "Caravan of Stars" in 1960. Left band for a singing career in 1962. Nicknamed "The Polish Prince." Hosted own musical variety TV series from 1975-78.

| 12/14/63 | 9 | 3 | Xms | 1 **Songs Of Christmas** | [EP] $20 | ■ | Epic EG 7215 |
4-song EP: Silver Bells/White Christmas/O Holy Night/The Christmas Song (Chestnuts Roasting On An Open Fire)

| 12/12/64 | 8 | 3 | Xms | 2 **Dearest Santa /** | | | |
also issued with "Mr. Lonely" as a back-to-back promotional single with a text sleeve

| 12/26/64 | 23 | 1 | Xms | 3 **The Bell That Couldn't Jingle** | $10 | ■ | Epic 9741 |

**VONNAIR SISTERS, The**
Female pop vocal trio.

| 1/13/62 | 115 | 2 | Bub | **Goodbye To Toyland** | I Don't Wanna Play In Your Yard | $15 | | Buena Vista 390 |
an adaptation of the song "Toyland" from the 1903 Victor Herbert musical *Babes In Toyland*

**W**

**WALKER, Clay**
Born Ernest Clayton Walker on 8/19/1969 in Beaumont, Texas. Country singer/songwriter/guitarist.

| 12/9/00 | 51 | 6 | Cnty | 1 **Blue Christmas** | album cut | | |
| 1/6/01 | 70 | 1 | Cnty | 2 **Cowboy Christmas** | album cut | | |
above 2 from the 2000 various artists album *Believe: A Christmas Collection* on Giant 24750

| 1/4/03 | 49 | 2 | Cnty | 3 **Feliz Navidad** | album cut | | |
from the 2002 album *Christmas* on Warner 48235

**WARD, Joe**
Born in 1947 in Brooklyn, New York. Discovered by Steve Allen. On NBC-TV's *Juvenile Jury* from age five to nine. Prolific commercial songwriter/producer/arranger/singer as an adult.

| 12/17/55 | 20 | 4 | Hot | **Nuttin For Xmas** | J-20 / S:22 / T:22  Christmas Questions | [N] $25 | | King 45-4854 |
Dave Terry (orch.)

**WARD, Robin**
Born Jacqueline Eloise McDonnell in Hawaii; raised in Nebraska. Pop singer.

| 3/14/64 | 123 | 1 | Bub | **Winter's Here** | Bobby | $12 | | Dot 16578 |
Perry Botkin, Jr. (orch.)

63

Dr. Ferrara Depo. - Ex. 2

**EXHIBIT 1**

**163**