# EXHIBIT 4

N. Lewis
04-20-2024

**Exhibit 8**

Colette Jackson

# Prof. Nathaniel Lewis'

# Initial Report *Re* Extrinsic Test

**EXHIBIT 4**

**388**

# REPORT OF PROF. NATHANIEL LEWIS

## **<u>Stone v. Carey</u>**

**May 2024**

EXHIBIT 4

389

# TABLE OF CONTENTS

1. Introduction ........................................................................................................... 1

2. Methodology of Comparison ................................................................................. 2

3. The Two Works ...................................................................................................... 2

4. Summary of Conclusions ....................................................................................... 5

5. The Underlying Ideas of the Two Works .............................................................. 6

6. Words and Phrases ................................................................................................. 8

   6.1 Words ................................................................................................................. 8

      6.1.1  Each Song Uses Christmas Words Not Used in the Other Song .................. 8

      6.1.2 The Words that Appear in Both Songs Are Christmas Tropes, Flow from the Underlying Generic Idea, and Are Used Differently .......................................... 9

         6.1.2.1 The Conventional Words "Sleigh" and "Bells" Are Used Differently, and in Different Compound Nouns, in "Vance" and "Carey" .............................. 9

         6.1.2.2 The Five Christmas Words in Both Songs ............................................ 10

         6.1.2.3 The Christmas Words Appear in Earlier Songs .................................... 16

   6.2 Phrases .............................................................................................................. 18

      6.2.1  "All I want for Christmas is you" .............................................................. 18

      6.2.2 "Underneath the Christmas Tree" .............................................................. 21

      6.2.3 "Want" and "Need" .................................................................................... 22

      6.2.4 "Just one thing" ......................................................................................... 26

      6.2.5  "Come true" ............................................................................................... 28

   6.3 Summary of Conclusions as to Words and Phrases .......................................... 33

7. Setting, Theme, Characters, Plot, ........................................................................ 33

   7.1 Setting .............................................................................................................. 34

   7.2 Theme .............................................................................................................. 35

   7.3 Characters ........................................................................................................ 37

**EXHIBIT 4**

**390**

7.4 Plot ........................................................................................................................... 39

7.5  Dialogue .................................................................................................................. 40

7.6 Pace ......................................................................................................................... 41

7.7 Sequence of Events ................................................................................................. 42

7.8 Mood ....................................................................................................................... 43

7.9 Summary of Conclusions as to Setting, Theme, Characters, Plot, Sequence of
Events, Dialogue, Pace, and Mood ............................................................................... 44

8. Conclusion ................................................................................................................. 44

APPENDIX ..................................................................................................................... 46

**EXHIBIT 4**
**391**

## 1. Introduction

I am a Professor of English at Saint Michael's College, and I have been asked to conduct a comparative analysis of the lyrics of two songs: "All I Want for Christmas Is You" (1989, by Andrew John Franichevich, apparently known professionally as Vince Vance, and Troy W. Powers) and "All I Want for Christmas Is You" (1994, by Mariah Carey and Walter Afanasieff).

I hold a B.A. in American Studies from Yale University, an M.A. in English from the University of North Carolina, and a Ph.D. in English from Harvard University. I have taught undergraduate classes at Harvard, MIT, and Saint Michael's College, where I have served as Director of the American Studies Program, Chair of the English Department, and Chair of the Department of Environmental Studies and Science. These degrees and institutional positions reflect my professional experience with both popular culture studies and literary studies.

My scholarship centers on the intersections of popular culture, American regionalism, constructions of place, aesthetic theory, and the written word. My major publications include Unsettling the Literary West (2004) and Morta Las Vegas (2017, co-authored with Stephen Tatum); both books received recognition in the form of awards and award-nominations. I have also co-edited a volume of scholarly essays on western American literature titled True West (2004). My next book, titled Living in Place, a study of American cultural attitudes to the ideas of region and home, with a chapter that includes analyses of poetry and lyrics, is under contract with the University of Utah Press and is forthcoming. In addition to these books, I have published numerous peer-reviewed essays, mostly centering on the formal and aesthetic analysis of the written word, both in canonical literary works and popular culture texts. I routinely teach undergraduate English classes that consider theories of reading, cultural discourse, and formal

**EXHIBIT 4**
**392**

textual analysis, and to varying degrees virtually all of my English courses include the study of song lyrics in, among other works, the songs of Lou Reed, the Grateful Dead, and X.

## 2. Methodology of Comparison

In conducting a comparative analysis of the lyrics of the two songs, I have approached the lyrics as literary works, applied established objective analyses and principles applicable to the study of literary works, and also considered the following literary elements: setting, theme, characters, plot, dialogue, pace, sequence of events, and mood. In conducting this analysis, I have drawn on analytical and interpretive methodologies previously reserved for prosody, versification, and, more generally, poetry. I have identified the use of conventional, familiar literary devices, and I have considered other commonplace elements or ideas and, when present in the lyrics of both songs, discounted or disregarded them. I also have identified differences between the lyrics in the two songs. In other words, I have objectively analyzed and considered how the two songs' respective lyrics articulate, organize, and deliver their narratives. By applying the foregoing methodology, I conclude that the lyrics of the two works at issue are not, as a whole or otherwise, similar in any significant or substantial way.

## 3. The Two Works

For the purposes of clarity, this Report will identify Vince Vance and Troy Powers's "All I Want for Christmas Is You" as "Vance"; Mariah Carey and Walter Afanasieff's "All I Want for Christmas Is You" will be referred to as "Carey."

Included at the end of this Report are transcriptions of the lyrics of the two works. In preparing the transcriptions of "Vance," I have considered the lyrics as sung in the Vince Vance and the Valiants' recording (which I understand was released in 1989) and the commercially available sheet music of "Vance" found online. The same process is true for my transcription of

**EXHIBIT 4**

**393**

"Carey": I have considered the lyrics as sung in the Mariah Carey recording of the song (released in 1994) and commercially available sheet music of "Carey" found online. In addition, as will be explained below, my transcription of the works, particularly the line breaks, is often dependent on the meter that is established in both songs. As for punctuation, the sheet music for both works provides punctuation for the lyrics, and in general I have been guided by the sheet music in both transcriptions.

Finally, here is a side-by-side comparison of the lyrics of "Vance" and "Carey" as set out in the attached transcriptions:

| Vance | Carey |
|---|---|
| Take back the holly and mistletoe,<br>Silver bells on strings.<br>If I wrote a letter to Santa Claus,<br>I would ask for just one thing. | I don't want a lot for Christmas,<br>There is just one thing I need.<br>I don't care about the presents<br>Underneath the Christmas tree. |
| I don't need sleigh rides in the snow,<br>Don't want a Christmas that's blue.<br>Take back the tinsel, stockings and bows,<br>'Cause all I want for Christmas is you. | I just want you for my own,<br>More than you could ever know.<br>Make my wish come true:<br>All I want for Christmas is you (yeah). |
| I don't need expensive things,<br>They don't matter to me.<br>All that I want, it can't be found<br>Underneath the Christmas tree. | I don't want a lot for Christmas,<br>There is just one thing I need.<br>And I don't care about the presents<br>Underneath the Christmas tree. |
| You are the angel atop my tree,<br>You are my dream come true.<br>Santa can't bring me what I need,<br>'Cause all I want for Christmas is you. | I don't need to hang my stocking<br>There upon the fireplace.<br>Santa Claus won't make me happy<br>With a toy on Christmas day. |
| I don't need expensive things,<br>They don't matter to me. | I just want you for my own,<br>More than you could ever know. |

EXHIBIT 4

394

| Vance | Carey |
|-------|-------|
| All that I want, it can't be found<br>Underneath the Christmas tree.<br><br>You are the angel atop my tree,<br>You are my dream come true.<br>Santa can't bring me what I need,<br>'Cause all I want for Christmas is you.<br>'Cause all I want for Christmas is you.<br>'Cause all I want for Christmas is you. | Make my wish come true:<br>All I want for Christmas is you. (You, baby.<br>Oh…)<br><br>I won't ask for much this Christmas,<br>I won't even wish for snow.<br>And I'm just gonna keep on waiting<br>Underneath the mistletoe.<br><br>I won't make a list and send it<br>To the North Pole for Saint Nick.<br>I won't even stay awake<br>To hear those magic reindeer click.<br><br>'Cause I just want you here tonight,<br>Holding on to me so tight.<br>What more can I do?<br>Baby, all I want for Christmas is you. (You,<br>baby)<br><br>(Oh) All the lights are shining<br>So brightly everywhere,<br>And the sound of children's<br>Laughter fills the air,<br>And everyone is singing.<br>I hear those sleigh bells ringing.<br>Santa won't you bring me<br>The one I really need<br>Won't you please bring my baby to me.<br><br>I don't want a lot for Christmas,<br>This is all I'm asking for.<br>I just wanna see my baby<br>Standing right outside my door. |

**EXHIBIT 4**
**395**

| Vance | Carey |
|-------|-------|
|       | I just want you for my own<br>More than you could ever know<br>Make my wish come true<br>Baby, all I want for Christmas is you.<br>All I want for Christmas is you, baby.<br>All I want for Christmas is you, baby.<br>All I want for Christmas is you, baby.<br>All I want for Christmas is you, baby.<br>All I want for Christmas is you, baby. |

## 4.  Summary of Conclusions

As set out more fully below, my conclusions after a careful literary analysis of the works are that, while they share a basic idea of a person wanting someone else's presence at Christmastime more than gifts and other trappings of that holiday, that idea was commonplace in Christmas songs before "Vance." Also, the actual language embodying that idea in "Vance" is very different from the actual language embodying that idea in "Carey." Further, the few short phrases and references to Christmastime tropes that appear in both songs follow from familiar seasonal conventions and appear in many Christmas songs before "Vance"; they are used in these two songs differently and are presented in different lyrics.

Finally, my conclusions after a careful literary analysis of the two works' respective themes, settings, characters, plot, dialogue, pace, sequence of events, and mood are that there are no meaningful similarities. Any shared words or phrases are commonplace in the genre before "Vance," flow from the fact that both are Christmas songs and from the underlying generic idea of wanting someone at Christmas more than the trappings of that holiday, and appear in otherwise different lyrics.

EXHIBIT 4
396

## 5. The Underlying Ideas of the Two Works

This section of this Report will offer a comparative analysis of the underlying ideas of "Vance" and "Carey." It is important to this Report's comparative analysis to establish the underlying ideas that are present in both works in order to evaluate the similarities and differences in the words and phrases. That is, and as discussed more fully below, words or phrases in both works that flow from or are generic to an underlying idea shared by both works are less likely, if at all, to be significant.

As their title suggests, both "Vance" and "Carey" are Christmas songs, and the lyrics of both works present the idea that the presence of a loved one is more important than the trappings and material gifts of the Christmas season. This idea or theme is a popular convention of Christmas songs, appearing routinely in the half-century before the release of "Vance." For example:

> Let the kiddies have the toys
> Let the grown-ups make the noise
> Give the neighbors all the presents under the tree
> Give the snow and mistletoe
> To the ones who love them so
> But you'll be quite enough for me
>
> When old Santa rides his sleigh
> He can please me right away
> With a present that forever will be new
> Tell him my poor heart will sing
> If one gift he'll only bring
> For all I want for Christmas is you
>         Carla Thomas, "All I Want for Christmas Is You" (1963)
>
> As far as I'm concerned
> Santa doesn't have to load his sleigh
> He can mark my other gifts "returned"
> Or give them all away
> I only want your lovin' for Christmas
>         Brook Benton, "You're All I Want for Christmas" (1963)

**EXHIBIT 4**
**397**

Since you've been away, dear
No reindeer have come here,
And Santa Claus, of course dear,
Won't bring cheer 'til you're here
      Lawrence and Gormé, "Hurry Home for Christmas" (1963)

Presents wrapped in green and gold
Have no arms for me to hold
No lips to whisper softly, "I love you"
Oh, how happy I would be
To find you underneath my tree
For all I want for Christmas, dear, is you
      Buck Owens, "All I Want for Christmas, Dear, Is You" (also released as "All I Want for Christmas Is You") (1965)

I don't need a lot of presents
To make my Christmas bright
I just need my baby's arms
Wound around me tight…
      Elvis Presley, "Santa Bring My Baby Back to Me" (1957)

Santa can keep the hi-fi set
There's something that is better yet
I want, ooh, your Christmas kisses
Lots of nice presents there alright
But, baby, they can't hold me tight
I want, ooh, your Christmas kisses
      Ray Anthony, "Christmas Kisses" (1961)

Santa Claus, don't bring me nothin'
But my baby back today
      Johnny Otis Orchestra, "Far Away Blues" (1950)

You're all I want for Christmas
And if all my dreams come true
Then I'll awake on Christmas morning
And find my stocking filled with you
      Frankie Laine, "You're All I Want for Christmas" (1948)

The idea that love matters more than Christmas gifts and seasonal trappings appears in the lyrics of dozens of Christmas songs before 1989. The idea is an established convention of Christmas songs and is not a significant similarity between "Vance" and "Carey." Rather, it was an established Christmas trope long before "Vance."

**EXHIBIT 4**
**398**

## 6.  Words and Phrases[1]

Following from the fact that "Vance" and "Carey" are both Christmas songs, their respective lyrics include Christmastime seasonal words and phrases. Indeed, the presence of seasonal words and phrases is constitutive of the genre of Christmas songs; Christmas songs wouldn't be Christmas songs without Christmas words and phrases. This section of this Report will compare and analyze the words and phrases in the two works, considering for each word and phrase whether its appearance in the works' lyrics presents an idea common to both songs and many others before "Vance."

### 6.1 Words

#### 6.1.1  Each Song Uses Christmas Words Not Used in the Other Song

As the above examples demonstrate, Christmas songs inevitably employ a number of familiar seasonal words and phrases. Predictably, the lyrics of both "Vance" and "Carey" employ conventional words and phrases associated with the Christmas season.

As the table below shows, however, the majority of the seasonal words included in "Vance" and "Carey" appear in one song or the other, but not in both. That is, the two works generally employ <u>different</u> Christmas words to evoke the Christmas season.

| Vance (word and line number) | Carey (word and line number) |
|---|---|
| holly (1) | — |
| Silver bells (2) | — |
| letter (3) ("letter to Santa Claus") | — |

---

[1] I use the term "phrase" in this Report to mean "a small group or collocation of words expressing a single notion, or entering with some degree of unity into the structure of a sentence." (<u>Oxford English Dictionary</u>, s.v. "phrase (n.), sense 2.a," September 2023, https://doi.org/10.1093/OED/8836289956.) I do not use the term in the grammatical sense of a small group of words that does not include a subject and predicate. That is, this section looks not at individual words but at strings of words that can be found in both "Vance" and "Carey."

**EXHIBIT 4**
**399**

| Vance (word and line number) | Carey (word and line number) |
| --- | --- |
| — | presents (3, 11) |
| sleigh rides (5) | — |
| blue (6) ("blue Christmas") | — |
| — | wish (7, 19, 22, 48) |
| tinsel (7) | — |
| bows (7) | — |
| angel (13, 21) | — |
| — | fireplace (14) |
| — | toy (16) |
| — | list (25) |
| — | North Pole (26) |
| — | Saint Nick (26) |
| — | reindeer (28) |
| — | lights (33) |
| — | laughter (36) |
| — | singing (37) |
| — | sleigh bells (38) |

**6.1.2 The Words that Appear in Both Songs Are Christmas Tropes, Flow from the Underlying Generic Idea, and Are Used Differently**

**6.1.2.1 The Conventional Words "Sleigh" and "Bells" Are Used Differently, and in Different Compound Nouns, in "Vance" and "Carey"**

While "silver bells" and "sleigh rides" appear only in "Vance," and "sleigh bells" appears only in "Carey," both contain "sleigh" and "bells." References to sleighs and to bells are conventional in Christmas songs. (One academic study of Christmas music is titled <u>Sleigh Rides,</u>

**EXHIBIT 4**
**400**

<u>Jingle Bells, and Silent Nights.</u>) Further, "sleigh" and "bells" appear in the two songs only as constituent parts of very different nouns.

"Vance" refers to "sleigh rides," which is a collocation or compound noun meaning rides in sleighs,[2] and it appears in "Vance" ("I don't need **sleigh rides** in the snow") but not in "Carey." "Sleigh bells" is also a noun; it means bells attached to the harness of a horse pulling a sleigh; sleigh bells are also used as a musical instrument.[3] "Sleigh bells" appears in "Carey" ("I hear those **sleigh bells** ringing") but not in "Vance." Finally, "Vance" refers to "silver bells on strings" ("Take back the holly and mistletoe / **Silver bells on strings**"), which, unlike sleigh bells, are decorative ornaments usually hung on trees,[4] and neither "silver bells" nor "silver bells on strings" appear in "Carey."

As a result, it would be misleading to suggest that both songs refer to "sleighs" and "bells" when "Vance" refers to "sleigh rides" and "silver bells on strings," and "Carey" refers to "sleigh bells."

### 6.1.2.2 The Five Christmas Words in Both Songs

There are five seasonal words that appear in both works—<u>mistletoe</u>, <u>Santa Claus/Santa</u>, <u>snow</u>, <u>stocking(s)</u>, and <u>Christmas</u>—and they are used differently. (The term "Christmas tree" is analyzed in the section below on Phrases.) These words are ubiquitous in Christmas songs and they are used differently in the two works.

---

[2] *See, e.g.*, "Sleigh-Ride," defined as "a ride in a sleigh." <u>Oxford English Dictionary,</u> s.v. "sleigh-ride (n.)," September 2023, https://doi.org/10.1093/OED/7141437377.

[3] *Id.,* "Sleigh-Bells," defined as "One of a number of small bells … attached to a sleigh or to the harness of a horse drawing it"; also "used for orchestral purposes." <u>Oxford English Dictionary</u>, s.v. "sleigh-bell (n.)," December 2023, https://doi.org/10.1093/OED/3913793600.

[4] For example, Johnny Mathis's "The Sounds of Christmas" (1963) differentiates between sleigh bells – "harness bells that shake and ring" – and "Silver bells that tinkle on the tree." In short, silver bells are not sleigh bells.

**EXHIBIT 4**

**401**

Mistletoe:

| Vance: mistletoe | Carey: mistletoe |
|---|---|
| Take back the holly and **mistletoe**,<br>Silver bells on strings.<br>If I wrote a letter to Santa Claus,<br>I would ask for just one thing.<br><div align="right">(Lines 1-4)</div> | I won't ask for much this Christmas<br>I won't even wish for snow,<br>And I'm just gonna keep on waiting<br>Underneath the **mistletoe**.<br><div align="right">(Lines 21-24)</div> |

Mistletoe is a Christmas trope. In the United States, scholars trace the popularity of the idea of a romantic kiss underneath mistletoe to Washington Irving's Sketch Book (1819-20), a widely-read work that influenced the American rituals of Christmas. Irving wrote: "The mistletoe is still hung up in farm-houses and kitchens at Christmas, and the young men have the privilege of kissing the girls under it."[5] As the Andrews Sisters sang in "The Merry Christmas Polka" (1950), "Let every lady step with her beau / Around a tree to the ceiling / With lots of time for stealing / Those kisses beneath the mistletoe." In other words, a kiss under the mistletoe is a romantic kiss.

Further, the lyrics in "Vance" and "Carey" referencing this Christmas trope are very different. In "Vance," the speaker is not interested in mistletoe ("Take back the holly and mistletoe") and mentions it, along with holly and silver bells on strings, only as one of the elements of Christmastime that the speaker rejects. In "Carey," however, the speaker is prepared to wait underneath the mistletoe ("And I'm just gonna keep on waiting / Underneath the mistletoe) for the proverbial kiss under the mistletoe. While mistletoe in "Vance" is an example

---

[5] Washington Irving, The Sketch Book of Geoffrey Crayon, Gent. (1864 edition, ttps://www.gutenberg.org/cache/epub/2048/pg2048-images.html)

**EXHIBIT 4**
**402**

of an abstract, rejected element of Christmastime, in "Carey" mistletoe is an important and
desirable seasonal object for the speaker, representing a hoped-for romantic, intimate connection.

"Mistletoe" is a Christmas trope that appears in very different lyrics in "Vance" and
"Carey."

Santa Claus:

| Vance: Santa Claus/Santa | Carey: Santa Claus/Santa |
|---|---|
| Take back the holly and mistletoe,<br>Silver bells on strings.<br>If I wrote a letter to **Santa Claus**,<br>I would ask for just one thing.<br>    (Lines 1-4)<br><br>You are the angel atop my tree,<br>You are my dream come true.<br>**Santa** can't bring me what I need,<br>'Cause all I want for Christmas is you.<br>    (Lines 13-16 and 21-24) | I don't need to hang my stocking<br>There upon the fireplace<br>**Santa Claus** won't make me happy<br>With a toy on Christmas day.<br>    (Lines 13-16)<br><br>And everyone is singing.<br>I hear those sleigh bells ringing.<br>**Santa** won't you bring me<br>The one I really need<br>Won't you please bring my baby to me.<br>    (Lines 37-41) |

Santa Claus, also referred to as Santa, is another long-established Christmas element
predating "Vance." References to Santa Claus and Santa in both "Vance" and "Carey" flow from
the fact they are Christmas songs and share an underlying idea–the Christmas presents the
speaker does not want are delivered by Santa Claus. The lyrics' references to Santa Claus also
are very different in "Vance" and "Carey." Santa Claus in "Vance" is only an abstract, traditional
Christmas figure. That song's lyric "If I wrote a letter to Santa Claus" refers to a seasonal
convention and one that is later shown to be dispensable because, as the speaker puts it, "Santa
can't bring me what I need." While at first in "Carey" the speaker refers to Santa Claus in an
abstracted way ("Santa Claus won't make me happy"), the speaker later treats Santa Claus as a

**EXHIBIT 4**
**403**

13

character, addressing Santa directly as "you." In other words, the lyrics of "Carey" suggest that

Santa <u>can</u> bring the speaker what he or she needs.

    Further, while both speakers express the idea that Santa Claus's gifts are less important

than love, the wording is different:

| Vance | Carey |
|---|---|
| You are the angel atop my tree,<br>You are my dream come true.<br>**Santa can't bring me what I need,**<br>**'Cause all I want for Christmas is you**.<br>          (13-16, 21-24) | I don't need to hang my stocking<br>There upon the fireplace<br>**Santa Claus won't make me happy**<br>**With a toy on Christmas day.** (13-16) |

    "Santa Claus" and "Santa" are staples of Christmas and Christmas songs and appear in

very different lyrics in "Vance" and "Carey."

    <u>Snow</u>:

| Vance: snow | Carey: snow |
|---|---|
| I don't need sleigh rides in the **snow**,<br>Don't want a Christmas that's blue.<br>Take back the tinsel, stockings and bows,<br>'Cause all I want for Christmas is you.<br>        (Lines 5-8) | I won't ask for much this Christmas,<br>I won't even wish for **snow**.<br>And I'm just gonna keep on waiting<br>Underneath the mistletoe.<br>        (Lines 21-24) |

    A reference to "snow" is another Christmastime staple, commonplace in Christmas songs

long before "Vance." Examples include the Christmas standard sung by Bing Crosby, "White

Christmas" (1942):

        I'm dreaming of a white Christmas
        Just like the ones I used to know.
        Where those treetops glisten and children listen
        To hear sleigh bells in the snow

**EXHIBIT 4**
**404**

That both "Vance" and "Carey" reference "snow" flows from the fact they are Christmas songs and is not a significant similarity.

The word also appears in otherwise different lyrics. In "Vance," "snow" is mentioned as the descriptive context for sleigh rides ("I don't need sleigh rides in the snow"). Again, the speaker is referring to an abstraction, a traditional, iconic seasonal activity, and one that he or she has no interest in. In contrast, there is no mention of sleigh rides in "Carey," and "snow" in the lyrics of "Carey" refers to the speaker's local weather ("I won't even wish for snow"). Tellingly, the speaker is not renouncing snow and, in context, appears to like snow—but won't wish for it (or ask for much for Christmas), as if saving all the speaker's other wishes to wish instead for the beloved "you" underneath the mistletoe.

"Snow" is a Christmas song trope and appear in very different lyrics in "Vance" and "Carey."

Stocking(s):

| Vance: stockings | Carey: stocking |
|---|---|
| I don't need sleigh rides in the snow, Don't want a Christmas that's blue. Take back the tinsel, **stockings** and bows, 'Cause all I want for Christmas is you. (5-8) | I don't need to hang my **stocking** There upon the fireplace Santa Claus won't make me happy With a toy on Christmas day. (13-16) |

Hanging stockings for Santa to fill with gifts is another Christmas cliché and referenced in numerous songs before "Vance." For example, "stockings" are referenced in Frankie Laine's "You're All I Want for Christmas" (1948), the Andrew Sisters' "Christmas Tree Angel" (1950), Foghat's "All I Want for Christmas Is You" (1981), and Ray Charles's "All I Want for Christmas" (1985). That "Vance" and "Carey," both of which are Christmas songs, refer to Christmas stockings is not significant.

**EXHIBIT 4**

**405**

Also, the lyrics using the word are different in "Vance" and "Carey." "Vance" refers generally to "stockings" as one of the Christmas trappings that the speaker emphatically doesn't want: "take back the tinsel, stockings and bows." In contrast, the speaker in "Carey" refers to a particular stocking ("my stocking") in a particular place ("there upon the fireplace"). While the speaker doesn't "need to hang [their] stocking / There upon the fireplace," the speaker isn't renouncing the stocking, only acknowledging that it's not as important as a reunion with the addressed "you."

The word "stocking" is another staple of Christmas and Christmas songs, and appears in very different lyrics in "Vance" and "Carey."

Christmas:

| Vance: Christmas | Carey: Christmas |
|---|---|
| I don't need sleigh rides in the snow,<br>Don't want a **Christmas** that's blue.<br>Take back the tinsel, stockings and bows,<br>'Cause all I want for Christmas is you. (5-8) | I don't want a lot for **Christmas**,<br>There is just one thing I need.<br>(And) I don't care about the presents<br>Underneath the Christmas tree<br>           (1-4; 9-12)<br><br>I don't need to hang my stocking<br>There upon the fireplace<br>Santa Claus won't make me happy<br>With a toy on **Christmas** day.<br>           (13-16)<br><br>I won't ask for much this **Christmas**,<br>I won't even wish for snow.<br>And I'm just gonna keep on waiting<br>Underneath the mistletoe<br>           (21-24)<br><br>I don't want a lot for **Christmas**,<br>This is all I'm asking for. |

EXHIBIT 4

406

| Vance: Christmas | Carey: Christmas |
|---|---|
|  | I just wanna see my baby<br>Standing right outside my door.<br>(42-45) |

Of course, references in Christmas songs to Christmas are commonplace and help identify a song as a Christmas song. Further, the word "Christmas" is in different lyrics in "Vance" and "Carey."

Both songs employ the word "Christmas" in the phrases "all I want for Christmas is you" and "underneath the Christmas tree." These phrases are considered below. Beyond those phrases, the word "Christmas" appears only once in "Vance": "I don't want a Christmas that's blue." In this textual passage, the speaker is commenting on the type of Christmas he or she wants, and the speaker may be suggesting that he or she doesn't want Christmas at all if it's going to be a "blue" or melancholy one.[6] "Carey," on the other hand, includes the word "Christmas" five times. Importantly, in contrast to "Vance," which refers to a "blue Christmas," at no time does the speaker in "Carey" comment on or make evaluations about Christmas.

The word "Christmas" is another element commonplace in Christmas songs, and it appears in very different lyrics in "Vance" and "Carey."

### 6.1.2.3 The Christmas Words Appear in Earlier Songs

As shown above, the five words "mistletoe," "Santa Claus"/"Santa," "snow," "stocking(s)," and "Christmas" are Christmas tropes that appear in songs predating "Vance" and

---

[6] The idea of a "blue" Christmas goes back to at least "Blue Christmas," recorded in 1948 by Doye O'Dell and re-recorded by Elvis Presley in 1964.

**EXHIBIT 4**
**407**

are in very different lyrics in "Vance" and "Carey." These various Christmas tropes, as well as
references to "sleighs" and "bells," also appear in combination in songs predating "Vance."

For example:

- All five words are found in the Andrews Sisters' "Christmas Tree Angel" (1950)
("mistletoe," "snow," "stockings," "Santa," and "Christmas") and in Alabama's
"Homecoming Christmas" (1985) ("mistletoe," "snow," "stockings," "Santa," and
"Christmas").

- Four of the five words are found in Carla Thomas's "All I Want for Christmas Is
You" (1963) ("mistletoe," "snow," "Santa," and "Christmas," as well as "sleigh");
Dee Irwin and Mamie Galore's "All I Want for Christmas Is Your Love" (1968)
("mistletoe," "snow," "Santa Claus," and "Christmas," as well as "bells" and
"sleigh"); Marvin Gaye's "I Want to Come Home for Christmas" (1972) ("mistletoe,"
"snow," "Santa," and "Christmas," as well as "bells"); The Golddiggers' "I Just Want
You for Christmas" (1969) ("mistletoe," "Santa Claus," "Christmas," "snow," as well
as "sleigh bells"); and Ray Charles's "All I Want for Christmas" (1985) ("snow,"
"Santa," "stockings," and "Christmas").

- Three of the five words are found in Bing Crosby's "I'll Be Home for Christmas"
(1943) ("mistletoe," "snow," and "Christmas"); The Andrews Sisters' "The Merry
Christmas Polka" (1949) ("mistletoe," "Santa," and "Christmas," as well as "sleigh
bells" and "sleigh"); Brook Benton's "This Time of the Year" (1959) ("Santa Claus,"
"Christmas," "snowy," as well as "sleigh bells" and "sleigh"); Brook Benton's
"You're All I Want for Christmas" (1963) ("mistletoe," "Santa," and "Christmas," as
well as "sleigh"); Elvis Presley's "Holly Leaves and Christmas Trees" (1971)

EXHIBIT 4
408

18

("mistletoe," "snow," and "Christmas"); Barbara Mandrell's "It Must Have Been the Mistletoe" (1984) ("mistletoe," "snow," and "Christmas," as well as "sleigh" and "bell"); and New Edition's "All I Want for Christmas Is My Girl" (1985), also referred to as "All I Want for Christmas (Is My Girl)" ("mistletoe," "snow," and "Christmas").

The five words common to "Vance" and "Carey," as well as "sleigh" and "bells," are generic to Christmas songs, individually and in combination, and are not a significant similarity between the two songs.

**6.2 Phrases**

Two seasonal phrases – "all I want for Christmas is you" and "underneath the Christmas tree" – and fragments referring to wanting or needing occur in both songs, as well as the phrases "just one thing" and "come true." The seasonal phrases are familiar, traditional phrases frequently found in Christmas songs before 1989, and the fragments and two other short phrases are commonplace and flow from the underlying idea of "Vance" and "Carey."

**6.2.1 "All I want for Christmas is you"**

Both works contain the phrase "all I want for Christmas is you," but the phrase is preceded and followed by very different words in the two songs (here, the <u>different words</u> are in bold):

| Vance (phrase and line number) | Carey (phrase and line number) |
|---|---|
| **I don't need sleigh rides in the snow,**<br>**Don't want a Christmas that's blue.**<br>**Take back the tinsel, stockings and bows,**<br>**'Cause** all I want for Christmas is you. (5-8)<br><br>**You are the angel atop my tree,**<br>**You are my dream come true.** | **I just want you for my own,**<br>**More than you could ever know.**<br>**Make my wish come true:**<br>All I want for Christmas is you. (5-8, 17-20)<br><br>**'Cause I just want you here tonight,**<br>**Holding on to me so tight.** |

**EXHIBIT 4**
**409**

19

| Vance (phrase and line number) | Carey (phrase and line number) |
|---|---|
| **Santa can't bring me what I need,** <br> **'Cause** all I want for Christmas is you. <br> (13-16, 21-24; the last line is repeated in lines 25-26) | **What more can I do?** <br> **Baby,** all I want for Christmas is you. (29-32) <br><br> **I just want you for my own** <br> **More than you could ever know** <br> **Make my wish come true** <br> **Baby,** all I want for Christmas is you <br> All I want for Christmas is you, **baby** <br> (46-50; the last line is repeated in lines 51-54) |

As an initial point, "Vance" prefaces the phrase "all I want for Christmas is you" with the word "'cause." Thus the line in "Vance" presents "all I want for Christmas is you" as an express explanation for why the speaker is ready to dispense with the trappings of Christmas ("Take back the holly and mistletoe"): it's <u>because</u> the speaker only wants "you." In "Carey," "all I want for Christmas is you" is not preceded by "'cause" and is an expression of unconditional love for the addressee, with the second and every remaining iteration of the phrase adding "baby (for example, "Baby, all I want for Christmas is you" and "All I want for Christmas is you, baby").

In addition, the phrase "all I want for Christmas is you" appears in numerous Christmas songs before 1989, including as a song title. For example:

- "For all I want for Christmas is you" (Carla Thomas, "All I Want for Christmas Is You," 1963).

- "All I want for Christmas is you" (Foghat, "All I Want for Christmas Is You," 1981).

- "All I want for Christmas is you" (Johnny Mandel, "A Christmas Love Song," 1988).

- "All I want for Christmas, dear, is you" (Buck Owens, "All I Want for Christmas, Dear, Is You," 1965, sometimes identified as "All I Want for Christmas Is You").

**EXHIBIT 4**
**410**

- "All I want for Christmas is you for me" (Dave Dudley, "All I Want for Christmas Is You for Me," 1982).

Similar phrases appearing in songs before 1989, often as a song title, include:

- "All I Want for Christmas Is Your Love" (Steve Allen, 1959).

- "All I want for Christmas is your love" (Billy Davis, recorded by Wreg Tracey in 1960 as "All I Want for Christmas [Is Your Love]"; also recorded by The Gems in 1964 as "Love for Christmas").

- "All I want for Christmas is your love" (Dee Irwin and Mamie Galore, "All I Want for Christmas Is Your Love," 1968).

- "All I want for Christmas is my baby back at home" (The Supremes, "My Christmas Tree," 1965).

- "All I want for Christmas is my girl" ("All I Want for Christmas Is My Girl," New Edition, 1985).

- "You're all I want for Christmas" ("You're All I Want for Christmas," Frankie Laine, 1948).

- "You're All I Want for Christmas" (Brook Benton, 1963).

As Todd Decker writes in The Oxford Handbook of Christmas, "songs of Christmas and romance frequently declare themselves in their titles, and the combination of several direct words—Christmas, want, all, I, you—have been arranged to serve more than one song."[7] That is, the phrase and the idea of "all I want for Christmas is you" were established, popular elements of

---

[7] Todd Decker, "Carols and Music Since 1900," in The Oxford Handbook of Christmas, ed Timothy Larsen. New York: Oxford University Press, 2020, p. 341.

**EXHIBIT 4**

**411**

Christmas songs before 1989. The presence of the phrase "all I want for Christmas is you" in both songs is thoroughly conventional and not a significant similarity.

### 6.2.2 "Underneath the Christmas Tree"

The phrase "underneath the Christmas tree" appears in both "Vance" and "Carey," once again in otherwise different lyrics (again, the different words are in bold):

| Vance (phrase and line number) | Carey (phrase and line number) |
|---|---|
| **I don't need expensive things,**<br>**They don't matter to me.**<br>**All that I want, it can't be found**<br>Underneath the Christmas tree.<br>(9-12, 17-20) | **I don't want a lot for Christmas,**<br>**There is just one thing I need.**<br>**And I don't care about the presents**<br>Underneath the Christmas tree<br>(9-12) |

The idea of presents underneath a Christmas tree is another Christmas trope. Scholars date the tradition of placing presents underneath a Christmas tree to a popular picture of Queen Victoria and Prince Albert that appeared in the Illustrated London News in 1848. "This single image," writes Judith Flanders, "cemented the Christmas tree in the popular consciousness."[8] Of course, numerous Christmas songs include references to Christmas trees and the possibility of gifts underneath Christmas trees.

Moreover, the idea that love matters more than gifts under the Christmas tree is also a standard one and had appeared numerous times in Christmas songs before 1989. For example:

I see the lights
But they don't shine for me
I see the presents
Underneath the Christmas tree…
Christmas won't be the same this year
Without her loving arms holding you so near
        The Jackson 5, "Christmas Won't Be the Same This Year" (1970)

---

[8] Judith Flanders, Christmas: A Biography. New York: St. Martin's Press, 2017, p. 109-110.

**EXHIBIT 4**

**412**

I don't know if you believe in Christmas
Or if you have presents underneath the Christmas tree
But if you believe in love, that will be more than enough
For you to come and celebrate with me
        Danny Wheetman, "The Christmas Wish" (1979)


I want my arms around you for Christmas
I need no presents under the tree
You're all I want, my darling
And that will be the world to me
        Brook Benton, "You're All I Want for Christmas" (1963)


'Cause all I want won't take much room
Under our Christmas tree
All I want for Christmas
Is you for me
        Dave Dudley, "All I Want for Christmas Is You for Me" (1982)


Let the kiddies have the toys
Let the grown-ups make the noise
Give the neighbors all the presents under the tree
        Carla Thomas, "All I Want for Christmas Is You" (1963)

Both the phrase "underneath the Christmas tree" and the association of that phrase with the idea or sentiment that love is more important than gifts under the Christmas tree are frequently found in Christmas songs before 1989. The appearance of the phrase and idea in "Vance" and "Carey" is entirely conventional in Christmas songs and is not a significant similarity.

**6.2.3 "Want" and "Need"**

Both songs employ phrases that include forms of the verbs "to want" and "to need," expressed positively and negatively. With the exception of the phrase "all I want for Christmas is you," which, again, was a frequently-voiced phrase before 1989 and is used differently in "Vance" and "Carey" (see above at Section 6.2.1), the phrasing of wanting and needing is entirely different in the two songs, as the table below shows.

**EXHIBIT 4**
**413**

| Vance | Carey |
|---|---|
| — | I don't want a lot for Christmas (1, 9, 42) |
| — | There is just one thing I need (2, 10) |
| I don't need sleigh rides in the snow (5) | |
| — | I just want you for my own (5, 17, 46) |
| Don't want a Christmas that's blue (6) | — |
| I don't need expensive things (9, 17) | — |
| All that I want, it can't be found (11, 19) | — |
| — | I don't need to hang my stocking (13) |
| Santa can't bring me what I need (15, 23) | — |
| — | 'Cause I just want you here tonight (29) |
| — | Santa won't you bring me<br>The one I really need<br>(39-40) |
| — | I just wanna see my baby<br>Standing right outside my door<br>(44-45) |

Of course, the words "I want," "I need," "I don't want," and "I don't need" are commonplace and employed ubiquitously in everyday speech. The words are frequently found not only in popular music but in popular cultural discourse in general.

Further, references to wanting and needing, or not wanting and not needing, flow from the underlying idea that the presence of a loved one is more important than the trappings and material gifts of the Christmas season. That is, the speaker wants and needs the loved one, and does not want or need the holiday's trappings and material gifts.

EXHIBIT 4
414

Not surprisingly, and as many of the examples of lyrics already quoted in this Report show, Christmas songs routinely employ both the language and the idea of wanting and needing, and not wanting and not needing. For example:

> I want my arms around you for Christmas
> I need no presents under the tree
> You're all I want, my darling
> And that will be the world to me
>> Brook Benton, "You're All I Want for Christmas" (1963)

> I don't want no Cadillac in my back yard
> I don't need no '56 Les Paul guitar
> I don't want no mansion house with an ocean view
> All I want for Christmas is you
>> Foghat, "All I Want for Christmas Is You" (1981)

> I don't need holly on the wall
> I don't want mistletoe at all
> I just want you for Christmas
>> The Golddiggers, "I Just Want You for Christmas" (1969)

> I don't need a lot of presents
> To make my Christmas bright
> I just need my baby's arms
> Wound around me tight
>> Elvis Presley, "Santa Bring My Baby Back" (1957)

> It's Christmas, Mary's coming home
> She is the only thing I want …
> Just like I was a little child
> And all I need is a little love
> All wrapped up in her smile
>> The Oak Ridge Boys, "Mary Christmas" (1982)

> When you love and you lose
> I guess I've got the Christmas blues
> When somebody wants you
> Somebody needs you
>> Dean Martin, "The Christmas Blues" (Dean Martin 1953)

> Dearest Santa, I don't want toys
> Or choo-choo trains with lots of noise
> I want a home like other boys
>> Bobby Vinton, "Dearest Santa" (Bobby Vinton, 1964)

**EXHIBIT 4**

**415**

When it was time for Christmas Day
She told her father and mother
"I don't want a ball, I don't want a doll
No party, dishes for tea
All I want on Christmas morn
Is a little 'Jesus Loves Me'"
        The Stonemans, "Little Jesus Loves Me" (1968)


I want Eddie Fisher for Christmas
Santa that's the gift I'm dreaming of
I want him there rehearsing to sing to me in person
        Betty Johnson, "I Want Eddie Fisher for Christmas" (1954)

       Also, standing alone, the words "I want," "I need," "I don't want," and "I don't need" are incomplete; they're sentence fragments. Because "to want" and "to need" are transitive verbs, they require an object to have a concrete meaning: something to want or need (or not want or not need). With the exception of the well-worn phrase "all I want for Christmas is you," the speakers in "Vance" and "Carey" use different language to express different wants and needs, giving different meanings to the lyrics that use the words "want" and "need." (See above at pp. 22-23).

       The presence of references to want and to need in the lyrics of "Vance" and "Carey" is not a noteworthy similarity; indeed, they are a recognizable, familiar element in the genre of Christmas songs. Furthermore, the words are fragments preceded and followed by different lyrics in "Vance" and "Carey." (See above at p. 23.) Also, that the speaker in both songs would refer to what the speaker wants or needs or doesn't want or need flows from the underlying idea that the speaker wants a loved one's presence and doesn't need the trappings of the holiday. The presence of these fragments is not a significant similarity between "Vance" and "Carey."

EXHIBIT 4
416

**6.2.4 "Just one thing"**

Both works contain the commonplace phrase "just one thing," used in different ways and to different effect (again, the <u>different words</u> are in bold):

| Vance (phrase and line number) | Carey (phrase and line number) |
|---|---|
| **Take back the holly and mistletoe,**<br>**Silver bells on strings.**<br>**If I wrote a letter to Santa Claus**<br>**I would ask for** just one thing.<br>(1-4) | **I don't want a lot for Christmas,**<br>**There is** just one thing **I need.**<br>**And I don't care about the presents**<br>**Underneath the Christmas tree**<br>(1-4, 9-12) |

The phrase "just one thing" is of course a familiar and commonplace one, used throughout Anglo-American culture. It appears in numerous popular songs, from Broadway ("New York, New York," from <u>On the Town</u> [1944]) to classic rock songs, including "Proud Mary" (Creedence Clearwater Revival, 1969) and "Sugaree" (Jerry Garcia, 1972). Indeed, the idea that companionship would be the "just one thing" that a song's speaker wants or needs can be found in popular songs before "Vance." For example:

> But the pearls and such
> They won't mean much
> If there's missing **just one thing**
> I do not care if that day arrives
> That dream need never be
> If the ship I sing
> Doesn't also bring
> My own true love to me
>       Kurt Weill, "My Ship" (1941)

> No, I don't want your money,
> And I don't want your car,
> I just want to be wherever you are,
> I don't need no power
> No fortune or fame
> There's **just one thing** I need
> Nothing else will do

**EXHIBIT 4**
**417**

> And that one thing I need, girl, is you, you, you
> Klaatu, "The Love of a Woman" (1981)

> There's **just one thing**
> I've been wishing for
> I wanna be Bobby's girl
> I wanna be Bobby's girl
> That's the most important thing to me
> Marcie Blane, "Bobby's Girl" (1962)

> 'Cause there's **just one thing**
> That I'm looking for
> And he don't wear a dress
> I need a man
> The Eurythmics, "I Need a Man" (1987)

In "Vance" and "Carey," once again, the phrase ("just one thing") as employed in the two songs follows from and evokes the generic idea that the speaker prioritizes companionship over the gifts and trappings of Christmas. As the Carpenters sang in "Merry Christmas Darling" (1970), "I've just one wish on this Christmas Eve / I wish I were with you."

The phrase "just one thing" also is used differently in the two works. In "Carey," the speaker uses the phrase to explain the familiar idea that he or she doesn't care about Christmas presents underneath the tree but needs only the beloved addressee of the song ("I don't want a lot for Christmas / There is just one thing I need"). In literary studies, we would call these opening lines a "thesis statement," the articulation of the song's theme. In contrast, the speaker in "Vance" is not expressing a general idea in the lines "If I wrote a letter to Santa Claus / I would ask for just one thing"; instead, the speaker is speculating on writing a letter to Santa Claus, which is a Christmastime convention, explaining what the speaker would ask for.

In addition, unlike the speaker in "Vance," the speaker in "Carey" uses the word "just" in a series of phrases throughout the song to emphasize the importance and increasing urgency of their desire to be reunited with the beloved "you": "I just want you for my own"; "I'm just gonna

**EXHIBIT 4**
**418**

keep on waiting"; "I just want you here tonight"; "I just wanna see my baby." In other words, and in contrast with "Vance," the speaker's use of "just one thing" in "Carey" is part of a pattern of phrases in the song that employs the word "just" to insist on the speaker's focused desire for the romantic connection with the song's "you."

The phrase "just one thing" is a familiar, commonplace phrase and is used throughout popular music. It is used in different ways to mean different things in "Vance" and "Carey," and its appearance in "Carey" is part of a pattern of phrases with the word "just." The presence of "just one thing" in both works is generic and is not a significant similarity.

### 6.2.5 "Come true"

Both songs contain the phrase "come true" (again, the <u>different words</u> are in bold):

| Vance (phrase and line number) | Carey (phrase and line number) |
|---|---|
| **You are the angel atop my tree,<br>You are my dream** come true.<br>**Santa can't bring me what I need,<br>'Cause all I want for Christmas is you**<br>               (13-16, 21-24) | **I just want you for my own,<br>More than you could ever know.<br>Make my wish** come true**:<br>All I want for Christmas is you**<br>               (5-9; 17-20) |

The idea of dreams and wishes coming true at Christmastime is a convention of Christmas songs. Like the idea of wants and needs, the hope that wishes and dreams will come true can be found in numerous songs before 1989. For example:

> Oh, how I wish my dreams
> Would all come true
> Snowbound for Christmas
> Darling, with you
>            The DeCastro Sisters, "Snowbound for Christmas" (1955)

> You'e all I want for Christmas
> And if all my dreams come true
> Then I'll awake on Christmas morning

**EXHIBIT 4**
**419**

And find my stockings filled with you
       Frankie Laine, "You're All I Want for Christmas" (1948)

All I want for Christmas is you
You're the gift that's made my dreams all come true
       Johnny Mandel, "A Christmas Love Song" (1988)

I'd like you for Christmas
Please make my wish come true
       Julie London, "I'd Like You for Christmas" (1957)

It's that time of year
When the world falls in love
Every song you hear seems to say
Merry Christmas
May your New Year dreams come true
       Frank Sinatra, "The Christmas Waltz" (1954)

     In addition, the phrase "come true" is used in different ways in "Vance" and "Carey." First, the lyrics of "Vance" refer to a "dream"; the speaker in "Carey" refers to a "wish." Second, and importantly, in "Vance," the speaker is identifying the addressed "you" as a "dream come true." That is, the speaker is referring to the addressee, stating the fact that, to the speaker, the addressee is a "dream come true." In "Carey," the speaker is not referring to the addressee but to the wish that the addressee will return ("Make my wish come true: / All I want for Christmas is you"). That is, in "Vance" the dream has already come true in the form of the addressed you; in "Carey," the speaker is making a wish that he or she hopes will come true: a reunion with the addressed "you."

     The presence of the phrase "come true" in both works is generic and follows from the seasonal convention of dreaming and wishing at Christmastime. Additionally, it is used in entirely different ways in the lyrics of the two works; in "Vance" it refers to the addressee ("You are my dream come true") and in "Carey" it refers to a wish ("Make my wish come true"). The presence of the phrase "come true" in the two songs is not a significant similarity.

**EXHIBIT 4**

**420**

### 6.2.6  Songs Before "Vance" Included Combinations of the Words and Phrases

Given that the various words and phrases, as well as the underlying idea, in "Vance" and "Carey," are commonplace among Christmas songs, it is no surprise that individual Christmas songs before "Vance" included many of them. For example:

- Carla Thomas's "All I Want for Christmas Is You" (1963) includes four of the five words discussed above ("mistletoe," "snow," "Santa," and "Christmas"), as well as "all I want for Christmas is you" and "presents under the tree."

- Dee Irwin and Mamie Galore's "All I Want for Christmas Is Your Love" (1968) includes four of the five words discussed above ("mistletoe," "snow," "Santa," and "Christmas"), as well as "all I want for Christmas is your love," "not what I want," "I want" separate from "all I want for Christmas," and "I need."

- Alabama's "Homecoming Christmas" (1985) includes the five words discussed above ("mistletoe," "snow," "stockings," "Santa," and "Christmas"), as well as "presents beneath a tree."

- The Golddiggers' "I Just Want You for Christmas" (1969) includes four of the five words discussed above ("mistletoe," "Santa," "Christmas," and "snow"), as well as "I Just Want You for Christmas," "I don't want," "I don't need," and "I just want" separate from the title phrase.

- Ray Charles's "All I Want for Christmas" (1985) includes four of the five words discussed above ("snow," "Santa," "stockings," and "Christmas"), as well as "all I want for Christmas," "I want" separate from that phrase, and "under the tree."

- Brook Benton's "You're All I Want for Christmas" (1963) includes three of the five words discussed above ("mistletoe," "Santa," and "Christmas"), as well as "you're all

**EXHIBIT 4**

**421**

I want for Christmas," "I want" separate from that phrase, and "I need no presents under the tree."

- Johnny Mandel's "A Christmas Love Song" (1988) includes three of the five words discussed above ("mistletoe," "stockings," and "Christmas") as well as "snowflakes," "all I want for Christmas is you," "underneath the tree" and "come true."

- Marvin Gaye's "I Want to Come Home for Christmas" (1972) includes four of the five words discussed above ("mistletoe," "snow," "Santa Claus," and "Christmas"), as well as "I want" separate from the title phrase.

- New Edition's "All I Want for Christmas Is My Girl" (1985) includes three of the five words discussed above ("mistletoe," "snow," and "Christmas"), as well as "all I want for Christmas is my girl" and "under the Christmas tree."

These are all words and phrases that have appeared in Christmas songs long before "Vance" and their presence in both songs is not a significant similarity.

### 6.2.7 The Presence of Seasonal Words and Phrases in Christmas Songs

Finally, it is important to put the number of shared seasonal words and phrases in "Vance" and "Carey" into the broader context of Christmas songs. As explained above, virtually all Christmas songs make references to the Christmas season. Again, the presence of seasonal words (such as "Santa," "mistletoe," and "snow") and phrases (such as "underneath the Christmas tree") is what makes them Christmas songs.

Importantly, because "Carey" makes so many Christmastime references and contains so many seasonal words and phrases, it is not only likely but inevitable that there will be seasonal words and phrases found in "Carey" that are also found in other Christmas songs. Consider the following range of Christmas songs—from traditional Christmas songs to rap, pop, country, and

**EXHIBIT 4**

**422**

rock Christmas music—that contain some of the conventional Christmastime words and phrases that can be found in "Carey":

- Gene Autry's "Here Comes Santa Claus" (1947) contains seven words found in "Carey" ("Santa Claus," "reindeers," "stockings," "sleigh bells," "Christmas," "singing," "toys").

- Rodgers and Hammerstein's "Happy Christmas, Little Friend" (1953, recorded by Rosemary Clooney) contains five words found in "Carey" ("snow," "Christmas," "presents," "laughing," "sing"), as well as "under the tree."

- Run-D.M.C's "Christmas in Hollis" (1987) contains seven words found in "Carey" ("reindeer," "Santa Claus," "lights," "snow," "fireplace," "mistletoe," and "Christmas"), as well as "under Christmas trees."

- The Kinks' "Father Christmas" (1977) contains six words found in "Carey" ("Santa Claus," "stocking," "Christmas," "reindeer," "toys," "presents"), as well as phrases with "want," "don't want," and "need."

- Gary Glitter's "Another Rock and Roll Christmas" (1984) contains ten words found in "Carey" ("lights," "mistletoe," "Santa," "Christmas," "presents," "sing," "snow," "sleigh bells," "stocking," "Saint Nick"), as well as "laugh" and a reference to "presents hanging from the tree."

- Ronnie Milsap's "It's Christmas" (1986) contains six words found in "Carey" ("snow," "mistletoe," "lights," "Christmas," "Santa Claus," "singing"), as well the phrase "upon the tree" and the verb "to want."

These songs employ a consistent Christmastime vocabulary. Exactly because "Carey" contains so many seasonal words and phrases, it is unavoidable that "Carey" will have seasonal words and

EXHIBIT 4

423

phrases, and often numerous seasonal words and phrases, in common with other Christmas

songs, even when the songs' lyrics are otherwise entirely different. In other words, in the context

of Christmas songs, the presence of a handful of shared words and two shared seasonal phrases

in "Vance" and "Carey" is hardly surprising.

**6.3 Summary of Conclusions as to Words and Phrases**

As this comparative analysis demonstrates, both "Vance" and "Carey" present the

traditional, commonplace idea that love and companionship matter more than the material

trappings of Christmas. Both works employ the traditional words of Christmastime, which

follows from the fact they are Christmas songs; further, the majority of these words are different

in the two songs. The songs share only a few Christmas words, and they are used in different

lyrics that offer different meanings. Additionally, both songs contain two seasonal phrases: "all I

want for Christmas" and "underneath the Christmas tree." Both are familiar, commonplace

phrases, and both are present in numerous Christmas songs. Finally, both songs use fragments of

phrases, including the verbs "to want" and "to need," and "just one thing" and "come true"; these

fragments and phrases are commonplace and ubiquitous in everyday speech, and they appear in

different lyrics. My conclusion is that there are no significant similarities between the lyrics of

"Vance" and "Carey," individually or as a whole, and there are many significant differences.

**7. Setting, Theme, Characters, Plot,
Sequence of Events, Dialogue, Pace, and Mood**

This Section of this Report offers a comparative analysis of the settings, themes,

characters, plots, sequences of events, dialogue, paces, and moods in the lyrics of "Vance" and

"Carey."

**EXHIBIT 4**
**424**

**7.1 Setting**

Both "Vance" and "Carey" are Christmas songs and the setting for both works is Christmastime. In Anglo-American and European popular culture since the mid-19th Century, the Christmas season has evoked a familiar set of images, sights, and sounds. These traditional features—for example, snow, mistletoe, Santa Claus, Christmas trees, and presents—all contribute to the Christmas setting, not only in Christmas songs but in all popular depictions of the Christmas season. Because the tradition is so established, Christmas songs tend to evoke a sense of timelessness and nostalgia. The result is that many Christmas songs, including both "Vance" and "Carey," are set at Christmastime and don't make references to specific locations.

Nevertheless, these two works present significantly different approaches to setting. "Vance" conveys an abstract, generalized Christmastime setting. Other than the speaker's reference to "my tree" ("you are the angel atop my tree"), a traditional, iconic feature of Christmastime, in the metaphor "you are the angel atop my tree," the lyrics offer no depiction of place or historical time. Like many Christmas songs, "Vance" produces a sense of nostalgia by remaining timeless and placeless.

"Carey" is significantly more attentive to its setting. At the beginning of the song, the speaker is inside the speaker's home, pointing to the fireplace ("I don't need to hang my stocking / There upon the fireplace"). The word "there" gives the lyric an immediacy for the reader or listener, as the lyric describes the speaker as gesturing toward a specific feature of the speaker's home. The setting of the song then moves outside, where "all the lights are shining" and "the sound of children's / Laughter fills the air." The speaker later expresses a hope to see their "baby / Standing right outside [their] door," again referring to a specific feature of that home. Further,

**EXHIBIT 4**
**425**

although the lyrics don't identify the year, they do emphasize the present moment, with references to "this Christmas" and "tonight."

These specific references to place and time in "Carey" create a powerful sense of immediacy, a here-and-now, that is not present in "Vance," which offers no specific references to place or time. The result is that the two works offer notably different approaches to setting.

**7.2 Theme**

Both "Vance" and "Carey" are Christmas songs and therefore employ a number of broad traditional Christmas themes, notably the nostalgic evocation of home and love. ("White Christmas" and "I'll Be Home for Christmas" are popular exemplars of these themes.) More specifically, both "Vance" and "Carey" present the theme that love and companionship matter more at Christmastime than the material trappings of the season.

As explained above in Section 5 regarding "Underlying Ideas," this theme is an established and familiar one in Christmas music. In addition to the examples above, consider the following:

Christmas just ain't Christmas without the one you love
  The O'Jays, "Christmas Ain't Christmas New Years Ain't New Years Without the One You Love" (1973)

Anyone can wish for all the trinkets in the window
Some can even buy the things they see
But the present that I want you'll never find in any window
Bring me love and bring it just for me
When you come home at night
Take me in your arms and hold me
And kiss me and say you love me, love me, love me
That's what I want for Christmas
  Nancy Wilson, "That's What I Want for Christmas" (1963)

You don't have to have a beard of white
To make my Christmas bright,
Trains and toys are for little boys
But I want to hold you tight.

**EXHIBIT 4**
**426**

All I want for Christmas is your love
   Wreg Tracey, "All I Want for Christmas (Is Your Love)" (1960)

Snowflakes are falling softly to the ground
Jingle bells ringing all over town
Children building snowmen ten feet tall
The season is here for having a ball
People are exchanging gifts large and small
But that's not what I want, I want it all
All I want for Christmas is your love
   Dee Irwin and Mamie Galore, "All I Want for Christmas Is Your Love" (1968)

All I want for Christmas is you
You're the gift that's made my dreams all come true
All I need for Christmas is here
Finding every sweet surprise wrapped up in your eyes
Waiting there for me; underneath the tree
We'll the spend the day exchanging kisses
(Oh, we will) Smile and say,
"What a Christmas this is!"
Long before the snowflakes appear
Without bells or mistletoe or the tinsel's silver glow
You just look at me and oh!
Christmas is here!
   Johnny Mandel, "A Christmas Love Song" (1988)

All I want for Christmas is my baby back at home
Oh, my Christmas tree's so sad and bare
My room's so big and cold
They wish me happy New Year
But the new year's already old
There's no little angel
On top where he used to be
'Cause the angel that made my Christmas right
Has gone away from me.
   The Supremes, "My Christmas Tree" (1965)

All I want for Christmas is my girl
As we kept close under the mistletoe
As we watched the moonlit shadow in the snow
And it was then that I knew for sure
That I got just what I asked for

**EXHIBIT 4**
**427**

> All I want for Christmas is my girl
> New Edition, "All I Want for Christmas Is My Girl" (1985)[9]

The theme that love matters more at Christmastime than the seasonal trappings is an established, traditional theme in Christmas songs. The presence of that theme in both "Vance" and "Carey" is unremarkable and not a significant similarity.

**7.3 Characters**

A character is "a personage in a narrative or dramatic work."[10] As in innumerable songs, the lyrics of both "Vance" and "Carey" are written in the first person and present two main characters: the speaker ("I") and the addressee ("you"). Not only are these characters commonplace in songs, including Christmas songs, but these characters are distinctly different in these two works.

In "Vance," the speaker is an abstract figure with virtually no defined characteristics. Although we know that the speaker is expressing a tender affection for the addressee, the lyrics do not offer any language that implies romantic love, passion, or intimacy. The addressed "you" is similarly undefined, and the lyrics offer no information about the "you." Their relationship is likewise undefined. The work does not explain if the addressee is present or distant; it does not explain the type of relationship (for example, it could be a parent wanting their child home for

---

[9] Additional examples include Faron Young, "You're the Angel on My Christmas Tree" (1953); Steve Lawrence and Eydie Gormé, "Hurry Home for Christmas" (1968); Brook Benton, "You're All I Want for Christmas" (1963); Frankie Laine, "You're All I Want for Christmas" (1948); Leon Russell, "Slipping intro Christmas" (1972); Dick Glasser and Bobby Vee, "A Not So Merry Christmas" (1962); Felix Gross, "Love for Christmas" (1949); Aretha Franklin, "Kissin' by the Mistletoe" (1962); Jim Croce, "It Doesn't Have to Be That Way" (1973); The Jackson 5, "Give Love on Christmas Day" (1970) and "Christmas Won't be the Same This Year" (1970); Johnny Otis Orchestra, "Far Away Blues" (1950); Dolly Parton and Kenny Rogers, "Christmas Without You" (1984); Mandrell and Bannon, "Christmas Is Just A Song for Us This Year" (1982); Brenda Lee, "Christmas Will Be Just Another Lonely Day" (1964); and Ray Anthony and His Bookends, "Christmas Kisses" (1961).

[10] Chris Baldick, *The Concise Oxford Dictionary of Literary Terms* (New York: Oxford University Press, 1990), 33.

**EXHIBIT 4**

**428**

Christmas); and it does not explain whether the "you" has feelings for the speaker. Indeed, the lyrics don't confirm that there is a relationship or that the addressed "you" even knows the speaker (for example, the speaker could be an unknown admirer wishing for the object of their affection).

The lyrics of "Carey," in contrast, present a speaker who is passionate and emotional. The speaker repeatedly expresses a romantic desire for the "addressed you," who is clearly geographically distant from the speaker. The speaker's longing is urgent ("I just want you for my own / More than you could ever know") and voiced in language that is intimate ("baby"), romantic ("I'm just gonna keep on waiting / Underneath the mistletoe"), and physical ("I just want you here tonight / Holding on to me so tight"). Additionally, through the speaker's yearning words, the lyrics of "Carey" offer a sense of the addressed "you." This "you" has a physical reality and is capable of holding the speaker "tight," as opposed to the "you" in "Vance" who is idealized as an "angel" and a "dream." The speaker in "Carey" indicates a relationship with the "you" ("my baby") and even speculates on what the addressee is thinking ("I just want you for my own, / More than you could ever know").

Further, "Vance" presents no characters other than the speaker and the addressee. Although "Vance" includes a reference to the conventional Christmastime activity of writing a letter to Santa Claus, Santa Claus is not a character in "Vance." In contrast, "Carey" recognizes many other characters in the speaker's world, including "children" who are laughing and "everyone … singing." Even Santa Claus is presented as a character in the song, as the speaker asks him: "Santa won't you bring me / The one I really need."

In short, "Vance" presents only an abstract speaker and an undefined "you," while "Carey" presents a much more developed and expansive set of characters.

EXHIBIT 4
429

**7.4 Plot**

We can think of plot as "what happens" in a literary work as a whole. Plot is "the pattern of events and situations in a narrative or dramatic work, as selected and arranged both to emphasize relationships—usually of cause and effect—between incidents and to elicit a particular kind of interest in the reader or audience."[11]

The lyrics of "Vance" are exclusively an expression of affection for the addressed "you." In terms of the conventions of literary narrative, the song presents no plot. There is no formal action, no pattern of events, no narrative development, and no story being told other than the voicing of tenderness for the addressed "you."

In marked contrast, the lyrics of "Carey" tell a story, one that includes characters, indoor and outdoor settings, a sense of "rising action," a climax, and even a type of denouement. At the opening of "Carey," the speaker is inside, waiting "underneath the mistletoe" for their beloved "you"; as "Carey" progresses, the speaker's emotions intensify and the expression of intimacy and longing grows (for example, with the repetition of "baby"); the speaker's perspective then moves outside, "where all the lights are shining" and "sleigh bells [are] ringing"; the speaker's emotions then reach a climax ("please bring my baby to me") before returning to a sense of narrative poise at the end as the lyrics return to the lyrics' opening words ("I don't want a lot for Christmas").

As a result, "Vance" presents the speaker's affectionate sentiments without any events or plot, whereas "Carey" offers a notably more dramatic narrative of emotional longing and desire.

---

[11] Chris Baldick, *The Concise Oxford Dictionary of Literary Terms* (New York: Oxford University Press, 1990), 170.

**EXHIBIT 4**
**430**

## 7.5  Dialogue

Technically, neither "Vance" nor "Carey" contains dialogue because, in literary studies, dialogue requires an exchange between two or more characters and both works are monologic. However, if we consider what is said by the speakers as dialogue, the only similarities are the commonplace, traditional idea that the speaker prefers the addressed "you" to the material trappings of Christmas and words and phrases that are ubiquitous in Christmas songs and flow from the shared commonplace idea. Further, there are many significant differences. See Section 6 above.

Also, the content and tone of the speakers' statements are clearly different in "Vance" and "Carey." The speaker in "Vance" offers a series of gentle assertions of affection and abstract declarations of tenderness ("you are the angel atop my tree"). The speaker's tone is formal, polite, and reserved—but not passionate, intimate, or romantic. The speaker asks nothing of the addressed "you," and while it's evident that the speaker "wants" the addressee for Christmas, the song never explains why. We never learn the speaker's motivations or intentions.

In contrast, the speaker in "Carey" emphatically misses and longs for the addressee, voices a romantic longing, hopes to be held by the beloved "you," and even begs Santa to "bring me / The one I really need." The speaker's tone is passionate, often informal ("wanna," "gonna"), intimate ("baby"), and at times playful ("I won't even stay awake / To hear those magic reindeer click").

While both speakers use the conventional language of Christmas songs and the traditional idea that love matters more than the iconography of Christmas, the content and tone of what they're actually saying is demonstrably different.

**EXHIBIT 4**

**431**

**7.6 Pace**

In works of prose fiction, pace is generally the speed at which the plot unfolds. As discussed above, there is no plot in "Vance" while there is one in "Carey." That is both a difference and a reason that their pace, in terms of works of prose fiction, are not comparable.

Further, in poetry and lyrics, "pace involves the language of the poem causing or cueing the reader to accelerate or decelerate."[12] This effect is largely created by a work's <u>meter</u>, which is the arrangement or pattern of stressed and unstressed syllables. A recurring meter with consistent rhyme and punctuation, often with pauses at the end of the lines (known as end-stops), will produce a poetic rhythm that is easy to follow and can create the effect of momentum. In such patterned meter, we can identify metrical <u>feet</u> (the unit of stressed and unstressed syllables), akin to a musical measure. For example, there is the foot known as an anapest (two unstressed syllables followed by a stressed syllable, as in "un-der-**stand**"), as in "T'was the **night** before **Christ**mas and **all** through the **house**."

The lyrics of "Vance" and "Carey" present notably different paces through the employment of notably different meters. It is easy to recognize (by reading aloud, for example) that "Carey" employs a pattern of alternating stressed and unstressed syllables (with the stressed syllables in bold below):

> **I** don't **want** a **lot** for **Christ**mas,
> **There** is **just** one **thing** I **need**.
> And **I** don't **care** a**bout** the **pres**ents
> **Un**der**neath** the **Christ**mas **tree**

This pattern in "Carey" is consistent throughout the work. The consistency of this pattern creates an energetic and "rolling" rhythm that produces the effect of rapidity and forward motion. This

---

[12] Roi Tartakovsky, "The Case for Pace," *Style* 49, no. 1 (2015), https://doi.org/10.5325/style.49.1.0065.

**EXHIBIT 4**

**432**

poetic effect is entirely in keeping with the momentum of the song's narrative: this is a work that pushes its emotional and romantic tone forward with a sense of pulsing direction.

The lyrics of "Vance" produce an entirely different effect. Where "Carey" is insistently propulsive, "Vance" is deliberative and unhurried. "Vance" produces this effect by offering considerable variation in its meter. There is no precise pattern to the length of the lines and there is considerable variation in the type of poetic feet. For example (with the syllable count at the end of each line):

> **I** don't need **sleigh** rides in the **snow**, (8)
> Don't **want** a **Christ**mas that's **blue**. (7)
> **Take** back the **tin**sel, **stock**ings and **bows**, (9)
> 'Cause **all** I **want** for **Christ**mas is **you**. (9)

Because of the variations in the length of the lines and the metrical rhythm of the lines of "Vance," a reader must constantly adjust to the pace. The result is that the pace of "Vance" is less energetic and driven than "Carey," which is appropriate to the serene declaration of affection in "Vance." In short, the two songs present entirely different paces.

## 7.7 Sequence of Events

In traditional narrative terms, "Vance" presents no events and thus no sequence of events other than the speaker's repeated expression of affection for the addressed "you" and the insistence that the trappings of the season are dispensable.

"Carey," on the other hand, offers a recognizable sequence of events: 1) "Carey" opens with an expression of its traditional theme: the speaker proclaims that rather than Christmas presents, the speaker needs only the addressed "you"; 2) the speaker specifically identifies "my stocking" and "the fireplace," establishing their presence in their home; 3) the speaker then conveys romantic feelings for the addressee ("I just want you for my own"); 4) "Carey"

**EXHIBIT 4**

**433**

continues to develop the increasing narrative sense of longing and desire, not only by identifying that the speaker is waiting for the addressee but by the lyric's intensifying romantic expression, which takes on a physical longing ("I just want you here tonight, / Holding on to me so tight"); 5) "Carey" then moves outside of the speaker's home, and the speaker appears to observe the lights and hear the sound of laughter, singing, and sleigh bells ringing; 6) finally, the speaker returns to a reference to home, hoping to see the addressed "you" "standing right outside my door."

 Additionally, the two works offer notably different presentations of their overall structure. "Carey" is a much longer work, containing nearly twice as many total words as "Vance" and, in my transcription, nearly twice as many stanzas. In my transcription, "Vance" is comprised of six stanzas or sections, but because the third and fourth stanzas are repeated verbatim (with the final line of the final stanza repeated twice), there are only four different stanzas in the song. "Carey" offers eleven stanzas, and eight of them are different from each other.

Not surprisingly, the significant differences in the works' approach to their sequences of events and organization of stanzas contribute to the songs' very different effects. Through its repetition of affectionate declarations and its repetition of stanzas, "Vance" creates a comforting sense of balance and calm. "Carey," on the other hand, employs a linear sequence of events and a dynamic variation in the stanza's lines to produce an effect that is lively and energetic.

**7.8 Mood**

As shown above, the lyrics of "Vance" and "Carey" are demonstrably different in their words and phrases, characters, settings, plot, pace, and sequences of events. As each of these

**EXHIBIT 4**
**434**

literary elements contributes to the works' respective moods, it is no surprise that the moods of the two songs are consistently and perhaps self-evidently different.

The lyrics of "Vance" present a mood that is affectionate, sincere, and warm. The song employs words that are abstract and metaphorical ("you are the angel atop my tree") and presents characters with little definition or motivation other than the speaker's expression of affection for the addressed "you." The lyrics maintain a sense of gentle timelessness by avoiding any specific references to setting and by eschewing plot. The unhurried pace of the work, created by the repetition of stanzas and the variations in meter, contributes to the song's effect of sincerity and sweetness.

The mood of "Carey" is notably more emotionally charged and dramatic. The speaker's language of intimacy ("baby," for example) and urgency ("won't you please bring my baby to me") creates a mood of romantic longing, one which becomes amplified as the lyrics unfold. The specific references to setting further deliver a sense of immediacy, while the consistently propulsive meter produces a pace that moves briskly from start to finish.

**7.9 Summary of Conclusions as to Setting, Theme, Characters, Plot, Sequence of Events, Dialogue, Pace, and Mood**

While both "Vance" and "Carey" are set at Christmastime, the similarity in settings ends there. Further, the underlying theme in both works is commonplace and is not a significant similarity, and there are significant differences, in characters, plot and sequence of events (in fact, "Vance" has neither), dialogue, pace, and mood.

## 8. Conclusion

I have applied literary analyses to the lyrics of "Vance" and "Carey," first focusing on the underlying idea that love matters more than the trappings of Christmas, which is entirely

**EXHIBIT 4**
**435**

conventional in Christmas songs. I also have applied literary analyses to the two songs' words and phrases, and the only similarity is the presence of a small number of shared words and phrases that are generic, commonplace, and present in innumerable other Christmas songs, that flow from the underlying theme, and that are preceded and followed by different lyrics, thereby conveying different objective meanings. Finally, I have applied literary analyses focusing on settings, themes, characters, dialogue, plots, sequences of events, paces, and moods of "Vance" and "Carey"; I have found no significant similarities and I have identified significant differences.

"Vance" and "Carey" are, in terms of their lyrics, decidedly different songs sharing only generic references to Christmas tropes and commonplace words and phrases, used differently. There are no significant similarities between "Vance" and "Carey," either individually or in the two songs' lyrics as a whole.


Dated: May 6, 2024


Nathaniel Lewis, PhD

EXHIBIT 4
436

# APPENDIX

<u>Vince Vance and the Valiants, "All I Want for Christmas Is You"</u>
Andrew John Franichevich and Troy W. Powers (1989)

       Take back the holly and mistletoe,
       Silver bells on strings.
       If I wrote a letter to Santa Claus,
       I would ask for just one thing.

5      I don't need sleigh rides in the snow,
       Don't want a Christmas that's blue.
       Take back the tinsel, stockings and bows,
       'Cause all I want for Christmas is you.

       I don't need expensive things,
10     They don't matter to me.
       All that I want, it can't be found
       Underneath the Christmas tree.

       You are the angel atop my tree,
       You are my dream come true.
15     Santa can't bring me what I need,
       'Cause all I want for Christmas is you.

       I don't need expensive things,
       They don't matter to me.
       All that I want, it can't be found
20     Underneath the Christmas tree.

       You are the angel atop my tree,
       You are my dream come true.
       Santa can't bring me what I need,
       'Cause all I want for Christmas is you
25     'Cause all I want for Christmas is you
       'Cause all I want for Christmas is you

**EXHIBIT 4**
**437**

<u>"All I Want for Christmas Is You"</u>

Words and Music by Mariah Carey and Walter Afanasieff (1994)

        I don't want a lot for Christmas,
        There is just one thing I need.
        I don't care about the presents
        Underneath the Christmas tree.

5      I just want you for my own,
        More than you could ever know.
        Make my wish come true:
        All I want for Christmas is you (yeah).

        I don't want a lot for Christmas,
10    There is just one thing I need.
        And I don't care about the presents
        Underneath the Christmas tree

        I don't need to hang my stocking
        There upon the fireplace
15    Santa Claus won't make me happy
        With a toy on Christmas day.

        I just want you for my own,
        More than you could ever know.
        Make my wish come true:
20    All I want for Christmas is you. (You, baby. Oh…)

        I won't ask for much this Christmas,
        I won't even wish for snow.
        And I'm just gonna keep on waiting
        Underneath the mistletoe.

25    I won't make a list and send it
        To the North Pole for Saint Nick.
        I won't even stay awake
        To hear those magic reindeer click.

**EXHIBIT 4**

**438**

'Cause I just want you here tonight,
30    Holding on to me so tight.
What more can I do?
Baby, all I want for Christmas is you. (You, baby)


(Oh) All the lights are shining
So brightly everywhere,
35    And the sound of children's
Laughter fills the air,
And everyone is singing.
I hear those sleigh bells ringing.
Santa won't you bring me
40    The one I really need
Won't you please bring my baby to me.


I don't want a lot for Christmas,
This is all I'm asking for.
I just wanna see my baby
45    Standing right outside my door.


I just want you for my own
More than you could ever know
Make my wish come true
Baby, all I want for Christmas is you
50    All I want for Christmas is you, baby
All I want for Christmas is you, baby
All I want for Christmas is you, baby
All I want for Christmas is you, baby
All I want for Christmas is you, baby

**EXHIBIT 4**

**439**

The following is list of songs that are quoted in the Report, organized alphabetically by title, with recording artist and/or songwriter, date of recording (or copyright), and source information.

"All I Want for Christmas" (Ray Charles, 1981). https://www.youtube.com/watch?v=ecQrhaqTf-c

"All I Want for Christmas, Dear, Is You" (Buck Owens, 1965). https://www.youtube.com/watch?v=aYrRuv0HgVg

"All I Want for Christmas Is My Girl" (New Edition, 1985). https://www.youtube.com/watch?v=9rzviz1h4dk

"All I Want for Christmas Is You" (Carla Thomas, 1963). https://www.youtube.com/watch?v=bsoUMVhHXXI

"All I Want for Christmas Is You" (Foghat, 1981). https://www.youtube.com/watch?v=Sc4r1V6IAZE

"All I Want for Christmas Is You" (Vince Vance and the Valiants, 1989) https://www.youtube.com/watch?v=w8HWHd0EYJA

"All I Want for Christmas Is You" (Mariah Carey, 1994). https://www.youtube.com/watch?v=yXQViqx6GMY

"All I Want for Christmas Is You for Me" (Dave Dudley, 1982). https://www.youtube.com/watch?v=91QzsUS6bFM

"All I Want for Christmas Is Your Love" (Steve Allen, recorded by Sandy Warner, 1959). https://www.discogs.com/release/13306684-Sandy-Warner-The-Girl-With-The-Long-Black-Hair-All-I-Want-For-Christmas-Is-Your-Love/image/SW1hZ2U6MzkyMDk0NTQ=

"All I Want for Christmas Is Your Love" (Dee Irwin and Mamie Galore, 1968). https://www.youtube.com/watch?v=rq4mP0j6g7I

"All I Want for Christmas (Is Your Love)" (Wreg Tracey, 1960). https://www.youtube.com/results?search_query=wreg+tracey+all+i+want+for+49hristmas

"Another Rock and Roll Christmas" (Gary Glitter, 1984). https://www.youtube.com/watch?v=gStOeXHSwxQ

"Bobby's Girl" (Marcie Blane, 1962). https://www.youtube.com/watch?v=2Cfz33QisdY

"Christmas Ain't Christmas New Years Ain't New Years Without the One You Love" (The O'Jays, 1973). https://www.youtube.com/watch?v=_adWzeXMlLo

EXHIBIT 4

440

"The Christmas Blues" (Dean Martin, 1953). https://www.youtube.com/watch?v=epfDAmJKc0s

"Christmas in Hollis" (Run-D.M.C., 1987). https://www.youtube.com/watch?v=n_layMPR7h8

"Christmas Kisses" (Ray Anthony, 1961). https://www.youtube.com/watch?v=AMZ2FVImRRs

"A Christmas Love Song" (Johnny Mandel, Lyrics by Charles Alan and Marilyn Bergman, Copyright 1988 Threesome Music Co. and Marissa Music)

"The Christmas Tree Angel" (The Andrews Sisters, 1950). https://www.youtube.com/watch?v=7zd-ocjX-Us

"The Christmas Waltz" (Frank Sinatra, 1954). https://www.youtube.com/watch?v=rXTQFce-x_Q

"Christmas Won't Be the Same This Year" (The Jackson 5, 1970). https://www.youtube.com/watch?v=50iZPZ2QB3Y

"The Christmas Wish" (Danny Wheetman, recorded by John Denver and the Muppets, 1979.) https://www.youtube.com/watch?v=Fe94llIISKI

"Dearest Santa" (Bobby Vinton, 1964) https://www.youtube.com/watch?v=nuxuf5jsxlo

"Far Away Blues" (Johnny Otis Orchestra, 1950). https://www.youtube.com/watch?v=snhaVYEiA-Q

"Father Christmas" (The Kinks, 1977). https://www.youtube.com/watch?v=fPPCPqDINEk

"Happy Christmas, Little Friend" (Rodgers and Hammerstein, 1953, recorded by Rosemary Clooney). https://www.youtube.com/watch?v=xrbNcl9pZDQ

"Here Comes Santa Claus (Right Down Santa Claus Lane)" (Gene Autry, 1947). https://www.youtube.com/watch?v=U6kRYKvWF1E

"Holly Leaves and Christmas Trees" (Elvis Presley, 1971). https://www.youtube.com/watch?v=Wl4qZ4nkktM

"Homecoming Christmas" (Alabama, 1985). https://www.youtube.com/watch?v=6drbfTQjbgU

"Hurry Home for Christmas" (Lawrence and Gormé, 1963), https://www.youtube.com/watch?v=Q8BZkRBcktM

"I'd Like You for Christmas" (Julie London, 1957). https://www.youtube.com/watch?v=YbGTGQUGLhs

**EXHIBIT 4**

**441**

"I Just Want You for Christmas" (The Golddiggers, 1969). https://www.youtube.com/watch?v=ExgiwSkxGWU

"I Need a Man" (The Eurythmics, 1987). https://www.youtube.com/watch?v=3Qfu8SD4sqE

"It Must Have Been the Mistletoe" (Barbara Mandrell, 1984). https://www.youtube.com/watch?v=cD7NmzQjKDg

"I Want Eddie Fisher for Christmas" (Betty Johnson, 1954). https://www.youtube.com/watch?v=hrF4n7B5E0w

"I Want to Come Home for Christmas" (Marvin Gaye, 1972). https://www.youtube.com/watch?v=cWPbZLMec60

"Little Jesus Loves Me" (The Stonemans, 1968). https://www.youtube.com/watch?v=an8i_hJc8Ro

"Love for Christmas" (The Gems, 1964). https://www.youtube.com/watch?v=6PgAaChHaGM

"The Love of a Woman" (Klamath, 1981). https://www.youtube.com/watch?v=p4lfDMrsapY

"Mary Christmas" (The Oak Ridge Boys, 1982). https://www.youtube.com/watch?v=2R-ae4PB8_s

"Merry Christmas Darling" (The Carpenters, 1970). https://www.youtube.com/watch?v=lV5ENWOQ6d8

"Merry Christmas Polka" (The Andrews Sisters, 1950). https://www.youtube.com/watch?v=VRZ7UdPJtNU

"My Christmas Tree" (The Supremes, 1963). https://www.youtube.com/watch?v=bZNnKNGvPVs

"My Ship" (Kurt Weill, recorded by Ella Fitzgerald, 1970). https://www.youtube.com/watch?v=9amcmzsRtgw

"Santa Bring My Baby Back to Me" (Elvis Presley, 1957). https://www.youtube.com/watch?v=QG579cx6DuI

"Snowbound for Christmas" (The DeCastro Sisters, 1955). https://www.youtube.com/watch?v=7SQ71n45tAU

"That's What I Want for Christmas" (Nancy Wilson, 1963). https://www.youtube.com/watch?v=vJPmhKwMBD8

**EXHIBIT 4**

**442**

"This Time of the Year" (Brook Benton, 1959),
        https://www.youtube.com/watch?v=CMX19LRhvzs

"White Christmas" (Bing Crosby, 1942). https://www.youtube.com/watch?v=Qqyy8SpDpTY

"You're All I Want for Christmas" (Frankie Laine, 1948).
        https://www.youtube.com/watch?v=Kaxr_3cnYTU

"You're All I Want for Christmas" (Brook Benton, 1963).
        https://www.youtube.com/watch?v=wVQuyrifBEQ

**EXHIBIT 4**

**443**

## Nathaniel Lewis

English Department                                              P. O. Box 252
Saint Michael's College                                         Underhill, VT 05490
Colchester, VT  05439                                           (802) 899-4266
(802) 654-2308                                                  nlewis@smcvt.edu

## EDUCATION

Ph.D.   1997                Harvard University, English and American Literature
M.A.    1990                University of North Carolina, English
B.A.    1985                Yale University, American Studies

## PROFESSIONAL EXPERIENCE: POSITIONS HELD

2009-present    **Professor, Saint Michael's College.** Areas of specialization include: Aesthetic
                Theory; American regionalism; Environmental Writing; Popular Culture
                Studies; Cultural and Literary Theory. Courses taught include: Wordplay;
                Tattoo You; Living in Place; Beauty.

2021-2022       **Consulting Literary Expert for Taylor Swift et al**. in *Hall vs Swift et al*.
                Responsibilities included writing comparative analytical reports and rebuttal
                reports (on lyrics as "literary works") and providing expert witness testimony in
                two depositions.

2003-2009       **Associate Professor, Saint Michael's College**.

1997-2002       **Assistant Professor, Saint Michael's College.**

1994-1997       **Preceptor, Harvard University**, Expository Writing Program. Responsible for
                designing and teaching "Wild America: American Culture and the
                Environment" and "Envisioning the American West," first-year composition
                courses, emphasizing methods of logical argument and writing. Teaching
                awards in all six semesters.

1993            **Instructor, M.I.T**. "Introduction to Fiction," a reading and writing course
                designed for first-year students. Counseled students toward completion of
                university writing requirement.

**EXHIBIT 4**
**444**

1991-1997     **Teaching Fellow, Harvard University**, English and Core Programs. Responsibilities included: organizing and leading seminar-style discussion groups; grading; course lectures and presentations; undergraduate advising; individual Honors tutorials.


## PROFESSIONAL EXPERIENCE: PUBLICATIONS

*Living in Place*, University of Utah Press (under contract and forthcoming, expected publication date summer 2025)

"The Spectral Classroom," under review for a collection of essays on academics and the pandemic, submitted to Routledge Press.

*Morta Las Vegas: CSI and the Problem of the West*. Co-authored with Stephen Tatum. (University of Nebraska Press, 2017)

Review of *Unearthing Paradise: Montana Writers in Defense of Greater Yellowstone, Western American Literature*, 2018.

"Melville's Western Imagination." In *Herman Melville in Context* (Cambridge University Press, 2017)

"Labor and the Land: Trading, Ranching, and Mining in Western American Literature." In *A History of Western American Literature* (Cambridge University Press, 2015.)

 "David Milch at Yale: An Interview," in *Reading Deadwood: Critical Essays* (Ed. Witschi and Graulich; University of Nebraska Press, 2013)

"Edgar Allan Poe and the American West," in *Poe in Context* (Cambridge University Press, 2013)

"Morta Las Vegas," with Stephen Tatum. *Western American Literature* (Winter 2012)

"Tumbling Dice: The Problem of Las Vegas," with Stephen Tatum, in *A Companion to the Literature and Culture of the American West* (ed. Nicolas Witschi; Blackwell, 2011)

 "Reading the Maine Woods: Thoreau's Pointless Maine Narratives," in *Maine's Place in the Environmental Imagination*. (Cambridge Scholars Publishing, 2008)

**EXHIBIT 4**
**445**

"Remedial Aesthetics." *Western American Literature* (Summer 2006)

*True West: Authenticity and the American West*. Co-edited with William R. Handley. (University of Nebraska Press, 2004)

"Truth or Consequences: Projecting Authenticity in the 1830s," in *True West: Authenticity and the American West*

"Introduction," co-written with William R. Handley, in *True West: Authenticity and the American West*

*Unsettling the Literary West: Authenticity, Authorship, and Western American Literature*. (University of Nebraska Press, 2003)

Review of *Traces of Gold : California's Natural Resources and the Claim to Realism in Western America Literature* (Nicolas Witschi). *Western American Literature* (2003)

"Authentic Reproduction: The Picturesque Joaquin Miller." *Arizona Quarterly* (Summer 2001)

Review of *Dramas of Solitude: Narratives of Retreat in American Nature Writing* (Randall Roorda), *American Literature*, Fall 2000

Review of *On The Rez* (Ian Frazier), *Western American Literature*, Winter 2000

"'Penetrating the Interior': Recontextualizing Caroline Kirkland's *A New Home--Who'll Follow?*" *American Literary Realism* (Winter 1999)

"Stone-Eyed Griffons," in *Old West--New West* (ed. Barbara Meldrum, University of Idaho Press, 1993)

Review of *Nothing But Blue Skies* (Thomas McGuane), *Western American Literature*, Summer, 1993

"Pearl S. Buck: Culture and Exchange," in *Les prix nobel de littérature*, French volume on Nobel Prize winners in literature (Editions de l'Alhambra, 1992)

"Sinclair Lewis and the Logic of Region," in *Les prix nobel de littérature*, 1992

Review of *Ten Tough Trips: Montana Writers and the West* (William Bevis), *Western American Literature*, Summer 1991

**EXHIBIT 4**
**446**

## CONFERENCES and INVITED TALKS

"Into the Wild: Cultural Representations of Wild Nature." Vermont Humanities Council "First Wednesdays" Lecture Series, March, 2021. Invited talk.

"Phantasmgoria Las Vegas," Western Literature Association Conference. Big Sky, Montana. September 2016

"Meet John Doe," Western Literature Association Conference. Victoria, British Columbia. November 2014

"The Dead and the Undead." Western Literature Association Conference. Berkeley, California. October 2013

Symposium to honor Lawrence Buell. Invited panel chair and respondent, Harvard University, October 2011.

"Over and Over: the Las Vegas Accident." Western Literature Association Conference. Prescott, Arizona, October, 2010

 "The Horror: Traumatic Histories in Sebald and McCarthy" "Fear, Horror, and Terror" (Popular Culture) Conference, Oxford, England, September, 2010.

"Dark Stars." Western Literature Association Conference. Boulder, Colorado, October, 2008

"Morta in Ruins: Crosstown Traffic."  Western Literature Association Conference. Tacoma, Washington, October, 2007.

"Fever in the Funk House: Neobaroque Las Vegas."  American Literature Association Conference.  Boston, May, 2007.

"Morta Las Vegas" (with Stephen Tatum).  Western Literature Association Conference. Boise, October, 2006.

"Without Edges: Thoreau's Pointless Maine Narratives."  Association for the Study of Literature and the Environment (ASLE) Symposium: "Maine's Place in the Environmental Imagination."  Farmington, Maine, June, 2006.

"Reading the Maine Woods: The Call of the Wild."  Interdisciplinary Symposium: Ethics, Spirituality, and the Environment.  St. Michael's College, October, 2005.

**EXHIBIT 4**
**447**

Panel Chair for "Asian Americans and the Landscapes of Race and Citizenship."  Western Literature Association Conference. Los Angeles, October, 2005.

"The Ecophilosophy of Form: Kenneth Burke and Western Nature Writing."  Western Literature Association Conference. Big Sky, Montana, September, 2004.

"Remedial Aesthetics."  Western Literature Association Conference. Houston, Oct, 2003.

"Reading the Mountains and Rivers of Thoreau's *Maine Woods*."  Modern Language Association Convention.  New York, December, 2002.

Panel Chair for "Visual Consumer Culture and the Next Big Thing."  Western Literature Association Conference. Tucson, October, 2002.

"Inside Out in the Postmodern West."  Western Literature Association Conference. Omaha, Nebraska, October, 2001.

"Territorial Expansion: Cultural Studies Comes West."  American Literature Association Conference.  Cambridge, Massachusetts, May, 2001.

"Mapping the Hyperreal West."  Western Literature Association Conference. Norman, Oklahoma, October, 2000.

Panel Chair for "Getting Kicks:  Route 66 And After."  Western Literature Association Conference. Norman, Oklahoma, October, 2000.

"'*An unexplored region*': Mapping Western Authenticity in Poe's *Rodman*." Modern Language Association Convention. Chicago, December, 1999.

 "Second Nature: Poe's *Rodman* and Western Authorship."  Western Literature Association Conference. Sacramento, California, October, 1999.

"Coming Out of the Country: Theorizing Environmental Constructivism."  American Literature Association Symposium on Nature Writing and Ecocriticism. Puerto Vallarta, Mexico, December, 1998.

Panel Chair for "Ecocritical Revisions of Early American Literature."  American Literature Association Conference on Nature Writing and Ecocriticism. Puerto Vallarta, Mexico, December, 1998.

**EXHIBIT 4**
**448**

"Crossing Divides: Authenticity, Place, and Critical Practice (a Polemic)."  Western Literature Association Conference. Banff, Alberta, October, 1998.

Panel Chair for "Mining Literature of the West."  Western Literature Association Conference. Banff, Alberta, October, 1998.

"Truth or Consequences: Authenticity, Authorship, and the American West in the 1830s." Western Literature Association Conference. Albuquerque, October, 1997.

Panel Chair for "Reimagining Postmodern Chicano/a Literature."  Western Literature Association Conference. Albuquerque, New Mexico, October, 1997.

"Environmental Constructivism: The Example of Terry Tempest Williams."  Western Literature Association Conference. Lincoln, Nebraska, October, 1996.

"The Shock of Recognition: Remembering Ralph Ellison." A Celebration of Ralph Ellison.  The Century Association, New York, October, 1996

"The Picturesque Joaquin Miller:  Technologies of the Self"  Western Literature Association Conference. Vancouver, October, 1995.

"Frank Norris and the Emergence of a Western Literary Canon," Western Literature Association Conference. Salt Lake City, October, 1994.

"Thoreau's Dialogic Imagination:  The Journal and its Landscape," New England American Studies Association Conference. Boston, April, 1991.

"Reading William Kittredge:  Montana Literature and Reader Response Theory," Popular Culture Association Conference. San Antonio, March, 1991.

Panel Chair for "Reading the Contemporary West."  Popular Culture Association Conference. San Antonio, March, 1991.

 "Stone-Eyed Griffons: Reading Contemporary Montana Fiction," Western Literature Association Conference. Coeur d'Alene, Idaho, October, 1990.


## AWARDS AND FELLOWSHIPS

Nominee, Thomas J. Lyon Award (Best Book of Literary Criticism on the West) 2018
"Best of the West: 2018 Western Books," *True West*, December, 2017
Finalist, Don D. Walker Award ("Best Published Essay in Western Criticism") 2012
Thomas J. Lyon Award, Best Book of Literary Criticism on the West, 2003

**EXHIBIT 4**
**449**

Finalist, Don D. Walker Award ("Best Published Essay in Western Criticism") 2001

Faculty Development Grant, St. Michael's College, 2002, 2009, 2011, 2013

Junior Faculty Grant, St. Michael's College, 2002

Summer Research Grant, St. Michael's College, 2000

Mellon Summer Research Grant, 1994

Samuel Philip Colehour Scholarship, 1993-1994

Edward J. Curley Scholarship, 1993-1994

University Merit Fellowships, University of North Carolina, 1988-1989, 1989-1990

Finalist, Don D. Walker Award ("Best Published Essay in Western Criticism"), 1993

J. Golden Taylor Award for Best Graduate Student Essay, Western Literature Association
    Conference, 1989

Teaching Awards:  Derek Bok Certificate of Teaching Excellence, Harvard University.
    Received seven out of nine semesters, 1992-1996.


## PROFESSIONAL EXPERIENCE: ACADEMIC SERVICE

2004-present    **Editorial Board**, Postwestern Horizons, University of Nebraska Press.
                Editorial oversight of a scholarly series of books on the American West, with a
                particular focus on recent regional, cultural, and literary theory.

2022-present    **Chair**, English Department, St. Michael's College

2014-2017       **Director**, Environmental Studies Program, St. Michael's College

2007-2013       **Chair**, English Department, St. Michael's College.

1997-present    **External Reader**, evaluating essays, manuscripts, and book proposals for a
                range of journals and presses, including *Western American Literature*, Oxford
                University Press, the University of Nebraska Press, and the University of
                Oklahoma Press.

2001-2006       **Director**, American Studies Program, St. Michael's College.

2005, 2013      **Thomas J. Lyon Award Committee**, Western Literature Association.  A three-
                person committee charged with choosing the best book in the field of western
                cultural and literary studies.

**EXHIBIT 4**
**450**

| | |
|---|---|
| 1995-2005 | **Don D. Walker Nominating and Award Committee**, Western Literature Association.  A small committee established to select the finalists and winner of the annual Don D. Walker Award for best published essay in the field of Western American Studies. |
| 1997-2000 | **Executive Council**, Western Literature Association.  An elected twelve person committee that oversees the Association (including prizes, conferences, speakers, etc.). |
| 1999-2001 | **Consultant**, Colorado Public Radio.  Literature and Art advisor to a six-part series on "Water and the West." |

_____

**Expert History**: I served as an expert witness for deposition in the case of Hall et al. vs. Swift et al. I have not served as an expert witness for trial testimony.

_____

**Fee Rates for Professional Services**:

$500 per hour for research, analysis, and preparation of reports

$650 per hour for deposition and trial testimony plus travel-related time and expenses

**EXHIBIT 4**

**451**