# EXHIBIT 9

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

 3

 4

 5    ANDY STONE, etc., et al., )
                                )
 6            Plaintiffs,        )
                                )
 7         vs.                   )    Case No.:
                                )    2:23-CV-09216-MRA-JDE
 8    MARIAH CAREY, etc., et al.)
                                )
 9            Defendants.        )
      _____)
10                              Monday, June 24, 2024

11                              Deposition of

12                         Professor Robert Fink

13

14

15

16

17

18    JOB NO. 542215

19    PAGES 1 - 190

20    REPORTED BY:  Carol L. Crawley, CSR 7518

21    Nache Buie, Videographer

22    Lucas Shaker, Zoom Technician

23

24

25
```

**EXHIBIT 9**
**489**

Transcript of Robert Fink
Conducted on June 24, 2024                                    2

```
1                    A P P E A R A N C E S

2

3    ON BEHALF OF THE PLAINTIFFS:
                      Gerard Fox Law P.C.
4                     By:  Gerard Fox, Esq.
                      1880 Century Park East
5                     Suite 1410
                      310-441-0500
6                     gfox@gerardfoxlaw.com

7

8

9
     ON BEHALF OF THE DEFENDANTS:
10                    DAVIS WRIGHT TREMAINE LLP
                      By:  Eric H. Lamm, Esq.
11                    By:  Emma Tehrani, ESq.
                      865 South Figueroa Street
12                    24th Floor
                      Los Angeles, California 90017
13                    213-633-6800
                      ericlamm@dwt.com
14

15                    FREUNDLICH LAW, APC
                      By:  Kenneth D. Freundlich, Esq.
16                    16133 Ventura Blvd. Suite 645
                      Encino, California 91436
17                    818-377-3790
                      ken@freundlichlaw.com
18

19                    JoAn Cho, Esq.
                      Universal Music Group
20                    2220 Colorado Ave
                      Santa Monica CA 90404
21                    JoAn.Cho@umusic.com

22                    Pryor Cashman, 7 Times Square
                      40th Floor
23                    By:  Ilene Farkas, Esq.
                      New York, NY 10036
24

25
```

Transcript of Robert Fink
Conducted on June 24, 2024                                                3

```
 1                    I N D E X

 2    WITNESS

 3    Professor Robert Fink

 4
      EXAMINATION BY                            PAGE
 5
      Mr. Lamm                                  6
 6

 7    Mr. Fox                                   186

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT 9
491

Transcript of Robert Fink
Conducted on June 24, 2024                                    4

```
 1              E X H I B I T S

 2

 3   DEFENDANT'S                        PAGE

 4   11 - Deposition subpoena          9

 5   12 - Acknowledgement of service   9

 6   13 - CV of Robert Fink            12

 7   14 - Preliminary report           27

 8   8 - Premarked - Lewis Report      59

 9   2 - Dr. Ferrara's Report          96

10   15-Soundtrack                     106

11   16-Audiofile                      143

12   3-Dr. Ferrara's rebuttal report   173

13   17-Track 3 of Dr. Ferrara's report 181

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Robert Fink
Conducted on June 24, 2024                            5

```
1              Los Angeles, California, Monday, June 24, 2024

2                          10:02 a.m.

3

4          The Videographer:  Here begins media

5    number one in the videotaped deposition of

6    Robert Fink in the matter of Stone et al., versus

7    Carey et al., in the United States District Court

8    for the Central District of California, case number

9    2:23-CV-09216-MRA-JDE.

10         Today's date is June 24th, 2024, and the

11   time on the video monitor is 10:02:00 a.m. Pacific

12   Standard Time.

13         The videographer today is Nache Buie

14   representing Planet Depos.

15         This video deposition is taking place at

16   865 South Figueroa Street, Los Angeles, California.

17         Would counsel please voice identify

18   themselves and state whom they represent.

19         Mr. Fox:  Yes.  I'm Gerard Fox, and I

20   represent the plaintiffs in this action, and I am

21   also for today's deposition representing deponent.

22         Mr. Lamm:  Eric Lamm for defendants

23   Mariah Carey, Sony Music Entertainment and Universal

24   Music Corp.

25         Mr. Freundlich:  Kenneth Freundlich for
```

Transcript of Robert Fink
Conducted on June 24, 2024                    6

1    Defendant, Walter Afanasieff.

2              Ms. Tehrani:  Emma Tehrani for Defendant

3    Kobalt Music Publishing America, Inc.

4              Ms. Farkas:  Irene Farkas.  With me is

5    Shamar Toms-Anthony and some associates observing on

6    behalf of Sony.

7              The Videographer:  Okay.  Thank you.  The

8    court reporter today is Carol Crawley also

9    representing Planet Depos.

10             And the witness will now be sworn.

11

12             Professor Robert Fink,

13             having been previously duly sworn was

14             examined and testified as follows:

15

16                    EXAMINATION

17   By Mr. Lamm:

18       Q.   All right.  Let's get started.  Would you

19   like me to call you Professor Fink or Dr. Fink for

20   the record?

21       A.   Professor Fink is fine.

22       Q.   Have you had your deposition taken before?

23       A.   Yes.

24       Q.   Approximately how many times?

25       A.   I think maybe only once.

Transcript of Robert Fink
Conducted on June 24, 2024                              50

1              The Court Reporter:  When it is convenient

2    can we take a break, please?

3              Mr. Lamm:  Sure.

4              The Witness:  That was a hypothetical.

5              The Videographer:  Please stand by.  We

6    are going off the record.  The time is 11:08:00 a.m.

7              (Brief Recess.)

8              The Videographer:  Going back on the

9    record.  The time is 11:24 a.m.

10   By Mr. Lamm:

11       Q.    Professor Fink, so it is your -- when you

12   wrote that there is a strong case for access, it's

13   your testimony that that is a hypothetical?

14       A.    Yes.  So, given, yeah, that was in fact a

15   condition given that if you had these things one

16   might argue that, so I was not claiming that I was

17   not stating that there was a strong case for access.

18       Q.    Okay, and you are not offering an expert

19   opinion on the issue of access.

20       A.    No.

21       Q.    And so looking at this language in

22   paragraph six, am I correct that your point is --

23   let's scratch that.

24              In paragraph six do you see where you say

25   this similarity alone?

Transcript of Robert Fink
Conducted on June 24, 2024                          51

1        A.    Yes.

2        Q.    And those words you are referring to a

3    similarity in certain melodic notes that you discuss

4    in paragraph five.  Is that correct?

5        A.    Yes.

6        Q.    And so am I understanding your report

7    correctly that in paragraph six when you say - given

8    the manifest similarity of topic and expression of

9    the lyrics and a strong case for access, unquote,

10   what you are saying is that that similarity is more

11   significant if -- in a hypothetical situation where

12   there is a strong case of access?

13       A.    Yes, yes.  I -- the only thing I would say

14   is that I think I am, I am always conscious when

15   writing sentences like this that, you know, that we

16   are talking about a legal proceeding, right; that I

17   believe that what the musicologists offers is part

18   of the puzzle or whatever part of the argument that

19   would lead to substantial similarity.

20            So yeah, I was broadening out there to the

21   larger context, but yeah, the way you paraphrase

22   what I said I think I would accept.

23       Q.    And let's assume a hypothetical that there

24   was very tenuous facts of access, you might conclude

25   that this similarity you are describing in paragraph

Transcript of Robert Fink
Conducted on June 24, 2024                                    52

1    five would be less substantial?

2         A.    I would put that there may be a smaller

3    probability that you would win the case, right?  In

4    other words, this is a report to a lawyer.

5              So my report on the situation with the

6    music is if this hypothetical situation exists you

7    could argue this.  If this hypothetical situation

8    exists you might not be able to argue that.

9              So yeah, I mean this is -- I am not trying

10   to claim that somehow the objective relationship

11   between the two songs changes based on something

12   that has nothing to do with them because that would

13   be wrong.

14        Q.    Earlier in your testimony you refer to the

15   extrinsic text.  Is that correct?

16        A.    Yeah, and I think I got it right.  This is

17   always one where sometimes I do it backwards but

18   yes, if I got that correct the extrinsic test is the

19   one that musicologists do.

20        Q.    And what is your understanding of what the

21   extrinsic test entails?

22        A.    I did not go to law school, but my

23   understanding is that the intrinsic test is what the

24   average person would hear, and thus it is sort of,

25   again, this is my understanding of the broad outline

Transcript of Robert Fink
Conducted on June 24, 2024                                         53

1    of how this works that would in principal be what a

2    jury would decide.

3            But the extrinsic test is in a sense an

4    expert opinion as to whether there is some --

5    whether there is enough objective similarity between

6    the two pieces of music that it matters what the

7    jury might think; that is my understanding.

8            I don't know that that is not my training

9    or expertise so it is possible I got wrong; didn't

10   shade that correctly.

11       Q.   And do you have an understanding of when

12   there is enough, is there a standard that is met --

13   that needs to be met?

14       A.   In my experience it has been a judge that

15   decides that, you know, so what you do is you

16   present the evidence and you as an expert render a

17   judgment or an opinion, but musicology, although it

18   has the OLOG ending is not that kind of science.  I

19   mean -- never mind.

20       Q.   Okay.  At the end of your report you state

21   that certain similarities you claim could be quite

22   significant in assessing damages.  Do you see that?

23       A.   Uh-huh.

24       Q.   Is it your understanding that the purpose

25   of your report was to provide an assessment of

Transcript of Robert Fink
Conducted on June 24, 2024                                    60

1    in a classical music course and those papers

2    involved popular music subjects?

3         A.    No, but there is lyrics are lyrics.  We

4    are talking about rhymed poetry sung to music.  And

5    in fact, some of it was on the border of popular

6    music, for instance Gilbert and Sullivan operettas.

7         Q.    In your report paragraph one, you state

8    that the songs are based on the same idea.  And

9    there you are referring to a lyrical idea, correct?

10        A.    Can you be clear about what a lyrical idea

11   is?

12        Q.    Let me ask it this way.

13              You write in your report, quote, the two

14   songs are based on the same idea, unquote.  What is

15   that idea?

16        A.    The idea is what I state it to be.  So,

17   the idea certainly is communicated through the

18   lyrics, but the idea is effectively a state of mind.

19        Q.    Where in your report do you state what the

20   idea is?

21        A.    I think right there the singer makes an

22   elaborate list of the conventional material

23   trappings of Christmas, etcetera.

24        Q.    Okay, thank you.  To the end of that

25   sentence?  Thank you.

Transcript of Robert Fink
Conducted on June 24, 2024                        61

1            And other than this idea, are there any

2    other ideas in those two songs that in your opinion

3    have significant similarities?

4         A.   No. I think there is just -- yeah.

5              Mr. Lamm:  I am going to introduce the

6    next exhibit.

7                   (Defendant's Exhibit 8 - premarked

8                        for identification only)

9

10             Mr. Lamm:  It has been pre-marked as

11   Exhibit Eight.  It has been marked as Exhibit Eight.

12   By Mr. Lamm:

13        Q.   And this is the report of Professor

14   Nathaniel Lewis.  Are you familiar with this report?

15        A.   I looked at it.

16        Q.   And you did not prepare a rebuttal to this

17   report, correct?

18        A.   No.

19        Q.   If you turn to page 46 there is an

20   appendix.

21        A.   I see, yes.

22        Q.   Can you please review this page 46 and let

23   me know whether, in your opinion, it accurately

24   reflects the lyrics in Vance.

25        A.   Yeah.

Transcript of Robert Fink
Conducted on June 24, 2024                                           62

1          Q.   Are there any lyrics in this appendix that

2     you think -- scratch that.

3               Are there any lyrics in Vance that you

4     believe are different from the lyrics that are

5     transcribed here?

6          A.   No.

7          Q.   The lyric "cause all I want for Christmas

8     is you" occur five times in Vance; is that correct?

9          A.   Yes.

10         Q.   And the lyric "cause" always precedes the

11    lyrics "all I want for Christmas is you".  Is that

12    correct?

13         A.   Yes.

14         Q.   Next, page 47.  Can you please review

15    these pages 47 to 48 Professor Lewis's report and

16    tell me whether, in your opinion, it accurately

17    reflects the lyrics in Carey?

18         A.   Yes.

19         Q.   Does the lyric "cause" ever precede the

20    lyric "all I want for Christmas is you" in Carey?

21         A.   No.

22         Q.   Okay.  In paragraph one of your report you

23    state that in both songs the singer makes a, quote,

24    elaborate list of the conventional material

25    trappings of Christmas, unquote.  Do you see that?

Transcript of Robert Fink
Conducted on June 24, 2024                           63

1        A.   Uh-huh.

2        Q.   Looking at the lyrics in Vance can you

3   please identify the line or lines of lyrics where,

4   in your opinion, the singer makes an elaborate list?

5        A.   I am sorry, that is 46.  Well, first three

6   lines, lines five through seven, I guess then I

7   guess eight and -- eight and nine, eight is repeated

8   at 17, there.

9        Q.   Is that it?

10       A.   Yeah.

11       Q.   So lyrics lines one through three are just

12   to make sure, "take back the holly and mistletoe,

13   silver bells on strings, if I wrote a letter to

14   Santa Claus"?

15       A.   Yeah.

16       Q.   In your opinion the singer is making an

17   elaborate list to there?

18       A.   Not just -- no, the list becomes elaborate

19   when you add it altogether.

20       Q.   Is the -- but the singer, in your opinion,

21   is making a list there?

22       A.   In my opinion, yes.

23       Q.   Do the lyrics -- scratch that.

24            The lyrics don't specifically state that

25   the singer is making a list; is that correct?

Transcript of Robert Fink
Conducted on June 24, 2024                                          64

```
 1        A.   That is correct.
 2        Q.   So, by list you are referring more loosely
 3   to the fact that the singer is naming Christmas-
 4   related trappings; is that correct?
 5        A.   Yes, one after another.
 6        Q.   The singer is not literally creating a
 7   list; you agree?
 8        A.   I do.
 9        Q.   Okay.  Is there any particular
10   organization that you can identify to the order in
11   which the Christmas-related trappings are named in
12   Vance?
13        A.   No, not obvious to me.
14        Q.   Let me just go back for a moment just to
15   confirm.  You said this metaphorical list occurs in
16   lines one through three, correct, and five through
17   seven?
18        A.   Yes.
19        Q.   And then eight and nine; is that correct,
20   that is what you said?
21        A.   No, just nine.
22        Q.   So the singer is saying I don't need
23   expensive things?
24        A.   Yes.
25        Q.   Expensive things being a material trapping
```

Transcript of Robert Fink
Conducted on June 24, 2024                    65

1    of Christmas?

2         A.   Yes.

3         Q.   Now using the line numbers in Carey, this

4    is page 47 in Professor Lewis's report.  Can you

5    please identify where, in your opinion, the singer

6    is making an elaborate list of the conventional

7    material trappings of Christmas?

8         A.   Well, most obviously 25, actually also 13

9    to 16, 11 and 12, which is the same as three and

10   four I guess.  Those are the places, the bridge

11   section which starts at what, 33 has another long

12   list.

13        Q.   So line 25 is "I won't make a list and

14   send it"?

15        A.   (Nods head.)

16        Q.   And in your opinion that's showing that

17   the singer is making a list of conventional material

18   trappings of Christmas?

19        A.   Yes, it seems paradoxical doesn't it, but

20   the list that you send to Santa is one of the

21   trappings of Christmas.

22             And so even in disavowing the intention to

23   do that you are actually putting it in the list that

24   the song makes of the trappings of Christmas.

25        Q.   I understand.  So here in your report when

Transcript of Robert Fink
Conducted on June 24, 2024                              66

1    you are referring to an elaborate list of

2    conventional material trappings, that includes every

3    time any Christmas-related trapping occurs in either

4    of the songs?

5         A.   Yes.

6         Q.   Is trapping a word?

7         A.   Oh, yeah.

8         Q.   Very good.  I meant personally.  I don't

9    know singular trapping.

10        A.   Trapping, I guess by extension, yes.

11        Q.   And then the bridge you said occurs at

12   line 33, correct?

13        A.   Yeah, I yes, or there are a number of ways

14   you could refer to that section, but that is a

15   separate section.

16        Q.   In your opinion is it the bridge?

17        A.   Yeah.

18        Q.   Now here you would agree that the singer

19   is not saying I don't want these things; I only want

20   you.  The singer is not saying that, correct?

21        A.   Correct.

22        Q.   And you are still including them as part

23   of the list of conventional material trappings of

24   Christmas?

25        A.   Yes, but I would stipulate your point.  I

Transcript of Robert Fink
Conducted on June 24, 2024                    67

1    mean, that is a significant distinction, so I am not

2    -- I wouldn't disagree with what you just said.

3          Q.   Is there any particular organization that

4    you can identify in the order in which conventional

5    material trappings of Christmas are named in Carey?

6          A.   Oh, in Carey?

7          Q.   Yeah.

8          A.   No, I don't have any analysis of that, so

9    it is possible there is, but it is not in my report.

10         Q.   And can you identify any sitting here?

11         A.   No.

12         Q.   So, what you are pointing out in paragraph

13   one is that in both songs the singer identifies

14   conventional material trappings of Christmas in no

15   particular order?

16         A.   Yes.

17         Q.   And you didn't identify any similarities

18   in the organization of or the order in which those

19   lyrics appear in the two songs?

20         A.   No.

21         Q.   Okay.  Can you point out in your report

22   that the songs show the word mistletoe.  Is that

23   correct?

24         A.   I do.

25         Q.   In Vance the lyric "mistletoe" occurs in

Transcript of Robert Fink
Conducted on June 24, 2024                    68

1    the line "take back the holly and mistletoe",

2    correct?

3         A.    Uh-huh.

4         Q.    Is it fair to interpret that line as

5    saying the singer does not want holly or mistletoe

6    because all she wants for Christmas is you?

7         A.    Yes.

8         Q.    And in Carey the lyric "mistletoe" occurs

9    in the line "I am just going to keep on waiting

10   underneath the mistletoe", correct?

11        A.    Yes.

12        Q.    Is it fair to interpret that line as

13   saying the singer is going to wait for a kiss under

14   the mistletoe?

15        A.    Yes.

16        Q.    So you agree that that lyric is being used

17   in a different context?

18        A.    Yes.

19        Q.    In paragraph two of your report you also

20   quote lyrics - sleigh bells.  Is that lyric in

21   Vance?

22        A.    Yeah, well, they are silver bells.

23        Q.    What are silver bells?

24        A.    I have often wondered.  You know, I am

25   going to confess to you it is a conventional

Transcript of Robert Fink
Conducted on June 24, 2024                     69

1    Christmas image; they could be sleigh bells on
2    strings.
3         Q.   If I told you they are decorative
4    ornaments usually hung on Christmas trees, do you
5    have any reason to disagree with that?
6         A.   No.
7         Q.   And in Vance, silver bells occurs in line
8    two, correct?
9         A.   Uh-huh.
10        Q.   How do you interpret that line?
11        A.   How do I interpret?  Yeah, I would
12   interpret it as being about decorations.
13        Q.   Is she saying - I shouldn't say she - is
14   the singer saying here - take back the silver bells
15   on strings?
16        A.   Yes, that's how I would read it.
17        Q.   Does Carey use the lyrics "silver bells"?
18        A.   No.
19        Q.   Why did you identify that word in your
20   report?
21        A.   That was an error.  It should have been
22   sleigh and then bells separately.
23        Q.   So you say sleigh, where in Vance does
24   that occur?
25        A.   Line five.

Transcript of Robert Fink
Conducted on June 24, 2024                              70

1        Q.   I don't need sleigh rides in the snow?

2        A.   Uh-huh.

3        Q.   And where does that occur in Carey?

4        A.   In 38.

5        Q.   I hear those sleigh bells ringing?

6        A.   Yes.

7        Q.   What is a sleigh bell?

8        A.   A bell that is attached to a sleigh.

9        Q.   In Carey, the line "I hear those sleigh

10   bells ringing", the singer is not saying she doesn't

11   want sleigh bells or saying take back the sleigh

12   bells.  Do you agree that's not the meaning of that

13   line?

14        A.   I do agree.  I will note that in that

15   second paragraph there I am talking about images and

16   phrases, so yeah, so taking I was -- to me that

17   implies they can be taken out of context.

18        Q.   The lyric "snow" in Vance, where does it

19   occur?

20        A.   In line five.

21        Q.   I don't need sleigh rides in the snow?

22        A.   Uh-huh.

23        Q.   And in Carey where does the lyric "snow"

24   occur?

25        A.   22.

Transcript of Robert Fink
Conducted on June 24, 2024                    71

1        Q.   And what is the line?

2        A.   I won't even wish for snow.

3        Q.   Do you agree that in Vance the term snow

4    is used as the context for a sleigh ride?

5        A.   Yes.

6        Q.   And in Carey it is not used as the context

7    for a sleigh ride?

8        A.   Yes.

9        Q.   Paragraph two of your report you also put

10   quotes around the word asking.  Can you please

11   identify where in the lyrics of Vance that lyric

12   occurs?

13       A.   The fourth line.

14       Q.   Is that it?

15       A.   The fourth line, yeah.

16       Q.   And that "is I would ask for just one

17   thing"?

18       A.   Yes.

19       Q.   Can you please identify where in the

20   lyrics of Carey that word occurs?

21       A.   21 and 43.

22       Q.   Can you please read those lines?

23       A.   21 is "I won't ask for much this

24   Christmas".  And 43 is "this is all I am asking

25   for".

Transcript of Robert Fink
Conducted on June 24, 2024                                    72

1        Q.    Do you agree that in these lines in Carey
2    the singer is not necessarily asking Santa?
3        A.    No.
4        Q.    No, the singer is not necessarily asking
5    Santa?
6        A.    I am sorry.  Maybe I misunderstood the
7    question.  Can you repeat it?
8        Q.    Yes.  Do you agree that in Carey in the
9    lines that you identified -- scratch that.
10             The lyric "I won't ask for much this
11   Christmas" in Carey, is the singer necessarily
12   addressing Santa here?
13       A.    That is how I read it, yes.
14       Q.    What in the context leads you to conclude
15   that the singer is necessarily asking Santa?
16       A.    I would say process of elimination.  I
17   don't really -- I don't see who else could deliver
18   snow on Christmas other than some kind of
19   supernatural being.
20       Q.    Well, is she perhaps not asking anybody in
21   particular?
22       A.    That's a possible reading, but in the
23   context of the song --
24       Q.    And?
25       A.    I will leave it at that; it is a possible

Transcript of Robert Fink
Conducted on June 24, 2024                              73

1    reading.

2         Q.    You also quote, I don't want or I don't

3    need in paragraph two of your report.  Can you

4    please identify those lines in Vance?

5         A.    Vance.  I don't need, line five, I don't

6    need, line 9, 15 is related, but it is not exactly,

7    yeah.

8         Q.    Five, nine and 15?

9         A.    Yes.

10        Q.    And can you please read those lines?

11        A.    I don't need sleigh rides in the snow.  I

12   don't need expensive things, Santa can't bring me

13   what I need.

14        Q.    And why in your opinion is the lyric

15   "Santa can't bring me what I need" related to the

16   lyrics "I don't want" or "I don't need"?

17        A.    It uses the same verb; it inverts the

18   trope, but I wouldn't claim that that is a related,

19   not the same thing.  So, if you want to exclude it

20   you can.

21        Q.    Well, I am asking you.

22        A.    Well, I don't need this, I don't need

23   that, does lead logically to Santa can't bring me

24   what I need, which is something other than those

25   things that the protagonist doesn't need.

Transcript of Robert Fink
Conducted on June 24, 2024                          74

```
1          Q.   If one were to write a song based on the
2     idea of wanting or needing only you for Christmas,
3     would you agree that it necessarily follows that
4     that person wouldn't want or wouldn't need other
5     things for Christmas?
6          A.   Yes.
7          Q.   You refer to a dream or wish come true in
8     paragraph two of your report.
9          A.   Yes.
10         Q.   And in Vance what is that lyric?
11         A.   That is 14, right?  You are my dream come
12    true.
13         Q.   That the only line?
14         A.   It is repeated.
15         Q.   So the lyric "wish" is not in Vance,
16    correct?
17         A.   No.
18         Q.   The line "you are my dream come true", do
19    you agree the singer is telling this person, the
20    unnamed you, that that person is the singer's
21    metaphorical dream come true?
22         A.   Yes.
23         Q.   In Carey the lyric is "make my wish come
24    true", correct?
25         A.   Yes.
```

Transcript of Robert Fink
Conducted on June 24, 2024                    75

1      Q.   Does dream occur in Carey?

2      A.   No.

3      Q.   And in Carey in the lyric "make my wish

4   come true" do you agree that the singer's wish is to

5   be with the unnamed you for Christmas?

6      A.   Yes.

7      Q.   Okay.  Now in Vance if you can look at the

8   lyric "take back the tinsel stockings and bows

9   because all I want for Christmas is you".  Do you

10  see that?

11     A.   Yes, uh-huh, yes.

12     Q.   Do you agree in those lyrics the word

13  "cause" is there because the singer is giving a

14  reason for why she is saying take back the tinsel

15  stocking and bows?

16     A.   Yes.

17     Q.   And later in the lyric "Santa can't bring

18  me what I need cause all I want for Christmas is

19  you", the word cause is there because the singer is

20  giving a reason for why Santa can't bring her what

21  she needs?

22     A.   Yes.

23     Q.   And you agree that in Carey "all I want

24  for Christmas" is not preceded by cause, correct?

25     A.   Yes.

Transcript of Robert Fink
Conducted on June 24, 2024                                    76

1        Q.    What lyrics does it follow?

2        A.    Make my wish come true.  Don't know if

3    that is every time, but not every time.

4        Q.    Do you agree that in Carey the lyric "all

5    I want for Christmas" is not being offered as a

6    reason for what precedes it?

7        A.    Define what precedes it?

8        Q.    Do you agree that "I just want you for my

9    own" is the beginning of a structural section?

10       A.    In the lyrics.

11       Q.    I'm sorry, in the music.

12       A.    The music, yes, as it turns out.

13       Q.    Do you agree that it is the beginning of a

14   structural section in the lyrics?

15       A.    Yes.

16       Q.    And the lyric "all I want for Christmas is

17   you" in Carey, do you agree that lyric is not being

18   offered as a reason for the three lines of lyrics

19   that precedes it?

20       A.    Yes.

21       Q.    Is it being offered as a reason -- scratch

22   that.

23            In Carey is the line "all I want for

24   Christmas is you" being offered for a reason for any

25   other lines of lyrics?

Transcript of Robert Fink
Conducted on June 24, 2024                    77

```
1        A.   Yes.

2        Q.   Which lines?

3        A.    It happens multiple times and it is

4   usually it is the stanza before where that stuff is

5   set up.

6        Q.   Which specific lyrical lines are you

7   talking about?

8        A.   Well, we were, okay, since we were talking

9   about 17 through 20, which is where the music

10  changes, if you go from there then it is 13 through

11  15 and actually 9 through 12, so that whole sequence

12  there.

13       Q.   So you are referring generally to the idea

14  that because the singer only wants you for Christmas

15  she doesn't want other things?

16       A.   Yes.

17            Mr. Lamm:  Okay.  We need to change tapes

18  so why don't we go off the record so our

19  videographer can do that.

20            Mr. Fox:  Take a break for 15 minutes?

21            The Videographer:  Everyone please stand

22  by.  We are going off the record.  The time is 12:18

23  p.m.

24            (Brief recess.)

25            The Videographer:  Back on the record.
```

Transcript of Robert Fink
Conducted on June 24, 2024                                    78

1      The time is 1:27 p.m.

2      By Mr. Lamm:

3          Q.   All right.  Returning to paragraph two of

4      your report, you use the phrase traditional seasonal

5      images.  Do you see that?

6          A.   Yes.

7          Q.   And just for clarification, is that term

8      synonymous with conventional material trappings of

9      Christmas?

10         A.   No.  They are not the same; they are

11     related.

12         Q.   How?

13         A.   Well, by saying images I am actually

14     talking about stuff that would show up in a work of

15     art.

16             The trappings of Christmas doesn't have

17     that, so that is the only difference.

18             I mean, they obviously refer to the same

19     thing but seasonal images is what you would talk

20     about being in a Christmas song, and I guess

21     trappings of Christmas could be anywhere in your

22     living room.

23         Q.   So this list of quoted lyrics in paragraph

24     two that you have mistletoe, Santa, sleigh bells, so

25     forth, you say here that those are all traditional,

Transcript of Robert Fink
Conducted on June 24, 2024                        79

1    seasonal images, correct?

2         A.   Yes.

3         Q.   Are any of them that you identify -- any

4    of the words that you identify in quotes in

5    paragraph two not traditional seasonal images?

6         A.   Well, the notion of a dream or a wish that

7    might come true that is more general.

8         Q.   In your opinion is that commonly

9    associated with Christmas?

10        A.   Wishes, yes.

11        Q.   Dreams that might come true?

12        A.   Yeah, not exclusively, but mistletoe is

13   exclusively Christmas, but yes, I think dreams or

14   wishes that come true are associated with Christmas.

15        Q.   And all of these quoted terms, would you

16   agree that they are common in Christmas songs?

17        A.   Yes.

18        Q.   You agree that they are also all

19   conventional material trappings of Christmas,

20   correct?

21        A.   Well, not the dreams and wishes, but with

22   that minor exception yes, for the most part, yes.

23        Q.   Are there any other lyrics other than the

24   lyrics you quote in this paragraph two that in your

25   opinion have significant similarities?

Transcript of Robert Fink
Conducted on June 24, 2024                                    80

1        A.    No, I think I got them all; those are
2    them.
3        Q.    Would you agree that writing a letter to
4    Santa Claus is a traditional seasonal image of
5    Christmas?
6        A.    Yeah.
7        Q.    And that occurs in many Christmas songs?
8        A.    I haven't done research on this, but I
9    would guess that it does.
10       Q.    Is holly a traditional seasonal image of
11   Christmas?
12       A.    Yes.
13       Q.    Is tinsel a traditional seasonal image of
14   Christmas?
15       A.    Yes.
16       Q.    Are bows a traditional seasonal image of
17   Christmas?
18       A.    Not exclusively, but yes.
19       Q.    Are they commonly associated with
20   Christmas?
21       A.    Bows, I honestly I don't know if they are
22   more associated with Christmas than anything else,
23   but yeah, they are not un-associated with Christmas.
24       Q.    Are angels traditionally associated with
25   Christmas?

Transcript of Robert Fink
Conducted on June 24, 2024                               81

```
1        A.   If they are on high, yes.
2        Q.   Presents underneath the Christmas tree?
3        A.   Absolutely, yeah.
4        Q.   They are a traditional image of Christmas?
5        A.   That is a traditional Christmas image.
6        Q.   How about toys?  Is that a traditional
7   image of Christmas?
8        A.   Yes, in the United States.
9        Q.   Are reindeer a traditional image of
10  Christmas?
11       A.   Again, in the US.
12       Q.   Are lights commonly associated with
13  Christmas?
14       A.   Yes.
15       Q.   Is laughter commonly associated with
16  Christmas?
17       A.   That just seems too general - laughter.
18  If I will say this - if you did word association
19  with me and said laughter I wouldn't necessarily say
20  Christmas, whereas if you said mistletoe I would
21  absolutely say Christmas.
22       Q.   How about Christmas cheer; is that?
23       A.   That is by definition associated with
24  Christmas.
25       Q.   And laughter is associated with Christmas
```

Transcript of Robert Fink
Conducted on June 24, 2024                                    82

1    cheer would you say?

2          A.    In the context.

3               Mr. Fox:  Asked and answered.

4               The Witness:  Okay, in the context of

5    Christmas cheer.

6    By Mr. Lamm:

7          Q.    Yes.

8          A.    Then laughter, those two things together

9    would be associated with Christmas.

10         Q.    Is singing a traditional seasonal image of

11   Christmas?

12         A.    Yes.

13         Q.    Thank you.  You testified that you don't

14   have a degree in literature, correct?

15         A.    No, I do not.

16         Q.    Do you have any formal training in the

17   analysis of literary works?

18         A.    Yes.

19         Q.    What is that training?

20         A.    Part of my undergraduate training I was

21   for two years going to do a double major in English,

22   so I took the introductory required seminar in

23   English poets year-long seminar at Yale; a very

24   serious introduction to poetics.

25               When I was a grad student I took a class

Transcript of Robert Fink
Conducted on June 24, 2024                              85

```
 1   done some things that were broader than music but I
 2   want to just be clear - I have never been asked to
 3   write an expert report on a novel or something like
 4   that, so I have never.
 5        Q.   Go ahead.
 6        A.   Or a poem per se.
 7        Q.   So the expert report was about a song.  Is
 8   that correct?
 9        A.   It was about the cultural image of Fred
10   Astaire, so it went across a whole bunch of
11   different media.
12        Q.   And was that in a copyright lawsuit?
13        A.   Yeah, it was a while ago.
14        Q.   Do you recall the name?
15        A.   No, I can -- you mean like what?
16        Q.   The name of the lawsuit?
17        A.   No.
18        Q.   Do you recall what it was about?
19        A.   I believe it was about whether work of art
20   - and I am sorry if I am vague on this - because it
21   was mostly research into Fred Astaire, which I think
22   because Fred Astaire is a dancer and a singer was
23   next to music was why I was asked.
24           So, it was a broader cultural survey and I
25   don't mention it to argue that that was an analysis
```

Transcript of Robert Fink
Conducted on June 24, 2024                              86

1    of a literary work; it's just that it dealt with a

2    bunch of different kinds of texts that literature

3    professors talk about.

4            They talk about films, they talk about,

5    you know, memoirs and things like that - novels,

6    places where Fred Astaire, the imaginary shows up.

7        Q.   Have you performed a comparative analysis

8    of Vance and Carey to determine whether there are

9    any similarities or differences in the settings that

10   the lyrics depict?

11       A.   No, I did not.  Wait, to be fair, not as a

12   whole in terms of a particular part of the song I

13   did consider that, but I didn't do a systematic

14   discussion of that.

15       Q.   What portion of the song are you referring

16   to?

17       A.   Just actually literally the key phrase

18   "all I want for Christmas is you".

19       Q.   And what did you conclude with regards to

20   the setting?

21       A.   That there is significant similarities

22   there.

23       Q.   And what is a similarity?

24       A.   The melodic contour.

25       Q.   I am sorry, let me clarify.

Transcript of Robert Fink
Conducted on June 24, 2024                    87

1           By setting, I mean setting as in a
2     literary analysis.  A place or time.
3           A.   Oh, oh, I thought you meant, I'm sorry,
4     thank you for clarifying that.  No, no, I didn't
5     consider setting as a kind of literary content.
6           Q.   Have you performed a comparative analysis
7     of Vance and Carey to determine whether there are
8     any similarities or differences in the characters
9     that are depicted in the lyrics?
10          A.   No, I haven't.
11          Q.   Have you performed a comparative analysis
12    of the lyrics in Vance and Carey for any
13    similarities or differences in any plot depicted in
14    the lyrics?
15          A.   No, because in this case I don't know that
16    that would be relevant.
17          Q.   Why, in your opinion, would that not be
18    relevant?
19          A.   It seems to me that both of these lyrics
20    are actually expressions of feeling as opposed to
21    narrative ballads, so I don't really perceive them
22    as having a plot.
23          Q.   Are you familiar with the term dialogue?
24          A.   Yes, although it has multiple meanings.
25          Q.   And what do you -- what does it mean in

Transcript of Robert Fink
Conducted on June 24, 2024                          88

1    the context of literary analysis?

2         A.   So, the reproduction of back and forth

3    speech in a text.

4         Q.   Do you agree that neither Vance or Carey

5    features any dialogue?

6         A.   Yes.

7         Q.   Did you conduct a comparative analysis of

8    any literary themes in the lyrics of Vance and

9    Carey?

10        A.   Literary themes.  Can you define what you

11   mean by themes?

12        Q.   Well, what is your understanding of what

13   the term literary themes means?

14        A.   Well, it could either mean -- it could

15   mean theme by analogy to what we call a theme in

16   music; in other words, so it could be a repeated

17   image or a word that comes back or some unifying

18   device.

19             But it could also mean - this is hard to

20   define - the deeper cultural meaning that the text

21   is trying to address.

22             And I would say if that's what you mean

23   and analyzing the deeper thematics, I did not do

24   that.

25        Q.   Okay.  And the first meaning that you

Transcript of Robert Fink
Conducted on June 24, 2024                                    89

1    identified you are referring to the occurrence of

2    certain lyrics in certain places of the song -- is

3    that a fair --

4        A.   Yeah.  On the one hand Christmas could be

5    the theme; in other words, what is the theme of

6    this, well, it is about Christmas.

7             But of course there are other kinds of

8    themes that have to do with what people value and

9    like things like family or love and the like, and I

10   did not systematically analyze that to see anything

11   beyond -- no, I did not systematically analyze that.

12       Q.   So in terms of literary themes is it your

13   testimony that they are similar only in that they

14   both concern Christmas?

15       A.   No.  That's not -- I did not in the report

16   analyze this partially because it seems pretty self

17   evident to me that it is not just that they are

18   Christmas songs.

19            These songs are thematic, yeah, these two

20   songs are thematically completely different than say

21   Santa Baby as Eartha Kitt sings it, but it would not

22   -- it did not seem to me that one could make an

23   argument that two songs whose theme is that love is

24   more important than other things at Christmas that

25   that was something you could copyright, so I am not

Transcript of Robert Fink
Conducted on June 24, 2024                    90

1    making that claim.

2         Q.   Okay, so to clarify the theme in terms of

3    literary theme, it is your testimony that the

4    similarity is that both songs -- that the theme in

5    both songs is that love is more important than

6    material things?

7         A.   Yes.  When you are in a formal deposition

8    you sometimes second guess yourself, but I would say

9    that would, yes, I would agree with that.  I don't

10   know if that is the only theme.

11        Q.   Well, are you aware of any other themes

12   that you, in your opinion, are significantly

13   similar?

14        A.   No, not without doing more detailed

15   analysis.

16        Q.   Are you familiar with the concept of meter

17   in literary analysis?

18        A.   Oh yeah.

19        Q.   Can you please explain it?

20        A.   Meter is -- it is a characteristic of

21   poetic literature and has to do in English anyway

22   with the patterns of weak and strong accents in

23   poetic lines and groupings of those weak and strong

24   accents.

25        Q.   Do you agree that the lyrics in Carey

Transcript of Robert Fink
Conducted on June 24, 2024                    91

1    follow a consistent pattern of a stressed syllable

2    followed by an unstressed syllable?

3        A.    Let me just refresh my memory here, yes.

4        Q.    Do you agree that the lyrics in Vance do

5    not have a consistent pattern of stressed and

6    unstressed syllables?

7        A.    No, I don't agree.  How did you phrase it?

8        Q.    I will reask the question.

9              Do you agree that the lyrics in Vance do

10   not have a consistent pattern of stressed and

11   un-stressed syllables?

12       A.    I would say that the pattern appears to be

13   less consistent than in Carey.

14       Q.    Okay.  Can you please identify the

15   pattern?

16       A.    There are significant first strong, weak

17   accents, take back.  I don't need, right, underneath

18   the Christmas tree.  You are the angel.  You are my

19   dream.

20             So it's hard to assert a complete

21   negative, but I will say yes, it is less consistent.

22       Q.    So the similarity that you are identifying

23   -- I am sorry, scratch that.

24             The pattern that you are identifying,

25   you're saying that there are stressed syllables that

Transcript of Robert Fink
Conducted on June 24, 2024                                    92

1    occur at the beginning of lines?

2         A.   Or in continuing - I don't need expensive

3    things.

4              Now, versification and meter is like every

5    other kind of aesthetic analysis; there is room for

6    interpretation.

7              So, the question of how do you actually

8    talk about the meter of the lyrics say in Vance

9    depends.

10             You have to assume, first off, that the

11   natural speech rhythms aren't all that matter,

12   because no English poetry that's worth anything is

13   so sing songy that it just absolutely follows a

14   regular pattern.  You don't get that in Shakespeare.

15   You don't get that in Wordsworth.

16             So, I mean it doesn't mean that there

17   isn't some kind of underlying framework and it may

18   be that it is more obvious in Carey than it is in

19   Vance, but it doesn't mean that it is not there.

20        Q.   And as you sit here now can you identify

21   what that framework is?

22        A.   Hmm.  Yeah, neither of the two lyrics has

23   the sort of default which is the weak, strong sort

24   of Iambic poetic meter.

25             So, if I were going to figure out where

Transcript of Robert Fink
Conducted on June 24, 2024                                    95

```
1        A.    Uh-huh.
2        Q.    You state, quote, many of these are
3   traditional seasonal images of course, but the
4   piling up of substantially similar turns of phrase
5   is striking.  Do you see that?
6        A.    Yes.
7        Q.    First, can you identify what turns of
8   phrase you are referring to?
9        A.    The ones I talk about in that paragraph.
10       Q.    So, these quoted words is that what you
11  are referring to?
12       A.    Yeah, turns of phrase.
13             So turns of phrase to me is encompasses
14  both an individual word, but also kind of a phrase
15  like underneath the Christmas tree.
16       Q.    And by piling up are you suggesting just
17  that there is a number of these words that occur?
18       A.    Yes.
19       Q.    Are you familiar with the term striking
20  similarity as used in a copyright infringement
21  context?
22       A.    No, I am not.  I could not define it for
23  you in a specifically legal way.
24       Q.    I am sorry, I didn't hear you.
25       A.    I could not define that as a legal term.
```

Transcript of Robert Fink
Conducted on June 24, 2024                                96

1        Q.   So when you say striking here that is not
2    a reference to the legal --
3        A.   No.
4        Q.   Standard of striking similarity?
5        A.   No, I did not mean it to have a
6    specifically legal meaning.
7        Q.   And you are not purporting to offer an
8    opinion here that the lyrics are sufficient to meet
9    the legal standard of striking similarity.  Is that
10   correct?
11       A.   Yes.
12       Q.   Yes, that's correct?
13       A.   Yes, that's correct.
14       Q.   In reaching your conclusions regarding
15   Vance and Carey, did you search for other songs
16   predating Vance that included the allegedly similar
17   lyrics?
18       A.   No.
19       Q.   Would a search for songs -- scratch that.
20            Mr. Lamm:  And here is the next exhibit.
21   This has been previously marked as Exhibit Two.
22   This is Dr. Ferrara's report.
23
24            (Defendant's Exhibit 2 - previously
25               marked for identification only)

Transcript of Robert Fink
Conducted on June 24, 2024                    97

1    By Mr. Lamm:

2        Q.    I have inserted tabs into the paper copies

3    to make it easier for us to flip to the exhibits.

4        A.    Okay.

5        Q.    Professor Fink, did you review this

6    report?

7        A.    Yes.

8        Q.    And you did not prepare a rebuttal report

9    to it.  Is that correct?

10       A.    No.

11       Q.    Turning to visual Exhibit C, Dr. Ferrara

12   provides transcriptions of lyrics from various

13   songs.  Did you review these song lyrics?

14       A.    When I looked at the report, yes.

15       Q.    Do you believe that Dr. Ferrara

16   transcribed any of these lyrics inaccurately?

17       A.    No.

18       Q.    If you turn to visual Exhibit C, page two,

19   you will see the report discusses the song "You're

20   All I Want for Christmas" by Brook Benton?

21       A.    Uh-huh.

22       Q.    Did you review these lyrics?

23       A.    Yes.

24       Q.    Do you agree that in this song the idea is

25   that the singer is saying that he or she doesn't

Transcript of Robert Fink
Conducted on June 24, 2024                                98

```
 1    want or doesn't need conventional material trappings
 2    of Christmas because the unnamed you is all the
 3    singer wants for Christmas?
 4         A.   Yes.
 5         Q.   If you turn to page 63?
 6              Mr. Fox:  Of Exhibit C?
 7    By Mr. Lamm:
 8         Q.   Page 63 of Exhibit C.  Are you familiar
 9    with the song "All I Want for Christmas is You" by
10    Carla Thomas?
11         A.   Wait.  What page are we on?
12         Q.   This would be page 63 of visual Exhibit C?
13         A.   Okay, page 63, yes.
14         Q.   You are familiar with this song?
15         A.   Yes, I am now.
16         Q.   Have you heard this song before you
17    prepared this report?
18         A.   I don't remember.
19         Q.   Do you agree that the lyrics of
20    Carla Thomas's "All I Want for Christmas is You" are
21    accurately transcribed here in Dr. Ferrara's visual
22    Exhibit C?
23         A.   Yes.
24         Q.   And in the lyrics of that song "All I Want
25    for Christmas is You" by Carla Thomas, the
```

Transcript of Robert Fink
Conducted on June 24, 2024                               102

1    is saying that he or she doesn't want or doesn't

2    need material things because all they want for

3    Christmas is an unnamed you?

4         A.   Yes, the material things are different.

5         Q.   If you could turn to page 68.  The report

6    discusses the song "I Just Want You for Christmas"

7    by the Gold Diggers.  Are you familiar with that

8    song?

9         A.   Yes.

10        Q.   Were you familiar with this song before

11   you prepared your report?

12        A.   No, I did not know this.

13        Q.   Did you learn about this song from Dr.

14   Ferrara's report?

15        A.   Yes.

16        Q.   Do you have any reason to doubt that the

17   lyrics of this song are accurately reprinted here?

18        A.   No.

19        Q.   And do you agree that in this song the

20   singer is saying that he or she doesn't want or

21   doesn't need various trappings of Christmas; she

22   just wants you?

23        A.   Yes.

24        Q.   If you could turn to page 75 of Dr.

25   Ferrara's visual Exhibit C.  This is the song "All I

Transcript of Robert Fink
Conducted on June 24, 2024                      103

1    Want for Christmas is Your Love" by Dee Irwin and

2    Mamie Galore, are you familiar with that song?

3         A.    No.

4         Q.    Sitting here now?

5         A.    No, of course I am familiar with it now,

6    but no, sorry, yes, I am.

7         Q.    And did you learn about this song from Dr.

8    Ferrara's report?

9         A.    Yes, I did.

10         Q.    Do you agree that these lyrics include

11    references to bells, mistletoe, snow and Santa?

12         A.    Yes.

13         Q.    And the singer also states that people are

14    exchanging gifts, but the singer doesn't want that,

15    correct?

16         A.    Yes.

17         Q.    So, is it fair to say that the singer is

18    saying she doesn't want or doesn't need various

19    trappings of Christmas; she just wants your love?

20         A.    Yes.

21         Q.    A few more.  If you could turn to

22    Exhibit Eight; this is Professor Lewis's report.

23         A.    Okay.

24         Q.    If you turn to Page six and on Pages six

25    to seven professor Lewis includes excerpts of lyrics

Transcript of Robert Fink
Conducted on June 24, 2024

1    from various songs.  Did you review these excerpts?

2         A.    Yes.

3         Q.    Do you have any reason to believe that

4    Professor Lewis transcribed these lyrics

5    inaccurately?

6         A.    No.

7         Q.    And do you agree that the idea or theme in

8    these lyrics is that the presence of a loved one is

9    more important than the trappings and material gifts

10   of the Christmas season?

11        A.    Trappings and gifts, yes.  Some of the

12   songs are about the gifts then they are not

13   trappings, but yes, if you include both of those

14   than, yes, I agree.

15        Q.    Can you please turn to page 17 of

16   Professor Lewis's report.

17        A.    (Witness complies).

18        Q.    On pages 17 and 18 Professor Lewis has

19   identified songs with various words in their lyrics.

20   Did you review this list?

21        A.    Yes.

22        Q.    And are there any lyrics that professor

23   Lewis quotes that, in your opinion, do not actually

24   occur in those songs?

25        A.    Not as far as I know.

Transcript of Robert Fink
Conducted on June 24, 2024                                    105

1          Q.   All right.  Please turn to page 30.  There

2     is another bullet list of examples.  Did you review

3     these examples?

4          A.   Yes.

5          Q.   And for the record to be clear, this is

6     page 30 of doctor, excuse me, page 30 of Professor

7     Lewis's report and are the lyrics on pages 30 and 31

8     Professor Lewis's report, do they, in your opinion,

9     accurately quote lyrics from those songs?

10         A.   As far as I know, yes.

11              Mr. Lamm:  Could we take a five-minute

12    break?

13              The Videographer:  Please stand by.  We're

14    going off the record.  The time is 2:19 p.m.

15              (Brief Recess.)

16              The Videographer:  Going back on the

17    record.  The time is 2:31 p.m.

18    By Mr. Lamm:

19         Q.   What key is Vance in?

20         A.   What key is it in?  Well, I transposed

21    them to the same, well, actually to me it is not a

22    relevant question; that's not something you can

23    copyright.

24              And whether they are in the same or

25    different keys is really not relevant to the

Transcript of Robert Fink
Conducted on June 24, 2024                                109

1        Q.   So, you identified the low F sharp in

2    measure 22.  Is that correct?

3        A.   Yes, and it is this is -- it is just a

4    question of how you -- some of the other notes other

5    things he is just notated with an X for sort of an

6    un-pitched thing and, you know.

7             As I said, you could go back and forth as

8    to whether you should have you are claiming this

9    very, very broad leap.

10       Q.   And what would you transcribe that note

11   as?

12       A.   I might have done what he did in other

13   places which is just put an X there.

14       Q.   Okay, anything else?

15       A.   No, no, I think it is -- I mean, there are

16   a couple of little glitches, but I am going to take

17   your word that those are printer problems, but in

18   terms of this transcription yes, I accept it.

19       Q.   Okay, so you identified the one the down

20   beat of measure 14?

21       A.   Yeah, and if you look at measure five

22   there is a missing stem there.  I mean, it is clear

23   what the meaning is but.

24       Q.   And the meaning is that is an eighth note,

25   correct?

Transcript of Robert Fink
Conducted on June 24, 2024                                    110

```
1        A.   Yes.

2        Q.   What is the term downbeat by the way?  How

3   do you define the term downbeat for the record?

4        A.   For the record, it is easy in a notated

5   piece of music; it is the first beat of the notated

6   bar.
```

```
7        Q.   Is it correct that the lyrics "cause all I

8   want for Christmas is you" and the melody sung to

9   those lyrics appears from the end of measure 14 to

10  measure 16 of Dr. Ferrara's transcription?

11       A.   Yes.

12       Q.   And in your report you refer to this

13  melody and lyrics as the hook of Vance.  Is that

14  correct?

15       A.   Yes.

16       Q.   You agree that in Vance the lyric "cause"

17  always immediately precedes the lyrics "all I want

18  for Christmas is you", correct?

19       A.   Yes.

20       Q.   Here, the lyric "cause" is song to an

21  eighth note that immediately precedes the note on

22  all.  Is that correct?

23       A.   Yes.

24       Q.   And that note to which the lyric "cause"

25  is sung is on scale degree six?
```

Transcript of Robert Fink
Conducted on June 24, 2024                                111

1        A.    Yes.

2        Q.    And in Vance, that eighth note on scale

3   degree six, sung to the lyric "cause" always

4   precedes the melody sung to the lyrics "all I want

5   for Christmas is you."  Is that correct?

6        A.    I would want to refer to the recording

7   cause there are some changes between verses and

8   things, so but it is certainly in the lyrics.  Like

9   I said I would want to listen to the whole thing but

10  certainly it is there almost all the time.

11       Q.    And sitting here now can you identify any

12  point where that note does not occur?  The note sung

13  to the lyric "cause" does not occur immediately

14  preceding "all I want for Christmas is you?

15       A.    No, sitting right here I cannot.

16       Q.    Do you agree that the lyric "cause" and

17  the note, the eighth note that it is sung to is part

18  of the hook of the song?

19       A.    No.

20       Q.    Why not?

21       A.    A simple reason is that it is the title of

22  the song is not "cause all I want for Christmas is

23  you".

24       Q.    Any other reason?

25       A.    Also, the -- well, that's an important

Transcript of Robert Fink
Conducted on June 24, 2024                    122

```
1    but that is not the way you think of the song.
2             Now on the other hand do I say that can I
3    say that as objectively of the fact that this
4    transcription is in G major and not D major, no.
5        Q.   So you are not taking a position on
6    whether or not that note on cause is part of the
7    hook phrase "all I want for Christmas is you"?
8        A.   Well, my report sort of implicitly
9    separates it, but you know, given that it has become
10   a point of intense interest I don't want to
11   misrepresent how I understand music.
12            So, it is not like I would -- some of the
13   evidence that I am using to make that judgment some
14   of it is what you might call external, right, it is
15   the way the song is titled which is a signal, okay,
16   what did the person who wrote this song think the
17   hook of the song was?
18            So somebody might decide that wasn't
19   actually the correct thing to do and that would be
20   their opinion.
21       Q.   And you see some validity to the opinion
22   that it is that the note on scale degree six sung to
23   the lyric "cause" is part of the phrase beginning
24   with all?
25       A.   Yeah, I would not be dogmatic about that;
```

Transcript of Robert Fink
Conducted on June 24, 2024                               123

1    in other words, I wouldn't mark a student down if

2    they analyzed it that way.

3         Q.    Thank you.  The lyric "all" now turning to

4    the next note, the lyric "all" is sung to a note on

5    scale degree six.  Is that correct?

6         A.    Yes.

7         Q.    And that note is a quarter note?

8         A.    Indeed.

9         Q.    That is two beats, correct?

10        A.    Yes.  If the unit of beat is the eighth

11   note, then it is two beats, argue there are other

12   ways to think of it.

13        Q.    And you agree Vance is in 12-8, correct?

14        A.    According to Mr. Ferrara, yes.

15        Q.    I am asking.

16        A.    See, this is where I become troublesome.

17   The transcription is in 12-8, but that is an artists

18   figures of the notation.

19             The song is in four beats, 4-beat phrases

20   with a swing.  It would be perfectly possible to

21   notate the song a different way.  And that will

22   probably turn out to be important.

23        Q.    So just to clarify, you disagree that the

24   meter of Vance is 12-8?

25        A.    No, I am just saying 12-8 is not

Transcript of Robert Fink
Conducted on June 24, 2024                                    124

1    necessarily a relevant concept for the kind of

2    blues-based music we are talking about here.

3            There are songs that sound just like this

4    which are notated in 4-4, which is an art; are they

5    more correct or less correct?

6            There is a convention that the way a song

7    is notated, especially in this style, is not the way

8    it is performed.

9            So if, you know, we could talk about like

10   I said, I would agree that it is in four and there

11   are given the swing nature of the groove it would be

12   possible to imagine three sub beats in each group of

13   four.

14           And if you wanted to you could notate it

15   as 12-8, but it is not like someone sat down and

16   said I want to write a song in 12-8; that would be

17   my given, my understanding of the popular music

18   creative process.

19      Q.   So, you agree that one valid way of

20   analyzing Vance is to analyze it in 12-8.  Is that

21   correct?

22      A.   It depends.

23      Q.   What does it depend on?

24      A.   What you are trying to figure out.

25      Q.   If I told you that the published sheet

Transcript of Robert Fink
Conducted on June 24, 2024                                    125

1   music of Vance was in 12-8, does that have any

2   bearing on your analysis of the meter?

3        A.   I need to know a lot more than that.

4        Q.   What would you need to know?

5        A.   Who actually I would imagine transcribed

6   it.  Often times those -- the sheet music is

7   transcribed by somebody who had nothing to do with

8   the original creation of the song, I mean, this is

9   something I actually have I know something about.

10            So the status of published sheet music in

11  relationship to the music on a sound recording,

12  especially by whatever the date - 1989, is very --

13  you can't take it as an authoritative text.

14            I mean, I want to say probably there is

15  something we can end up talking about that we can

16  agree on, but I am just will not privilege the

17  notation, especially since -- tell you what, you are

18  going to strike that.

19       Q.   No, go ahead.

20       A.   Since the rebuttal of my report makes a

21  big deal of the fact that I didn't do transcriptions

22  or, you know that somehow the way that I represented

23  the music in my report is inferior.

24            So, one can criticize the way I decided to

25  represent music in my report, but I will not just

Transcript of Robert Fink
Conducted on June 24, 2024                                    126

1    bow down before this notation; it is not the song.

2         Q.    Does Vance have a meter?

3         A.    Yeah, of course it does.

4         Q.    And are you saying that you, you Professor

5    Fink cannot or will not identify the meter?

6         A.    No, I did.  I said it is in four with a

7    swing.

8         Q.    Go ahead.

9         A.    So, I agree that there is, there is four

10   beats to each sort of perceived unit, the chords

11   change every four beats, fine, and there are notes

12   in between those beats and they are not evenly, you

13   know, they're mostly not evenly spaced which implies

14   an uneven division.

15             But 12-8 is a particular notational

16   convention.  And I would just say that in the style

17   of music that this is in it would be within the

18   rights of the performer to switch to straight

19   division of those four's if they wanted, or to

20   change the amount of swing.

21             So, it is not a rigid straitjacket within

22   which the melody has to go.  The straitjacket is the

23   notation.

24        Q.    12-8 is three eighth th notes.  Well, can

25   12-8 be grouped into four divisions of three eighth

```
 1   notes each?

 2        A.   Yes, I mean 12-8, according to the way I

 3   learned my music theory, that is by definition.

 4        Q.   And those eighth notes are even, correct?

 5        A.   Yes, but that's the problem that, I guess

 6   the way you got -- you get 12-8 transcriptions of

 7   this type of music is not that somebody cranked out

 8   12 beats to a bar; it is that they were doing music

 9   in a basic rhythm of four which is really basic in

10   pop music.

11             And then swinging so there is an uneven

12   division of each beat into a long one and a shorter

13   one.

14             And then sometimes as in this song you can

15   actually you can then go to the point of doing all

16   three.

17             But I am just saying that there are lots

18   and lots of transcriptions or sheet music of songs

19   that sound just like this which are notated in 4-4.

20   And it is understood that you perform it a different

21   way than the notation looks.

22             And if that is -- if that is not Professor

23   Ferrara didn't really mention that, but it is a fact

24   of music history.

25             It is something you learn the first, you
```

Transcript of Robert Fink
Conducted on June 24, 2024                                        130

```
 1              But in a tradition where you start with
 2    performed music and then you notate it, it is not at
 3    all the same.
 4         Q.   So if I asked you what beat is the second,
 5    let's look at measure 15?
 6         A.   Yes.
 7         Q.   The second note in that bar, what beat is
 8    that note on?
 9         A.   Well, what I would say is it is in between
10    the first and second beat.  The second note of the
11    bar, right, is what you said?
12         Q.   Yes.
13         A.   It is in between the first and second
14    beat.
15         Q.   And where in between?
16         A.   Well, it depends on the performance.  I
17    mean I am just telling you, obviously, there are
18    ways to do that analysis; it is the opposite
19    direction from where I would go in terms of trying
20    to be a musical musicologist here.
21              But there is reams of ethnomusicological
22    and jazz studies which spends a huge amount of time
23    trying to distinguish exactly where that note would
24    be.
25              It is a distinctive signature of certain
```

Transcript of Robert Fink
Conducted on June 24, 2024                                        131

1    kind of performers.  It is what the jazz musicians

2    call the pocket or the groove or the swing.

3        Q.   So, you can't definitively identify where

4    in the beat in the musical composition the second

5    note of measure 15 occurs?

6        A.   I think it there is freedom there.  I

7    think the composition and, you know, perhaps

8    whoever, you know, the artist known as Vince Vance,

9    he might disagree with me; he might say - no, I

10   really meant it to be precisely this way.

11       But I would say in my understanding of how

12   this music works you could have two valid

13   performances of this where that second note was

14   either closer to the third note or more in between.

15       I mean it would not be wrong to go in

16   there and go take back the tinsel, stockings and

17   bows cause all I want for Christmas - you could do

18   that, which is just a dial back on the swing for

19   that one phrase.

20       And so yeah, I think it turns out to be a

21   highly significant question.

22       Q.   Can you, can you define -- scratch that.

23       Why don't we do this?

24       The pitch, do you agree with the pitches

25   of the notes that Dr. Ferrara has notated here in

Transcript of Robert Fink
Conducted on June 24, 2024                    132

1    measures 15 to 16?

2         A.   No, I do not.  Wait, wait, I do agree,

3    yes.  I think that he notated.

4         Q.   Okay.

5         A.   The pitches.

6         Q.   The pitches, and the pitches - I am just

7    going to go through them to make sure we are all on

8    the same page - the lyric "all" -- so the first note

9    -- is on scale degree six?

10        A.   Yes.

11        Q.   The next note is on scale degree seven?

12        A.   Yes.

13        Q.   And that's sung to the lyric "I"?

14        A.   Yes.

15        Q.   The next note is on scale degree one and

16   that is sung at a lyric "want".  Is that correct?

17        A.   Yes.

18        Q.   And just to be clear it is on scale degree

19   one, correct?

20        A.   Yes.

21        Q.   The next note is on scale degree two?

22        A.   Yes.

23        Q.   And it is sung to the lyric "for"?

24        A.   Yes.

25        Q.   The next note is on scale degree three and

Transcript of Robert Fink
Conducted on June 24, 2024                                    133

1    it is sung -- go ahead.  Is that correct?

2          A.   Yes, and it is sung to the lyric

3    "Christ-", the syllable? Yes.

4          Q.   The next note is on scale degree two?

5          A.   Yes.

6          Q.   And it's sung to the syllable "-mas"?

7          A.   Yes.

8          Q.   Do you agree there is a rest after that?

9          A.   It is here in the sheet music.

10         Q.   I am asking you in terms of the objective

11   elements of the musical composition of Vance.

12         A.   Yeah, I mean, the S in Christmas does fill

13   that space, but --

14         Q.   The next note is the first note that the

15   lyric "is" is sung to; is that correct?

16         A.   Yes.

17         Q.   And that's on scale degree two?

18         A.   Yes.

19         Q.   And the next note is the second note that

20   this "is" is sung to; is that correct?

21         A.   Yes.

22         Q.   And that is on scale degree three?

23         A.   Yes.

24         Q.   And the next note is on scale degree one,

25   correct?

Transcript of Robert Fink
Conducted on June 24, 2024                                    134

1        A.    Yes.

2        Q.    And that is sung to the lyric "you"?

3        A.    Yes.

4        Q.    And the next note is on scale degree two.

5    Is that correct?

6        A.    That's another place where, yeah, that is

7    a very -- I don't know that that is a full, yeah, I

8    think the notation makes that note more prominent

9    than it actually is.  I would not have written that.

10       Q.    But you agree it is there?

11             Mr. Fox:  Objection, vague.

12   By Mr. Lamm:

13       Q.    Do you agree that it is a note that occurs

14   in --

15       A.    There is a vocal inflection that you could

16   notate that way.

17       Q.    So, in the Vance musical composition does

18   that note -- is there a note on scale degree two

19   that is sung to the word you?

20       A.    In the composition by Vance, no.

21       Q.    But you agreed with this transcription,

22   correct?

23             Mr. Fox:  Objection vague.  In what sense?

24             The Witness:  I am happy to answer that.

25   This is a transcription in places of the

Transcript of Robert Fink
Conducted on June 24, 2024                              135

1    performance.  In other places it is a transcription,

2    I think, of what Ferrara believes to be the

3    composition and those two things are not the same,

4    so I think you have hit an actually a very important

5    point.

6              So I would precisely say, yes, I heard in

7    the recording of the performance of this song that

8    we listened to the thing that he put -- that made

9    him write the A, but it is my opinion that that is

10   not part of the composition.

11   By Mr. Lamm:

12      Q.   And what - returning to measure 15 in Dr.

13   Ferrara's transcription - just to be clear for the

14   record that is where the melody and the lyrics "all

15   I want for Christmas is" occurs, correct?

16      A.   Wait, I thought you were talking about

17   you?

18      Q.   I am saying I am returning to measure 15

19   now.

20      A.   Okay, yes.

21      Q.   In terms of the music composition, what

22   would you describe as the rhythm of the notes in

23   that bar?

24      A.   The whole of bar 15?

25      Q.   Yeah.

Transcript of Robert Fink
Conducted on June 24, 2024                                    138

1    is like a treaty or something, so like, okay, this

2    transcription for these purposes will work for us,

3    but we are not claiming this is exactly what

4    happened.

5              So I could imagine a diplomatic

6    transcription that looked a lot like this, but I

7    would label it diplomatic because I would be, okay,

8    that is not necessarily what it is; this is a view

9    of it to get some kind of points made.

10             And however you transcribe it is going to

11   actually -- God, it is getting late in the day,

12   yeah, preclose certain analytical observations and

13   heighten others.

14       Q.   So you take no stance on the objectively

15   correct way to notate the rhythm of measure 15?

16       A.   There is at least two ways to do it.

17       Q.   And you see both of them as --

18       A.   Well, okay, that is fair - objectively

19   notate.  Let me put it this way, in trying to

20   represent and communicate music like this there are

21   at least two traditions of doing it, and one of them

22   is to begin from the idea that it is four.

23             And to write the simplest way which would

24   be to evenly divide the quarter note beats and then

25   let the musician swing it, that makes it much easier

Transcript of Robert Fink
Conducted on June 24, 2024                                    139

```
1    to read transcriptions or piece of sheet music,

2    right, but you know.

3            It is correct that this is swung so that

4    is I would say an acceptable representation; it is

5    not perfect like you would have to go in and decide,

6    but we are arguing about an in a sense whether the

7    map is the territory.  Is the transcription the

8    composition; they are not the same.

9        Q.   I will move to strike as nonresponsive.

10           I asked what your -- if you had to

11   objectively notate the rhythm of that bar what it

12   would be, how you would notate it?

13       A.   I wouldn't take on that assignment.

14       Q.   Okay.  The chords in that bar?

15       A.   Yes.

16       Q.   Measure 15, do you agree with Dr. Ferrara?

17       A.   Yes.

18       Q.   And for the record, the first chord,

19   A minor, that would be Romanette ii, small Roman

20   numeral two?

21       A.   Yes.

22       Q.   D would be Roman numeral five?

23       A.   Yes, capital V.

24       Q.   And G would be G major, correct?

25       A.   Yes.
```

Transcript of Robert Fink
Conducted on June 24, 2024                                    140

1        Q.   That is Roman numeral one?

2        A.   Yes.

3        Q.   The bar measure 14?

4        A.   Yup.

5        Q.   The chord before the lyrics "cause all I

6   want for Christmas"?

7        A.   Right.

8        Q.   That is E minor.  Is that correct?

9        A.   Indeed.

10       Q.   You agree it is E minor?

11       A.   Sometimes.

12       Q.   This time do you agree it is E minor?

13       A.   Yes.

14       Q.   Okay.  And that's Romanette six, correct?

15       A.   Roman numeral six, yes.

16       Q.   Small Roman numeral?

17       A.   Lower case six.

18       Q.   Can you please define the term verse in

19   popular music?

20       A.   Well, depends on what type of song you are

21   dealing with, but in this type of music, yeah, it is

22   the -- it is the first part of a song form that

23   changes each time the whole form repeats and leads

24   in either directly or through some kind of

25   transitional material through the chords.

Transcript of Robert Fink
Conducted on June 24, 2024                                    141

```
1        Q.   Do you agree that in Vance the lyrics
2    "take back the holly" are the beginning of the first
3    verse?
4        A.   Yes.
5        Q.   Do you agree that in Vance the lyrics "I
6    don't need sleigh rides" are the beginning of the
7    second verse?
8        A.   Yeah, yeah.  I mean, yes, I mean some
9    people might do it differently but.
10       Q.   So the lyrics "cause all I want for
11   Christmas is you" end the second verse.  Is that
12   correct?
13       A.   But that means there is no chorus in that
14   analysis.  I mean you can try that.
15            In an older song tradition you would have
16   a whole different introductory verse and then this
17   would all be the chorus and that gets into 32-bar
18   song form and the whole history.
19            So, you could say, well okay, the hook
20   phrase is at the end of the second verse in that
21   analysis.  I don't know that that is, well.
22            Mr. Lamm:   Okay.  Here is the next
23   exhibit.  This has been previously marked as
24   Exhibit Five.
25            (Defendant's Exhibit 5 - previously
```

Transcript of Robert Fink
Conducted on June 24, 2024                                    142

1              marked for identification)

2     By Mr. Lamm:

3        Q.    Are you familiar with this document?

4        A.    I have looked at it; I didn't prepare it

5     as carefully as for Ferrara.

6        Q.    This is Professor Sakakeeny's report, what

7     appears to be in this action, right?

8        A.    Yes.

9        Q.    Thank you.  If you turn to the second to

10    last page, do you see that this is a transcription

11    of Vance?

12       A.    Yes.

13       Q.    And it is the same measures as Dr.

14    Ferrara's transcription, correct?

15       A.    Yes.

16       Q.    So the melody set to the lyrics "cause all

17    I want for Christmas is you" is in measure -- the

18    end of measure 14, measure 15, and measure 16 of

19    this transcription, correct?

20       A.    Yes.

21       Q.    And in this transcription the rhythm is

22    the same as Dr. Ferrara, correct?

23       A.    Except for the last note of "all I want

24    for Christmas is you".

25       Q.    Is the last note you are referring to the

Transcript of Robert Fink
Conducted on June 24, 2024                                    143

```
1   note on scale degree two set to the lyric "you" Dr.

2   Ferrara's report?

3        A.   Yes.  No, it is the note that is missing

4   is scale degree two, I agree.

5             And there are some other little

6   differences in terms of, well, you asked about

7   rhythm; I don't know that there are rhythmic

8   differences other than that.

9        Q.   I am sorry.  I am speaking specifically of

10  measures 14, 15 and 16.

11       A.   Thank you.  Yeah, then the difference is

12  the last note.

13       Q.   And there are no other differences in

14  those measures?

15       A.   Let me just check.  No, other than I don't

16  see any.

17             Mr. Lamm:  Got a lot of paper here.

18             I am going to introduce the next exhibit.

19  It is an audio exhibit.  This is Dr. Ferrara's

20  audio Exhibit One, track two.  I marked this audio

21  file Exhibit 16.

22

23             (Defendant's Exhibit 16 - marked

24                  for identification only)

25
```

Transcript of Robert Fink
Conducted on June 24, 2024                                    144

```
1    By Mr. Lamm:
2         Q.   And I will play a little bit of it and ask
3    you to identify it.
4              (Audio Exhibit was played).
5              Can you identify that?
6         A.   Yes, that is Mariah Carey's recording of
7    "all I want for Christmas is you".
8         Q.   And returning to Exhibit Two, can you
9    please turn to visual Exhibit E, page two.  And I am
10   going to play from 57 seconds to a minute 52 and ask
11   you to confirm that this is the portion of Carey
12   that Dr. Ferrara transcribed.
13             (Audio Exhibit was played)
14             Did I stop it too early?
15        A.   No, no that's --
16             Mr. Fox:  Oh yeah, you did.
17   By Mr. Lamm:
18        Q.   I think I did.
19        A.   Well, did you want to play the bridge?
20        Q.   Well, is that the portion that Dr. Ferrara
21   transcribed from measure one up into the bridge?
22        A.   Yes.
23        Q.   And do you agree that Carey is in 4-4?
24        A.   I am not going to make you angry, I mean,
25   I would -- that would be the default way to notate
```

Transcript of Robert Fink
Conducted on June 24, 2024                                    149

1        A.    Yeah, it is sung to a note that he has
2    written as a quarter note, yes.
3        Q.    Do you agree that that is what it is in
4    the recording?
5        A.    Well, it is one beat so I will say that
6    there are no quarter notes in the recording; the
7    recording is a sound object.
8             I mean again, you are trying to get me to
9    take notational concepts and say they are
10   objectively there in the recording.
11            But no, I will say it is one beat, want
12   takes one beat as perceived in the recording.
13       Q.    I am asking you to identify objectively
14   the rhythm as it occurs in these bars of Carey.
15       A.    All right.  Let me just say the way the
16   notation of musical rhythm works is not like that;
17   there is no objective standard.
18            The song could be transcribed using
19   different note values.  The actual note values have
20   changed over the history of Western music so that
21   different notational things have the same objective
22   length.
23            We can sit there and talk about how many
24   milliseconds each of those notes is, but I am just
25   saying no, it is not a quarter note, so if one were

Transcript of Robert Fink
Conducted on June 24, 2024                          150

1    to -- it is one beat because I do believe there are

2    beats in the music.  You can hear pulses or beats

3    and that want takes a beat.

4         Q.   And you did not, in your report, identify

5    the rhythm of these notes in measure 23 of Dr.

6    Ferrara's transcription.  You did not identify the

7    rhythm of those notes in your report, correct?

8         A.   Yes, quite deliberately not.

9         Q.   And in the measure that follows that you

10   did not identify the rhythm of those notes?

11        A.   Which -- are we talking about bar 24?

12        Q.   Yeah.

13        A.   That's correct.  I did not specify the

14   rhythm.

15        Q.   Just to make sure the record is clear.  So

16   you did not identify in your report the rhythm of

17   the notes to which the lyrics "all I want for

18   Christmas is you" are sung in Carey in your report?

19        A.   No.

20        Q.   No you did not?

21        A.   No, I did not.

22        Q.   Thank you.  The lyric four is on it is

23   sung to a note on scale degree six, correct?

24        A.   Yes.

25        Q.   The syllable "Christ-" is sung to a note

Transcript of Robert Fink
Conducted on June 24, 2024                                    151

1    on scale degree flat six?

2           A.    Yes.

3           Q.    The syllable "-mas" is sung to a note on

4    scale degree two, correct?

5           A.    Yes.

6           Q.    The syllable, I'm sorry.  The lyric "is"

7    is sung to a note on scale degree three, correct?

8           A.    Yes.

9           Q.    Do you agree that the lyric "you" begins

10   with a note on scale degree two?

11          A.    That's in the performance, yes,

12   transcription of what Mariah Carey did on the

13   record.

14          Q.    And the next note that the lyric "you" is

15   sung to do you agree that is a note on scale degree

16   one?

17          A.    Yes.

18          Q.    And can you please identify the pitches of

19   the remaining notes to which "you" is sung to?

20          A.    Sure.  It is -- do you want note names or?

21          Q.    Scale degrees.

22          A.    So scale degree seven, scale degree one up

23   to scale degree three, down to seven, one, seven,

24   six.

25          Q.    And do you agree that those pitches occur

Transcript of Robert Fink
Conducted on June 24, 2024                                 152

1    in the recording?

2         A.    On the recording, yes.

3         Q.    You did not analyze.  I am sorry, scratch

4    that.

5              In your report you did not identify any

6    rhythms to which the lyrics "cause all I want for

7    Christmas is you" are sung in Vance, correct?

8         A.    No, my comparison of the two was based on

9    the melodic, the melodic contour and the harmony.

10        Q.    So it's correct that you did not identify

11   the rhythm of those notes?

12        A.    Yes.

13        Q.    Do you agree that in Carey "I don't want a

14   lot for Christmas" is the beginning of verse one?

15        A.    Yes.

16        Q.    And do you agree that "I just want you for

17   my own" is the beginning of the chorus?

18        A.    That is a matter of opinion.  You might

19   call that a pre chorus.

20        Q.    What would you identify as the chorus?

21        A.    All I want for Christmas is you.

22        Q.    In your opinion that is a different

23   structural section?

24        A.    Yeah.  I mean the character of 17 going up

25   to 21 is often times the way they call this the

Transcript of Robert Fink
Conducted on June 24, 2024                                        153

1    channel or, you know, it builds energy which then

2    comes out in the chorus.

3            I am not saying those are two possible

4    readings of the structure of the songs -- three part

5    structure where the verse then an intensifying

6    section and then a chorus or a hook so.

7            And there is no real way to -- it is a

8    matter of how you -- it is a matter of how you

9    interpret it.

10        Q.   You did not perform an analysis of the

11   structures or the structural sections in Carey, is

12   that correct, in your report?

13        A.   Not in the report.

14        Q.   Did you do that somewhere else?

15        A.   No, I wouldn't argue that the songs are

16   similar in their -- that wasn't the basis of my

17   analysis about similarity was their formal

18   structure.

19        Q.   So you agree they are different in their

20   formal structure?

21        A.   Yeah.  I mean, or they could be.  In other

22   words, my argument doesn't depend on them having the

23   same exact formal structure.

24        Q.   Okay.  And the chords, do you agree with

25   Dr. Ferrara that over or under the lyrics "all I

Transcript of Robert Fink
Conducted on June 24, 2024                                     154

1    want for" is the chord A minor seven?

2         A.   Yes, I am pretty sure it is.

3         Q.   And that is Romanette ii7?

4         A.   Yeah.  I don't know if you have to

5    specify; ii-7 is probably good.  Well, yeah, lower

6    case i, lower case i, seven is probably good enough,

7    but yeah.

8         Q.   It is a minor seventh chord, do we agree?

9         A.   Yes.

10        Q.   The next chord Dr. Ferrara identified as C

11   minor six over D.  Is that correct?

12        A.   Yes.

13        Q.   And do you agree with that?

14        A.   Yes.  And I will tell you that there is a

15   mistake in there is a typo in my analysis, so he is

16   correct there.

17        Q.   And the next chord G.

18             I am sorry, before we get there - C minor

19   six over D.  C minor six is a Roman numeral four,

20   Romanette four, correct?

21        A.   Not over D.

22        Q.   Is it if it is not over D -- scratch that.

23   Is the chord C minor six in the key of G major lower

24   case Romanette four?

25        A.   Not necessarily.  The chord C minor six,

Transcript of Robert Fink
Conducted on June 24, 2024                                    155

```
1   well, yeah, it is a tricky -- it actually is

2   harmonically ambiguous that way.

3              Yes, I understand it has some of the notes

4   or so do you want to tell me what notes are to

5   consider C, E flat, G, A natural?

6       Q.   You agreed that was the chord, right, so

7   what do you think it is?

8       A.   I agreed that is a correct -- that is how

9   I would name that chord, but this is what people go

10  to conservatory and study jazz harmony to figure out

11  that it is not necessary for all of the notes of the

12  C minor six chord to be there for you to label it

13  that way.

14             And it actually -- the problem here is

15  that the Roman numeral functions that we have been

16  talking about versus the chord names, they don't

17  always line up exactly right.

18             So yes, a chord that is a C chord would in

19  this key be a subdominant of four.

20             But the notes C, E flat, A natural, might

21  have a different interpretation.

22             You might for convenience sake label it as

23  an incomplete C minor six chord because then the

24  pianist will know how to grab those notes.

25             But to me the overwhelming thing is the D
```

Transcript of Robert Fink
Conducted on June 24, 2024                                            156

1    in the base; it makes those other notes not have any

2    subdominant or four-ish function.

3         Q.   Okay, we will come back to that.

4              What is a pitch sequence?

5         A.   Is that a phrase that I used?

6         Q.   Are you familiar with the term pitch

7    sequence?

8         A.   Well, I understand the words; I am just --

9    sequence of pitches.  It is a very neutral way of

10   describing musical phenomena.

11        Q.   Okay.  Let's look at your report

12   Exhibit 14 at page two.

13        A.   Uh-huh.

14        Q.   This is your figure one?

15        A.   Right.

16        Q.   So under Stone 1989, for clarity that is

17   Vance, correct?

18        A.   Yes.

19        Q.   This shows the lyrics "all I want for

20   Christmas is you" and above it are pitches and scale

21   degrees.  Is that correct?

22        A.   Yes.

23        Q.   And are those pitches, is that a pitch

24   sequence?

25        A.   No, it is a sequence of scale degrees.

Transcript of Robert Fink
Conducted on June 24, 2024                                157

1        Q.    So 6, 7, 1, 2, 3, 2, 3, 1?

2        A.    Yeah, it is making a statement about at a

3    certain level of abstraction from the musical

4    surface.

5        Q.    What level of abstraction?

6        A.    The level of what you hear.  So, it is

7    trying to get rid of things which are obviously to

8    me declarations of a simpler melodic contour.

9             Mr. Lamm:  Could I get a time check?

10            The Videographer:  Fours hours and

11    23 minutes.

12    By Mr. Lamm:

13        Q.    Your figure one does not reflect the

14    rhythms to which the pitches are sung in either

15    song, correct?

16        A.    No, those scale degree numbers are lined

17    up to syllables in the lyrics, so no, the horizontal

18    arrangement is not meant to stand in for rhythms.

19        Q.    And this is my fault - I keep doing this -

20    I ask you something and then I say correct and then

21    you say no and it gets all confusing.

22            So I am just going to ask it to clarify.

23    Do these -- does figure one show the rhythm to which

24    the pitches are sung in these songs?

25        A.    No.

Transcript of Robert Fink
Conducted on June 24, 2024                                    158

1        Q.   Thank you.

2        A.   It is labeled as melodic harmonic

3   comparison.  So I was quite open about that?

4        Q.   And in Carey, the lyric "want" occurs on

5   beat three of the bar.  Do you agree?

6        A.   Yes.

7        Q.   And in Vance assuming it is in 12-8, the

8   lyric "want" occurs on beat.  What beat does the

9   lyric "want" occur in Vance assuming Vance is in

10  12-8?

11       A.   Yeah, I see yes, the songs are in

12  different tempos, and the beats don't correspond, so

13  the relationship of where these notes fall in the

14  notated meter is not going to be the same.

15       Q.   And if you were to notate Vance in 4-4,

16  what beat does the lyric -- I am sorry -- what beat

17  does the lyric "want" fall on?

18       A.   I will say I don't think there is any way

19  that I would notate that, if I was going to use

20  notation, where I could make the numbers line up.

21  Right.  So it would be on the second half of the

22  first beat.

23            So yes, the notation doesn't change.  The

24  question we got all into which is the question of

25  swing and 12-8 versus 4-4 doesn't change the fact

Transcript of Robert Fink
Conducted on June 24, 2024                              159

1    that the two melodies go at different speeds, so

2    that they won't coincide beat for beat in terms of

3    the prevailing beat structure.

4         Q.   So by different speeds you mean they have

5    different rhythms?

6         A.   Well, yeah, there are different harmonic

7    rhythms I would say.  Do I want to say no, I would

8    take that back.  Yeah, the rhythms are different.

9         Q.   The rhythms of the melodies to which all I

10   want for Christmas is you are different in Vance and

11   Carey, correct?

12        A.   They are not exactly the same.

13        Q.   Do you agree that assuming Vance is

14   written in 4-4, the lyric "want" occurs on beat two?

15        A.   Yes.

16        Q.   Okay.  So this figure, is it figure one in

17   your report, excuse me.  This figure one in your

18   report is it fair to say that you are removing

19   certain elements to show what you believe is a

20   similarity between the two melodies?

21        A.   Yes, I am abstracting.

22        Q.   Okay.  And then have you agreed that in

23   Vance the lyric "is" is sung to two eighth notes,

24   correct?  Scratch that, scratch that.

25             You agree that in Vance the lyric "is" is

Transcript of Robert Fink
Conducted on June 24, 2024                        160

1    sung to notes on pitches two and three, correct?

2         A.   I am sorry, maybe it is me, but I didn't,

3    it didn't quite make sense to me.  You mean beats

4    two and three?

5         Q.   No, no.  Let me ask it again.

6              In Vance I believe you agreed that the

7    lyric "is" is sung to notes on scale degrees two and

8    three.  Is that correct?

9         A.   Yes.

10        Q.   And here you are not showing that it is

11   sung to scale degrees two and three.  Is that

12   correct?

13        A.   Yes, I have, I have made an analytical

14   decision to write it the way I did.

15        Q.   And why did you do it that way?

16        A.   Because it is my analysis that some of the

17   notes in both of these phrases that I am comparing

18   are decorative and I was giving the actual melodic

19   contour.

20             I mean, when you think about it, when you

21   are using scale degrees you are making a certain

22   statement about the melody at a level of abstraction

23   and we have been doing that the whole through this

24   entire deposition.

25             So, you can just use scale degrees to

Transcript of Robert Fink
Conducted on June 24, 2024                              168

1    yes, arguably I should have done it the first time,

2    or I should have somehow given you both readings.

3           And but just to say that it is E minor all

4    the time clearly it is possible for the musicians to

5    decide to do it one way or the other.

6        Q.   So just to be clear, it is the second time

7    and potentially other times, at least the second

8    time that the lyrics "all I want for Christmas is

9    you" occur in Vance, that's when you are saying

10   there is an E7 chord instead of an E minor chord?

11       A.   It is later in the recording.  I said this

12   is something that I discovered when I went back and

13   listened and since I haven't rebutted the rebuttal I

14   haven't actually written that down, but I have heard

15   that, so yeah.

16          I will say that I think -- based on like,

17   you know -- that it would be more accurate to put

18   both, to say it is either E minor or E7 depending

19   where.  Cause you don't necessarily want to -- given

20   that one of them makes it look more similar, I would

21   be perfectly happy to say okay, let's back off of

22   that.

23       Q.   Do you agree that the second time this

24   melody occurs in Vance the singer sings a flat three

25   Scale degree on the syllable - Christ?

Transcript of Robert Fink
Conducted on June 24, 2024                                    169

1        A.    Yes, yeah.

2        Q.    And so at that point would you have

3    notated a flat three in this if you were doing an

4    analysis like your figure one here, would you have

5    notated a flat three there?

6        A.    Well, you could I can imagine situations

7    where you would, where you would want to make that

8    distinction.  The distinction between the flat and

9    third, again, that fits sort of into the Western

10   tonal language, but you could argue that that was a

11   performance choice on her part.

12            Again, did somebody sit down and write do

13   flat three here, do natural three here, I doubt it.

14       Q.    Just to be clear in this figure one you

15   are showing a natural three here; that is what, in

16   your opinion, occurs the first time this melody

17   happens in Vance?

18       A.    Yeah.

19       Q.    And the E7 is from a different time?

20       A.    Correct.  And like I said I will, I will

21   give you that this fact you are correct and I would

22   probably amend this to make that clear.

23       Q.    Okay.  In paragraph six of your report you

24   refer to a framework?

25       A.    Yes.

Transcript of Robert Fink
Conducted on June 24, 2024                    170

1        Q.    Parenthesis - head to Scale degree one

2    over the predominant chord then move dominant to

3    tonic under Scale degrees two, three, one.  Do you

4    see that?

5        A.    Yes, I do.

6        Q.    Is that what, in your opinion, is the

7    similarity between the melodies?

8        A.    Yeah, that's my analysis; that framework

9    does attempt to present my analysis, so it isn't

10   itself the similarity, but it is how you understand

11   the similarity.

12       Q.    So just to be clear, the chords that you

13   describe as predominant, dominant tonic, they -- the

14   actual chords used in the song -- are different,

15   correct?

16       A.    Oh, different from the word predominant or

17   different from each other?

18       Q.    Different from each other?

19       A.    In terms of their upper extension, yeah.

20       Q.    So for example, what you assign or

21   describe as the predominant, yeah, predominant chord

22   in Vance you say is A minor here?

23       A.    Uh-huh.

24       Q.    And in Carey what you say is the

25   predominant chord is A minor nine, correct?

Transcript of Robert Fink
Conducted on June 24, 2024                    171

1      A.    Yes.

2      Q.    And?

3      A.    Those are both predominant chords.

4      Q.    And in Carey in figure one you said you

5  agree this was actually C minor flat six or C minor

6  six over D, correct?

7      A.    Yes.

8      Q.    So not A minor flat six over D?

9      A.    That is a typographical mistake.

10     Q.    This framework that you describe in

11  paragraph six C, it could be implemented in many

12  different ways in the melody of a song, correct?

13     A.    Yeah, yes.

14     Q.    For example, if you were teaching a class

15  on music theory, you could, as an assignment, tell

16  your students to write a few bars of a melody that

17  employ this framework, correct?

18     A.    Yes.

19     Q.    And they could come back with however --

20  very many different answers, correct?

21     A.    Yes.  I will tell you I don't think the

22  framework can be copyrighted by definition.

23     Q.    Because you agree it is a musical building

24  block?

25     A.    Yeah, it is.  It is actually a way to

Transcript of Robert Fink
Conducted on June 24, 2024                    172

1    understand what happened, you know, and to organize

2    the similarities as they occur, but it is not itself

3    the similarity and I am not, you know.

4        Q.    And you agree that the rest of the notes,

5    so scratch that.

6            What you are referring to in the framework

7    in paragraph six C, is the underlined pitches in

8    your figure one and the chords, correct?

9        A.    No, the underlined pitches are the ones

10   that are the same in my way of understanding.

11   Assuming you are willing to follow me on my very --

12   on my smoothing away of some of the surface

13   decoration, but then I didn't underline the notes

14   that clearly aren't the same.

15           So it is the notes that are underlined are

16   the ones that are the same notes, and of course

17   there are other notes in between that aren't; I

18   wouldn't want to misrepresent that.

19       Q.    Just to be clear - it is the same pitches,

20   correct?

21       A.    Yes.

22       Q.    Because you agree that the rhythms there

23   are differences in the rhythms?

24       A.    No, that is a good point if you consider a

25   note to be a pitch plus a rhythm, pitches is more

Transcript of Robert Fink
Conducted on June 24, 2024                                 173

1   correct.

2        Q.   So you say that the other notes that are

3   not outlined -- the other notes that are not

4   underlined you say in six C that they are in reverse

5   direction and order?

6        A.   Yes.

7        Q.   And in your opinion, is that a significant

8   similarity?

9        A.   No.

10        Q.   And if you were to reverse the direction

11   and order of the notes, excuse me, of the pitches in

12   Carey, it would be flat 6, 6, 1, 2, 3, correct?

13        A.   Yes.

14        Q.   Why do you refer to the tritone leap in

15   the melody of Carey from flat six to two as the

16   hookiest part of the melody?

17        A.   Because I am -- I believe that is a

18   strategic concession on the part of this report, if

19   it is supporting my conclusion.  I do think that is

20   one of the most distinctive parts of the tune and I

21   am not trying to misrepresent that somehow that

22   isn't distinctive in Carey, so yeah, that is what I

23   meant.

24        Q.   And is there a tritone leap in the melody

25   flat six to two in Vance?

Transcript of Robert Fink
Conducted on June 24, 2024                    174

1      A.    No, not in that phrase, no.

2      Q.    Is there anywhere else?

3      A.    I don't think so, so no.  I want to make

4    sure I didn't leave something on the table, no.

5      Q.    In your opinion is there any significant

6    similarity -- scratch that.

7            In your opinion, is there an element, all

8    right, scratch that as well.

9            In conducting your analysis in your report

10   did you conduct a search for songs predating Vance

11   which include the claimed similarities in musical

12   elements?

13     A.    Did I conduct an independent search, no.

14     Q.    Why didn't you?

15     A.    This is a preliminary report so I don't

16   consider this definitive in terms of prior art.

17     Q.    Why did you not prepare a full report?

18     A.    I wasn't asked to do so.

19           Mr. Lamm:  All right, here is the next

20   exhibit.  This is Exhibit Three; it was previously

21   marked.

22

23              (Defendant's Exhibit 3 - previously

24                 marked for identification only)

25

Transcript of Robert Fink
Conducted on June 24, 2024                                    175

1    By Mr. Lamm:

2        Q.    This is Dr. Ferrara's rebuttal report to

3    Professor Fink's report.  And I believe you have

4    testified that you reviewed this report, correct?

5        A.    I have, yes.

6        Q.    If you turn to visual Exhibit B, there are

7    a number of prior art examples.  Did you review

8    those examples?

9        A.    Yes.

10       Q.    As you sit here now, are there any -- do

11   you believe that there are -- scratch that.

12            As you sit here now, is there anything in

13   these transcriptions that you believe is transcribed

14   inaccurately?

15       A.    In terms of the songs I know I don't see

16   any mistakes.

17       Q.    If you turn to two pages in there is a

18   transcript of "Santa bring my baby back"?

19       A.    Uh-huh.

20       Q.    Could you agree that at the end the chords

21   are four, five, one as Dr. Ferrara indicates?

22       A.    Yeah, based on this sheet music, yes.

23       Q.    And the scale degree one occurs over the

24   predominant chord?

25       A.    Yes.

Transcript of Robert Fink
Conducted on June 24, 2024                                    179

1    style?

2         A.    It is in a kind of rhythm and blues style.

3         Q.    And Carey you're saying is in a Motown

4    style?

5         A.    I think it is very much.

6         Q.    When you say that the styles are related

7    you are saying that the 1950's style that Vance is

8    in is related to the Motown style that Carey is in?

9         A.    Yeah, they are in a related style

10   neighborhood, but not the same, obviously.

11        Q.    I believe you identify in your report that

12   both songs features triplets on the piano?

13        A.    Yes.

14        Q.    There you are referring to the rhythms

15   that the piano plays?

16        A.    Yes.

17        Q.    Do you agree that a triplet piano rhythm

18   is common of songs in the 1950's and 60's?

19        A.    Yes.

20        Q.    And you did not identify similarities in

21   the notes of the piano?

22        A.    No, I did not.

23        Q.    Do you agree that the tempo of Vance is

24   72 beats per minute?

25        A.    If you tell me that it is that seems about

Transcript of Robert Fink
Conducted on June 24, 2024

180

1     right.  I did not use a metronome.

2          Q.   Sitting here you don't disagree with that?

3          A.   No, I do not.

4          Q.   And Carey is 150 beats per minute?

5          A.   Yeah, that seems about right.

6          Q.   Aside from the melody to which the lyrics

7     "all I want for Christmas" is sung in Vance and

8     Carey, are there any other melodies on -- scratch

9     that, I will rephrase this.

10               Setting aside the melodies to which the

11    lyrics "all I want for Christmas" are sung, are

12    there any other melodies in Carey that, in your

13    opinion, have significant similarities to a melody

14    in Vance?

15         A.   No, I wouldn't claim that.

16         Q.   And other than the chords accompanying the

17    hook which I believe you have identified as a

18    predominant, dominant tonic progression?  Is that

19    correct?

20         A.   Yeah, that yes, I mean, it is a particular

21    one, but yeah, so it isn't just any predominant

22    chord.  The chords are the ones that I identified;

23    it is the two, five, and one, but yes, I would agree

24    with that.

25         Q.   But you agree that they are different

Transcript of Robert Fink
Conducted on June 24, 2024                              181

1    iterations of a two chord and a five chord?

2         A.   Yes, they are different realizations in

3    the way that what happens above the root.

4         Q.   Setting aside those chords, do you believe

5    that there are musicologically significant

6    similarities in the chord progressions of Carey and

7    the chord progression in Vance?

8         A.   As a whole?

9         Q.   Anywhere else other than --

10        A.   Anywhere else?  No, not in the way that we

11   have discussed with the hook.

12             The most I was willing to say is that

13   there are a lot of -- there are some use of the same

14   kind of chord, but I wouldn't put too much direct

15   weight on that; in other words, there aren't any

16   places where you could line them up.

17        Q.   At the end of your report you refer to

18   larger structures of similarities.  Do you see that?

19        A.   Yes.

20        Q.   What, I am sorry, I should be more clear.

21             Your report says I would be comfortable

22   arguing that even the small amount of substantial

23   similarity I have outlined given where occurred

24   structurally in the song and its connection to

25   larger patterns of similarity.  Do you see that?

Transcript of Robert Fink
Conducted on June 24, 2024                                    182

1          A.    Yes.

2          Q.    What larger patterns of similarities are

3    you referring to?

4          A.    It is the -- the imagery in the lyrics and

5    the kind of type of song that it is.

6                So I am not making a claim that there are

7    as a large scale pattern of musical similarity.  It

8    is the overall pattern, so it includes the lyrics,

9    the discussion we started with.

10         Q.    Are you familiar with the song "My Heart

11   Belongs to Only You" by Bobby Vinton?

12         A.    I can't call it to mind right now.

13         Q.    Have you ever heard it before?

14         A.    I don't know.  Sometimes you don't know

15   until you listen to it, but I don't have a clear

16   memory of it in my mind at this moment.

17         Q.    Dr. Ferrara included it as audio

18   Exhibit One, track three, of his report.  I am going

19   -- I have marked it as Exhibit 17.

20

21                    (Defendant's Exhibit 17 - marked

22                        for identification only)

23   By Mr. Lamm:

24         Q.    This is another audio file.

25                And before I play it why don't we look at

Transcript of Robert Fink
Conducted on June 24, 2024                                    183

```
 1   Dr. Ferrara's report visual Exhibit G.
 2        A.    This is from his original.
 3        Q.    Yes, this is Exhibit Two, visual Exhibit
 4   G.  And Dr. Ferrara transcribes --
 5        A.    I'm sorry now seeing the notation, yeah, I
 6   think I have heard this.
 7        Q.    So, I am going to play from 15 seconds in
 8   audio Exhibit 17 to one minute and eight seconds and
 9   I am going to ask you to confirm that that is the
10   portion that Dr. Ferrara transcribed.
11             (Audio Exhibit was played)
12             Is that the portion that Dr. Ferrara
13   transcribed?
14        A.    Yes.
15        Q.    And sitting here is there anything in Dr.
16   Ferrara's transcription that you disagree with?
17             And I should be clear - I am talking about
18   the notes and chords that he transcribed.
19        A.    That is not the rhythms.
20        Q.    I am sorry.  Scratch that.
21             Is there anything in Dr. Ferrara's
22   transcription just looking at the line in Vinton
23   that you disagree with?
24        A.    Just the fussiness of the rhythm in three
25   but no, in general this seems like it is accurate
```

Transcript of Robert Fink
Conducted on June 24, 2024                                    184

```
1    transcription.
2         Q.    In bars one and two, let's just take bars
3    one and two of Vinton, and bars one and two of
4    Vance, do you agree that there are significant
5    musicological similarities in those two bars?
6         A.    Yeah, I mean this is a great example.
7         Q.    And what about in bars three and four?
8         A.    Yeah, I can see it.
9         Q.    Bar five, would you agree that it has
10   similar melodic contour?
11        A.    Yes, yes.
12        Q.    And similar rhythm?
13        A.    Related rhythm, yeah, chords are obviously
14   different.
15        Q.    Bar six?
16        A.    Yeah, rhythm is different but it is doing
17   the same thing harmonically.
18        Q.    And in terms of the pitches, do you agree
19   that they are similar?
20        A.    Yeah, I mean they are similar; not the
21   same but similar.
22        Q.    Bars seven and eight of Vinton, do you
23   agree that there are musicologically significant
24   similarities to bar seven and eight of Vance?
25        A.    Yes, yeah, there are differences, but
```

Transcript of Robert Fink
Conducted on June 24, 2024                              185

```
 1    yeah, they are definitely similar.

 2         Q.    So, as you can see Dr. Ferrara has

 3    highlighted in red things that he or -- similarities

 4    that he has identified.

 5              Looking at this transcription as a whole,

 6    do you agree that the similarities that he has

 7    identified are significant?

 8         A.    Yeah, I mean yes, yeah, I do think there

 9    is a lot of similarity there.

10         Q.    Were you -- I am sorry, were you finished?

11         A.    Well, I will note that probably one of the

12    places that is not so similar is the very last

13    couple of bars.

14              But yes, I mean if the Vinton estate

15    wanted to sue Mr. Vance, yeah, I think there is

16    something going on there.  It is a very -- I would

17    definitely agree.

18              Mr. Lamm:  Could we take a five-minute

19    break?

20              The Videographer:  Going off the record.

21    The time is 5:23 p.m.

22              (Brief recess.)

23              The Videographer:  Going back.  Everyone

24    stand by.  Going back on the record.  The time is

25    5:32 p.m.
```

Transcript of Robert Fink
Conducted on June 24, 2024                              186

```
 1   By Mr. Lamm:
 2       Q.   Do you have any opinions regarding the
 3   relationship between Vance and Carey other than
 4   those expressed in your preliminary report.
 5       A.   I am sorry, do I have any opinions you
 6   said?
 7       Q.   Uh-huh.
 8       A.   Not specifically.  Do I believe there is
 9   more that could be said, yes, but no, I don't think
10   that there is anything I want to put on the record
11   if that's what you are asking.
12       Q.   Okay.  I have no further questions.
13           Mr. Fox:  I have one question.
14
15                     EXAMINATION
16   By Mr. Fox:
17       Q.   When you made that comment about the
18   Vinton estate approaching Vance et al., have you
19   taken the time to, as a musicologist, to compare the
20   lyrics, the note progression, the message, and all
21   the things you have talked about today of both of
22   those songs?
23       A.   No, that was in fact a -- that was not a
24   professional musicological opinion, although, it
25   happened at a deposition.
```

Transcript of Robert Fink
Conducted on June 24, 2024                    187

```
1              I am not really -- I am not involved in
2       any -- if I were to actually write a report I would
3       have to do more, and it would seem like prior art
4       would be important and, you know, going more into
5       it, but yeah.
```

```
6              Q.   The Vance songs are Christmas songs,
7       correct?
8              A.   Yes.
9              Q.   The Vinton song is a love song, correct?
10             A.   Yes.
11             Q.   And the styles aren't exactly identical,
12      are they, in the way they are sang?
13             A.   No, yeah, I would say that it was really
14      not -- it is not relevant to the issues here, the
15      relationship of that song to the verse of Vance.
16             Q.   And also, you noted that the last note
17      progression was entirely different, correct?
18             Mr. Lamm:  Objection, mischaracterizes
19      testimony.
20      By Mr. Fox:
21             Q.   You can state it in the way you want.
22             A.   I think that is where the similarity is
23      least strong, so they do diverge.  I didn't say they
24      had nothing to do with each other but yeah, I mean,
25      I think as a musicologist, it is cool to find an
```

Transcript of Robert Fink
Conducted on June 24, 2024                                188

```
 1    interesting connection between two songs.

 2            But yeah, I wasn't offering to do unpaid

 3    work on the part of somebody else.  So yeah, I think

 4    that was a throw-away comment.

 5            Mr. Fox:  No further questions.

 6            Mr. Lamm:  All right.  We are concluded.

 7            The Videographer:  I will take us off

 8    then.  Here ends today's deposition.  We are going

 9    off the record.  The time is 5:36 p.m.

10            The Court Reporter:  Do you need a copy,

11    Mr. Fox?

12            Mr. Fox:  Yes.

13            Mr. Lamm:  Yes.

14            Ms. Farkas:  Yes.

15

16                (Whereupon, the deposition

17                proceedings were concluded at 5:36

18                p.m.)

19

20

21

22

23                    *   *   *

24

25
```

Transcript of Robert Fink
Conducted on June 24, 2024                                    190

```
 1                    REPORTER'S CERTIFICATE

 2

 3            I, Carol L. Crawley, CSR No. 7518

 4    Certified Shorthand Reporter, certify:

 5            That the foregoing proceedings were taken

 6    before me at the time and place therein set forth,

 7    at which time the witness was put under oath by me;

 8        That the testimony of the witness, the

 9    questions propounded, and all objections and

10    statements made at the time of the examination were

11    recorded stenographically by me and were thereafter

12    transcribed;

13        That the foregoing is a true and correct

14    transcript of my shorthand notes so taken.

15            I further certify that I am not a relative

16    or employee of any attorney of the parties, nor

17    financially interested in the action.

18            I declare under penalty of perjury under

19    the laws of California that the foregoing is true

20    and correct.

21            Dated this 8th day of July, 2024.

22

23            Carol L. Crawley

24          _____
            Carol L. Crawley, CSR No. 7518
25
```

**EXHIBIT 9**
**590**