JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANDY STONE, *etc.*, *et al.*, | ) | Case No. 2:23-cv-09216-MRA-JDEx |
| Plaintiffs, | ) | |
| vs. | ) | **JUDGMENT** |
| MARIAH CAREY, *etc.*, *et al.*, | ) | |
| Defendants. | ) | |

# JUDGMENT

The Court having granted the Motion of Defendants Mariah Carey, Sony Music Entertainment, Universal Music Corp., Walter Afanasieff, Sony Music Publishing (US) LLC, and Kobalt Music Publishing America, Inc. ("Defendants") for Summary Judgment,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs Andy Stone and Troy Powers take nothing and that Plaintiffs' action be dismissed on the merits and in its entirety, with Defendants to recover their costs.

Dated: December 23, 2025

_____
Hon. Mónica Ramírez Almadani
UNITED STATES DISTRICT JUDGE