AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 2:23-cv-09216 MRA  DATE FILED 11/1/2023 | United States District Court<br>Central District of California |
| PLAINTIFF<br>Andy Stone and Troy Powers | DEFENDANT<br>Mariah Carey, et al. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PAu001163343 | All I want for Christmas is you | Troy Powers & Andy Stone |
| 2 | SR0000192209 | All I want for Christmas is you | Vince Vance & the Valiants |
| 3 | SR0000199013 | All I want for Christmas is you (compliation, "I know ..) | Vince Vance & the Valiants |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☑ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☑ No | DATE RENDERED<br>12/23/2025 |
|---|---|---|
| CLERK<br>Brian D. Karth | (BY) DEPUTY CLERK<br>/s/ J. Lam | DATE<br>12/23/2025 |

3) Upon termination of action,