Peter Anderson, Esq. (Cal. Bar No. 88891)
  peteranderson@dwt.com
Lindsay M. Samuel, Esq. (Cal. Bar No. 320075)
  lindsaysamuel@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
  ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California  90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MARIAH CAREY, SONY MUSIC,
ENTERTAINMENT, and UNIVERSAL
MUSIC CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ANDY STONE, *etc.*, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> MARIAH CAREY, *etc.*, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-09216- MRA-JDEx <br><br> STIPULATION TO ORDER FOR ADDITIONAL EXTENSION OF DEADLINE TO FILE MOTIONS FOR ATTORNEY'S FEES AND BILLS OF COSTS <br><br> [*Proposed*] Order Submitted Herewith |

|   |   |
|---|---|
| 1 | **STIPULATION** |

2  This Stipulation is entered into by and between plaintiffs Andy Stone and Troy Powers ("Plaintiffs"), on the one hand, and defendants Mariah Carey, Sony Music Entertainment, Universal Music Corp., Walter Afanasieff, Sony Music Publishing (US) LLC, and Kobalt Music Publishing America, Inc. ("Defendants"), on the other hand, by and through their respective attorneys of record, with respect to the following facts:

1. On December 23, 2025, the Court entered its Judgment (Doc. 92) in Defendants' favor, with Defendants to recover their costs. As a result, Defendants' respective motions for attorney's fees and bills of costs are to be filed by January 6, 2026. Fed. R. Civ. P. 54(d); L.R. 54-2.1 and 54-7; 17 U.S.C. § 505.

2. On January 5, 2026, the parties' respective counsel filed their Stipulation (Doc. 95) to an Order extending the time to file motions for attorney's fees and bills of costs by two weeks, to January 20, 2026, to provide sufficient time for Defendants' counsel to determine the costs and attorney's fees incurred in this action, to conduct the Local Rule 7-3 pre-filing conference with Plaintiffs' counsel, and because of scheduling issues that arose due to the number of parties and separate counsel and the holidays. On January 6, 2026, the Court entered its Order (Doc. 96) granting that extension.

3. Counsel for the parties have met and conferred regarding Defendants' respective motions for attorney's fees and have agreed to pursue the possibility of an agreement that would avoid the need for filing those motions. To provide sufficient time for counsel to pursue that possibility, and including because of the number of parties and counsel in this case, they respectfully request a further extension of two weeks of the deadline to file those motions, as well as bills of costs.

///

///

///

1

**NOW, THEREFORE,** the parties respectfully request that the Court enter the accompanying proposed Order extending the January 20, 2026, deadline for Defendants to file motions for attorney's fees and bills of costs to February 3, 2026.

## SO STIPULATED

Dated: January 16, 2026

/s/ Gerard P. Fox
Gerard P. Fox, Esq.
GERARD FOX LAW P.C.
Attorneys for Plaintiffs
ANDY STONE and
TROY POWERS

Dated: January 16, 2026

/s/ Peter Anderson
Peter Anderson, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MARIAH CAREY,
SONY MUSIC ENTERTAINMENT,
and UNIVERSAL MUSIC CORP.

Dated: January 16, 2026

/s/ Kenneth D. Freundlich
Kenneth D. Freundlich, Esq.
Jonah A. Grossbardt, Esq.
FREUNDLICH LAW
Attorneys for Defendant
WALTER AFANASIEFF

Dated: January 16, 2026

/s/ Bert H. Deixler
Bert H. Deixler, Esq.
Emma M. Tehrani, Esq.
Patrick J. Somers, Esq.
KENDALL BRILL AND KELLY LLP
Attorneys for Defendant
KOBALT MUSIC PUBLISHING
AMERICA, INC.

Dated: January 16, 2026

/s/ Benjamin Akey
Benjamin S. Akey, Esq.
PRYOR CASHMAN LLP
Attorneys for Defendant
SONY MUSIC PUBLISHING (US) LLC

| | |
|---|---|
| 1 | **<u>Attestation Regarding Signatures</u>** |
| 2 | The undersigned attests that all signatories listed, and on whose behalf this |
| 3 | filing is submitted, concur in this filing's content and have authorized its filing. |

Dated: January 16, 2026                    /s/ Peter Anderson
                                                              Peter Anderson, Esq.