1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANDY STONE, *etc.*, *et al.*, | ) Case No. 2:23-cv-09216- MRA-JDEx |
| Plaintiffs, | ) |
| vs. | ) **ORDER GRANTING STIPULATION TO ORDER FOR ADDITIONAL EXTENSION OF DEADLINE TO FILE MOTIONS FOR ATTORNEY'S FEES AND BILLS OF COSTS [97]** |
| MARIAH CAREY, *etc.*, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On January 16, 2026, plaintiffs Andy Stone and Troy Powers and defendants Mariah Carey, Sony Music Entertainment, Universal Music Corp., Walter Afanasieff, Sony Music Publishing (US) LLC, and Kobalt Music Publishing America, Inc. ("Defendants"), filed their Stipulation jointly requesting that the Court, having entered Judgment in Defendants' favor in this action on December 23. 2025 (Doc. 92), and having extended the January 6, 2026 deadline for Defendants to file motions for attorney's fees and bills of costs to January 20, 2026 (Doc. 96), grant an additional two-week extension of that deadline to February 3, 2026.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

The January 20, 2026, deadline for Defendants to file motions for attorney's fees and bills of costs be and hereby is extended to **February 3, 2026.**

IT IS SO ORDERED.

Dated: January 20, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

1