1  Peter Anderson, Esq. (Cal. Bar No. 88891)
     peteranderson@dwt.com
2  Lindsay M. Samuel, Esq. (Cal. Bar No. 320075)
     lindsaysamuel@dwt.com
3  Eric H. Lamm, Esq. (Cal. Bar No. 324153)
     ericlamm@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   350 South Grand Avenue, 27th Floor
5  Los Angeles, California 90071
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants
   MARIAH CAREY, SONY MUSIC
8  ENTERTAINMENT, and UNIVERSAL
   MUSIC CORP.

9
   Kenneth D. Freundlich, Esq. (Cal. Bar No. 119806)
10    ken@freundlichlaw.com
   Jonah A. Grossbardt, Esq. (Cal. Bar No. 283584)
11    jonah@freundlichlaw.com
   FREUNDLICH LAW, APC
12 16133 Ventura Blvd., Ste. 645
   Encino, California 91436
13 P: 818.377.3790
   F: 310.275.5331
14
   Attorneys for Defendant
15 WALTER AFANASIEFF

16 [*Additional Counsel on Following Page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| ANDY STONE, *etc., et al.*, | ) Case No. 2:23-cv-09216-MRA-JDEx |
|---|---|
| Plaintiffs, | ) |
| vs. | ) DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES |
| MARIAH CAREY, *etc., et al.*, | ) Date: March 24, 2026 |
| Defendants. | ) Time: 10:00 a.m. |
|  | ) Courtroom of the Honorable Mónica Ramírez Almadani United States District Judge |

Benjamin S. Akley (Cal. Bar No. 278506)
  bakley@pryorcashman.com
Shamar Toms-Anthony (Cal. Bar No. 323246)
  stoms-anthony@pryorcashman.com
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Tel: (310) 683-6900
Fax: (310) 943-3397

Ilene S. Farkas (admitted *pro hac vice*)
  ifarkas@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square, 40th Floor
New York, New York 10036
Telephone: (212) 421-4100

Attorneys for Defendant
SONY MUSIC PUBLISHING (US) LLC

Bert H. Deixler (Cal. Bar. No. 70614)
  bdeixler@kbkfirm.com
Patrick J. Somers (Cal. Bar. No. 318766)
  psomers@kbkfirm.com
Emma Tehrani (Cal. Bar. No. 329603)
  etehrani@kbkfirm.com
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendant
KOBALT MUSIC PUBLISHING AMERICA, INC.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 24, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 9B of the above-entitled Court, located at 411 W. 4th Street, Santa Ana, CA, 92701-4516, defendants Mariah Carey, Sony Music Entertainment, and Universal Music Corp. ("Carey Defendants"), and Walter Afanasieff, Sony Music Publishing (US) LLC ("SMP"), and Kobalt Music Publishing America, Inc. ("Kobalt") (collectively with the Carey Defendants, "Defendants") will move the Court, the Honorable Mónica Ramírez Almadani presiding, for the award of attorney's fees incurred in Defendants' successful defense of this action.

Defendants seek an award of the attorney's fees against plaintiffs Andy Stone and Troy Powers ("Plaintiffs") as follows:

1. The fees that Defendants reasonably incurred in their successful defense of Plaintiffs' claim from its inception and that Defendants have *not* previously sought in their Motion to Determine the Amount of Attorney's Fees to be Awarded as Sanctions (Doc. 86), namely:

    - Carey Defendants       $596,479.90
    - Mr. Afanasieff          $96,885.00
    - SMP                    $164,113.00
    - Kobalt                  $81,412.50
    - (Total)                $938,890.40

2. That Plaintiffs are jointly and severally liable with Plaintiff's counsel for the additional reasonable attorney's fees that the Court already awarded to Defendants as sanctions against Plaintiff's counsel (*see* Doc. 93), namely:

    - Carey Defendants        $92,303.20
    - Mr. Afanasieff           $1,035.00
    - SMP                     $14,717.50

1

|   |   |
|---|---|
| • Kobalt | $1,917.50 |
| (Total) | $109,983.20 |

This Motion is brought pursuant to Section 505 of the Copyright Act, 17 U.S.C. §§ 101 *et seq.*, and the Court's Judgment (Doc. 94-1), and on the following grounds, which are stated more fully in the accompanying Memorandum of Points and Authorities:

1. Defendants incurred the attorney's fees in successfully defending this action in its entirety, with the Court granting the Motion for Summary Judgment and entering Judgment on the merits and in Defendants' favor;

2. The award of attorney's fees is appropriate under 17 U.S.C. § 505 because the successful defense of Plaintiffs' copyright infringement claim satisfies the relevant factors, and ultimately fulfils and promotes the purposes and policies of the Copyright Act, *Fogerty v. Fantasy, Inc.*, 510 U.S. 517 (1994);

3. The lodestar amounts that Defendants incurred in their defense of this action, which are set forth above, and which do not include the attorney's fees previously sought or awarded as sanctions against Plaintiff's counsel (*see* Doc. 93), are presumptively reasonable; and

4. The factors under *Kerr v. Screen Actors Guild, Inc.*, 526 F.2d 67, 69-70 (9th Cir. 1975), to the extent they are applicable and not subsumed within the lodestar calculations, confirm that the foregoing attorney's fees are reasonable and properly awarded to Defendants.

This Motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities, Declaration of Peter Anderson and exhibits attached thereto, the previously filed Declaration of Brian Fanning (Doc. 86-3), Declaration of Kenneth D. Freundlich and exhibits attached thereto, Declaration of Benjamin S. Akley and exhibits attached thereto, and Declaration of Patrick J. Somers and exhibits attached thereto, [*Proposed*] Order, the matters of which this Court may take judicial notice,

the pleadings, records, and files in this action, and such argument as may be presented at or before the hearing on this Motion.

This Motion is made following multiple conferences of counsel pursuant to L.R. 7-3, which occurred on January 13, 2026, and other dates. *See* accompanying Declaration of Peter Anderson at 14 ¶ 33.

Dated: February 3, 2026

*/s/ Peter Anderson, Esq.*
Peter Anderson, Esq.
Lindsay M. Samuel, Esq.
Eric H. Lamm, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MARIAH CAREY,
SONY MUSIC ENTERTAINMENT,
and UNIVERSAL MUSIC CORP.

Dated: February 3, 2026

*/s/ Kenneth D. Freundlich, Esq.*
Kenneth D. Freundlich, Esq.
Jonah A. Grossbardt, Esq.
FREUNDLICH LAW
Attorneys for Defendant
WALTER AFANASIEFF

Dated: February 3, 2026

*/s/ Benjamin S. Akley, Esq.*
Ilene S. Farkas, Esq.
Benjamin S. Akley, Esq.
Shamar Toms-Anthony, Esq.
PRYOR CASHMAN LLP
Attorneys for Defendant
SONY MUSIC
PUBLISHING (US) LLC

| | | |
|---|---|---|
| Dated: February 3, 2026 | | */s/ Patrick J. Somers, Esq.* |
| | | Bert H. Deixler, Esq. |
| | | Patrick J. Somers, Esq. |
| | | Emma M. Tehrani, Esq. |
| | | KENDALL BRILL AND KELLY LLP |
| | | Attorneys for Defendant |
| | | KOBALT MUSIC PUBLISHING AMERICA, INC. |

## Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

| | | |
|---|---|---|
| Dated: February 3, 2026 | | */s/ Peter Anderson, Esq.* |
| | | Peter Anderson, Esq. |