# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s):** 26-826

**Case Name:** Stone v. Carey, et al.

**Counsel submitting this form:** Gerard Fox, Esq., Gerard Fox Law, P.C.

**Represented party/parties:** Andy Stone and Troy Powers

*Briefly describe the dispute that gave rise to this lawsuit.*

The Plaintiffs contend that the defendants infringed their copyrighted song.

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 7    Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The trial court, before allowing any discovery, took on evidence not just of the extrinsic test but the intrinsic test and prior art, which is an affirmative defense. This is beyond the scope of what should have been evaluated in a hearing before any discovery was allowed. Moreover, the trial judge ignored the testimony provided by two of the nations leading musicologists.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None

**Signature** *Gerard P. Fox*     **Date** February 17, 2026
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     *Rev. 09/01/22*

2