UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDY STONE, an individual and TROY POWERS, an individual,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>MARIAH CAREY, individually; et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>WALLY WORLD MUSIC, LLC, a California limited liability company and DOES, 1-10, inclusive,<br><br>    Defendants. | No. 26-826<br><br>D.C. No. 2:23-cv-09216-MRA-JDE<br>Central District of California, Los Angeles<br><br>ORDER |

Appellants have not filed a statement explaining why this appeal should not be dismissed for lack of jurisdiction, as ordered by this court on February 12, 2026.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT