Gerard P. Fox (SBN 151649)
gfox@gerardfoxlaw.com
GERARD FOX LAW P.C.
222 Pacific Coast Highway, 11th Floor
El Segundo, CA 90245
Telephone:   (310) 441-0500
Facsimile:   (310) 441-4447

*Attorneys for Plaintiffs*
Andy Stone, Troy Powers

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY STONE, an individual, and TROY POWERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIAH CAREY, an individual, WALTER AFANASIEFF, an individual, SONY/ATV TUNES LLC., a Delaware limited liability company, SONY MUSIC ENTERTAINMENT, a New York General Partnership, KOBALT MUSIC PUBLISHING AMERICA, INC. a Delaware Corporation, UNIVERSAL MUSIC CORP., a Delaware Corporation, WALLY WORLD MUSIC LLC., a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-09216-MRA-JDEx<br><br>Hon: Mónica Ramírez Almadani<br>Courtroom: 10B<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION RE AMOUNT OF SANCTIONS TO BE AWARDED**<br><br>Hearing Date:   March 24, 2026<br>Time:   1:30 p.m.<br>Courtroom:   10B |

## OPPOSITION TO MOTION FOR AMOUNT OF SANCTIONS

First, it should be noted to the Court that Gerard Fox Law, P.C. (the "firm") did not receive service of this request for attorney's fees. In the past year, the firm has made several temporary address changes. The firm moved from 1880 Century Park East, Los Angeles, CA, temporarily to a WeWork at 177 E Colorado Blvd.,

Suite 200, Pasadena, CA 91105.  In the past two weeks, the firm permanently moved into offices at 222 Pacific Coast Highway, 11th Floor, El Segundo, California 90245.  During the firm's address changes from Century City to Pasadena, and now to El Segundo, the firm's mail was always forwarded on to the current address at the time.  According to the Activity notice from cacd_ecfmail@cacd.uscourts.gov, the firm was to receive filed documents by U.S. mail, which it never did.[1]

Accordingly, the firm was not aware of this current pending motion until the firm's paralegal found the entry regarding the current motion asking for fees on the docket.  This opposition will be short and to the point.

Defense counsel are asking for an amount of attorneys' fees from my clients that more in total than most law firms would charge to take this case through trial.  The only basis for their exorbitant fees is the making of a motion for summary judgment and opposing a short motion by my clients.  The amount requested by defense counsel cannot be deemed a reasonable amount of attorneys' fees to make a motion and oppose another.  There is undoubtedly duplication and piling on evident here.

*Moreno v. City of Sacramento*, 534 F.3d 1106, 1111 (9th Cir. 2008) makes it clear that reasonable hours billed are those that could reasonably be billed a private client.  That same case provides as follows:  "Counsel has the burden to show "a good faith effort to exclude from a fee-request hours that are excessive, redundant or otherwise unnecessary."  No such effort was made with this fee request.  No client that this law firm knows of would ever pay this much in total for a motion and an opposition to a motion.

---

[1]  During the early part of the year until February 4, 2026, the day the firm hired its current paralegal, the firm did not have the services of a paralegal or assistant.  Gerard Fox was always provided documents served through the PACER system by the firm's paralegals or executive assistants.  As a result, he did not know how to access the activity on February 3, 2026.  During this time, the firm's office was in chaos because of the search for a permanent office near Mr. Fox's home and the February 3, 2026 filing of the pending motion slipped by him.

We ask the Court to reduce the request substantially.  Plaintiffs are older music artists who relied on some of the top musicologists in the industry.

We ask the court to follow the case law and reduce this patently out of hand request for attorneys' fees.

For all the reasons stated herein, Defendants' motion should be denied in its entirety.

Dated: March 19, 2026                              GERARD FOX LAW, P.C.

                                                   /s/ Gerard P. Fox
                                                   Gerard P. Fox
                                                   Attorneys for Plaintiffs

**PROOF OF SERVICE**

I, Jeannette Maginnis, am employed in the County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the above referenced matter. My business address is: GERARD FOX LAW, P.C., 222 Pacific Coast Highway, 11th Floor, El Segundo, CA 90245.

On August 12, 2024, I served the following documents, described as: **PLAINTIFFS' OPPOSITION TO DEFENDANTS NOTICE OF MOTION AND MOTION re AMOUNT OF SANCTIONS TO BE AWARDED** on the person(s) listed in the attached Service List.   The document was served by the following means :

| | |
|---|---|
| ☐ | **By personal service**.  I personally delivered the document to the persons at the addresses listed in the attached Service List.  For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of 9 a.m. and 5 p.m.  For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age. |
| ☐ | **By United States mail**.  I enclosed the document in a sealed envelope or package addressed to the persons listed in the attached Service List and placed the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ☐ | **By overnight delivery**.  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed in the attached Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| ☐ | **By messenger service**.  I served the documents by placing them in an envelope or packing addressed to the persons at the addresses listed in the attached Service List to and providing them to a professional messenger service for delivery. |
| ☐ | **By facsimile transmission**.  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in the attached Service List.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission, which I printed, is attached. |
| ☒ | **By electronic service**:  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in the attached Services List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED on March 19, 2026 at Thousand Oaks, CA 91362.

JEANNETTE MAGINNIS                       _____/s/ Jeannette Maginnis_____

**SERVICE LIST**

| | |
|---|---|
| Peter Anderson, Esq. (SBN 88891) peteranderson@dwt.com Eric H. Lamm ericlamm@dwt.com Lindsay Marie Samuel lindsaysamuel@dwt.com **DAVIS WRIGHT TREMAINE LLP** 865 South Figueroa Street, 24th Floor Los Angeles, California 90017-2566 T: (213)-633-6800 F: (213)-633-6899 | *Party Represented:* Mariah Carey |
| Kenneth D. Freundlich (SBN 119806) ken@freundlichlaw.com Jonah A. Grossbardt (SBN 283584) jonah@freundlichlaw.com **FREUNDLICH LAW** 16133 Ventura Blvd. Ste. 645 Encino, CA 91436 T: (818)-377-3790 F: (310)-275-5351 | *Party Represented:* Walter Atanasiett |
| Benjamin S. Akley (SBN 278506) bakley@pryorcashman.com Ilene S Farkas ifarkas@pryorcashman.com Shamar Toms-Anthony (SBN 323246) stoms-anthony@pryorcashman.com **PRYOR CASHMAN LLP** 1801 Century Park East, 24th Floor Los Angeles, California 90067-2302 T: (310) 683-6900 F: (310) 943-3397 | *Party Represented:* Sony/ATV Tunes LLC. DE LLC |
| Peter Anderson, Esq. (SBN 88891) peteranderson@dwt.com Eric H. Lamm ericlamm@dwt.com Lindsay Marie Samuel lindsaysamuel@dwt.com **DAVIS WRIGHT TREMAINE LLP** 865 South Figueroa Street, 24th Floor Los Angeles, California 90017-2566 T: (213)-633-6800 F: (213)-633-6899 | *Party Represented:* Sony Music Entertainment NY G.P. |

| Bert H. Deixler (SBN 70614)<br>bdeixler@kbkfirm.com<br>Patrick J. Somers (SBN 318766)<br>psomers@kbkfirm.com<br>Emma M. Tehrani (SBN 329603)<br>etehrani@kbkfirm.com<br>**KENDALL BRILL & KELLY LLP**<br>10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, California 90067<br>T: (310)-556-2700<br>F: (310)-556-2705 | *Party Represented:* Kobalt Music Publishing America, Inc. DE Corp. |
|---|---|
| Peter Anderson, Esq. (SBN 88891)<br>peteranderson@dwt.com<br>Eric H. Lamm<br>ericlamm@dwt.com<br>Lindsay Marie Samuel<br>lindsaysamuel@dwt.com<br>**DAVIS WRIGHT TREMAINE LLP**<br>865 South Figueroa Street, 24th Floor<br>Los Angeles, California 90017-2566<br>T: (213)-633-6800<br>F: (213)-633-6899 | *Party Represented:* Universal Music Corp. DE Corp. |

PLAINTIFFS' OPPOSITION TO DEFENDANTS NOTICE OF MOTION AND MOTION
Re AMOUNT OF SANCTIONS TO BE AWARDED