Peter Anderson, Esq. (Cal. Bar No. 88891)
          peteranderson@dwt.com
Lindsay M. Samuel, Esq. (Cal. Bar No. 320075)
          lindsaysamuel@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
          ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California  90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MARIAH CAREY, SONY MUSIC
ENTERTAINMENT, and UNIVERSAL
MUSIC CORP.

Kenneth D. Freundlich, Esq. (Cal. Bar No. 119806)
          ken@freundlichlaw.com
Jonah A. Grossbardt, Esq. (Cal. Bar No. 283584)
          jonah@freundlichlaw.com
FREUNDLICH LAW, APC
16133 Ventura Blvd., Ste. 645
Encino, California 91436
P: 818.377.3790
F: 310.275.5331

Attorneys for Defendant
WALTER AFANASIEFF

[*Additional Counsel on Following Page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ANDY STONE, *etc., et al.*,<br><br>              Plaintiffs,<br><br>      vs.<br><br>MARIAH CAREY, *etc., et al.*,<br><br>              Defendants. | Case No. 2:23-cv-09216-MRA-JDEx<br><br>REPLY DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES<br><br>Date:    April 21, 2026<br>Time:    10:00 a.m.<br><br>Courtroom of the Honorable Mónica Ramírez Almadani<br>United States District Judge |

Benjamin S. Akley (Cal. Bar No. 278506)
    bakley@pryorcashman.com
Shamar Toms-Anthony (Cal. Bar No. 323246)
    stoms-anthony@pryorcashman.com
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Tel: (310) 683-6900
Fax: (310) 943-3397

Ilene S. Farkas (admitted *pro hac vice)*
    ifarkas@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square, 40th Floor
New York, New York 10036
Telephone: (212) 421-4100

Attorneys for Defendant
SONY MUSIC PUBLISHING (US) LLC

Bert H. Deixler (Cal. Bar. No. 70614)
    bdeixler@kbkfirm.com
Patrick J. Somers (Cal. Bar. No. 318766)
    psomers@kbkfirm.com
Emma Tehrani (Cal. Bar. No. 329603)
    etehrani@kbkfirm.com
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendant
KOBALT MUSIC PUBLISHING
AMERICA, INC.

## REPLY DECLARATION OF PETER ANDERSON

I, Peter Anderson, declare and state:

1. I am an attorney admitted to practice before this Court and all Courts of the State of California. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a partner in the law firm Davis Wright Tremaine LLP ("DWT"), and, with my colleagues, represent defendants Mariah Carey, Sony Music Entertainment, and Universal Music Corp. (collectively, the "Carey Defendants") in this action. This Reply Declaration is submitted in support of their and the other Defendants' Motion for Attorney's Fees.

3. Attached to this Declaration as Exhibit 5 is a true and correct copy of this Court's February 3, 2026, Notice of Electronic Filing ("NEF") serving Defendants' Motion for Attorney's Fees.

4. The e-mail addresses that the February 3, 2026, NEF identifies as used to serve one of plaintiffs' counsel, Gerard P. Fox, Esq., include gfox@gerardfoxlaw.com, which is the e-mail address that he and I have used throughout this case to e-mail each other.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this Declaration is executed on April 7, 2026.

_____
PETER ANDERSON

1