# EXHIBIT 5

**Anderson, Peter**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, February 3, 2026 6:47 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:23-cv-09216-MRA-JDE Andy Stone et al v. Mariah Carey et al Motion for Attorney Fees |

[EXTERNAL]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Anderson, Peter on 2/3/2026 at 6:47 PM PST and filed on 2/3/2026

| | |
|---|---|
| **Case Name:** | Andy Stone et al v. Mariah Carey et al |
| **Case Number:** | 2:23-cv-09216-MRA-JDE |
| **Filer:** | Walter Afanasieff |
| | Mariah Carey |
| | Kobalt Music Publishing America, Inc. |
| | Sony Music Entertainment |
| | Sony/ATV Tunes LLC. |
| | Universal Music Corp. |

**WARNING: CASE CLOSED on 12/23/2025**

**Document Number:** 100

**Docket Text:**

**NOTICE OF MOTION AND MOTION for Attorney Fees filed by Defendants Walter Afanasieff, Mariah Carey, Kobalt Music Publishing America, Inc., Sony Music Entertainment, Sony/ATV Tunes LLC., Universal Music Corp.. Motion set for hearing on 3/24/2026 at 10:00 AM before Judge Monica Ramirez Almadani. (Attachments: # (1) Memorandum of Points and Authorities, # (2) Declaration of Peter Anderson, # (3) Declaration of Benjamin S. Akley, # (4) Declaration of Kenneth D. Freundlich, # (5) Declaration of Patrick J. Somers, # (6) Proposed Order) (Anderson, Peter)**

**EXHIBIT 5**

**2**

**2:23-cv-09216-MRA-JDE Notice has been electronically mailed to:**

Benjamin S. Akley    bakley@pryorcashman.com, docketing@pryorcashman.com

Bert H Deixler    bdeixler@kbkfirm.com, crossi@kbkfirm.com, pperello@kbkfirm.com

Douglas M Schmidt    boris1s2002@yahoo.com

Emma M. Tehrani    etehrani@kbkfirm.com

Eric H Lamm    ericlamm@dwt.com, lit-docket@dwt.com, yvettemerino@dwt.com

Gerard P Fox    gfox@gerardfoxlaw.com, bvigil@gerardfoxlaw.com, gerard-ecfs_notice@juralaw.net, hkyles@gerardfoxlaw.com, klunn@gerardfoxlaw.com, lmanlapaz@gerardfoxlaw.com

Ilene S Farkas    ifarkas@pryorcashman.com

Jonah A. Grossbardt    jonah@freundlichlaw.com, 7420412420@filings.docketbird.com

Kenneth D. Freundlich    ken@freundlichlaw.com, 6770169420@filings.docketbird.com

Lindsay Marie Samuel    lindsaysamuel@dwt.com, lit-docket@dwt.com, tonyafrazier@dwt.com

Patrick J Somers    psomers@kbkfirm.com, crossi@kbkfirm.com, docket@kbkfirm.com, pperello@kbkfirm.com

Peter J. Anderson    peteranderson@dwt.com, Lit-Docket@dwt.com, myraizzo@dwt.com, samho@dwt.com

Shamar Jastin Toms-Anthony    stoms-anthony@pryorcashman.com

**2:23-cv-09216-MRA-JDE Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

 **Document description:**Main Document
 **Original filename:**C:\fakepath\Carey Mot. for Attorneys Fees - Notice.pdf
 **Electronic document Stamp:**
 [STAMP cacdStamp_ID=1020290914 [Date=2/3/2026] [FileNumber=41857163-0]
 [33f6916ad6417735ca5d1fba75a4b6b3c3b566936a96c8dd856699f956a69ffbd846
 316946061a0ffb67ea39c8441b527e209e44c1fbc7127137979fca09bd10]]
 **Document description:**Memorandum of Points and Authorities
 **Original filename:**C:\fakepath\Carey Mot. for Attorneys Fees - Memo.pdf
 **Electronic document Stamp:**
 [STAMP cacdStamp_ID=1020290914 [Date=2/3/2026] [FileNumber=41857163-1]
 [ba9cd3904dcbdf1e2371dfbc904786cadf2370e71bb0a7ac50fb89f9eccecad7094f

**EXHIBIT 5**

**3**

5b073a89d95c2eb9781fcc8092f048e5561d08764e57eef719f21aa39616]]

**Document description:**Declaration of Peter Anderson

**Original filename:**C:\fakepath\Carey Mot. for Attorneys Fees - Anderson Decl.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=2/3/2026] [FileNumber=41857163-2] [ab04d4e576b9783ad562801755f65dab36b776097fab0f93a6c4c9af460a105a89e3 c77ab8c1c6af787248649997aa5de1fd596edc360a5c839f7f01ea0f01b7]]

**Document description:**Declaration of Benjamin S. Akley

**Original filename:**C:\fakepath\Carey Mot. for Attorneys Fees - Akley Decl..pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=2/3/2026] [FileNumber=41857163-3] [01df5df11a018c8f129e6eb4d3f84b7eeb226dbb3bb06ed7413305eee4f175067bd6 d38c9290ab08af7132578f41d177a7cfb94ed515a19aba33ce8f8881e0d4]]

**Document description:**Declaration of Kenneth D. Freundlich

**Original filename:**C:\fakepath\Carey Mot. for Attorneys Fees - Freundlich Decl..pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=2/3/2026] [FileNumber=41857163-4] [8a00f2856b4a52907431b87bc216f595bbf3ae416894fd37c3e0ba443132179c700d ba45a908e5fb4010e48f1ffaaa3285e9de97bf8385f4f2968aca64606040]]

**Document description:**Declaration of Patrick J. Somers

**Original filename:**C:\fakepath\Carey Mot. for Attorneys Fees - Somers Decl..pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=2/3/2026] [FileNumber=41857163-5] [58c639f6dda484803b35893728f6c063637def2efbd5c6054027a5fc1431e9ebcacd 5e3d62767553d400777366ff86e6b5fb53105ba033fc9fc24d1dbb819e5f]]

**Document description:**Proposed Order

**Original filename:**C:\fakepath\Carey Mot. re Attorneys Fees - Proposed Order.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=2/3/2026] [FileNumber=41857163-6] [ae916a9d2fefe5ef475bd3a8bf5257f684eeed4d71ea565883d99623570b403976c5 3c4028db60b5f3f8b3349cbb2a37d33a7d19ab9afcf39b514694151180d4]]

**EXHIBIT 5**

**4**