Peter Anderson (Cal. Bar No. 88891)
Lindsay M. Samuel, Esq. (Cal Bar No. 320075)
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Ave., 27th Floor
Los Angeles, California 90071
Tel: (213)633-6800    Fax: (213)633-6899
peteranderson@dwt.com, ericlamm@dwt.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andy Stone, etc., et al. | **CASE NUMBER** |
| | 2:23-cv-09216-MRA-JDEx |
| v.                    **PLAINTIFF(S),** | |
| Mariah Carey, etc., et al. | **APPLICATION TO THE CLERK TO TAX COSTS** |
| **DEFENDANT(S)** | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| **Name(s) of party or parties claiming costs:** | Defendants Mariah Carey, Sony Music Entertainment, Universal Music Corp. |
| **Judgment entered on:** | December 23, 2025 · **Docket #:** 94-1 |
| **Names of party(ies) against whom judgment was entered:** | Plaintiffs Andy Stone and Troy Powers |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: February 3, 2026      Signature: _____/s/ Peter Anderson_____

Name: Peter Anderson

☒ Attorney of Record for: Defendants Mariah Carey, Sony Music Entmt., and Universal Music Corp.

---

**COURT USE ONLY**

☒ Application GRANTED in whole/part; costs are taxed in the amount of $ 9,189.10

☐ Application DENIED because:   ☐ Not timely filed (L.R. 54-2.1).

☐ Insufficient supporting documentation provided (L.R. 54-2.1).

☐ Filer is not prevailing party (L.R. 54-1).

Date: *April 21, 2026*          **Brian D. Karth, District Court Executive/Clerk of Court**

By: _____

Deputy Clerk

---

**CV-59 (01/24)**          **APPLICATION TO THE CLERK TO TAX COSTS**          **Section 1**

**Case Title:** Andy Stone, etc., et al. v. Mariah Carey, etc., et al.; **Case No:** 2:23-cv-09216-MRA-JDE

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|---|
| | | | | | *~ IF ANY AMOUNT DISALLOWED ~* | | |
| | | | | *(Shaded columns for Court use only.)* | | | |
| 1 | | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | | | | | | | |
| 2 | | *L.R. 54-3.2 Fees for Service of Process* | | | | | |
| | | | | | | | |
| 3 | | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | | | | | | | |
| 4 | | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | | |
| | | | | | | | |
| 5 | | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | | |
| | | $10,129.10 | Exs. 1-4. Invoices for transcripts of depositions of Dr. Ferrara, Prof. Lewis, Prof. Fink, and Prof. Sakakeeny | | $940 | D. | Realtime and laptop rental are not allowable per L.R. |
| 6 | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | | | | | | |
| 7 | | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| | | | | | | | |
| 8 | | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | | | | | | |
| 9 | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | | |
| | | | | | | | |
| 10 | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | | | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | | | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | | | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | | | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | | | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (Must be itemized below and cross-referenced to attachments.) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | | | | | | |
| (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | | | | | |
| (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | | | | | |
| 11 | **L.R. 54-3.11 Premiums on Undertakings and Bonds** | | | | | |
| | | | | | | |
| 12 | **L.R. 54-3.12 Other Costs** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | | | | | |
| 13 | **L.R. 54-3.13 State Court Costs** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | | | | | |
| 14 | **L.R. 54-4 Items Taxable as Costs on Appeal** *(only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | | | | | |
| 15 | **L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court** | | | | | |
| | | | | | | |
| **TOTAL** | $10,129.10 | | $9,189.10 | $940 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.